| | |
|---|---|
| Name | Daniel Maldonado, Esq |
| Bar # | 018483 |
| Firm | Resnick & Louis, PC |
| Address | 15300 N. 90th Street |
| | Suite 400 |
| | Scottsdale, Arizona 85260 |
| Telephone | 602-900-1102 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Mark Robinson, an individual,

    Plaintiff,

vs.

Sedgwick Claims Management Services, Inc., et al.

    Defendant.

Case No.

Corporate **Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Defendants Sedgwick Claims Management Services, Inc. in compliance with the provisions of (*check one*):

[✓] Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (Attach additional pages if needed.)

_____ Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)

_____ Relationship_____

☑ Other(please explain):
See attached_____
_____

☑ Diversity case.  (Attach additional pages if needed.)
Party name and Party Role:                State:

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __30th__ day of __September__, __2025__.

/s/ Daniel Maldonado
_____
Counsel of Record

- 2 -

Certificate of Service:

I hereby certify that on September 30, 2025, I electronically transmitted the foregoing CORPORATE DISCLOSURE STATEMENT RE: Defendant Sedgwick Claims Management Services, Inc.   to the Clerk's Office using the CM/ECF System for filing and transmittal, and mailed a copy of the foregoing document via First-Class Mail, postage prepaid, to the following counsel:

Law Badgers, PLLC
Sean A Woods
Robert T. Mills
5055 North 12th Street, Suite 100
Phoenix, Arizona 85014
docket@lawbadgers.com
swoods@lawbadgers.com
Attorneys for Plaintiff

- 3 -

| | |
|---|---|
| 1 | Exhibit 1 |
| 2 | |
| 3 | Disclosure Statement:  Sedgwick Claims Management Services, Inc. is owned by Sedgwick Holdings II, L.P. and Lightning Cayman Merger Sub, Ltd. ("the Entities"). The Entities' ultimate parent company is Sedgwick, L.P. Sedgwick, L.P.'s majority shareholder is The Carlyle Group.  The Carlyle Group is a New York investment firm with holdings of 10% or more and which is publicly traded on the New York Stock Exchange under the symbol CG. |