**RESNICK & LOUIS, P.C.**
Daniel Maldonado, Esq., AZ Bar #018483
15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
dmaldonado@rlattorneys.com
reception@rlattorneys.com
Telephone: (602) 900-1102
Fax: (602) 848-6076
*Attorneys for Defendant Sedgwick Claims Management Services*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARK ROBINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. d/b/a Sedgwick, an Arizona foreign corporation; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; and WHITE PARTNERSHIPS 1-10,<br><br>Defendants. | CASE NO.:<br><br>**VERIFICATION OF DEFENDANT SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. RE: TRUE AND COMPLETE COPIES OF ALL PLEADINGS FILED IN STATE COURT PROCEEDING** |

### VERIFICATION OF DEFENDANT SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

Pursuant to LRCiv. 3.6(b), Defendant, Sedgwick Claims Management Services, Inc. ("Sedgwick"), by and through their attorneys, Resnick & Louis, P.C., hereby submits verification copies of all pleadings and other documents that were previously filed with the Superior Court of Arizona, in and for the County of Maricopa, Case No. CV2025-027167, are true and complete copies of all pleadings and other documents filed in Case No. CV2025-

1  027167 filed with the Superior Court of Arizona, in and for the County of Maricopa. True
2  and complete copies of all pleadings and other documents filed with the Superior Court of
3  Arizona, in and for the County of Maricopa, Case No. CV2025-027167 are attached as
4  Exhibit 1.

7  **DATED** this 30th day of September, 2025.

**RESNICK & LOUIS, P.C.**

By:   */s/ Daniel Maldonado*
      Daniel Maldonado, Esq.
      15300 N. 90th Street, Suite 400
      Scottsdale, AZ 85260
      *Attorneys for Defendants Sedgwick Claims*
      *Management Services*

# CERTIFICATE OF SERVICE

I hereby certify that on September 30th, 2025, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal, and mailed a copy of the foregoing document via First-Class Mail, postage prepaid, to the following counsel:

Law Badgers, PLLC
Sean A Woods
Robert T. Mills
5055 North 12th Street, Suite 100
Phoenix, Arizona 85014
docket@lawbadgers.com
swoods@lawbadgers.com
*Attorneys for Plaintiff*

By: */s/ Misty Keys*
    Misty Keys
    Employee of Resnick & Louis, P.C.