1  Name          _____
2  Bar #         _____
3  Firm          _____
   Address       _____
4                _____
5                _____
   Telephone     _____
6

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ARIZONA

9

10

11        Plaintiff,            )    **Case No.**
                                )
12        vs.                   )    **Disclosure Statement**
                                )
13                              )
                                )
14        Defendant.            )
                                )
15

16   This _____ Disclosure Statement is filed on behalf of _____
     _____ in compliance with the provisions of (*check one*):

17
     Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or
18   a nongovernmental corporation that seeks to intervene in an action in a district
19   court must file a statement that identifies any parent corporation and any publicly
     held corporation that owns 10% or more of its stock or states that there is
20   no such corporation.
21   Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction
22   is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must,
     unless the court orders otherwise, file a disclosure statement. The statement
23   must name and identify the citizenship of every individual or entity whose
24   citizenship is attributed to that party or intervenor when the action is filed in or
25   removed to federal court, and when any later event occurs that could affect the
     court's jurisdiction under § 1332(a).
26
     Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental
27   corporate party to a proceeding in a district court must file a statement that
28   identifies any parent corporation and any publicly held corporation that owns
     10% or more of its stock or states that there is no such corporation.

Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

No such corporation.

Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____ Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____ Relationship_____

Other(please explain):
_____
_____

Diversity case. (Attach additional pages if needed.)
Party name and Party Role:            State:

_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

1 | Certificate of Service: