| | |
|---|---|
| 1 | **RESNICK & LOUIS, P.C.** |
| 2 | Daniel Maldonado, Esq., AZ Bar #018483 |
|   | Steven J. Davis, Esq., AZ Bar #032218 |
| 3 | 15300 N. 90th Street, Suite 400 |
| 4 | Scottsdale, AZ 85260 |
|   | dmaldonado@rlattorneys.com |
| 5 | sdavis@rlattorneys.com |
| 6 | reception@rlattorneys.com |
|   | Telephone: (602) 900-1102 |
| 7 | Fax: (602) 848-6076 |
| 8 | *Attorneys for Defendant Sedgwick Claims Management Services* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Robison, an individual, | CASE NO.:   2:25-cv-03618-DGC |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | |
| Sedgwick Claims Management Services, Inc. d/b/a Sedgwick, an Arizona foreign corporation; John Does 1-10; Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10, | |
| Defendants. | |

　　　　PLEASE TAKE NOTICE that Daniel Maldonado, Esq. will remain attorney of record and Steven J. Davis, Esq. will also join this case as attorney of record. Please direct further correspondence, notices and pleadings as listed below:

Daniel Maldonado, Esq.
Steven J. Davis, Esq.
15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
dmaldonado@rlattorneys.com
sdavis@rlattorneys.com
Telephone: (602) 900-1102

Fax: (602) 848-6076

All parties have been notified in writing of this association and of the status of the case.

**DATED** this 8th day of October, 2025.

**RESNICK & LOUIS, P.C.**

By:    */s/ Daniel Maldonado*
       Daniel Maldonado, Esq.
       Steven J. Davis, Esq.
       15300 N. 90th Street, Suite 400
       Scottsdale, AZ 85260
       *Attorneys for Defendants Sedgwick Claims Management Services*

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 8, 2025, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal, and mailed a copy of the foregoing document via First-Class Mail, postage prepaid, to the following counsel:

Law Badgers, PLLC
Sean A Woods
Robert T. Mills
5055 North 12th Street, Suite 100
Phoenix, Arizona 85014
docket@lawbadgers.com
swoods@lawbadgers.com
*Attorneys for Plaintiff*


By: */s/ Misty Keys*
     Misty Keys
     Employee of Resnick & Louis, P.C.

3