IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Robinson, | No. CV-25-03618-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Sedgwick Claims Management Services, Inc., et al. | |
| Defendants. | |

After review of the file, the Court notes that the notice of removal in this matter was filed on **September 30, 2025.** The notice states that no answer was filed in state court, and no answer was filed in this Court as required by Rule 81(c)(2).

**IT IS ORDERED:**

1.      Counsel for the plaintiff shall file a status report within 14 days of the date of this order concerning the status of this case.

2.      This matter will be dismissed within 14 days of the date of this order if counsel fails to file a status report.

3.      The Clerk of the Court to **terminate** this matter on **February 6, 2026** without further order of this Court if Plaintiff fails to file a status report.

Dated this 23rd day of January, 2026.

David G. Campbell
Senior United States District Judge