Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Robison, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Sedgwick Claims Management Services, Inc. d/b/a Sedgwick, an Arizona foreign corporation; John Does 1-10; Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10,<br><br>Defendants. | Case No.: CV-25-03618-PHX-DGC<br><br>**PLAINTIFF'S NOTICE OF FILING FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable David G. Campbell) |

Through undersigned counsel and pursuant to Rule 15.1(b) of the Local Rules of Civil Procedure, Plaintiff Mark Robison hereby gives notice that this same day he filed his First Amended Complaint, containing text as indicated by "**Exhibit 1**" attached hereto, a copy of Plaintiff's First Amended Complaint showing how it differs from Plaintiff's Complaint by underlining added text and striking through deleted text.

///

///

///

///

///

**RESPECTFULLY SUBMITTED** this 23rd day of January 2026.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel Maldonado, Esq.
dmaldonado@rlattorneys.com
mkeys@rlattorneys.com
Steven J. Davis, Esq.
sdavis@rlattorneys.com
**RESNICK & LOUIS, P.C.**
15300 N 90th St., Ste. 400
Scottsdale, AZ 85260
(602) 900-1102
*Attorneys for Defendant Sedgwick Claims Management Services*

　　　*/s/ Ben Dangerfield*

2