Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Robison, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation,<br><br>Defendants. | Case No.: CV-25-03618-PHX-DGC<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>(Assigned to the Honorable David G. Campbell) |

Through undersigned counsel and pursuant to the Court's Order entered January 23, 2026, ECF No. 9, directing him to do so, Plaintiff Mark Robison ("Plaintiff") hereby reports to the Court concerning the status of this action.  On January 23, 2026, the same day as the Court's Order, and after learning important information necessitating he do so, Plaintiff filed his First Amended Complaint as a matter of course, which terminated the existing Defendants – namely, Sedgwick Claims Management Services, Inc., John Does 1-10, Jane Does 1-10, Black Corporations 1-10, and White Partnerships 1-10 – and added DG Retail, LLC and Dollar General Corporation as Defendants.  Plaintiff now needs to obtain Summonses for those two entities, and accordingly serve them by the applicable deadline.

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**RESPECTFULLY SUBMITTED** this 5th day of February 2026.

**MILLS + WOODS LAW, PLLC**

By      */s/ Sean A. Woods*
          Robert T. Mills
          Sean A. Woods
          5055 North 12th Street, Suite 101
          Phoenix, AZ 85014
          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:


*/s/ Ben Dangerfield*

2