# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| **Mark Robison** | ) | |
| | ) | |
| _Plaintiff_ | ) | |
| | ) | |
| v. | ) | Civil Action No. CV-25-03618-PHX-DGC |
| | ) | |
| **DG Retail, LLC; Dollar General Corporation** | ) | |
| | ) | |
| _Defendant_ | ) | |

## AFFIDAVIT OF SERVICE

I, Michael Draving, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to DG Retail, LLC in Davidson County, TN on March 30, 2026 at 3:19 pm at 2908 Poston Ave, Nashville, TN 37203-1312 by leaving the following documents with Glenda Sheppard who as PARALEGAL at Corporation Service Company is authorized by appointment or by law to receive service of process for DG Retail, LLC.

SUMMONS IN A CIVIL ACTION
PLAINTIFF'S FIRST AMENDED COMPLAINT
Race: White, Sex: Female, Est. Age: 45-54, Hair: Blonde, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=36.1457688,-86.8148277
Photograph: See Exhibit 1


Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Davidson County                              ,

TN        on    3/30/2026            .

/s/ *Michael Draving*

Signature
Michael Draving
+1 (346) 702-6979

Exhibit 1a)

