## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Robison, | No. CV-25-3618-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation, | |
| Defendants. | |

After review of the file, the Court notes that the amended complaint in this matter was filed on January 23, 2026 and the return of service was filed on March 31, 2026. No answer has been filed and no application for entry of default has been made.

**IT IS ORDERED** that counsel for the plaintiff shall file a status report within 14 days of the date of this order concerning the status of this case.

**IT IS FURTHER ORDERED** that this matter may be dismissed within 14 days of the date of this order if counsel fails to file a status report.

Dated this 23rd day of June, 2026.

David G. Campbell
Senior United States District Judge