Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Robison, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation, <br><br> Defendants. | Case No.: CV-25-03618-PHX-DGC <br><br> **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** <br><br> (Assigned to the Honorable David G. Campbell) |

Through counsel undersigned and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Mark Robison ("Plaintiff") hereby requests the Clerk enter a default against Defendants DG Retail, LLC and Dollar General Corporation (collectively, "Defendants"). Plaintiff so requests on the basis that the record in this case demonstrates that Defendants have failed to plead or otherwise defend against Plaintiff's First Amended Complaint within the time limits prescribed by the Federal Rules of Civil Procedure.

///

///

///

///

///

**RESPECTFULLY SUBMITTED** this 26th day of June 2026.

MILLS + WOODS LAW, PLLC


By    */s/ Sean A. Woods*
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014
        *Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2026, I mailed the foregoing document to the following:

**DG Retail, LLC**
**Dollar General Corporation**
c/o Statutory Agent – Corporation Service Co.
2908 Poston Ave.
Nashville, TN 37203-1312
*Defendants*


        */s/ Ben Dangerfield*

2