Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Robison, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation,<br><br>Defendants. | Case No.: CV-25-03618-PHX-DGC<br><br>**PLAINTIFF'S DECLARATION OF DEFAULT AND ENTRY OF DEFAULT**<br><br>(Assigned to the Honorable David G. Campbell) |

I, Sean A. Woods, declare as follows:

1. I am an attorney for Plaintiff Mark Robison ("Plaintiff") in this action and make this Declaration to show the fact and manner of compliance with the provisions of Rule 55, Fed. R. Civ. P.

2. Defendants DG Retail, LLC and Dollar General Corporation (collectively, "Defendants"), against whom a judgment for affirmative relief is sought, have failed to plead or otherwise defend against Plaintiff's First Amended Complaint at all in this action, let alone within the time periods prescribed by the Federal Rules of Civil Procedure.

3. On March 30, 2026, Defendants were served by process server, via service on their statutory agent Corporation Service Company, with Plaintiff's First Amended Complaint. *See* ECF Nos. 17-18.

4. The time period prescribed in Rule 12, Fed. R. Civ. P. for Defendants to appear and defend against Plaintiff's First Amended Complaint has passed, and Defendants, against whom judgment for affirmative relief is sought, have failed to appear, plead, or otherwise defend at all in this action, let alone within the time allowed.

5. WHEREFORE, the undersigned requests that the Clerk of this Court enter the default of Defendants.

I declare, under penalty of perjury and by my signature below, that the foregoing is true and correct.

**EXECUTED and SUBMITTED** this 26th day of June 2026.

**MILLS + WOODS LAW, PLLC**


By   */s/ Sean A. Woods*
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014
        *Attorneys for Plaintiff*


### CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I mailed the foregoing document to the following:

**DG Retail, LLC**
**Dollar General Corporation**
c/o Statutory Agent – Corporation Service Co.
2908 Poston Ave.
Nashville, TN 37203-1312
*Defendants*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2