MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Robison, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation,<br><br>Defendants. | Case No.: CV-25-03618-PHX-DGC<br><br>**[PROPOSED] ENTRY OF DEFAULT**<br><br>(Assigned to the Honorable David G. Campbell) |

In this cause, as appears from the record and papers on file, Defendants DG Retail, LLC and Dollar General Corporation (collectively, "Defendants") have been regularly and properly served with, and have failed to answer, defend, or otherwise respond to, Plaintiff's First Amended Complaint, within the time allowed by law. The time for answering, defending, or responding has now expired.

Now, on application of Sean A. Woods, attorney for Plaintiff, the default of Defendants is entered in this action.

_____

Deputy Clerk