Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Robison, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation, <br><br> Defendants. | Case No.: CV-25-03618-PHX-DGC <br><br> **PLAINTIFF'S SECOND STATUS REPORT** <br><br> (Assigned to the Honorable David G. Campbell) |

Through undersigned counsel and pursuant to the Court's Order directing him to do so, *see* ECF No. 19, Plaintiff hereby reports to the Court on the status of this matter.

Because neither DG Retail, LLC nor Dollar General Corporation (collectively, "Defendants") have answered or responded to Plaintiff's Amended Complaint, despite being lawfully served back in March 2026, Plaintiff applied for entry of default against them on June 26, 2026. The Clerk then entered default against Defendants that same day. *See* ECF No. 21.

Plaintiff now intends to move for default judgment against Defendants, pursuant to Rule 55.

///

///

**RESPECTFULLY SUBMITTED** this 7th day of July 2026.

MILLS + WOODS LAW, PLLC


By    */s/ Sean A. Woods*
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiff*


### CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:


*/s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556