IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Robison,<br>Plaintiff,<br>v.<br>DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation,<br>Defendants. | No. CV-25-3618-PHX-DGC<br>**ORDER** |

After review of the file, the Court notes that default was entered by the Clerk of the Court on June 26, 2026. No motion for default judgment has been filed with the Court.

**IT IS ORDERED** that counsel for the plaintiff shall file a status report within 14 days of the date of this order concerning the status of this case.

**IT IS FURTHER ORDERED** that this matter will be dismissed within 14 days of the date of this order if counsel fails to file a status report or a motion for default judgment.

Dated this 25th day of September, 2026.

David G. Campbell
Senior United States District Judge