MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Robison, an individual,<br>Plaintiff,<br>vs.<br>DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation,<br>Defendants. | Case No.: CV-25-03618-PHX-DGC<br>**[PROPOSED] ORDER SETTING DEFAULT DAMAGES HEARING**<br>(Assigned to the Honorable David G. Campbell) |

THE COURT, having reviewed "Plaintiff's Application for Default Judgment via Hearing Against Defendants" ("Plaintiff's Application"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiff's Application.

**IT IS FURTHER ORDERED** setting a hearing on ____________________________________________, for the purpose of determining the amount of damages to be awarded in a judgment by default to be entered in favor of Plaintiff and against Defendants.