Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Robison, an individual,<br>Plaintiff,<br>vs.<br>DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation,<br>Defendants. | Case No.: CV-25-03618-PHX-DGC<br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REVISED MOTION FOR DEFAULT JUDGMENT**<br>(Assigned to the Honorable David G. Campbell) |

Through undersigned counsel, Plaintiff Mark Robison ("Plaintiff") hereby respectfully requests that the deadline set by the Court for him to file a revised motion for default judgment be briefly extended by one week, from November 6, 2026 to no later than November 13, 2026.

Good cause exists for this request. Plaintiff's Counsel's wife underwent major surgery today in treatment for a Stage 4 cancer diagnosis. The preparation and accompanying time away from the office in order to attend to and care for her, as well as the couple's very young daughter, have combined to greatly impede Counsel from sufficiently and properly completing the revised motion by today's deadline. As an illustration, due to the above Counsel has been in-office less than one hour total this week.

In light of the foregoing, Plaintiff respectfully requests that the deadline for filing his revised motion/application for default judgment be extended from November 6, 2026 to no later than **November 13, 2026**, in accordance with the [Proposed] Order attached hereto.

**RESPECTFULLY SUBMITTED** this 6th day of November 2026.

**MILLS + WOODS LAW, PLLC**

By *<u>/s/ Sean A. Woods</u>*

Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

*/s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556