MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Mark Robison, an individual,

Plaintiff,

vs.

DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation,

Defendants.

Case No.: CV-25-03618-PHX-DGC

**[PROPOSED] ORDER EXTENDING TIME TO FILE REVISED MOTION FOR DEFAULT JUDGMENT**

(Assigned to the Honorable David G. Campbell)

THE COURT, having reviewed "Plaintiff's Motion for Extension of Time to File Revised Motion for Default Judgment" (the "Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** extending the time for Plaintiff to file his revised motion/application for default judgment from November 6, 2026 to no later than **November 13, 2026.**