MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Robison, an individual,<br>Plaintiff,<br>vs.<br>DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation,<br>Defendants. | Case No.: CV-25-03618-PHX-DGC<br>**[PROPOSED] DEFAULT JUDGMENT**<br>(Assigned to the Honorable David G. Campbell) |

The Court has considered Plaintiff's Revised Motion for Default Judgment Against Defendants and the supporting declarations and records. Defendants DG Retail, LLC and Dollar General Corporation were served, have not appeared, and are in default. Having considered the factors set out in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), the Court finds that default judgment is warranted on Count I of the First Amended Complaint.

**IT IS ORDERED** that Plaintiff's Revised Motion for Default Judgment is granted.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff Mark Robison and against Defendants DG Retail, LLC and Dollar General Corporation, jointly and severally, on Count I of the First Amended Complaint in the amount of $205,700 in compensatory damages and $205,700 in punitive damages, for a total judgment of

$411,400, together with post-judgment interest at the rate provided by 28 U.S.C. § 1961 from the date of judgment until paid.

**IT IS FURTHER ORDERED** that Counts II and III of the First Amended Complaint are dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and terminate this action.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556