Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Robison, an individual,<br>Plaintiff,<br>vs.<br>DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation,<br>Defendants. | Case No.: CV-25-03618-PHX-DGC<br>**DECLARATION OF MARK ROBISON IN SUPPORT OF PLAINTIFF'S REVISED MOTION FOR DEFAULT JUDGMENT**<br>(Assigned to the Honorable David G. Campbell) |

I, Mark Robison, declare as follows:

1. I am the Plaintiff in this action. I am 61 years old and competent to testify, and I make this declaration from personal knowledge in support of Plaintiff's Revised Motion for Default Judgment.

2. I live in Tonopah, Arizona. I have lived in Arizona since 2002, in Litchfield Park until July 2025 and in Tonopah since then, and I intend to remain in Arizona.

3. On January 7, 2022, I was injured while working for Dollar General. I reported the injury, and a workers' compensation claim was opened.

4. Before August 2023, I was already living with pain and weakness in my neck, shoulders, and arms from that injury.

5. In August 2023, my doctor, Jeffrey Scott, M.D., told me I needed a surgical consultation and asked for authorization. My workers' compensation lawyer had already

asked the Industrial Commission for a hearing because my treatment was not being approved, and the treatment was not approved until December 2023. My workers' compensation attorney informed me of these denials.

6. From August 2023 until my surgery on April 25, 2024, I had daily pain in my neck, shoulders, arm (go numb), cramping in both arms, back, and headaches. I have also had difficulty sleeping, many times 2 hours maximum.

7. During those months I was not and am still not able to lift anything above waist level, I cannot use a microwave because I cannot lift my arms that high, I have to drag things to get them to places such as dragging a bag of food for my pets, dragging the laundry basket and am unable to unload the washer without asking for help. I also am unable to button pants or shirts and use clothes that do not need buttons.

8. In September 2023, I had numbness and lost control of my bladder and bowels more than once, and on September 19, 2023, I went to the emergency room. It still happens and I fear it daily, especially that it will happen when I am out of the home. Losing control of my bowels happens on a nearly weekly basis.

9. While I waited for the consultation and the surgery to be approved, I felt hopeless, depressed daily and felt left out. Later, I asked for a psychiatrist and therapy, and they were denied.

10. Since the surgery, my arm strength has not returned to what it was before the injury. Today, I hurt 24/7, but I only can take OTC meds like Advil, aspirin and Tylenol. I choose not to take narcotics to avoid addiction. I sleep roughly 2 hours a day and am not able to lift anything above waist level.

11. My doctors have given me permanent restrictions, including no lifting of more than ten pounds and restrictions on lifting overhead.

12. In December 2025, Dr. Sharma recommended a second surgery on my neck. I have decided not to have it for now, because of my age and health and because I am afraid I would again have to wait for authorization of the care I would need after surgery, as happened after my first surgery.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

13. My medical care for this injury was billed to the workers' compensation claim, and I am not asking the Court for those medical bills or lost wages in this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2026.

*/s/ Mark Robison*
Mark Robison

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556