Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Mark Robison, an individual,

Plaintiff,

vs.

DG Retail, LLC, a Tennessee limited liability company; Dollar General Corporation, a Tennessee corporation,

Defendants.

Case No.: CV-25-03618-PHX-DGC

**DECLARATION OF SEAN A. WOODS IN SUPPORT OF PLAINTIFF'S REVISED MOTION FOR DEFAULT JUDGMENT**

(Assigned to the Honorable David G. Campbell)

I, Sean A. Woods, declare as follows:

1. I am an attorney with Mills + Woods Law, PLLC, and I represent Plaintiff Mark Robison in this action. I make this declaration from personal knowledge and from the records of this case.

2. Plaintiff filed the First Amended Complaint on January 23, 2026. ECF No. 10.

3. On March 30, 2026, a process server served Defendants DG Retail, LLC and Dollar General Corporation with the First Amended Complaint through their statutory agent, Corporation Service Company. ECF Nos. 17-18.

4. As of the date of this declaration, neither Defendant has answered, appeared, or otherwise responded to the First Amended Complaint, and no attorney has contacted my office on either Defendant's behalf. Counsel for Sedgwick Claims Management Services,

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

Inc., an original defendant in this action, told me that the original Defendants listed were the incorrect Defendants, which is why the complaint was amended.

5. On June 26, 2026, my office filed Plaintiff's Request for Entry of Default and supporting declaration and mailed both to Defendants' statutory agent at 2908 Poston Ave., Nashville, Tennessee 37203-1312. ECF Nos. 20, 20-1. The Clerk entered default against both Defendants the same day. ECF No. 21.

6. Defendants are business entities. Neither is a minor, an incompetent person, or an individual in military service.

7. Attached as Exhibits A through F are true and correct copies of excerpts of Mr. Robison's medical records. Exhibits A through F were obtained from Mr. Robison's workers' compensation counsel:

Exhibit A: records of Jeffrey D. Scott, M.D., dated August 15, 2023, including the preauthorization request sent that day.

Exhibit B: records of Dr. Scott dated September 12, 2023, including the preauthorization request sent September 13, 2023.

Exhibit C: records of Dr. Scott dated October 12, 2023, including the preauthorization request sent October 16, 2023.

Exhibit D: records of Abhishiek Sharma, M.D., Atlas Neurosurgery and Spine, dated February 7, 2024.

Exhibit E: operative report dated April 25, 2024.

Exhibit F: the Atlas Neurosurgery and Spine encounter record for Mr. Robison's May 13, 2026 visit, printed May 18, 2026, which includes the practice's interval notes from July 2024 through May 14, 2026.

8. Attached as Exhibit G is a true and correct copy of Notices of Claim Status issued on Mr. Robison's workers' compensation claim, Industrial Commission of Arizona ("ICA") Claim No. 20220280286, dated June 10, 2026, which identify DG Retail, LLC as the carrier

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

or self-insured employer and Sedgwick Claims Management Services, Inc. ("Sedgwick") as the third-party administrator.

9. Attached as Exhibit H is a true and correct copy of the Notice of Removal filed by DG Retail, LLC in *Peoples v. DG Retail, LLC*, No. 3:22-cv-02468-SMY (S.D. Ill. Oct. 24, 2022), ECF No. 1, obtained from the public court record.

10. Attached as Exhibit I is a true and correct copy of the cover page of the Annual Report on Form 10-K of Dollar General Corporation for the fiscal year ended January 30, 2026, obtained from the Securities and Exchange Commission's EDGAR database.

11. Attached as Exhibit J is a true and correct copy of a Notice of Claim Status on Mr. Robison's claim mailed August 22, 2022, which my office received from Mr. Robison's former workers' compensation counsel, Matt Fendon Law Group.

12. Attached as Exhibit K is a true and correct copy of the Decision Upon Hearing and Findings and Award in Mr. Robison's claim, ICA Claim No. 20220280286, ALJ Case No. ALJ0027425, signed December 29, 2023, which my office received from Mr. Robison's former workers' compensation counsel.

13. Attached as Exhibit L is a true and correct copy of the Bad Faith Complaint filed with the ICA on Mr. Robison's behalf on March 25, 2024, with the documents attached to it, which my office received from Mr. Robison's former workers' compensation counsel.

14. Attached as Exhibit M is a true and correct copy of the medical records that Defendants' counsel in the ICA proceedings, Pollart Miller LLC, submitted to the Administrative Law Judge with a cover letter dated November 27, 2023, which my office received from Mr. Robison's former workers' compensation counsel on May 21, 2025. The cover letter lists records of Concentra dated January 28, 2022 through April 20, 2022; a report of Kevin S. Ladin, M.D., dated May 4, 2022; reports of Anthony Theiler, M.D., dated November 2, 2022 and February 21, 2023; NeuroDiagnostic Laboratories records dated February 1, 2023; a report of Eric A. Eifler, M.D., dated June 6, 2023; SimonMed records; and records of Dr. Scott dated August 15, 2023 through October 12, 2023.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

15. Exhibits N through R are true and correct copies of documents from the workers' compensation file that my office received from Taylor & Associates. Attached as Exhibit N are the following documents from the ICA file in Mr. Robison's claim, ALJ Case No. ALJ0038038, in this order: the Notice of Cancellation and Award signed April 7, 2026, and its Notice of Service dated April 8, 2026 (pages 1-2); Taylor & Associates' April 7, 2026 letter withdrawing all pending requests for hearing (page 3); the Notice of Deposition of Applicant served by Pollart Miller LLC on March 27, 2026 (pages 4-5); Pollart Miller LLC's subpoena request dated March 24, 2026 (page 6); Pollart Miller LLC's letter submitting evidence dated March 11, 2026 (page 7); the Request for Hearing filed March 5, 2025 (page 8); and Pollart Miller LLC's Notice of Representation dated May 8, 2025, with its certificate of service (pages 9-10).

16. Attached as Exhibit O are records of Eric A. Eifler, M.D., dated June 6, 2023 through February 10, 2026, including the Request for Preauthorization sent on June 7, 2023, as filed with the ICA on August 1, 2023 (page 8).

17. Attached as Exhibit P are records of Banner Emergency Medical Center for Mr. Robison's emergency department visit of September 19-20, 2023.

18. Attached as Exhibit Q are the report of the independent medical evaluation of Mr. Robison by Anthony Theiler, M.D., dated January 10, 2025 and addressed to Pollart Miller LLC (pages 1-11), and the report of the independent medical evaluation by Leo Kahn, M.D., dated February 27, 2025 (pages 12-20).

19. Attached as Exhibit R is the surveillance report prepared by Delta for its client Sedgwick, for an investigation conducted on October 21, 2022, as filed with the ICA on November 18, 2025.

20. Attached as Exhibit S is a true and correct copy of the Social Security Administration's Actuarial Life Table (Period Life Table, 2023, as used in the 2026 Trustees Report), printed from https://www.ssa.gov/oact/STATS/table4c6.html on November 13, 2026. It shows a life expectancy of 21.04 years for a male at exact age 61.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

21. The exhibits have been redacted where needed under Fed. R. Civ. P. 5.2 and to remove medical information unrelated to the injuries at issue.

22. Plaintiff will seek taxable costs and any attorneys' fees by separate application after judgment.

23. On November 13, 2026, my office mailed a copy of Plaintiff's Revised Motion for Default Judgment and its exhibits by first-class United States Mail to each Defendant in care of its statutory agent, Corporation Service Company, 2908 Poston Ave., Nashville, Tennessee 37203-1312, and to Defendants' counsel in the related ICA proceedings, Brad J. Miller, Esq., Pollart Miller LLC, 2415 East Camelback Road, Suite 700, Phoenix, Arizona 85016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2026.

/s/ Sean A. Woods
Sean A. Woods

**Robison v. DG Retail, LLC, No. CV-25-03618-PHX-DGC**

**EXHIBITS TO DECLARATION OF SEAN A. WOODS (EXHIBIT 2)**

**Part 1 of 8: Index**

Exhibit A: Records of Jeffrey D. Scott, M.D., August 15, 2023

Exhibit B: Records of Dr. Scott, September 12, 2023

Exhibit C: Records of Dr. Scott, October 12, 2023

Exhibit D: Records of Abhishiek Sharma, M.D., February 7, 2024

Exhibit E: Operative Report, April 25, 2024

# EXHIBIT A

Records of Jeffrey D. Scott, M.D., August 15, 2023

**Palo Brea Pain & Rehabilitation**

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

**Patient Name:** Mark Robison
**Date of Birth**: [redacted]
**Insurance**: Sedgwick
**Policy Number**: 7211448
**Date of Injury:** 1/7/2022
**Date of Service**: 08/15/2023

## PHYSICAL MEDICINE AND REHABILITATION CONSULTATION

Mr. Robinson is a 57 year old male. He presents with right shoulder pain and neck pain. He injured his neck while working for Dollar General on 1/7/22. He was lifting cases of water when his neck popped and his arms went numb with right arm weakness. He was seen at Concentra and then Banner Estrella. After bilateral shoulder MRI he was referred to Dr. Mark Greenfield who opined he did not have an intra-articular shoulder surgical problem.

Cervical MRI Diffuse cervical spondylosis, detailed abore, with right facet edema at C4-5. C5-6, moderato canal stenosis with mild cord compression, na cord edema is seen at khis time. Severe bilateral foramina! stenosis. C6-7, malerate spinal canal with moderate bilateral foramina! stenosis. Moderate right foramina! stenosis CA-5.

He then saw Dr. Kevin Ladin who recommended EMG. 1/11/23 right brachial plexus MRI was negative. EMG done 2/1/23 revealed right C5-6 radiculopathy versus severe right upper trunk plexopathy and mild left C7 radiculopathy. On 2/21/23 Dr. Anthony Theiler authored an IME addendum recommending neurology and orthopedic spine evaluation.

**PAIN COMPLAINTS**: Mr. Robinson complains of right shoulder pain. The patient complains of a deep shoulder pain. It does not radiate. He describes it as shooting and stabbing. Nothing seems to alleviate the pain. Discomfort increases with using arms. On a 10 point VAS scale the pain ranges from 8 -10.
Mr. Robinson complains primarily of pain in the bilateral lower cervical region. The pain radiates to the right neck, right shoulder and right arm. He characterizes it as shooting and stabbing. On a 10 point VAS scale the pain ranges from 8 -10. He has not found anything that helps relieve the pain. The pain worsens with using arms.

In addition to pain, the patient complains of numbness and tingling in the neck and numbness and tingling in the right arm

**PAST MEDICAL HISTORY**: Hypertension
Positive for
[redacted] positive;
Depression

**Palo Brea Pain & Rehabilitation**

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

Neuro: Pt is AOx3. Coordination is grossly intact. Light touch and pain sensation deficit noted in seonsry deficit C6-7 bilatearlly distribution. Left biceps tendon DTR 3/4. Right biceps tendon DTR 2/4. Left brachioradialis tendon DTR 3/4. Right brachioradialis tendon DTR 2/4. Left triceps tendon DTR 3/4. Right triceps tendon DTR 1/4. LE reflexes intact. Hoffman's negative, Babinski negative. No clonus

**IMPRESSION:**

M48.02 Spinal stenosis, cervical region with myeloradiculopathy
M50.020 Cervical disc disorder with myelopathy
M54.2 Cervicalgia

**RECOMMENDATIONS:**

This claimant has symptomatic cervical myeloradiculopathy and it is very likely needs a decompression and fusion. He is hyper-reflexic in the left arm and globally weak around both shoulders. No lower extremity tract signs but he has had some episodes of incontinence. Regardless he needs a surgical consultation and I agree with Dr. Eifler that he needs to see Dr. Sharma for spine surgery consultation.

His "shoulders" have been the source of his issues because of his myeloradiculopathy that was confirmed with recent EMG testing and is present in the February 2022 MRI. He presented to Banner Estrella ER on the DOI with acute bilateral shoulder weakness, right more than left and this is because he is suffering from myeloradiculopathy that has not been evaluated by spine surgery. The Concentra records indicate an ortho spine eval was denied and it is presumably due to the injury declared "bilateral shoulders" The EMG, his shoulder girdle weakness, and his exam proves otherwise. This is a cervical spine injury and he needs a spine surgeon.

I also recommend that his cervical MRI be repeated/updated in preparation for the consult.

He needs to be off of work. Due to shoulder girdle weakness he is not capable of working.

Follow up four weeks.

# MEDICAL TREATMENT PREAUTHORIZATION FORM

*Instructions for using this form are available at https://www.azica.gov/forms/mro7701.

## SECTION I – PROVIDER REQUEST FOR PREAUTHORIZATION (PROVIDER TO COMPLETE/SUBMIT TO PAYER)

**PATIENT/EMPLOYEE INFORMATION**

Name **(Last, First, Middle): Robison, Mark**

| | |
|---|---|
| Date of Injury (MM/DD/YYYY): **01072022** | Date of Birth (MM/DD/YYYY): [redacted] |
| Payer Claim No. **7211448** | Social Security Number:[1] |

**PROVIDER INFORMATION**

| | |
|---|---|
| Name: **Jeffrey D. Scott, M.D.** | Contact Name: **Jeffrey D. Scott, M.D.** |
| Phone: **602-368-3600** | Specialty: **Physical Medicine and Rehabilitation** |
| Preferred Method of Contact: ■ **E-mail** ☐ Fax | E-mail **or** Fax: INFO@PALOBREAPAIN.COM **FAX:: 602-368-3235** |

**PAYER INFORMATION**
(Self-Insured Employer, Insurance Carrier, Third-Party Administrator, or Special Fund)

| | |
|---|---|
| Name: Sedgwick | Contact Name: |

| Diagnosis/ICD Code | Treatment/Services Requested ☐ Urgent ☐ Routine | CPT/NDC Code |
|---|---|---|
| | surgical consultation<br><br>cervical MRI be repeated/updated | |

■ I have attached documentation to support the medical necessity and appropriateness of the treatment/services requested.

| | |
|---|---|
| Original sent to **Payer** via: ☐ U.S. Mail ☐ E-mail ■ **Fax** | Requested Treatment/Services Supported by ODG? ■ **Yes** ☐ No ☐ Unknown |

**Payer** Mailing Address, Fax, **or** Email:

| | |
|---|---|
| Provider Electronic Signature: **Jeffrey D. Scott, M.D.** | Date Sent: **8/15/2023** |

## SECTION II – PAYER DECISION ON REQUEST FOR PREAUTHORIZATION (Payer Decision supported by IME? ☐ Yes ☐ No)

| | |
|---|---|
| Preferred Method of Contact: ☐ E-mail ☐ Fax | E-mail **or** Fax: |
| Date Req. for Preauthorization Received: | ICA Claim No.: |

Payer Response: ☐ Approved ☐ Partially Denied ☐ Denied ☐ Request for Preauthorization Incomplete ☐ IME Requested

☐ I have attached a statement of the approved treatment/services or, if not approved, the reasons supporting a denial/partial denial.

| | |
|---|---|
| ☐ Original sent to **Provider** via Provider's Preferred Method of Contact (*see* above). | Copy to: ☐ Employee ☐ Employee's Attorney |
| Payer Electronic Signature: /s/ | Date Sent: |

## SECTION III – PROVIDER OR EMPLOYEE REQUEST FOR RECONSIDERATION OF PAYER DECISION

☐ I have attached a statement of the reasons and justifications supporting the Request for Reconsideration.

☐ I have attached documentation to support the medical necessity and appropriateness of the treatment/services requested.

☐ Original sent to **Payer** via Payer's Preferred Method of Contact (*see* Section II above).

| | |
|---|---|
| Provider or Employee Electronic Signature: /s/ | Date Sent: |

## SECTION IV – PAYER DECISION ON REQUEST FOR RECONSIDERATION (Payer Decision supported by IME? ☐ Yes ☐ No)

| | |
|---|---|
| Payer Response: ☐ Approved ☐ Partially Denied ☐ Denied ☐ IME Requested | Date Req. for Reconsideration Received: |

☐ I have attached a statement of the approved treatment/services or, if not approved, the reasons supporting a denial/partial denial.

| | |
|---|---|
| ☐ Original sent to **Provider** via Provider's Preferred Method of Contact (*see* above). | Copy to: ☐ Employee ☐ Employee's Attorney |
| Payer Electronic Signature: /s/ | Date Sent: |

## SECTION V – PROVIDER OR EMPLOYEE REQUEST FOR ADMINISTRATIVE PEER REVIEW (SUBMIT TO ICA)

Reason for Request for Administrative Review: ☐ Payer Non-Response ☐ Denial/Partial Denial of Requested Treatment/Services

☐ I have attached copies of all relevant medical records and (if applicable) documentation related to Payer's non-response.

☐ I have attached copies of all documentation and statements previously attached to Sections I-IV (above).

Original sent to **ICA MRO** via: ☐ U.S. Mail (800 W. Washington St., Phoenix, AZ 85007) ☐ E-mail (MRO@azica.gov) ☐ Fax (602-542-4797)

| | |
|---|---|
| Provider or Employee Electronic Signature: /s/ | Date Sent: |

Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

# FAX COVER SHEET

**Patient Name**: Mark Robison
**Date of Birth**: [redacted]
**Insurance**: Sedgwick
**Policy Number**: 7211448
**Date of Injury:** 1/7/2022

**Today's Date: 8/15/2023**

**From: Yuliana Gonzalez ygonzalez@palobreapain.com**

| | | |
|---|---|---|
| Adjuster: | Linda Scott | Fax: (866)548-2637 |
| Attorney: | Matt Fendon | Fax: (602)900-0123 |
| NCM: | | Fax: |

**ANY ATTACHED MRO REQUESTS FOR AUTHORIZATION REQUIRE A RESPONSE WITHIN 7 (SEVEN) BUSINESS DAYS OF THIS FAX DATE PURSUANT TO ARIZONA ICA TREATMENT GUIDELINES.**

**FAILURE TO RESPOND TO AN MRO REQUEST FOR AUTHORIZATION IN 7 (SEVEN) BUSINESS DAYS WILL BE REFERRED TO THE ICA FOR PEER REVIEW TO BE DONE AT THE PAYER'S EXPENSE.**

**The documents in this electronic or facsimile transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon, or otherwise using the information contained in this facsimile is strictly prohibited. If you have received this information in error, please notify the sender immediately at 602-368-3600 and destroy this electronic or paper facsimile transmission. Thank You!**

# EXHIBIT B

Records of Dr. Scott, September 12, 2023

# Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

**Patient Name:** Mark Robison
**Date of Birth**: [redacted]
**Insurance**: Sedgwick
**Policy Number**: 7211448
**Date of Injury:** 1/7/2022
**Date of Service**: 09/12/2023

## PROGRESS REPORT

**Subjective:**
Mr. Robison is a 57 year old male. He presents with right shoulder pain and neck pain. He injured his neck while working for Dollar General on 1/7/22. He was lifting cases of water when his neck popped and his arms went numb with right arm weakness. He was seen at Concentra and then Banner Estrella. After bilateral shoulder MRI he was referred to Dr. Mark Greenfield who opined he did not have an intra-articular shoulder surgical problem.

Cervical MRI Diffuse cervical spondylosis, detailed abore, with right facet edema at C4-5. C5-6, moderato canal stenosis with mild cord compression, na cord edema is seen at khis time. Severe bilateral foramina! stenosis. C6-7, malerate spinal canal with moderate bilateral foramina! stenosis. Moderate right foramina! stenosis CA-5.

He then saw Dr. Kevin Ladin who recommended EMG. 1/11/23 right brachial plexus MRI was negative. EMG done 2/1/23 revealed right C5-6 radiculopathy versus severe right upper trunk plexopathy and mild left C7 radiculopathy. On 2/21/23 Dr. Anthony Theiler authored an IME addendum recommending neurology and orthopedic spine evaluation.

MRI of the cervical spine was completed on 08/24/23 revealing spondylosis at C5-6 resulting in severe spinal canal stenosis with severe bilateral neural foramen stenosis, unchanged. There is encroachment on the exiting bilateral C6 nerve roots and mild spinal cord flattening. Moderate to severe bilateral neural foramen stenosis with moderate spinal canal and bilateral lateral recess stenosis at C6/7, unchanged. Moderate bilateral neural foramen stenosis at C4-5, stable. Moderate to severe right and mild-to-moderate left-sided neural foramen stenosis with mild spinal canal stenosis, unchanged at C3-4.

Mr Robinson is here for follow up. Pain is rated at 10/10. He reports pain in the neck and shoulders with spasms in the arms which causes cramping in the fingers. He is also reporting numbness in the perianal area and has urinated twice without knowing.

**Medications:**
Last Reviewed on 9/11/2023 03:17 PM by Gonzalez, Yuliana

**Palo Brea Pain & Rehabilitation**

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

I saw hi for take over care last time, Today he is reporting episodic urinary incontinence and peri-genital numbness. Knowing his cervical MRI results. I am recommending he go directly to the ER do to numbness in the perianal area and episodic incontinence. He may need emergent cervical decompression. He told me he would go to the ER at SJH

As I have documented previously, I still recommend a spine surgeon Dr Sharma if he does get emergent surgery now.

Again, he is hyper-reflexic in the left arm and globally weak around both shoulders. No lower extremity tract signs perianal numbness and episodes of incontinence. Regardless he needs a surgical consultation and I agree with Dr. Eifler that he needs to see Dr. Sharma for spine surgery consultation.

Continue off of work. Due to shoulder girdle weakness he is not capable of working.

Follow up four weeks or based on ER visit.

**Jeffrey D. Scott, M.D.**
**Board Certified Physical Medicine and Rehabilitation**

# MEDICAL TREATMENT PREAUTHORIZATION FORM

*Instructions for using this form are available at https://www.azica.gov/forms/mro7701.

## SECTION I – PROVIDER REQUEST FOR PREAUTHORIZATION (PROVIDER TO COMPLETE/SUBMIT TO PAYER)

**PATIENT/EMPLOYEE INFORMATION**

| | |
|---|---|
| Name **(Last, First, Middle): Robison, Mark** | |
| Date of Injury (MM/DD/YYYY): **01072022** | Date of Birth (MM/DD/YYYY): [redacted] |
| Payer Claim No. **7211448** | Social Security Number:[1] |

**PROVIDER INFORMATION**

| | |
|---|---|
| Name: **Jeffrey D. Scott, M.D.** | Contact Name: **Jeffrey D. Scott, M.D.** |
| Phone: **602-368-3600** | Specialty: **Physical Medicine and Rehabilitation** |
| Preferred Method of Contact: ■ **E-mail** ☐ Fax | E-mail **or** Fax: INFO@PALOBREAPAIN.COM **FAX:: 602-368-3235** |

**PAYER INFORMATION**
(Self-Insured Employer, Insurance Carrier, Third-Party Administrator, or Special Fund)

| | |
|---|---|
| Name: Sedgwick | Contact Name: |

| Diagnosis/ICD Code | Treatment/Services Requested ☐ Urgent ☐ Routine | CPT/NDC Code |
|---|---|---|
| | surgical consultation | |

■ I have attached documentation to support the medical necessity and appropriateness of the treatment/services requested.

| | |
|---|---|
| Original sent to **Payer** via: ☐ U.S. Mail ☐ E-mail ■ **Fax** | Requested Treatment/Services Supported by ODG? ■ **Yes** ☐ No ☐ Unknown |
| **Payer** Mailing Address, Fax, **or** Email: | |
| Provider Electronic Signature: **Jeffrey D. Scott, M.D.** | Date Sent: **9/13/2023** |

## SECTION II – PAYER DECISION ON REQUEST FOR PREAUTHORIZATION (Payer Decision supported by IME? ☐ Yes ☐ No)

| | |
|---|---|
| Preferred Method of Contact: ☐ E-mail ☐ Fax | E-mail **or** Fax: |
| Date Req. for Preauthorization Received: | ICA Claim No.: |
| Payer Response: ☐ Approved ☐ Partially Denied ☐ Denied ☐ Request for Preauthorization Incomplete ☐ IME Requested | |
| ☐ I have attached a statement of the approved treatment/services or, if not approved, the reasons supporting a denial/partial denial. | |
| ☐ Original sent to **Provider** via Provider's Preferred Method of Contact (*see* above). | Copy to: ☐ Employee ☐ Employee's Attorney |
| Payer Electronic Signature: /s/ | Date Sent: |

## SECTION III – PROVIDER OR EMPLOYEE REQUEST FOR RECONSIDERATION OF PAYER DECISION

| | |
|---|---|
| ☐ I have attached a statement of the reasons and justifications supporting the Request for Reconsideration. | |
| ☐ I have attached documentation to support the medical necessity and appropriateness of the treatment/services requested. | |
| ☐ Original sent to **Payer** via Payer's Preferred Method of Contact (*see* Section II above). | |
| Provider or Employee Electronic Signature: /s/ | Date Sent: |

## SECTION IV – PAYER DECISION ON REQUEST FOR RECONSIDERATION (Payer Decision supported by IME? ☐ Yes ☐ No)

| | |
|---|---|
| Payer Response: ☐ Approved ☐ Partially Denied ☐ Denied ☐ IME Requested | Date Req. for Reconsideration Received: |
| ☐ I have attached a statement of the approved treatment/services or, if not approved, the reasons supporting a denial/partial denial. | |
| ☐ Original sent to **Provider** via Provider's Preferred Method of Contact (*see* above). | Copy to: ☐ Employee ☐ Employee's Attorney |
| Payer Electronic Signature: /s/ | Date Sent: |

## SECTION V – PROVIDER OR EMPLOYEE REQUEST FOR ADMINISTRATIVE PEER REVIEW (SUBMIT TO ICA)

| | |
|---|---|
| Reason for Request for Administrative Review: ☐ Payer Non-Response ☐ Denial/Partial Denial of Requested Treatment/Services | |
| ☐ I have attached copies of all relevant medical records and (if applicable) documentation related to Payer's non-response. | |
| ☐ I have attached copies of all documentation and statements previously attached to Sections I-IV (above). | |
| Original sent to **ICA MRO** via: ☐ U.S. Mail (800 W. Washington St., Phoenix, AZ 85007) ☐ E-mail (MRO@azica.gov) ☐ Fax (602-542-4797) | |
| Provider or Employee Electronic Signature: /s/ | Date Sent: |

# EXHIBIT C

Records of Dr. Scott, October 12, 2023

# Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

**Patient Name:** Mark Robison
**Date of Birth**: [redacted]
**Insurance**: Sedgwick
**Policy Number**: 7211448
**Date of Injury:** 1/7/2022
**Date of Service**: 10/12/2023

## PROGRESS REPORT

**Subjective:**
Mr. Robison is a 57 year old male. He presents with right shoulder pain and neck pain. He injured his neck while working for Dollar General on 1/7/22. He was lifting cases of water when his neck popped and his arms went numb with right arm weakness. He was seen at Concentra and then Banner Estrella. After bilateral shoulder MRI he was referred to Dr. Mark Greenfield who opined he did not have an intra-articular shoulder surgical problem.

Cervical MRI Diffuse cervical spondylosis, detailed abore, with right facet edema at C4-5. C5-6, moderato canal stenosis with mild cord compression, na cord edema is seen at khis time. Severe bilateral foramina! stenosis. C6-7, malerate spinal canal with moderate bilateral foramina! stenosis. Moderate right foramina! stenosis CA-5.

He then saw Dr. Kevin Ladin who recommended EMG. 1/11/23 right brachial plexus MRI was negative. EMG done 2/1/23 revealed right C5-6 radiculopathy versus severe right upper trunk plexopathy and mild left C7 radiculopathy. On 2/21/23 Dr. Anthony Theiler authored an IME addendum recommending neurology and orthopedic spine evaluation.

MRI of the cervical spine was completed on 08/24/23 revealing spondylosis at C5-6 resulting in severe spinal canal stenosis with severe bilateral neural foramen stenosis, unchanged. There is encroachment on the exiting bilateral C6 nerve roots and mild spinal cord flattening. Moderate to severe bilateral neural foramen stenosis with moderate spinal canal and bilateral lateral recess stenosis at C6/7, unchanged. Moderate bilateral neural foramen stenosis at C4-5, stable. Moderate to severe right and mild-to-moderate left-sided neural foramen stenosis with mild spinal canal stenosis, unchanged at C3-4.

I am seeing him for follow up. Since last visit he did go to the ER and he a repeat MRI. It was determined that it was not a surgical emergency. He reports bilateral arm numbness and hand tingling. He has intermittent incontinence. as well but it is not consistent.

**Medications:**
Last Reviewed on 10/11/2023 04:17 PM by Gonzalez, Yuliana

# MEDICAL TREATMENT PREAUTHORIZATION FORM

*Instructions for using this form are available at https://www.azica.gov/forms/mro7701.

## SECTION I – PROVIDER REQUEST FOR PREAUTHORIZATION (PROVIDER TO COMPLETE/SUBMIT TO PAYER)

**PATIENT/EMPLOYEE INFORMATION**

Name **(Last, First, Middle): Robison, Mark**

| | |
|---|---|
| Date of Injury (MM/DD/YYYY): **01072022** | Date of Birth (MM/DD/YYYY): [redacted] |
| Payer Claim No. **7211448** | Social Security Number:[1] |

**PROVIDER INFORMATION**

| | |
|---|---|
| Name: **Jeffrey D. Scott, M.D.** | Contact Name: **Jeffrey D. Scott, M.D.** |
| Phone: **602-368-3600** | Specialty: **Physical Medicine and Rehabilitation** |
| Preferred Method of Contact: ■ **E-mail** ☐ Fax | E-mail **or** Fax: INFO@PALOBREAPAIN.COM **FAX:: 602-368-3235** |

**PAYER INFORMATION**
(Self-Insured Employer, Insurance Carrier, Third-Party Administrator, or Special Fund)

| | |
|---|---|
| Name: Sedgwick | Contact Name: |

| Diagnosis/ICD Code | Treatment/Services Requested ☐ Urgent ☐ Routine | CPT/NDC Code |
|---|---|---|
| | , I still recommend a spine surgeon Dr Sharma | |

■ I have attached documentation to support the medical necessity and appropriateness of the treatment/services requested.

| | |
|---|---|
| Original sent to **Payer** via: ☐ U.S. Mail ☐ E-mail ■ **Fax** | Requested Treatment/Services Supported by ODG? ■ **Yes** ☐ No ☐ Unknown |

**Payer** Mailing Address, Fax, **or** Email:

| | |
|---|---|
| Provider Electronic Signature: **Jeffrey D. Scott, M.D.** | Date Sent: **10/16/2023** |

## SECTION II – PAYER DECISION ON REQUEST FOR PREAUTHORIZATION (Payer Decision supported by IME? ☐ Yes ☐ No)

| | |
|---|---|
| Preferred Method of Contact: ☐ E-mail ☐ Fax | E-mail **or** Fax: |
| Date Req. for Preauthorization Received: | ICA Claim No.: |

Payer Response: ☐ Approved ☐ Partially Denied ☐ Denied ☐ Request for Preauthorization Incomplete ☐ IME Requested

☐ I have attached a statement of the approved treatment/services or, if not approved, the reasons supporting a denial/partial denial.

| | |
|---|---|
| ☐ Original sent to **Provider** via Provider's Preferred Method of Contact (*see* above). | Copy to: ☐ Employee ☐ Employee's Attorney |
| Payer Electronic Signature: /s/ | Date Sent: |

## SECTION III – PROVIDER OR EMPLOYEE REQUEST FOR RECONSIDERATION OF PAYER DECISION

☐ I have attached a statement of the reasons and justifications supporting the Request for Reconsideration.

☐ I have attached documentation to support the medical necessity and appropriateness of the treatment/services requested.

☐ Original sent to **Payer** via Payer's Preferred Method of Contact (*see* Section II above).

| | |
|---|---|
| Provider or Employee Electronic Signature: /s/ | Date Sent: |

## SECTION IV – PAYER DECISION ON REQUEST FOR RECONSIDERATION (Payer Decision supported by IME? ☐ Yes ☐ No)

| | |
|---|---|
| Payer Response: ☐ Approved ☐ Partially Denied ☐ Denied ☐ IME Requested | Date Req. for Reconsideration Received: |

☐ I have attached a statement of the approved treatment/services or, if not approved, the reasons supporting a denial/partial denial.

| | |
|---|---|
| ☐ Original sent to **Provider** via Provider's Preferred Method of Contact (*see* above). | Copy to: ☐ Employee ☐ Employee's Attorney |
| Payer Electronic Signature: /s/ | Date Sent: |

## SECTION V – PROVIDER OR EMPLOYEE REQUEST FOR ADMINISTRATIVE PEER REVIEW (SUBMIT TO ICA)

Reason for Request for Administrative Review: ☐ Payer Non-Response ☐ Denial/Partial Denial of Requested Treatment/Services

☐ I have attached copies of all relevant medical records and (if applicable) documentation related to Payer's non-response.

☐ I have attached copies of all documentation and statements previously attached to Sections I-IV (above).

Original sent to **ICA MRO** via: ☐ U.S. Mail (800 W. Washington St., Phoenix, AZ 85007) ☐ E-mail (MRO@azica.gov) ☐ Fax (602-542-4797)

| | |
|---|---|
| Provider or Employee Electronic Signature: /s/ | Date Sent: |

# EXHIBIT D

Records of Abhishiek Sharma, M.D., February 7, 2024

**Yes, reconciliation performed**

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Patient has no known drug allergies | | |

### Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

### Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

### Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

### Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

| FAMILY HEALTH HISTORY (FREE TEXT) |
|---|
| No family health history (free text) available for this patient. |

### Advance Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advance directives recorded for this patient. | |

### Worker's compensation visit

The patient is a 58 yrs old who presents for evaluation of neck and bilateral upper extremity weakness. The patient states that he was lifting cases of water off a dolly when he felt a pop in his neck. He states that he was walking across the store when he felt numbness to his upper extremities. He was evaluated at Concentra and Banner Estrella, where he underwent diagnostic imaging. An MRI of his shoulder was obtained at the time, and the patient was referred to Dr. Greenfield. Dr. Greenfield believed his symptoms were arising from his cervical spine. He underwent an MRI of his cervical spine and an EMG of his upper extremities. His EMG was done on 2/1/2023 which revealed right C5-6 radiculopathy versus severe right upper trunk plexopathy and mild left C7 radiculopathy. He underwent and IME with Dr. Theiler, who recommended a neurology and orthopedic evaluation. He was evaluated by Dr. Eiffler who recommended neurosurgical evaluation given his cervical findings. Currently, the patient for significant neck pain and bilateral upper extremity weakness. He also reports headaches and "cramping" to his upper extremities. He has noticed atrophy to his right arm. He said that he has difficulty buttoning his shirts and lifting his arms above shoulder level. Of note, the patient has been experiencing urinary incontinence which he mentioned to Dr. Scott. At the time Dr. Scott recommended the patient to go to the nearest emergency department for further evaluation. He was evaluated at St. Joseph's Medical Center where he underwent work up for his urinary incontinence. He is a former smoker and states that he quit November 2023. The patient states that these symptoms have been long-standing and non-responsive to significant physical therapy and medication. The patient denies any bowel or bladder issues. No fecal incontinence is reported. A routine Neurosurgical evaluation is now being requested. The patient reports significant limitations in activities of daily living including but not limited to household chores.

**Review of Systems:**
Constitutional: No fever, No chills.
HEENT: No diplopia. Denies hearing problems. No dysphagia, odynophagia. No nasal congestion, No sore throat. No blurred vision

Respiratory: No shortness of breath, No cough.
Cardiovascular: No chest pain, No peripheral edema.
Gastrointestinal: No nausea, No vomiting, No diarrhea.
Genitourinary: No dysuria.
Integumentary: No rash.
Musculoskeletal: No joint pain, + muscle pain +neck pain +bilateral upper extremity weakness +bilateral upper extremity paresthesias.
Neurologic: No dizziness, + headache.

**PMH/SH/FH: Reviewed and confirmed per EMR.**

**Exam:**
General: Appropriately groomed.
Extremities: No clubbing, cyanosis, or edema.
Head: Normocephalic, atraumatic
EENT: Mucous membranes moist, nares patent.
Pulmonary: Symmetric chest rise, normal work of breathing.
Abdomen: Soft, nontender, nondistended.
Peripheral pulses bilaterally: Present at dorsal foot.
NEUROLOGICAL EXAM:. Affect flat.
Mental status to conversation: Normal orientation, memory, concentration, language, fund of knowledge.
Cranial nerve examination: Pupils equally round and react to light. Extraocular muscles are intact. Facial sensation is symmetric. No facial droop. Hearing intact to conversation. Palate upgoing. Tongue midline.
Neck: **Decreased** range of motion is present; no lymphadenopathy.
Motor examination: Normal tone, normal bulk, no atrophy or abnormal movement.
Strength: 5/5 upper and lower extremities proximally and distally except **right IO4, right bicep 4, right tricep 4-, right deltoid 2, left arm 4+, left deltoid 4,**
Deep tendon reflexes are 2+ bilaterally for brachioradialis, patellar, Achilles. **+ Hoffman's. Two beats of clonus bilateral.**
Sensory examination to light touch is within normal limits over the bilateral face, arms and leg.
Coordination: grossly normal.
Ambulation: Casual gait is normal.
Gross atrophy right bicep

MRI cervical spine without contrast: I personally reviewed the images as well as the report.
INDICATION: Neck pain, injury January 2022, left arm radiculopathy, right arm spasm

COMPARISON: MRI cervical spine 2/24/2022

TECHNIQUE: Sagittal T1, sagittal STIR, sagittal and axial T2, and axial gradient echo images were obtained.

FINDINGS:

There is straightening of the cervical spine.

The vertebral bodies are normal in height. Facial shortening of the pedicles.

The disc spaces are desiccated at C3-4, C5-6 and C6/7. Inflammatory edema along the endplates at C5-6.

The paraspinal soft tissues are normal.

The spinal cord signal is normal.

LEVEL BY LEVEL:

C1-C2: No significant degenerative changes. No canal stenosis.

C2-C3: Mild to moderate bilateral facet and left-sided uncovertebral enlargement. 2 mm disc bulge. Moderate to severe left-sided neural foramen stenosis without spinal canal or right neural foramen stenosis.

The patient is a pleasant 58 yrs old presenting with cervical radiculopathy, cervical myelopathy, and significant neck pain. I personally reviewed his imaging report directly with the patient which shows large disc extrusions at C5-C6 and C6-C7 with severe canal stenosis. He states that his symptoms are debilitating and interfere with his daily activities. Given the long-standing nature of her symptoms, it is unlikely that these will improve without surgical intervention. Therefore, a significant amount of time was spent discussing the risks, alternatives and benefits of anterior surgical decompression and fusion at C5-7 with direct visualization. We discussed anterior and posterior cervical fixation and fusion approaches. Both anterior and posterior surgeries were discussed however posterior surgery would carry higher morbidity hence an anterior surgery was offered and elected by the patient. The proposed procedure, with its attendant risks, benefits and alternatives, was explained to the patient in advance, who asked that the procedure be performed. Both anterior and posterior surgeries were discussed however posterior surgery would carry higher morbidity hence an anterior surgery was offered and elected by the patient. I discussed the risks and benefits involving the operation with the patient. Risks included but not limited to infection, bleeding, wound dehiscence, spinal fluid leak, chronic pain, cosmetic disfigurement, damage or injury to spinal cord or nerves resulting in malfunction, no improvement and/or worsening of current symptoms, the development of spinal instability, risk of hospitalization-related complications, thromboembolic events, risk of brace-related complications, speech issues, swallowing difficulty, need for parenteral nutrition, development of pseudoarthrosis and fusion failure, adjacent segment disease, Horner's syndrome, development of failure of metal implants such as fracture, migration, pull out, loosening of screws, risk of hospitalization-related complications, thromboembolic events, risk of general anesthesia, and/or risks related to positioning on the operating room table such as facial swelling, orbital blindness, peripheral neuropathy, plexopathy, risk of general anesthesia and death. The patient voiced full understanding of the procedure and proceeded with informed consent. They also expressed understanding that posterior fixation might become necessary at a later date if the patient were to develop pseudoarthrosis or need for further fixation were to arise. The patient expressed understanding and voiced informed consent. They were also counseled on warning signs of cervical cord compression. We will follow-up with them for final surgical scheduling. We will obtain flexion extension cervical radiographs to rule out instability. He will follow-up in 4 weeks' time. All his questions were answered to his satisfaction.

Thank you for allowing us to participate in the care of this patient.

I spent greater than 57 minutes face-to-face with the patient, over half in discussion of the diagnosis and the importance of compliance with the treatment plan, including but not limited to reviewing pertinent medical history, symptoms, and imaging.

This note has been partially created with Dragon voice recognition software. Occasional wrong-word substitutions may have occurred due to the inherent limitations of this software. Despite best efforts at reviewing & proof-reading the note, inadvertent errors may remain. Please read the chart carefully and recognize, using context, where such inadvertent substitutions may have occurred, and please let us know as soon as possible if any such errors have been noted, so that we may correct them. If you have any questions about the contents of this note, please contact us to discuss the case. Thank You.

## Orders

### LAB ORDERS

Vendor Order 2404MTYE added on 02/07/24
Other

- 765 - PT and PTT
- 6301-6 - INR
- 2079 - UA/M w/rflx Culture, Routine
- 57021-8 - CBC W Auto Differential panel - Blood
- 3596 - Basic metabolic 1998 panel - Serum or Plasma

### IMAGING ORDERS

Imaging Order 2404MU87 added on 02/07/24
Other

- 374 - Spine Cervical X-ray AP and lateral

Imaging Order 2404MTZQ added on 02/07/24
Other

- 1813 - Chest X-ray AP and lateral

# EXHIBIT E

Operative Report, April 25, 2024

# APOLLO SURGERY CENTERS

## Neurosurgery Operative Note

Mark Robison
[redacted]

DATE OF SERVICE: 04/25/2024

PREOPERATIVE DIAGNOSES:
1. Cervical myelopathy/radiculopathy C5-7
2. Neck pain
3. Arm pain and numbness

POSTOPERATIVE DIAGNOSES:
1. Cervical myelopathy/radiculopathy C5-7
2. Neck pain
3. Arm pain and numbness

PROCEDURES PERFORMED:
1. Anterior cervical diskectomy C5-6, C6-7
2. Anterior arthrodesis C5-6-7
3. Anterior instrumentation C5-6-7. Globus
4. Preparation of structural allograft for spinal fusion
5. Use and interpretation of intraoperative fluoroscopy for the following procedure
6. Use of intraoperative monitoring including SSEPs, MEPs and spontaneous EMG

ANESTHESIA:
General

ASSISTANT:
Lori Stanley NP RNFA.

ESTIMATED BLOOD LOSS:
<5cc

COMPLICATIONS:
None, no CSF egress

COUNTS:
Sponge and needle counts were reported as correct x2.

INDICATIONS:
The patient is a 58y.o. injured worker with cervical radiculopathy/myelopathy at C5-7 after a work injury. The patient has failed conservative management and presented for definitive surgical treatment. I spent a significant amount of time with the patient discussing the risks, benefits and alternatives of an anterior cervical diskectomy and fusion. We discussed anterior and posterior cervical fixation and fusion approaches. The proposed procedure, with its attendant risks, benefits and alternatives, was explained to the patient in advance, who asked that the procedure be performed. Both anterior and posterior surgeries were discussed however posterior surgery would carry higher morbidity hence an anterior surgery was offered and