**Robison v. DG Retail, LLC, No. CV-25-03618-PHX-DGC**

**EXHIBITS TO DECLARATION OF SEAN A. WOODS (EXHIBIT 2)**

**Part 3 of 8: Index**

Exhibit L: ICA Bad Faith Complaint, March 25, 2024

Exhibit M (pages 1-25 of 102): Defendants' ICA Records Submission, November 27, 2023

# EXHIBIT L

ICA Bad Faith Complaint, March 25, 2024

Nathan C. Zollinger, Esq. Bar #035582
MATT FENDON LAW GROUP
PO BOX 1750
PHOENIX, AZ 85001
Telephone: (602) 562-9111
Facsimile: (602) 900-0123

Attorney for Applicant

BEFORE THE INDUSTRIAL COMMISSION OF ARIZONA

| | |
|---|---|
| MARK ROBINSON<br>Applicant,<br><br>vs.<br><br>DOLLAR GENERAL,<br>Defendant Employer,<br><br>DG RETAIL LLC,<br>Defendant Insurance Carrier. | ICA CLAIM NO. 20220280286<br>CARRIER NO. 7211446<br>DATE OF INJURY: 01/07/2022<br><br>**BAD FAITH COMPLAINT** |

COMES NOW, the Applicant, by and through his undersigned attorney ("MFLG"), and pursuant to A.R.S. §23-930(A), A.R.S. §23-930(B) and A.A.C. R20-5-163(2)(a), hereby moves for an Order from the Industrial Commission finding bad faith against the Defendants.

The Defendant Carrier has committed Bad Faith and/or Unfair Claims Handling practices; pursuant to R20-5-163(A)(2)(b)the Carrier has unreasonably delayed authorization for medical treatment.

On August 22nd, 2022, the Adjuster issued an acceptance of our client's claim based upon the January 7th, 2022 injury. In this acceptance, the Adjuster limited the liability to only bilateral shoulder strains. Applicants filed a Request for Hearing on August 4th 2023, for "failure to approve reasonable and necessary care." (see Request for Hearing submitted 8/4/2023).

On December 26th, 2023 at a set Further Hearing, on record, "Defendants advised they have agreed to approve Applicant's requested treatment, thus resolving all issues for hearing. Applicant

agreed, and Further Hearing was cancelled." (See Decision Upon Hearing and Findings and Award dated 12/29/2023).

On February 8th, 2024 Dr. Abhishiek Sharma requested approval for an anterior surgical decompression and fusion at C5-7. (See Dr. Sharma's office visit notes from 2/7/2024).

As of March 19th, 2024 this treatment has still not been approved.

**Our client has not received authorization for treatment that the Defendants agreed to approve.** They have committed bad faith in failing to rectify the situation, or even replying to any of Dr. Sharma's inquires. The insurance carrier has unreasonably delayed benefits by saying they would approve necessary treatment, and then not following through.

The Applicant seeks $500 in damages.

The carrier has committed bad faith as defined by: R20-5-163(A)(2)(b)

The applicant hereby moves for sanctions pursuant to A.R.S. § 23-930 (B)

DATED this 25th day of March, 2024

By ______________________
Nathan C. Zollinger, Esq.
Attorney for Applicant

***ORIGINAL FILED BY PORTAL***
this 25th day of March, 2024 to:

Claims Division
Industrial Commission of Arizona
800 West Washington
Phoenix, Arizona 85005-9070

***COPY*** of the foregoing mailed
this 25th day of March, 2024 to:

Ashley Crockett, Esq
2415 E. Camelback Rd., Suite 700
Phoenix, Arizona 85016

Client

By

**INDUSTRIAL COMMISSION OF ARIZONA**
800 W WASHINGTON STREET
PHOENIX, ARIZONA 85007
(602) 542-4661

# REQUEST FOR HEARING

ROBISON MARK
vs. Last Name First Name MI

Dollar General Corporation
Defendant Employer

Dollar General Corporation
Defendant Insurance Carrier

Social Security No. * ---------

ICA Claim No. 20220280286

Ins. Carrier Claim No. 7211446

Date of Injury 1/7/2022

---

**Person Requesting Hearing:** APPLICANT

A hearing is requested on: *(Check appropriate box)*

☐ **Notice of Claim Status dated:** DD / MM / YYYY
**or**
☐ **Notice, Award, Order or Decision by The Industrial Commission of Arizona dated:** DD / MM / YYYY **or**
☑ **A.R.S. §23-1061(J)** **or** ☐ **Other:**

State reason for the request:
FAILURE TO APPROVE REASONABLE AND NECESSARY CARE.

Hearing requested at city or town of: Phoenix Estimated length of hearing: 1 hour

I request that subpoenas be issued for the following witnesses to appear and testify at hearing:

(a) (Name) / (Address)
(b) (Name) / (Address)
(c) (Name) / (Address)

☐ **Interpreter requested** **Specify Language:**

Copies of the Arizona Workers' Compensation Laws and Arizona Workers' Compensation Practice and Procedure and information about the Industrial Commission of Arizona claims and hearing process are available at the Industrial Commission offices and through the ICA web-site located at: www.azica.gov

*Nathan Zollinger for Applicant*
Nathan Zollinger for Applicant (Aug 1, 2023 15:09 PDT)
**Signature of person or the person's authorized representative requesting hearing is REQUIRED.**

8/1/2023
**Date:**

P.O. BOX 1750
**Address**

6025629111
**Telephone No.**

PHOENIX ARIZONA 85001
**City** **State** **Zip**

kramos@fendonlaw.net
**Email Address**

**IMPORTANT:** **You will be notified of hearing date in writing by mail. You must keep the Administrative Law Judge advised of any address change.**

**Phoenix:**
**Mailing address:** **Industrial Commission of Arizona**
**P.O. Box 19070**
**Phoenix, Arizona 85005-9070**
**Website** azica.gov
**Street address:** **800 W. Washington Street**
**Phoenix, Arizona 85007-2922**

**Tucson Office:** **Industrial Commission of Arizona**
**2675 E. Broadway**
**Tucson, Arizona 85716-5342**

The mandatory requirement that the social security number be included in forms filed with the Claims Division or Special Fund Division of the Industrial Commission of Arizona is permitted by Section 7(a)(2)(B) of the Federal Privacy Act of 1974, because the Commission's forms, prescribed under the Commission's Rules in existence prior to January 1, 1975, required disclosure of the social security number. The number is used as a means of identifying all the various records in the Claims Division or Special Fund pertaining to an individual. The use of social security numbers is made necessary because of the large number of persons who have similar names and birth dates, and whose identities can only be distinguished by the social security number.

THE INDUSTRIAL COMMISSION COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT OF 1990. IF YOU NEED THIS DOCUMENT IN ALTERNATIVE FORMAT, CONTACT CLAIMS AT (602) 542-4661.

Form ICA 0446 - Rev 6/2019

# 446-Request For Hearing

Final Audit Report 2023-08-01

| | |
|---|---|
| Created: | 2023-08-01 |
| By: | ICA Salesforce (ICA.Salesforce@azica.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAWP8a1MgMlPRQXlHs8F5jc-mGqPepJ7bj |

## "446-Request For Hearing" History

Document created by ICA Salesforce (ICA.Salesforce@azica.gov)
2023-08-01 - 11:08:05 PM GMT- IP address: 52.61.131.34

Document emailed to kramos@fendonlaw.net for signature
2023-08-01 - 11:08:11 PM GMT

Email viewed by kramos@fendonlaw.net
2023-08-01 - 11:08:36 PM GMT- IP address: 184.188.209.42

Signer kramos@fendonlaw.net entered name at signing as Nathan Zollinger for Applicant
2023-08-01 - 11:09:23 PM GMT- IP address: 184.188.209.42

Document e-signed by Nathan Zollinger for Applicant (kramos@fendonlaw.net)
Signature Date: 2023-08-01 - 11:09:25 PM GMT - Time Source: server- IP address: 184.188.209.42

Agreement completed.
2023-08-01 - 11:09:25 PM GMT

# BEFORE THE INDUSTRIAL COMMISSION OF ARIZONA

| | |
|---|---|
| MARK ROBINSON, Applicant,<br><br>vs.<br><br>DOLLAR GENERAL, Defendant Employer,<br><br>DG RETAIL LLC, Defendant Insurance Carrier. | ICA Claim No. 20220280286<br>Ins. Claim No. 7211446<br>Date of Injury: 1/7/2022<br>ALJ Case No. ALJ0027425<br><br>**DECISION UPON HEARING AND FINDINGS AND AWARD** |

Applicant sustained an industrial injury on January 7, 2022. By Notice dated March 22, 2022, the claim was accepted as no time loss with liability limited to bilateral shoulder strains only. On August 1, 2023, Applicant requested a hearing under A.R.S. §23-1061(J) alleging failure to approve treatment, and alleging the Notice dated March 22, 2022, was void.

Formal hearing was held remotely on October 2, 2023, and Further Hearing was set for December 26, 2023. On December 26, 2023, Defendants advised they have agreed to approve Applicant's requested treatment, thus resolving all issues for hearing, Applicant agreed, and the Further Hearing was cancelled. Applicant is represented by Nathan Zollinger. Defendants are represented by Jens Omdahl.

The undersigned, having fully considered the file, records and all related matters, now enters FINDINGS AND AWARD as follows:

## FINDINGS

1. Hearing was held on October 2, 2023.
2. On December 26, 2023, Defendants advised they have agreed to approve Applicant's requested treatment, thus resolving all issues for hearing, and Applicant agreed.
3. Considering resolution of the claim, further hearing set for **10:00 AM** on **12/26/2023** has been **CANCELLED**.

## AWARD

**IT IS ORDERED** dismissing Applicant's Request for Hearing dated August 1, 2023, and no further action be taken on Applicant's August 1, 2023, Request for Hearing under A.R.S. §23-1061(J).

**IT IS FURTHER ORDERED** all further hearings scheduled in this matter are cancelled.

**NOTICE:** Any party dissatisfied with this award may file a written request for review of the same with the Administrative Law Judge Division of the Industrial Commission within THIRTY (30) DAYS after the mailing of this award as provided by Arizona Revised Statutes, §§ 23-942D and 23-943A and B. Unless such written request is made within the time provided, this award is final.

The Industrial Commission of Arizona

Jeanne M. Steiner
Administrative Law Judge
(602) 542-3915
Date Signed: December 29, 2023

The Industrial Commission complies with the Americans with Disabilities Act of 1990. If you need this document in an alternative format, call (602) 542-5241.

# THE INDUSTRIAL COMMISSION OF ARIZONA

# NOTICE OF SERVICE

The attached DECISION UPON HEARING AND FINDINGS AND AWARD was placed in, and is now a part of, the Commission file, and a copy thereof was served upon all parties hereinafter named on 01/02/2024 (1) by depositing copies in the United States Mail in postage-prepaid, sealed envelopes addressed to such parties at the addresses shown below; or (2) if parties have waived service by United States Mail and specifically authorized alternative forms of service, by serving copies in the manners specifically authorized (designated below):

NATHAN ZOLLINGER,ESQ.
PO BOX 1750
PHOENIX, AZ 85001
VIA SFTP
Counsel for Applicant

JENS OMDAL, ESQ.
2415 E CAMELBACK RD STE 700
PHOENIX, AZ 85016
VIA U.S. Mail
Counsel for Defendants

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **MARK ROBSON** | | **Atlas Neurosurgery and Spine Center** | **Office Visit** | |
| **DOB** | [redacted] | T (602) 975-0123 | **NOTE TYPE** | Worker's compensation visit |
| **AGE** | 58 yrs | F (623) 900-7937 | **SEEN BY** | Abhishiek Sharma MD |
| **SEX** | Male | 8402 E. Shea Blvd | **DATE** | 02/07/2024 |
| **PRN** | RM842446 | Suite 100 | **AGE AT DOS** | 58 yrs |
| | | Scottsdale, AZ 85260 | Electronically signed by Abhishiek Sharma MD at 02/10/2024 02:47 pm | |

## Chief complaint

WC-C/c/ Bilateral shoulder pain and neck pain-Imaging done @ Simonmed-NRC
NPP, INS, ID (Appt time: 2/7/2024 1:45:00 PM) (Arrival time: 6:10 PM)

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| **FIRST NAME** | MARK | **SEX** | Male | **RACE** | - |
| **MIDDLE NAME** | - | **DATE OF BIRTH** | [redacted] | **ETHNICITY** | - |
| **LAST NAME** | ROBISON | **DATE OF DEATH** | - | **PREF. LANGUAGE** | - |
| **SSN** | - | **PRN** | RM842446 | **STATUS** | Active patient |

### CONTACT INFORMATION

| | | | |
|---|---|---|---|
| **ADDRESS LINE 1** | 16043 W STATE AVE | **CONTACT BY** | - |
| | | **EMAIL** | markyrobison1984@gmail.com |
| **ADDRESS LINE 2** | - | | |
| **CITY** | LITCHFIELD PARK | **HOME PHONE** | - |
| **STATE** | AZ | **MOBILE PHONE** | (623) 205-5662 |
| **ZIP CODE** | [redacted] | **OFFICE PHONE** | - |
| | | **OFFICE EXTENSION** | - |

### FAMILY INFORMATION

| | | | |
|---|---|---|---|
| **NEXT OF KIN** | - | **PATIENT'S MOTHER'S MAIDEN NAME** | - |
| **RELATION TO PATIENT** | - | | |
| **PHONE** | - | | |
| **ADDRESS** | - | | |

### PATIENT NOTES

Referred by: Palo Brea and Spine Dr. Jeffrey Scott p: 602-368-3600 f: 602-368-3235 Carrier: Sedgwick Claim: 7211448 DOI:01/07/2022 Adjuster: Linda Scott P: 480-606-5580 F: 866-5482637 Email: Linda.Scott@sedgwick.com NCM: None Attorney: Nathan Zollinger P: 602-562-9111 F: 800-229-3880 Email: info@fendonlaw.net E: kramos@fendonlaw.net

## Active insurance

PRIMARY PAYER

| | | | |
|---|---|---|---|
| PAYER | Sedgwick CMS | INSURED ID NUMBER | 7211448 |
| PRIORITY | Primary | GROUP NUMBER | - |
| TYPE | Other | EMPLOYER NAME | - |
| RELATIONSHIP TO INSURED | Other | INSURANCE PAYMENT TYPE | Copay |
| START DATE | 01/07/2022 | PAYMENT TYPE | Fixed |
| END DATE | - | COPAY AMOUNT | 0 |
| | | STATUS | Active |

## Inactive insurance

## Payment information

| | | | |
|---|---|---|---|
| PAYMENT PREFERENCE | Primary Insurance | DATE OF BIRTH | - |
| PATIENT'S RELATIONSHIP TO GUARANTOR | - | SEX | - |
| GUARANTOR NAME | - | SOCIAL SECURITY NUMBER | - |
| GUARANTOR ADDRESS | - | PRIMARY PHONE NUMBER | - |
| | | SECONDARY PHONE NUMBER | - |

## Vitals for this encounter

| | 02/07/24 1:47 PM |
|---|---|
| Height | 72 in |
| Weight | 216 lb |
| Temperature | 97.30 °F |
| Pulse | 73 bpm |
| BMI | 29.29 |
| Blood pressure | 164/108 mmHg |

## Diagnoses

Was diagnosis reconciliation completed?
**Yes, reconciliation performed**

| Current | ACUITY | START | STOP |
|---|---|---|---|
| (M54.12) Radiculopathy, cervical region | | | |
| (M54.2) Cervicalgia | | | |
| (G95.9) Disease of spinal cord, unspecified | | | |

| Historical | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

Was medication allergy reconciliation completed?

Yes, reconciliation performed

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Patient has no known drug allergies | | |

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

| FAMILY HEALTH HISTORY (FREE TEXT) |
|---|
| No family health history (free text) available for this patient. |

## Advance Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advance directives recorded for this patient. | |

## Worker's compensation visit

The patient is a 58 yrs old who presents for evaluation of neck and bilateral upper extremity weakness. The patient states that he was lifting cases of water off a dolly when he felt a pop in his neck. He states that he was walking across the store when he felt numbness to his upper extremities. He was evaluated at Concentra and Banner Estrella, where he underwent diagnostic imaging. An MRI of his shoulder was obtained at the time, and the patient was referred to Dr. Greenfield. Dr. Greenfield believed his symptoms were arising from his cervical spine. He underwent an MRI of his cervical spine and an EMG of his upper extremities. His EMG was done on 2/1/2023 which revealed right C5-6 radiculopathy versus severe right upper trunk plexopathy and mild left C7 radiculopathy. He underwent and IME with Dr. Theiler, who recommended a neurology and orthopedic evaluation. He was evaluated by Dr. Eiffler who recommended neurosurgical evaluation given his cervical findings. Currently, the patient for significant neck pain and bilateral upper extremity weakness. He also reports headaches and "cramping" to his upper extremities. He has noticed atrophy to his right arm. He said that he has difficulty buttoning his shirts and lifting his arms above shoulder level. Of note, the patient has been experiencing urinary incontinence which he mentioned to Dr. Scott. At the time Dr. Scott recommended the patient to go to the nearest emergency department for further evaluation. He was evaluated at St. Joseph's Medical Center where he underwent work up for his urinary incontinence. He is a former smoker and states that he quit November 2023. The patient states that these symptoms have been long-standing and non-responsive to significant physical therapy and medication. The patient denies any bowel or bladder issues. No fecal incontinence is reported. A routine Neurosurgical evaluation is now being requested. The patient reports significant limitations in activities of daily living including but not limited to household chores.

**Review of Systems:**
Constitutional: No fever, No chills.
HEENT: No diplopia. Denies hearing problems. No dysphagia, odynophagia. No nasal congestion, No sore throat. No blurred vision

Respiratory: No shortness of breath, No cough.
Cardiovascular: No chest pain, No peripheral edema.
Gastrointestinal: No nausea, No vomiting, No diarrhea.
Genitourinary: No dysuria.
Integumentary: No rash.
Musculoskeletal: No joint pain, + muscle pain +neck pain +bilateral upper extremity weakness +bilateral upper extremity paresthesias.
Neurologic: No dizziness, + headache.

**PMH/SH/FH: Reviewed and confirmed per EMR.**

**Exam:**
General: Appropriately groomed.
Extremities: No clubbing, cyanosis, or edema.
Head: Normocephalic, atraumatic
EENT: Mucous membranes moist, nares patent.
Pulmonary: Symmetric chest rise, normal work of breathing.
Abdomen: Soft, nontender, nondistended.
Peripheral pulses bilaterally: Present at dorsal foot.
NEUROLOGICAL EXAM:. Affect flat.
Mental status to conversation: Normal orientation, memory, concentration, language, fund of knowledge.
Cranial nerve examination: Pupils equally round and react to light. Extraocular muscles are intact. Facial sensation is symmetric. No facial droop. Hearing intact to conversation. Palate upgoing. Tongue midline.
Neck: **Decreased** range of motion is present; no lymphadenopathy.
Motor examination: Normal tone, normal bulk, no atrophy or abnormal movement.
Strength: 5/5 upper and lower extremities proximally and distally except **right IO4, right bicep 4, right tricep 4-, right deltoid 2, left arm 4+, left deltoid 4,**
Deep tendon reflexes are 2+ bilaterally for brachioradialis, patellar, Achilles. **+ Hoffman's. Two beats of clonus bilateral.**
Sensory examination to light touch is within normal limits over the bilateral face, arms and leg.
Coordination: grossly normal.
Ambulation: Casual gait is normal.
Gross atrophy right bicep

MRI cervical spine without contrast: I personally reviewed the images as well as the report.
INDICATION: Neck pain, injury January 2022, left arm radiculopathy, right arm spasm

COMPARISON: MRI cervical spine 2/24/2022

TECHNIQUE: Sagittal T1, sagittal STIR, sagittal and axial T2, and axial gradient echo images were obtained.

FINDINGS:

There is straightening of the cervical spine.

The vertebral bodies are normal in height. Facial shortening of the pedicles.

The disc spaces are desiccated at C3-4, C5-6 and C6/7. Inflammatory edema along the endplates at C5-6.

The paraspinal soft tissues are normal.

The spinal cord signal is normal.

LEVEL BY LEVEL:

C1-C2: No significant degenerative changes. No canal stenosis.

C2-C3: Mild to moderate bilateral facet and left-sided uncovertebral enlargement. 2 mm disc bulge. Moderate to severe left-sided neural foramen stenosis without spinal canal or right neural foramen stenosis.

C3-C4: Rightward directed 3 mm disc bulge with mild-to-moderate bilateral facet and right greater than left-sided uncovertebral enlargement. Moderate to severe right and mild-to-moderate left-sided neural foramen stenosis with mild spinal canal stenosis, unchanged.

C4-C5: Trace anterolisthesis of C4 on C5. 2 mm disc bulge and mild-to-moderate bilateral facet and uncovertebral enlargements. Moderate bilateral neural foramen stenosis without spinal canal stenosis, unchanged.

C5-C6: Retrolisthesis of C5 on C6. Mild spinal cord flattening. 5 mm ridge complex. Severe spinal canal stenosis. Bilateral uncovertebral enlargement and facet disease and severe bilateral neural foramen stenosis. There is encroachment on the exiting bilateral C6 nerve roots.

C6-C7: 5 mm ridge complex with moderate bilateral facet and uncovertebral enlargement. Moderate to severe bilateral neural foramen stenosis with moderate spinal canal and bilateral lateral recess stenosis, unchanged.

C7-T1: Unremarkable appearance of the disc. No significant facet joint degeneration. No spinal canal or neural foraminal stenosis.

IMPRESSION:

1. Stable exam. Spondylosis at C5-6 resulting in severe spinal canal stenosis with severe bilateral neural foramen stenosis, unchanged. There is encroachment on the exiting bilateral C6 nerve roots and mild spinal cord flattening.

2. Moderate to severe bilateral neural foramen stenosis with moderate spinal canal and bilateral lateral recess stenosis at C6/7, unchanged.

3. Moderate bilateral neural foramen stenosis at C4-5, stable.

4. Moderate to severe right and mild-to-moderate left-sided neural foramen stenosis with mild spinal canal stenosis, unchanged at C3-4.

These findings are age indeterminate.

dd:08/28/2023 4:18 PM

Reported by: Izadi, Kamron
Electronically signed by: Izadi, Kamron

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at 855-RAD-TALK(855-723-8255).

MRI brachial plexus:
INDICATION: Date of injury: 1/7/2022. Fall at work. Numbness and tingling in the bilateral arms and hands. Patient reports right arm feels" dead ". Evaluate for atrophy.

COMPARISON: MR cervical spine 2/24/2022. MR bilateral shoulders 2/18/2022.

TECHNIQUE: Axial and oblique coronal T1, T2-weighted fat saturation and STIR images, and sagittal T2-weighted fat saturation images of the right brachial plexus was performed.

FINDINGS:

Quality: Diagnostic. Slightly limited without IV contrast.

Brachial plexus: The right cervical and brachial plexus nerve roots are well visualized without signal abnormalities, masses, along the course of these nerves, or within the axillary regions on either side. The bilateral neurovascular bundles do not have obvious compressive abnormalities within the interscalene triangle, the subpectoral reversal clavicular regions.

Soft tissues: There are no soft tissue masses or lymphadenopathy within the neck, supraclavicular, infraclavicular, or within the

axillary regions on either side.

Muscles: No discrete muscle atrophy or myositis.

Lungs: No visualized apical lung masses.

Osseous structures:

Remote left clavicular fracture. Moderate bilateral acromioclavicular degenerative change.

Cervical spine: Moderate cervical degenerative change and facet arthropathy. Presumed spondylitic Modic type I endplate marrow edema C5-C6. This was not present on February 24, 2022 MR cervical spine. Lobulated tubular T2 hyperintensity ventral to the odontoid is unchanged from prior and nonspecific. This could reflect a vessel, lymphocele, or be related to C1-C2 degenerative change. Congenitally small cervical thecal sac due to foreshortened lamina. Large disc extrusions at C5-C6 and C6-C7 causing moderate to severe canal stenosis are grossly similar given the differences in technique but better visualized on the prior MR cervical spine. Small disc bulge at T1-T2, partially visualized, grossly similar.

Thyroid: There is a 1.3 cm right thyroid nodule.

Flow voids: Right vertebral artery flow void is congenitally small. Otherwise grossly preserved major cervical flow voids.

Visualized intracranial structures: Unremarkable.

Paranasal sinuses: There is a right inferior maxillary sinus 1.9 x 1.4 cm AP/CC T2 hyperintense ovoid lesion most consistent with a mucous retention cyst or polyp.

IMPRESSION:

1. Negative right brachial plexus for brachial plexus mass or significant noncontrast evidence of brachial plexopathy.

2. No discrete muscle atrophy or myositis as per clinical concern.

3. Presumed spondylitic Modic type I endplate marrow edema C5-C6. This was not present on February 24, 2022.

4. Lobulated tubular T2 hyperintensity ventral to the odontoid is unchanged from prior and nonspecific. This could reflect a vessel, lymphocele, or be related to C1-C2 degenerative change.

5. Congenitally small cervical thecal sac due to foreshortened lamina. Large disc extrusions at C5-C6 and C6-C7 causing moderate to severe canal stenosis are grossly similar given the differences in technique but better visualized on the prior MR cervical spine.

6. Remote left clavicular fracture and moderate bilateral AC degenerative change.

7. 1.3 cm right thyroid nodule.

Anne Marie McLellan, DO
CAQ Neuroradiology
CAQ Pediatric Radiology

dd:01/18/2023 11:31 AM

Reported by: Marie Mclellan, Anne DO
Electronically signed by: Marie McLellan, Anne

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at 855-RAD-TALK(855-723-8255).

**Assessment/plan:**

The patient is a pleasant 58 yrs old presenting with cervical radiculopathy, cervical myelopathy, and significant neck pain. I personally reviewed his imaging report directly with the patient which shows large disc extrusions at C5-C6 and C6-C7 with severe canal stenosis. He states that his symptoms are debilitating and interfere with his daily activities. Given the long-standing nature of her symptoms, it is unlikely that these will improve without surgical intervention. Therefore, a significant amount of time was spent discussing the risks, alternatives and benefits of anterior surgical decompression and fusion at C5-7 with direct visualization. We discussed anterior and posterior cervical fixation and fusion approaches. Both anterior and posterior surgeries were discussed however posterior surgery would carry higher morbidity hence an anterior surgery was offered and elected by the patient. The proposed procedure, with its attendant risks, benefits and alternatives, was explained to the patient in advance, who asked that the procedure be performed. Both anterior and posterior surgeries were discussed however posterior surgery would carry higher morbidity hence an anterior surgery was offered and elected by the patient. I discussed the risks and benefits involving the operation with the patient. Risks included but not limited to infection, bleeding, wound dehiscence, spinal fluid leak, chronic pain, cosmetic disfigurement, damage or injury to spinal cord or nerves resulting in malfunction, no improvement and/or worsening of current symptoms, the development of spinal instability, risk of hospitalization-related complications, thromboembolic events, risk of brace-related complications, speech issues, swallowing difficulty, need for parenteral nutrition, development of pseudoarthrosis and fusion failure, adjacent segment disease, Horner's syndrome, development of failure of metal implants such as fracture, migration, pull out, loosening of screws, risk of hospitalization-related complications, thromboembolic events, risk of general anesthesia, and/or risks related to positioning on the operating room table such as facial swelling, orbital blindness, peripheral neuropathy, plexopathy, risk of general anesthesia and death. The patient voiced full understanding of the procedure and proceeded with informed consent. They also expressed understanding that posterior fixation might become necessary at a later date if the patient were to develop pseudoarthrosis or need for further fixation were to arise. The patient expressed understanding and voiced informed consent. They were also counseled on warning signs of cervical cord compression. We will follow-up with them for final surgical scheduling. We will obtain flexion extension cervical radiographs to rule out instability. He will follow-up in 4 weeks' time. All his questions were answered to his satisfaction.

Thank you for allowing us to participate in the care of this patient.

I spent greater than 57 minutes face-to-face with the patient, over half in discussion of the diagnosis and the importance of compliance with the treatment plan, including but not limited to reviewing pertinent medical history, symptoms, and imaging.

This note has been partially created with Dragon voice recognition software. Occasional wrong-word substitutions may have occurred due to the inherent limitations of this software. Despite best efforts at reviewing & proof-reading the note, inadvertent errors may remain. Please read the chart carefully and recognize, using context, where such inadvertent substitutions may have occurred, and please let us know as soon as possible if any such errors have been noted, so that we may correct them. If you have any questions about the contents of this note, please contact us to discuss the case. Thank You.

## Orders

### LAB ORDERS

Vendor Order 2404MTYE added on 02/07/24
Other

765 - PT and PTT

6301-6 - INR

2079 - UA/M w/rflx Culture, Routine

57021-8 - CBC W Auto Differential panel - Blood

3596 - Basic metabolic 1998 panel - Serum or Plasma

### IMAGING ORDERS

Imaging Order 2404MU87 added on 02/07/24
Other

374 - Spine Cervical X-ray AP and lateral

Imaging Order 2404MTZQ added on 02/07/24
Other

1813 - Chest X-ray AP and lateral

## Screenings/ Interventions/ Assessments

No screenings/interventions/assessments recorded.

practicefusion

# EXHIBIT M

Defendants' ICA Records Submission, November 27, 2023

Pages 1-25 of 102

POLLART|MILLER

Brad J. Miller, Esq.*
bmiller@pollartmiller.com

*Licensed in Arizona, Colorado and Utah

November 27, 2023

Honorable Jeanne M. Steiner
Administrative Law Judge
Industrial Commission of Arizona
P.O. Box 19070
Phoenix, AZ 85007-2922

Re: Mark Robison v. Dollar General Corporation and DG Retail, LLC
ICA No: 20220280286
Carrier No: 7211446
ALJ Case No: ALJ0027425

Dear Judge Jeanne M. Steiner:

Pursuant to A.A.C. R20-5-155, please enter the enclosed documents as evidence into Commission file:

1. SimonMed records dated; 01/11/2023, 08/24/2023
2. Medical Report authored by Eric A. Eifler, MD dated 06/06/2023
3. Medical Report authored by Anthony Theiler, MD dated 11/02/2022, 02/21/2023
4. Neuro Diagnostic Laboratories records dated; 02/01/2023
5. Palo Brea Pain & Rehabilitation records dated; 08/15/2023-10/12/2023
6. Concentra records dated; 01/28/2022-04/20/2022
7. Medical Report authored Kevin S. Ladin, MD dated 05/04/2022

If you have any questions, please do not hesitate to contact me.

Sincerely,

POLLART MILLER LLC

#036006

Digitally signed for
Brad J. Miller

BJM/mdj

cc: Nathan Zollinger, Esq.

# 1

SimonMed

**SimonMed**
SimonMed AZ SUN CITY PEORIA
9403 W THUNDERBIRD RD ,
PEORIA AZ USA 85381

**Patient:** Robison Mark L
**MRN:** 1795106
**Acc#:** 34738293
**DOB:** [redacted]
**Referring Physician:** C THEILER
**Exam Date:** 1/11/2023 7:30:00 PM
**Exam:** BRACHIAL PLEXUS/SHOULDER WITHOUT CONTRAST (RIGHT)

## INDICATION:

Date of injury: 1/7/2022. Fall at work. Numbness and tingling in the bilateral arms and hands. Patient reports right arm feels" dead ". Evaluate for atrophy.

## COMPARISON:

MR cervical spine 2/24/2022. MR bilateral shoulders 2/18/2022.

## TECHNIQUE:

Axial and oblique coronal T1, T2-weighted fat saturation and STIR images, and sagittal T2-weighted fat saturation images of the right brachial plexus was performed.

## FINDINGS:

Quality: Diagnostic. Slightly limited without IV contrast.
Brachial plexus: The right cervical and brachial plexus nerve roots are well visualized without signal abnormalities, masses, along the course of these nerves, or within the axillary regions on either side. The bilateral neurovascular bundles do not have obvious compressive abnormalities within the interscalene triangle, the subpectoral reversal clavicular regions.

## Soft tissues:

There are no soft tissue masses or lymphadenopathy within the neck, supraclavicular, infraclavicular, or within the axillary regions on either side.
Muscles: No discrete muscle atrophy or myositis.
Lungs: No visualized apical lung masses.
Osseous structures:
Remote left clavicular fracture. Moderate bilateral acromioclavicular degenerative change.
Cervical spine: Moderate cervical degenerative change and facet arthropathy. Presumed spondylitic Modic type I endplate marrow edema C5-C6. This was not present on February 24, 2022 MR cervical spine. Lobulated tubular T2 hyperintensity ventral to the odontoid is unchanged from prior and nonspecific. This could reflect a vessel, lymphocele, or be related to C1-C2 degenerative change. Congenitally small cervical thecal sac due to foreshortened lamina. Large disc extrusions at C5-C6 and C6-C7 causing moderate to severe canal stenosis are grossly similar given the differences in technique but better visualized on the prior MR cervical spine. Small disc bulge at T1-T2, partially visualized, grossly similar.
Thyroid: There is a 1.3 cm right thyroid nodule.
Flow voids: Right vertebral artery flow void is congenitally small. Otherwise grossly preserved major cervical flow voids.
Visualized intracranial structures: Unremarkable.
Paranasal sinuses: There is a right inferior maxillary sinus 1.9 x 1.4 cm AP/CC T2 hyperintense ovoid lesion most consistent with a mucous retention cyst or polyp.

Sent to OC
11/22/2023
by PM LLC

1. Negative right brachial plexus for brachial plexus mass or significant noncontrast evidence of brachial plexopathy.
2. No discrete muscle atrophy or myositis as per clinical concern.
3. Presumed spondylitic Modic type I endplate marrow edema C5-C6. This was not present on February 24, 2022.
4. Lobulated tubular T2 hyperintensity ventral to the odontoid is unchanged from prior and nonspecific. This could reflect a vessel, lymphocele, or be related to C1-C2 degenerative change.
5. Congenitally small cervical thecal sac due to foreshortened lamina. Large disc extrusions at C5-C6 and C6-C7 causing moderate to severe canal stenosis are grossly similar given the differences in technique but better visualized on the prior MR cervical spine.
6. Remote left clavicular fracture and moderate bilateral AC degenerative change.
7. 1.3 cm right thyroid nodule.

Anne Marie McLellan, DO
CAQ Neuroradiology
CAQ Pediatric Radiology

ELECTRONICALLY SIGNED BY Marie McLellan Anne on 01/18/2023 11:31:00

Sent to OC
11/22/2023
by PM LLC

Coding Notes:
Discard Bucket #: 1
Discard Code:

==========================================================================

SIMONMED IMAGING - SUN CITY WEST

Patient Name: Mark L Robison
Birth Date: [redacted]

Referring Doctor: SCOTT, JEFFREY
Reading Doctor: Izadi, Kamron
Visit No.: 17951062023O824 20230918002216
Order No.: 37360860
Exam Date: 08/24/2023 00:00:00
Exam: 72141 - MRI SPINAL CANAL CERVICAL W/O CONTRAST MATRL

==========================================================================

ABN Flag: N
INDICATION: Neck pain, injury January 2022, left arm radiculopathy, right arm spasm

COMPARISON: MRI cervical spine 2/24/2022

TECHNIQUE: Sagittal T1, sagittal STIR, sagittal and axial T2, and axial gradient echo images were obtained.

FINDINGS:

There is straightening of the cervical spine.

The vertebral bodies are normal in height. Facial shortening of the pedicles.

The disc spaces are desiccated at C3-4, C5-6 and C6/7. Inflammatory edema along the endplates at C5-6.

The paraspinal soft tissues are normal.

The spinal cord signal is normal.

LEVEL BY LEVEL:

C1-C2: No significant degenerative changes. No canal stenosis.

C2-C3: Mild to moderate bilateral facet and left-sided uncovertebral enlargement. 2 mm disc bulge. Moderate to severe left-sided neural foramen stenosis without spinal canal or right neural foramen stenosis.

C3-C4: Rightward directed 3 mm disc bulge with mild-to-moderate bilateral facet and right greater than left-sided uncovertebral enlargement. Moderate to severe right and mild-to-moderate left-sided neural foramen stenosis with mild spinal canal stenosis, unchanged.

C4-C5: Trace anterolisthesis of C4 on C5. 2 mm disc bulge and mild-to-moderate bilateral facet and uncovertebral enlargements. Moderate bilateral neural foramen stenosis without spinal canal stenosis, unchanged.

C5-C6: Retrolisthesis of C5 on C6. Mild spinal cord flattening. 5 mm ridge complex. Severe spinal canal stenosis. Bilateral uncovertebral enlargement and facet disease and severe bilateral neural foramen stenosis. There is encroachment on the exiting bilateral C6 nerve roots.

C6-C7: 5 mm ridge complex with moderate bilateral facet and uncovertebral enlargement. Moderate to severe bilateral neural foramen stenosis with moderate spinal canal and bilateral lateral recess stenosis, unchanged.

C7-T1: Unremarkable appearance of the disc. No significant facet joint degeneration. No spinal canal or neural foraminal stenosis.

Sent to OC
11/22/2023
by PM LLC

IMPRESSION:

1. Stable exam. Spondylosis at C5-6 resulting in severe spinal canal stenosis with severe bilateral neural foramen stenosis, unchanged. There is encroachment on the exiting bilateral C6 nerve roots and mild spinal cord flattening.

2. Moderate to severe bilateral neural foramen stenosis with moderate spinal canal and bilateral lateral recess stenosis at C6/7, unchanged.

3. Moderate bilateral neural foramen stenosis at C4-5, stable.

4. Moderate to severe right and mild-to-moderate left-sided neural foramen stenosis with mild spinal canal stenosis, unchanged at C3-4.

These findings are age indeterminate.
ELECTRONICALLY SIGNED BY Izadi Kamron on 08/28/2023 16:18:00

20230918002216

**Pt constantly moving due to excessive saliva/swallowing** ID LINKED= N - FRONT DESK HAVING ISSUES UPLOADING SCANNED DOCUMENTS AT THIS TIME. ID IS LINKED FROM OTHER EXAMS THIS YEAR. ï¿½ CONFIRMED THAT PATIENT HAS NO OTHER EXAMS SAME DAY= YESï¿½ï¿½ ï¿½ ISTAT:ï¿½CREA= GFR=ï¿½ ï¿½ DLP=ï¿½CTDI vol=ï¿½ï¿½N/Aï¿½ï¿½ ï¿½ 1) ORDER VERIFIED? =ï¿½ï¿½Y - MRI CSPINE WO 2)ï¿½DX FROM ORDER=ï¿½Cervicalgia 3)ï¿½HX PER PATIENT=ï¿½ï¿½PT C/O NECK PAIN AND CHRONIC HEADACHES W/ RIGHT ARM SPASMS/WEAKNESS AND LEFT ARM LRM SINCE WORK COMP INJURY JAN 2022 4) INJURY WITH DATE?=ï¿½ï¿½1/7/22 LIFTING INJURY AT WORK 5) SURGERY TO THIS BODY PART? (INCLUDE SX TYPE
**Pt constantly moving due to excessive saliva/swallowing** ID LINKED= YESï¿½ï¿½ ï¿½ CONFIRMED THAT PATIENT HAS NO OTHER EXAMS SAME DAY= YESï¿½ï¿½ ï¿½ ISTAT:ï¿½CREA= GFR=ï¿½ ï¿½ DLP=ï¿½CTDI vol=ï¿½ï¿½N/Aï¿½ï¿½ ï¿½ 1) ORDER VERIFIED? =ï¿½ï¿½Y - MRI CSPINE WO 2)ï¿½DX FROM ORDER=ï¿½Cervicalgia 3)ï¿½HX PER PATIENT=ï¿½ï¿½PT C/O NECK PAIN AND CHRONIC HEADACHES W/ RIGHT ARM SPASMS/WEAKNESS AND LEFT ARM LRM SINCE WORK COMP INJURY JAN 2022 4) INJURY WITH DATE?=ï¿½ï¿½1/7/22 LIFTING INJURY AT WORK 5) SURGERY TO THIS BODY PART? (INCLUDE SX TYPE
ID LINKED= YESï¿½ï¿½ ï¿½ CONFIRMED THAT PATIENT HAS NO OTHER EXAMS SAME DAY= YESï¿½ï¿½ ï¿½ ISTAT:ï¿½CREA= GFR=ï¿½ ï¿½ DLP=ï¿½CTDI vol=ï¿½ï¿½N/Aï¿½ï¿½ ï¿½ 1) ORDER VERIFIED? =ï¿½ï¿½Y - MRI CSPINE WO 2)ï¿½DX FROM ORDER=ï¿½Cervicalgia 3)ï¿½HX PER PATIENT=ï¿½ï¿½PT C/O NECK PAIN AND CHRONIC HEADACHES W/ RIGHT ARM SPASMS/WEAKNESS AND LEFT ARM LRM SINCE WORK COMP INJURY JAN 2022 4) INJURY WITH DATE?=ï¿½ï¿½1/7/22 LIFTING INJURY AT WORK 5) SURGERY TO THIS BODY PART? (INCLUDE SX TYPE
ID LINKED= YESï¿½ï¿½ ï¿½ CONFIRMED THAT PATIENT HAS NO OTHER EXAMS SAME DAY= YESï¿½ï¿½ ï¿½ ISTAT:ï¿½CREA= GFR=ï¿½ ï¿½ DLP=ï¿½CTDI vol=ï¿½ï¿½N/Aï¿½ï¿½ ï¿½ 1) ORDER VERIFIED? =ï¿½ï¿½Y - MRI CSPINE WO 2)ï¿½DX FROM ORDER=ï¿½Cervicalgia 3)ï¿½HX PER PATIENT=ï¿½ï¿½ 4) INJURY WITH DATE?=ï¿½ï¿½ 5) SURGERY TO THIS BODY PART? (INCLUDE SX TYPE
Cervicalgia MR 2022 ID LINKED= YESï¿½ï¿½ ï¿½ CONFIRMED THAT PATIENT HAS NO OTHER EXAMS SAME DAY= YESï¿½ï¿½ ï¿½ ISTAT:ï¿½CREA= GFR=ï¿½ ï¿½ DLP=ï¿½CTDI vol=ï¿½ï¿½N/Aï¿½ï¿½ ï¿½ 1) ORDER VERIFIED? =ï¿½ï¿½Y - MRI CSPINE WO 2)ï¿½DX FROM ORDER=ï¿½Cervicalgia 3)ï¿½HX PER PATIENT=ï¿½ï¿½ 4) INJURY WITH DATE?=ï¿½ï¿½ 5) SURGERY TO THIS BODY PART? (INCLUDE SX TYPE
Cervicalgia MR 2022 ID LINKED= YESï¿½ï¿½ ï¿½ CONFIRMED THAT PATIENT HAS NO OTHER EXAMS SAME DAY= YESï¿½ï¿½ ï¿½ ISTAT:ï¿½CREA= GFR=ï¿½ ï¿½ DLP=ï¿½CTDI vol=ï¿½ï¿½N/Aï¿½ï¿½ ï¿½ 1) ORDER VERIFIED? =ï¿½ï¿½Y - 2)ï¿½DX FROM ORDER=ï¿½ 3)ï¿½HX PER PATIENT=ï¿½ï¿½ 4) INJURY WITH DATE?=ï¿½ï¿½ 5) SURGERY TO THIS BODY PART? (INCLUDE SX TYPE
Cervicalgia MR 2022
Cervicalgia

"

Sent to OC
11/22/2023
by PM LLC

# 2

2900 W Ray Rd Suite 8 Chandler, AZ 85224-7342
Phone: (480) 659-7147 Fax: (877) 785-4849

Received by ICA on 08/01/2023 04:07:43 PM

Submitted on 08/01/2023 04:07:44 PM

577

**Mark Robison DOB:** [redacted] 57 year old, male **Visit Date: 06/06/2023**

**Current Allergies:**
NKDA

**Current Medications:**
Celebrex, 200 mg, QD

**Past Medical Hx:**
Coronary Artery Disease | Depression |

**Past Surgery Hx:**

**Smoking Status:**
Tobacco User: Light cigarette smoker (1-9 cigs/day)
Cessation Intervention: Counseling About Tobacco Use

**Occupation:**
none

**ROS:**
Constitutional: Negative
Cardiovascular: RRR
Respiratory: Lungs clear to auscultation bilaterally

**Chief Complaint:**
Bilateral Pain can't use my arms

Date of Onset / Injury: 01/07/2022

**Description of Symptoms:**
"unable to use my shoulders, arms cramp and fingers roll back - unloading cases of water at dollar general "

Patient is a 57-year-old male who presents with bilateral shoulder pain s/p injury at work that occurred on 1/7/2022. He was unloading cases of water when he picked up a case of water, felt a pop from neck/chest, and both arms went numb. He went to Concentra and she released him back to work. His pain worsened. He had difficulty raising right arm. He returned to Concentra next week and sent to PT. Went to PT but was unable to continue due to high blood pressure. He was seen by Dr. Greenfield on 2/25/22 and was told he had no surgical indication.

CT of right shoulder on 1/14/22 indicated no fracture. MRI right shoulder on 2/18/22 indicated posterior labral tear. IME on 11/2/22 indicated he shoulder undergo EMG and neurologic testing. EMG on 2/1/23 indicates severe chronic active right C5-C6 radiculopathy vs severe right upper trunk brachial plexopathy & mild chronic left C7 radiculopathy with CTS.

He is unable to dry his back. He was right handed but his left arm is stronger than his right. He cannot use either arm. No strength. Atrophy. R > L. Employed on/off Dollar General for 5 years. No problems at all with arms prior the accident.
Pain Level (worst): 10
Pain Level (best): 10
Pain Level (most of the time): 10
Quality: Usually dull constant
Severity: Jan 7 2022
Duration: 1 year+
Timing: constant
Aggravating Factors: all
Alleviating Factors: advil doenst work anymore

Exam: Height: 72 in. | Weight: 195 lbs. | BMI: 26.4
Right Shoulder
Inspection: Visible atrophy to the deltoid, bicep, tricep
Tenderness: none
Flexion: a - 10
p - 140, painful | Internal Rotation: 50 p | ERa: 90 p | ABD: a - 10
p - 140 painful
Muscle Strength -
Other: 1/5 ER, IR, biceps, triceps
Positive Functional Tests: Neer | Jobe's Full Can | Jobe's Empty Can |
Additional positive test: significantly decreased strength Jobe's
Contralateral Limb: Abnormal
LEFT Shoulder:
FLEX a: 90 / p: 150
ABD a: 100 / p: 140
IRa p 50
ERa p 90
3/5 ER & IR

**Xrays:**
Right Shoulder 3v @ SimonMed on 6/1/23 & Right Shoulder MRI @ SimonMed on 2/18/22
Impression: I have independently viewed the images with my interpretation as follows:
GH space appears maintained. Type 1 acromion. AC joint arthrosis.
-------
1. Mild supraspinatus tendinosis with muscular atrophy
2. Posterior labral tear from 6 to 12:00 position
3. Moderate AC joint and mild glenohumeral degenerative change

Sent to OC
11/22/2023
by PM LLC

Received by ICA on 08/01/2023 04:07:43 PM
Submitted on 08/01/2023 04:07:44 PM
6/7

EMG on 2/1/23
Impression: Severe chronic active right C5-C6 radiculopathy vs severe right upper trunk brachial plexopathy & mild chronic left C7 radiculopathy with CTS.

**Diagnosis:**
M25.511 Pain in right shoulder
S43.431A Superior glenoid labrum lesion of right shoulder, initial encounter
M62.50 Muscle wasting and atrophy, not elsewhere classified, unspecified site
R53.1 Weakness

**Plan:**
I have spent 25 minutes reviewing medical records including past history, IME,, and recent physician notes and 45 minutes with the patient reviewing the nature of their current symptoms, the injury, treatment & interventions, responses to treatment, my examination findings and proposed treatment plan. The patient is a very reasonable and pleasant patient who exhibits no signs of malingering, no symptom magnification, or has no drug seeking behavior. After reviewing all of the above, it is with reasonable medical probability that the industrial accident resulted in the neck/shoulder injury that is currently limiting his ADLs.

In regards to his shoulder, he does have a labral tear. It is not symptomatic at this point and surgery is not indicated. Considering the neurologic disease present, this needs to be addressed first. This needs to be assessed by a neurologist.

COD to Dr. Scott to ultimately be seen by Dr. Schwarma for possible surgery.

Celebrex rx. Further discussed the use of NSAIDs for pain relief with the patient. Advised them to talk with their primary care doctor in case of any harmful reactions with current medications. Warned against the potential side effects, including GI bleeding and ulcers, liver and kidney toxicity and the risk for allergic reaction. Patient understands.

WORK STATUS: Temporary restrictions bilateral arms: DWO, no use of arms

Patient understands and agrees to the following plan of care.
All questions answered
Follow-up Dr. Scott/Schwarma

**Temporary Work restrictions**
Right:
Left: arm

Special Instructions:
Desk work only
No use of the arm

Eric A. Eifler, MD
Diplomate, American Board of Orthopedic Surgery
CAQ, Orthopedic Sports Medicine
AZOrthpedic.com
Electronically Signed: ERIC EIFLER MD on/at 06/06/2023 18:31:11

Sent to OC
[redacted]
by PM LLC

2900 W Ray Rd Suite 8 Chandler, AZ 85224-7342
Phone: (480) 659-7147 Fax: (877) 785-4849

Received by ICA on 08/01/2023 04:07:43 PM

**Mark Robison**
DOB: [redacted] 57 year old, male

Visit Date: 06/06/2023

**Work Restrictions**

**Temporary Work restrictions**
Right:
Left: arm

**Special instructions:**
Desk work only
No use of the arm

**Eric A. Eifler, MD**

Submitted on 08/01/2023 04:07:44 PM

477

Sent to OC
11/22/2023
by PM LLC

# 3

ExamWorks

November 2, 2022

Linda Scott
Sedgwick CMS
P.O. Box 619079
Roseville, CA 95661

| | | | |
|---|---|---|---|
| RE: | EXAMINEE | : | Mark Robison |
| | CLAIM NUMBER | : | 7211446 |
| | EMPLOYER | : | Dollar General |
| | DATE OF INJURY | : | January 7, 2022 |
| | DATE OF EXAMINATION | : | November 2, 2022 |
| | EXAMINING PHYSICIAN | : | Anthony Theiler, MD, Orthopedic Surgeon |

Dear Linda Scott,

Mark Robison was seen for an Independent Medical Evaluation on November 2, 2022 in Phoenix, Arizona.

The claimant was informed that this is an independent medical evaluation. This is regarding an industrial injury and is an opinion only. No treatment will be discussed or rendered. The claimant was also informed that if at any time during the exam he felt uncomfortable or had significant pain during the procedure, he is to immediately alert me and that part of the examination will be terminated.

**CHIEF COMPLAINT:**

Neck pain, arm pain, and severe weakness.

**EXAMINEE'S HISTORY OF ILLNESS/ACCIDENT:**

Mr. Mark Robison is a 56-year-old former assistant manager employed at Dollar General on and off for a year and a half, who reports the onset of neck and bilateral shoulder pain and weakness occurring on January 7, 2022. He reports that he was unloading cases of water on the day of injury, he picked up a case of water up, felt horrible pop and his arms went numb bilaterally. He states he had pain and the pain progressively worsened, but he still worked for approximately three weeks. He states his right arm felt like he had a stroke. He states he worked as a cashier after the injury and had difficulty using his right arm. He states approximately three weeks later, he was seen at Concentra Medical Center. He states he really has had no treatment despite the injury occurring in January. He states when seen at Concentra Medical Center, he was referred to physical therapy. He states he went one

Sent to OC
11/22/2023
by PM LLC

time and the therapist stated no further therapy since his blood pressure went "sky-high." He states he then had MRI scans performed and he saw an orthopedic surgeon after an MRI scan was obtained of his shoulders. He states the orthopedic surgeon stated no treatment was indicated at that point in terms of his shoulder pain. Apparently, it was recommended he see a neurologist and get EMG nerve conduction studies. He reports he also saw another specialist, who recommended EMG nerve conduction studies. He appears to be alluding to Dr. Kevin Ladin. He has not been seen nor treated for several months. He reports he really has not had any treatment at all other than one session of physical therapy at which point his blood pressure increased. He reports absolutely no improvement in his symptoms including his neck and bilateral upper extremities with the exception of being able to move his left arm better.

**PRESENT COMPLAINTS:**

Neck and bilateral upper extremities:

Regarding his present complaints, Mr. Robison reports chronic headaches at the back of his neck and was going to the right side of his ear into his jaw. He reports his pain is horrible. He states now the new thing out of his right arm is every day his fingers spasm and distort and bend. This occurs one to two times a day. He states he also has neck pain with popping with motion. He has no strength in either arm, but his left hand is stronger than the right. He states he cannot lift anything above the waist level and he cannot even bend his elbows fully. He states he has problems with activities of daily living and an elderly neighbor helps him button his pants. He states he does not do anything except minor activities. He states his right arm is bad and his left arm is a little better.

Right now, his pain is 7-8/10, at best 7/10, at worst 10/10 in the morning. He states he cannot sit up in bed as he cannot push himself up in bed, he has to roll out of bed. He was asked where his most significant pain is present and he states mainly his right arm, but he indicates neck and bilateral shoulder pain and if he had to choose his right arm pain is the worst.

**MEDICATIONS:**

Mr. Robison reports taking no medication for pain. He is on a new [redacted] medication as he has had an [redacted] for 26 years, but he takes no medications specifically for the incident in question.

**WORK STATUS:**

Regarding work, Mr. Robison last worked when he was seen at Concentra on 01/28/2022. He has not worked since January of 2022 in any capacity.

He reports he was employed as assistant manager at Dollar General on and off for a year and a half at the time of the injury.

Sent to OC
11/22/2023
by PM LLC

**PRIOR HISTORY:**

Neck/upper extremities. Mr. Robison denies any prior history of neck/bilateral upper extremity pain problems, issues, or treatment other than a fractured clavicle on the left side at 15 years of age for which surgery is performed.

He denies prior history of any industrial injuries. He denies any other orthopedic history. He denies any prior neck history/cervical spine history except when he was a teenager, he was involved in a motor vehicle collision; however, he had no residuals from that.

**PAST MEDICAL HISTORY:**

Mr. Robison is a 56-year-old male who has been [redacted] positive for 26 years. He is on a new medication, [redacted] that he takes daily.

He has had a previous gastric bypass with subsequent reversal. He states he was 260 pounds, but had an aortic bleed and when the aortic bleed was repaired, the gastric bypass was reversed.

**ALLERGIES:**

No known drug allergies.

**REVIEW OF SYSTEMS:**

Negative; however, he reports he is on antidepressants for diagnosis of depression, recently.

**SOCIAL HISTORY:**

Mr. Robison is a 56-year-old former system manager at Dollar General. He has not worked since January of 2022. He is right-handed. He is single and has no dependent children. He smokes a couple cigarettes per day and drinks a beer a week. He denies medical marijuana/recreational drug use.

He reports being on social security (he is not working).

**PHYSICAL EXAMINATION:**

Physical exam reveals a 56-year-old male, who presents in no acute distress. He is 5 feet 11 inches tall and weighs 197 pounds.

Examination reveals a thin-appearing individual, but a large abdomen present. He has obvious atrophy of his right shoulder girdle versus left. Forearms are not significantly atrophied. He has mild atrophy of his right brachium. Majority atrophy appears involved the right deltoid, anterior lateral and posterior as well as the supraspinatus and infraspinatus muscle bellies. He has some mild pectoralis atrophy right versus left, but nothing all that

Sent to OC
11/22/2023
by PM LLC

remarkable. The majority of the atrophy appears to involve the right deltoid as well as supraspinatus and infraspinatus muscle bellies.

Examination of the shoulders reveals extremely limited active range of motion. 0 degrees of flexion, 0 degrees of extension. 0 degrees of abduction and adduction on the right side, abduction 20 degrees on the left. Adduction 0 degrees on the left. He has 20 degrees of external rotation, he cannot internally rotate behind his back at all bilaterally.

Passive range of motion is full and symmetric on both sides. There is no evidence of any stiffness or adhesive capsulitis right or left shoulders despite chronicity of symptoms and chronicity of weakness.

He even has limited range of motion actively of both elbows including 20-30 degrees maximum with elbow flexion, he can fully extend by gravity.

He has reasonable strength with internal and external rotation of both shoulders, but he cannot abduct against resistance, adduction is 5/5 strength. He cannot perform Speeds test or Jobe's test due to inability to get his arms away from his body bilaterally.

He appears to have intact sensation to light touch and pinprick in the bilateral brachial area from the shoulder to the elbow. He has diffuse dysesthesias distal to the elbow on the right side with intact sensation of pinprick on the left side. He also has intact strength of his left wrist including 5/5 dorsiflexion, palmar flexion, strength as well as grip and pinch strength grossly intact on the left side. He has diffuse weakness on the right side. He does have a significant deformity of his right thumb due to a childhood accident apparently a horse bit his thumb at a young age and he has a significant atrophy of his right thumb with stiffness.

A standard orthopedic shoulder exam cannot be performed on bilateral shoulders due to extremely limited active range of motion and limited strength; however, his strength on the left side appears to be better than the right side.

Examination of cervical spine reveals limitation of cervical spine range of motion in all realms including flexion, extension, and rotation. He complains of pain. Spurling's test is negative bilaterally. Spurling's test on the right reproduced some left shoulder symptoms. Spurling's test on the left side was negative.

Deep tendon reflexes revealed an absent biceps reflex on the right, but intact brachioradialis and triceps on the right. He had intact deep tendon reflexes 2+ and symmetric biceps, brachioradialis, and triceps on the left. He had negative Hoffmann's sign bilaterally.

Overall from an orthopedic perspective, there is no evidence of any orthopedic abnormalities of his shoulders or elbows based on the very limited orthopedic exam; however, he has obvious atrophy of his right upper extremity mainly involving the right deltoid and right supraspinatus and infraspinatus muscle bellies with some dysesthesias distally in the right

Sent to OC
11/22/2023
by PM LLC

upper extremity. He has an absent biceps reflex on the right when comparing right versus left, but negative Hoffmann's sign bilaterally. His gait appears to be relatively normal.

**IMAGING STUDIES:**

There are no imaging studies available for review; however, per Dr. Mark Greenfield, MRI scans of both shoulders showed some degenerative labral pathology/age-related labral pathology.

Per Dr. Ladin, the MRI scan of cervical spine showed moderate central stenosis at C5-6 and C6-7 with diffuse spondylosis and severe bilateral neuroforaminal stenosis at C5-6 along with moderate bilateral foraminal stenosis at C6-7 and moderate right foraminal stenosis at C4-5 and right facet edema noted at C4-5.

**SUMMARY:**

Mr. Mark Robison is a 56-year-old former assistant manager at Dollar General, who was lifting a case of water on January 7, 2022 when he reports feeling a horrible pop at which point his arms went numb bilaterally with inability to use his right arm immediately thereafter. He continued to work for three weeks and was then evaluated at Concentra Medical Center on January 28, 2022 when it was noted that he was unloading a truck and moving heavy water bottles when he heard his left shoulder popped and then his right shoulder. He apparently went to the ER on January 14, 2022 at Banner Estrella Medical Center, his blood pressure was elevated. He had cramping in his hands and numbness at times in the right arm. A Medrol Dosepak did not improve his symptoms. An MRI scan of brain was negative. A CT scan of cervical spine showed spondylosis. He was assessed with right and left shoulder strain. He was given cyclobenzaprine and diclofenac medication. Physiatry referral is recommended as well as physical therapy.

He continued to follow up at Concentra and was seen on February 1, 2022 and it was noted that he continued working and had an event when he passed out working in the cash register, after the industrial injury. He had ongoing severe pain in both shoulders. Right shoulder pain was more severe than the left. He could not move his right upper extremity without picking up with his left hand. He reported right hand cramping and contractions intermittently. He could not move his right elbow. He could bend his left elbow a little, but he could not raise the left hand above waist level. He was assessed with left and right shoulder strain and bilateral arm weakness. Physiatry referral was recommended. He is kept at modified duty and continued to follow up at Concentra. When seen at Concentra on February 15, 2022, MRI scan of bilateral shoulders recommended.

When seen on February 22, 2022 an MRI scan of cervical spine was recommended. An orthopedic specialist referral was generated for labral tear and rotator cuff tear of the left shoulder.

He was then seen by Dr. Mark Greenfield, (D.O.) on February 25, 2022 for bilateral shoulder injuries. Dr. Greenfield noted the injury. He had pain initially in the left shoulder than the

Sent to OC
11/22/2023
by PM LLC

right shoulder a couple of days later. He completed only one physical therapy session. Blood pressure was elevated and he had not had any additional therapy. He is complaining of pain in both shoulders, left somewhat more than the right. Dr. Greenfield noted some atrophy posteriorly in the right shoulder. He had no active range of motion of the right shoulder. The left shoulder had a healed scar over the clavicle, minimal atrophy with limited active range of motion. MRI scans reportedly showed bilateral labral tears and these findings were not necessarily the etiology of his clinical presentation. He had spent years roping cattle and Dr. Greenfield felt from an orthopedic perspective there were no surgical indication. He was told to follow up with physiatry and return as needed from an orthopedic perspective.

Mr. Robison returned to Concentra on March 8, 2022 and it was reported that he had an appointment at the CORE Institute the following day. He was still assessed with bilateral arm weakness, cervical myelopathy with cervical radiculopathy, and labral tear of left and right shoulder. It does not appear he was seen at the CORE Institute, but instead continued to follow up at Concentra. He still had limited range of motion in March of 2022. Some mobility improved in the left shoulder in April of 2022. However, his right shoulder and arm symptoms were unchanged.

He was then seen by Kevin Ladin, M.D. on May 4, 2022. Per Dr. Ladin, the MRI scans of the shoulders showed degenerative changes with degenerative labral tears of both shoulders as well as partial thickness subscapularis tear of the left shoulder and mild rotator cuff tendinosis of bilateral shoulders along with AC joint degenerative changes. The cervical spine MRI scan showed diffuse spondylosis that was felt to be degenerative, but aggravated by the incident in question. Dr. Ladin diagnosed: Sprain of ligaments of cervical spine, other sprain of the left shoulder, other sprain of right shoulder, weakness. Electrodiagnostic studies were recommended due to diffuse neck and shoulder pain.

Mr. Robison reports he has not undergone EMG nerve conduction studies. He reports he has really had no treatment other than one physical therapy session. He does not report being seen subsequent to the evaluation by Dr. Ladin, which was approximately six months ago.

Over the past six months, he reports that his symptoms have not improved other than possibly some improved motion in the left shoulder/arm.

He presents today with chronic pain complaints involving neck and bilateral upper extremities with limited use of bilateral upper extremities right worse than left. He has no significant active range of motion of either shoulder and has limited active range of motion of bilateral elbows, has reasonable function of his left hand.

He does have a pre-existing deformity of his right thumb due to a horse bite at a young age.

From an orthopedic perspective, there is no objective evidence of any orthopedic pathology contributing to his symptoms except possibly the cervical spine; although, his clinical presentation would be extremely unusual for a cervical injury and radiculopathy. Even in the setting of radiculopathy, diffuse weakness of bilateral upper extremities would be unusual. He does not present with any myelopathic type of complaints or symptoms; although, he has

Sent to OC
11/22/2023
by PM LLC

significant atrophy of his right shoulder girdle area versus left, but nonetheless he has diffuse weakness of both upper extremities right being worse than left.

He is in need of neurologic studies including EMG nerve conduction studies of bilateral upper extremities as well as referral for an independent evaluation from a neurologic perspective as well as an orthopedic spine perspective. From an orthopedic extremity perspective, there does not appear to be any acute pathology that is contributing to his symptoms.

Nonetheless, he has in need of emergent EMG nerve conduction studies and evaluation by a neurologist and an orthopedic spine specialist.

**QUESTION/OPINIONS:**

**1. What is the claimant's diagnosis and/or diagnoses?**

The diagnosis from an orthopedic extremity perspective would appear to be no objective evidence of any intrinsic shoulder pathology contributing to Mr. Robison's current complaints. There may have been a cervical spine sprain/strain with some radicular type symptoms; although, his clinical picture is not consistent with a cervical radiculopathy. He does have right shoulder girdle atrophy; however, from an orthopedic extremity perspective, his symptoms are beyond the scope of any orthopedic extremity injury.

**2. Are the claimant's subjective complaints supported by objective medical evidence?**

Subjective complaints are supported by some atrophy of the right upper extremity. However, his shoulder MRI scans shows some age-related degenerative labral pathology, which would be consistent with his history of working with horses and roping cattle at a younger age. It is unlikely that lifting a case of water would cause significant intrinsic shoulder pathology other than bilateral rotator cuff sprain/strains. However, his clinical picture is much more involved than any bilateral shoulder injury. Even if one were to assume bilateral rotator cuff sprain/strain, symptoms would have long since resolved and would not result in an extreme weakness and atrophy noted on today's examination.

His clinical picture is beyond the scope of an orthopedic extremity evaluation and additional evaluation by a neurologist and an orthopedic spine specialist are warranted.

**3. In your opinion, are the claimant's current complaints causally related to the effects of the 1/7/2022 industrial injury? Please provide medical rationale to support your opinion.**

Since there is no other explanation for the symptoms as relates to the incident in question, his current complaints appear to be related to the incident in question. However, the incident in question was relatively benign and it would be extremely unusual to cause such diffuse weakness and chronic pain complaints. Nonetheless, there is no other explanation for his complaints.

Sent to OC
11/22/2023
by PM LLC

**4. Is there a history of comorbidities, prior injuries and/or pre-existing conditions that were aggravated or impact the current condition? Please elaborate.**

Mr. Robison has been [redacted] positive for 26 years, otherwise he has no comorbidities nor any pre-existing conditions impacting his current condition other than a diffuse cervical spondylosis noted on CT scans and MRI scans. He may have some degenerative labral pathology as well pre-existing however, there is no evidence that the degenerative labral pathology was aggravated or impacting his current condition.

**5. Are medical services, treatments and diagnostics medically necessary and related to the injury?**

Medical services, treatments and diagnostics are indicated as relates since in question. There has been no definitive diagnosis as relates to Mr. Robison's industrial injury. Even if one were to assume a non-industrial etiology, further workup is necessary to rule out any acute injury that occurred on January 7, 2022 causing his symptoms.

Mr. Robison should be seen by a neurologist for EMG nerve conduction studies with an independent evaluation performed by a neurologist as well.

He should undergo EMG nerve conduction studies as soon as possible.

He should then be seen for an independent evaluation by a neurologist as well as an orthopedic spine specialist for evaluation of his cervical spine as well as the neurologic complaints of his upper extremities.

His clinical presentation and complaints are beyond the scope of orthopedic extremity evaluation as it does not appear that his shoulders are responsible for his current complaints.

**6. Is the claimant a surgical candidate specifically as it relates to the industrial injury? If applicable, please discuss surgical treatment options including postoperative treatment plan, anticipated return to work and anticipated date of discharge.**

At the present time, Mr. Robison is not a surgical candidate. He requires further diagnostic studies and further evaluations.

Sent to OC
11/22/2023
by PM LLC

7. **Has the claimant reached a permanent and stationary status for any injury sustained under this claim? If so, on what date was this status reached? Is there objective medical evidence of a permanent impairment? If so, what permanent impairment, if any, does the claimant have that would be related to the industrial injury? Please rate in accordance with the 6th Edition of the AMA Guidelines. If there is a pre-existing condition that has resulted in permanent impairment, please rate the pre-existing condition in accordance with AMA Guidelines.**

   Mr. Robison is not permanent and stationary. He requires a further workup as outlined above.

8. **If the claimant has not reached a permanent and stationary status, please outline your recommended treatment plan taking into consideration the ODG Guidelines for all injuries requiring ongoing treatment (including type, frequency, duration of treatment, and anticipated date of discharge).**

   Recommended treatment would be pending EMG/nerve conduction studies of bilateral upper extremities as well as evaluation by a neurologist and spine specialist as noted above. From an orthopedic extremity perspective, no further treatment is warranted at the present time for shoulder complaints. In addition, it would be reasonable to proceed with an MRI scan with a brachial plexus on the right side to evaluate the atrophy noted in the right shoulder girdle.

9. **Please obtain a medication history. What medications remain appropriate for any injury sustained under this claim? Please provide a weaning schedule if current medications are not medically indicated.**

   There is no weaning of any medication necessary.

10. **What supportive care, if any, does the claimant need that would be related to the industrial injury? Please take into consideration the ODG Guidelines and provide specific recommendations and duration.**

    Supportive care is not indicated since active care is warranted.

11. **Can the claimant return to work with or without restrictions? If work is restricted, please indicate specific restrictions and duration. Are the work restrictions permanent?**

    Mr. Robison could essentially perform sedentary work with his arms supported on a table and doing computer work only. He cannot lift, push, pull, nor carry utilizing his upper extremities. He could stand and walk in an unlimited fashion and sit in an unlimited fashion. However, he has significant limitation of his upper extremities as assessed above. These restrictions are not anticipated to be permanent. However, further workup is necessary as noted above.

Sent to OC
11/22/2023
by PM LLC

It should be noted that no treatment was rendered, discussed, or implied as it pertains to the examinee's complaints and/or the industrial in question. After exam was performed, he left the office in no acute distress.

Thank you for the opportunity to evaluate Mr. Robison. Please contact me through ExamWorks if I can be of further assistance.

Sincerely,

Anthony Theiler, MD
Orthopedic Surgeon

***Dictated Not Read***

AT:modl

Sent to OC
11/22/2023
by PM LLC

**MEDICAL RECORDS:**

January 28, 2022: Concentra Medical Centers, Sandra Wolf, PA-C. Date of injury: January 7, 2022. While at work, working roll-off truck and injured both shoulders. He was unloading a truck and moving heavy water bottles when he heard his left shoulder pop then his right shoulder. He went to the ER on January 14, 2022 at Banner Estrella, his BP was extremely elevated in the ER per the patient. He had cramping of his hands and numbness at times of the right arm. His shoulders were symptomatic, at this time his left shoulder hurts worse than the right shoulder. He was given a steroid pack and ibuprofen by the ER. He finished the steroid pack, he does not think it did anything. A shoulder x-ray normal, CT scan of the right shoulder normal. Left shoulder x-ray with irregularity of the left clavicle with chronic left clavicle finding, question history of prior trauma. Head CT scan with no acute bleed. MRI of the brain with no contrast without intracranial abnormalities. CT scan of the cervical spine with straightening of the cervical spine, moderate DJD, mild to moderate C5-6 spinal canal and foraminal stenosis. On physical examination of the bilateral shoulders, he had tenderness in the AC joint, in the trapezius muscle and the posterior shoulder but not the superior shoulder. Limited range of motion in all planes. Regarding the cervical spine, he had no tenderness and full range of motion. Assessment was right and left shoulder strain. Started on cyclobenzaprine 10 mg, diclofenac gel and diclofenac 75 mg. He was referred to physiatry. Referred to physical therapy with the recommended frequency of three times per week for two weeks. Modified duty work with lift up to 5 pounds and push, pull up to 10 pounds. No reaching above shoulders with the affected extremity.

February 1, 2022: Concentra Medical Centers, Karin O'Clair, D.O. History of injury noted wherein he felt a pop with sudden onset of pain in the right shoulder, continued working, then felt a pop in his left shoulder. He continued working and had an event when he passed out working the cash register. He was taken to West Valley Hospital where his BP was very low. He was discharged from the ED. On January 14, 2022, he went to the ED at Banner Estrella because his shoulder pain continues to be severe and he had very little movement of his arms. His blood pressure was noted to be very high and he had an extensive workup performed over a two-day time period before he was discharged home with a steroid pack and ibuprofen. He was not placed on blood pressure medication. MRI scans reviewed. He has had ongoing severe pain in both shoulders, right shoulder pain is more severe than the left. He cannot move his right upper extremity without picking it up with his left hand. His right hand cramps and contracts intermittently. He cannot move his right elbow, he can bend his left elbow a little but he cannot raise the left hand above waist level. On physical examination of the right shoulder noted to have right upper arm and posterior shoulder/scapular muscular atrophy. Right thumb is disfigured from a horse bite as a child. He had tenderness in the scapula, in the anterior and lateral shoulder as well as the posterior shoulder. Active forward flexion 5 degrees, active abduction 5 degrees. On examination of the left shoulder he had tenderness in the anterior lateral and posterior left shoulder, forward flexion actively 20 degrees with pain and abduction actively 20 degrees with pain. Poor muscle performance noted. On physical examination of the cervical spine, he had no tenderness to palpation. Rotation right and left was 50 degrees. Assessment:

1. Left shoulder strain
2. Right shoulder strain

Sent to OC
11/22/2023
by PM LLC

3. Bilateral arm weakness.

He was started on tramadol 50 mg as well as Tylenol 325 mg. He was referred to a physiatrist. He was to stop the cyclobenzaprine and the diclofenac gel and diclofenac 75 mg. Modified duty work, referred to specialist. Follow-up in one week.

February 8, 2022: Concentra Medical Centers, Karin O'Clair, D.O. Since his last office visit his left shoulder hurts more than the right with 10/10 pain. He can bend his left elbow a little but he cannot raise his left hand above waist level. He denies numbness to the upper extremities. Unable to fill the tramadol and Tylenol at the pharmacy as there was an issue with billing. He cannot move his right upper extremity without picking it up with his left hand. His right hand cramps and contracts intermittently. Physical examination of the bilateral shoulders was unchanged. ED visit from January 14, 2022 reviewed. An MRI of the spinal cord had been performed at the time of that visit. Upon discharge on January 14, 2022, it was recommended he follow up with orthopedic surgeon. He was to follow-up in one week.

February 15, 2022: Concentra Medical Centers, Karin O'Clair, D.O. He notes that his right upper extremity atrophy is worsened. He can move his hands but he cannot move his right upper extremity without picking it up with his left hand. His right hand cramps and contracts intermittently. He cannot move the right elbow. He can bend his left elbow a little but cannot raise his left hand above waist level. He denies numbness of the upper extremities. On physical examination of the right shoulder, he had tenderness in the scapula, the anterior shoulder, lateral shoulder and the posterior shoulder. Active forward flexion 10 degrees, extension actively 15 degrees, active abduction to 10 degrees. On examination of the left shoulder he was tender in the anterior lateral and posterior shoulder. Forward flexion actively 45 degrees with pain, extension actively 50 degrees and abduction 40 degrees with pain. Poor muscle performance noted. On examination of the cervical spine he had no tenderness, active right and left rotation 50 degrees. Normal sensation and grip. An MRI of the left and right shoulder ordered. He was to follow-up in one week. Non-work status.

February 22, 2022: Concentra Medical Centers, Karin O'Clair, D.O. No change in chief complaints. No appreciable change in physical examination. MRI of the cervical spine without contrast ordered. Orthopedic specialist referral generated for labral tear and rotator cuff tear of the left shoulder. Nonwork status.

February 25, 2022: US Medical Group, Mark Greenfield, D.O. A 56-year-old Caucasian male with bilateral shoulder injuries. This occurred on January 7, 2022. He works as an assistant manager at Valley General. He was working there about a year when the injury occurred although off and on for about three and a half years. He was unloading the truck, carrying cases of water and stocking shelves. He was bringing a case of 35 bottles to a shelf and reports he heard a pop which was possibly to the neck. He had pain initially to the left shoulder but then to the right shoulder a couple of days later. He reported the incident the same day, he was seen at Concentra. He was able to complete only one therapy visit. Apparently, his blood pressure was elevated and he has not had any additional therapy. He is pending a physiatry evaluation. He complains of pain to both shoulders, left somewhat more so than the right. He describes pain posterior parascapular, some popping of the right, he is not sure if it pops to the left. Examination of the right shoulder revealed some atrophy

Sent to OC
11/22/2023
by PM LLC

posteriorly. He has exhibited essentially no active range of motion of the right shoulder. Abduction is 10 degrees, passive external rotation within normal limits. No strength to resisted testing could be performed on the right shoulder, no gross instability. On examination of the left shoulder, he had a healed scar over the clavicle consistent with a history of previous fractured clavicle. Minimal atrophy noted. Limited active range of motion of the left shoulder with active forward elevation to 10 degrees, abduction 20 degrees and external rotation passively was within normal limits. Strength and resisted testing could not be assessed. There was no gross instability. MRI of the cervical spine reviewed. MRI of the right shoulder and left shoulder reviewed. His MRI scans were reviewed. Regarding the bilateral reported labral tears, it was explained that these findings would not necessarily be the etiology of his clinical presentation. He denies having any previous injuries or problems of either shoulder; however, he did state that for years he had roped cattle. From an orthopedic standpoint there was no surgical indication. His clinical presentation was inconsistent with a labral pathology. It was recommended he follow up with physiatry and he was to return as needed. Nonwork status.

March 1, 2022: Concentra Medical Centers, Karin O'Clair, D.O. He had an orthopedic consultation for his labral tears and they were determined to be chronic. Physiatry consultation was recommended. Verbal authorization obtained for physiatry consultation. No appreciable change in physical examination. Nonwork status.

March 8, 2022: Concentra Medical Centers, Donna Laulo, PA-C. Had a bad weekend, he is unable to lift his arm/hand to his face, so he bends his head forward to put on glasses and mask. Over the weekend he had spasm in the right hand and the hand cramped up and done to all sorts of odd positions. He is also having a slight headache. He has seen his PCP since the injury and was put on blood pressure medication. He has an appointment with The Core Institute tomorrow. He is doing passive range of motion with both arms and shoulders. He has intermittent numbness down the right arm. He still has weakness and atrophy of both arm/shoulder. He denies any neck pain. Forward flexion actively of the right shoulder 15 degrees, abduction 15 degrees. Left shoulder active forward flexion 50 degrees with pain, abduction 45 degrees with pain and poor muscle performance noted. He was noted to have right upper arm atrophy, normal appearance of the right elbow with no tenderness with active flexion of 5 degrees and extension 0 degrees. Regarding the left elbow, active flexion 45 degrees and extension 0 degrees. On examination of the cervical spine he was tender in the left paraspinal and left trapezius muscle but not the cervical spine and not the right paraspinal. He was noted to have left-sided muscle spasm. Full range of motion.
Assessment:

1. Bilateral arm weakness
2. Cervical myelopathy with cervical radiculopathy
3. Labral tear of left shoulder
4. Labral tear of right shoulder

He was to attend his CORE appointment the following day. Nonwork status.

March 15, 2022: Concentra Medical Centers, Karin O'Clair, D.O. Upper extremity symptoms are unchanged except that his hands are cramping more especially during the night. His neck is sore bilaterally. He has very limited range of motion in his upper extremities. Physical

Sent to OC
11/22/2023
by PM LLC

examination largely unchanged. He was started on a Medrol Dosepak, he was prescribed tizanidine 4 mg and an orthopedic spine referral was generated. Nonwork status.

March 29, 2022: Concentra Medical Centers, Karin O'Clair, D.O. Upper extremity symptoms unchanged. He cannot perform any activities above waist level due to limited upper extremity mobility. Full active range of motion in his hands and wrists, very limited movement of his elbows. He had orthopedic consultation for the labral tears and they were determined to be chronic. He has an appointment with physiatry on April 7, 2022. Ortho spine consultation authorization is pending. He would like to defer going to PT until he gets recommendations from the specialist. On physical examination of the right shoulder he had no tenderness, active forward flexion 15 degrees, active abduction 15 degrees. Regarding the left shoulder active forward flexion 50 degrees with pain, active abduction 45 degrees with pain and poor muscle performance noted. He was noted to have right upper arm atrophy. No tenderness of the right elbow, active flexion 5 degrees and extension 0 degrees. Regarding the left elbow, there was no tenderness, active flexion 45 degrees and extension 0 degrees. Sensation intact to light touch in upper extremities bilaterally. There was noted to be right upper arm and posterior shoulder atrophy. No tenderness of the cervical spine, painful right and left rotation. Consultation placed orthopedic spine after the MRI of the cervical spine was repeated. Nonwork status.

April 20, 2022: Concentra Medical Centers, Karin O'Clair, D.O. He has some improved mobility to his left upper extremity since his last office visit. His right upper extremity symptoms are unchanged. He still has very limited range of motion in his upper extremities. He has continued doing range of motion exercises with his hands walking up the wall at home and he feeds his animals at home including his horses. This takes a prolonged period of time due to his limited mobility. He would like to defer coming into physical therapy until he gets recommendations from the specialist. PT has been counseled on the past secondary to very high blood pressure readings. Physical examination largely unchanged. Nonwork status. He was to follow-up in one month if not yet seen by physiatry.

May 4, 2022: Comprehensive Pain Specialists, Kevin Ladin, M.D. Chief complaint of pain in the bilateral upper extremities, neck and shoulders. He was working for Dollar General as a shift manager on January 7, 2022 unloading cases of water when he felt a pop in his neck shoulder region. He had pain in his left shoulder initially followed by his right along with pain in his neck. History of subsequent treatment noted. Currently, he indicates he continues to experience pain diffusely in his neck and in both shoulders. In addition, for the past several weeks he has progressive atrophy and weakness in both upper limbs with an inability to raise his right arm. He also describes cramping in the right arm. Dr. Greenfield discussed with him the possibility of undergoing a nerve test to try to determine the etiology for his symptoms and this has not yet been performed. He has had MRI studies of the brain, cervical spine and both shoulders. By report the shoulder studies demonstrated degenerative changes with degenerative labral tears of both shoulders along with partial thickness subscapularis tear of the left shoulder and mild rotator cuff tendinosis of the bilateral shoulders along with moderate acromioclavicular joint degenerative changes of both shoulders. Cervical spine MRI reported moderate central stenosis at C5-6 and C6-7 with diffuse spondylosis and severe bilateral foraminal stenosis at C5-6 along with moderate