**Robison v. DG Retail, LLC, No. CV-25-03618-PHX-DGC**

**EXHIBITS TO DECLARATION OF SEAN A. WOODS (EXHIBIT 2)**

**Part 4 of 8: Index**

Exhibit M (pages 26-66 of 102): Defendants' ICA Records Submission, November 27, 2023

# EXHIBIT M

Defendants' ICA Records Submission, November 27, 2023
Pages 26-66 of 102

bilateral foraminal stenosis at C6-7 and moderate right foraminal stenosis at C4-5. There was right facet edema noted at C4-5 as well. These findings appear to be degenerative in nature. Assessment:

1. Sprain of ligaments of cervical spine
2. Other sprain of left shoulder
3. Other sprain of right shoulder
4. Weakness.

He appears to have advanced degenerative spondylosis of the cervical spine that may have been aggravated by the industrial injury. We will move forward with further workup, specifically electrodiagnostic evaluation.

Sent to OC
11/22/2023
by PM LLC

ExamWorks

**ADDENDUM**

February 21, 2023

Linda Scott
Sedgwick CMS
P.O. Box 619079
Roseville, CA 95661

| | | | |
|---|---|---|---|
| **RE:** | **EXAMINEE** | : | **Mark Robison** |
| | **CLAIM NUMBER** | : | **7211446** |
| | **EMPLOYER** | : | **Dollar General** |
| | **DATE OF INJURY** | : | **January 7, 2022** |
| | **DATE OF EXAMINATION** | : | **November 2, 2022** |
| | **EXAMINING PHYSICIAN** | : | **Anthony Theiler, MD, Orthopedic Surgeon** |

Dear Linda Scott,

This is an addendum to an independent medical evaluation performed on Mr. Mark Robinson. I have reviewed additional medical records.

February 1, 2023: NeuroDiagnostic Laboratories: EMG nerve conduction studies performed by Alex Hlubocky, M.D. Impression: The test results are consistent with severe chronic active right C5-C6 radiculopathy versus severe right upper trunk brachial plexopathy. Additionally findings most likely reflect mild chronic left C7 radiculopathy and mild to moderate bilateral median neuropathies at the wrist (i.e., carpal tunnel syndrome).

January 11, 2023: MRI scan of brachial plexus was performed at SimonMed. This shows no evidence of any right brachial plexus injury or pathology. No discrete muscle atrophy or myositis is noted.

There is no evidence of any injury to brachial plexus based on the MRI scan.

After reviewing additional diagnostic studies, the opinions provided at the time of the initial independent medical evaluation would remain unchanged. Mr. Robison did not sustain any intrinsic injury to his shoulders nor to his upper extremities from an orthopedic extremity perspective.

He requires evaluation/independent medical evaluation by the orthopedic spine surgeon as well as the neurologist. From an orthopedic extremity perspective, there is no evidence of

any injury. There is no basis for any impairment nor continued treatment nor is there any basis for work restrictions. However, he needs further evaluation by a neurologist in the setting of an independent evaluation as well as orthopedic spine specialist as previously stated.

Sincerely,

Anthony Theiler, MD
Orthopedic Surgeon

***Dictated Not Read***

AT:modl

Sent to OC
11/22/2023
by PM LLC

# 4

NeuroDiagnostic Laboratories

P: (602) 424-4450
F: (602) 424-4451

**Mark Robinson** DOB: [redacted] 57 year old, male
16043 W STATE AVE
LITCHFIELD PARK, AZ 85340
No home phone on file

**Ref Prov:** Anthony Theiler, MD
**Technologist:** Samantha Hendrix, NCT
**ID:** EMG1

Visit Date: 02/01/2023

| | |
|---|---|
| **Vitals**<br><br>Weight: 200 lbs.<br><br>Height: 71 in.<br><br>BMI: 27.9<br><br>**Influenza Vaccination Date:**<br><br>**Pneumococcal Vaccination:**<br><br>**Smoking Status**<br>Non-smoker<br><br>**Current Medications**<br>Reviewed With Patients | **PATIENT HISTORY:**<br>The patient is a 57 year-old male who presents with complaints of pain and bilateral (R>L) shoulder abduction and proximal arm weakness since January 2022 when he lifted a heavy object and "heard a pop" in his right shoulder area. An electrodiagnostic study is required to evaluate for neuropathy, radiculopathy.<br><br>**INTERPRETATION:**<br>The patient's temperature was between 30 degrees C and 34 degrees C in the hands unless otherwise noted throughout performance of the NCSs.<br>Upper limb nerve conduction studies showed mildly prolonged bilateral median sensory and motor distal latencies.<br>The needle examination demonstrated fibrillation potentials, absent or near absent volitional activity in the right C5-6 innervated muscles and mildly enlarged motor unit potentials in the left pronator teres muscle.<br><br>**IMPRESSION:**<br>The test results are consistent with a severe chronic active right C5-6 radiculopathy versus a severe right upper trunk brachial plexopathy.<br>Additionally, the findings most likely reflect a mild chronic left C7 radiculopathy and mild to moderate bilateral median neuropathies at the wrist (i.e. carpal tunnel syndrome).<br><br>**RECOMMENDATIONS:**<br>The patient was advised to follow-up with their referring physician.<br><br>**Electronically Signed: ALEX HLUBOCKY, M.D. on/at 02/01/2023 14:12:51** |

Sent to OC
11/22/2023
by PM LLC

Mark Robinson DOB: [redacted] 57 year old, male
16043 W STATE AVE
LITCHFIELD PARK, AZ 85340
No home phone on file

Visit Date: 02/01/2023

## Nerve Conduction Studies

### Anti Sensory Summary Table

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm P-T Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Lat Ante Brach Cutan Anti Sensory (Lat Forearm)** | | | | | | | | | | | |
| Lat Biceps | NR | | | | | Lat Biceps | Lat Forearm | | 0.0 | | |
| **Right Lat Ante Brach Cutan Anti Sensory (Lat Forearm)** | | | | | | | | | | | |
| Lat Biceps | NR | | | | | Lat Biceps | Lat Forearm | | 0.0 | | |
| **Left Median Anti Sensory (2nd Digit)** | | | | | | | | | | | |
| Wrist | | 4.5 | <3.6 | 13.4 | >19 | Wrist | 2nd Digit | 4.5 | 14.0 | 31 | |
| **Right Median Anti Sensory (2nd Digit)** | | | | | | | | | | | |
| Wrist | | 3.6 | <3.6 | 24.2 | >19 | Wrist | 2nd Digit | 3.6 | 14.0 | 39 | |
| **Left Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | |
| Wrist | | 1.7 | <3.0 | 23.0 | >13 | Wrist | Base 1st Digit | 1.7 | 10.0 | 59 | |
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | |
| Wrist | | 1.8 | <3.0 | 22.1 | >13 | Wrist | Base 1st Digit | 1.8 | 10.0 | 56 | |
| **Left Ulnar Anti Sensory (5th Digit)** | | | | | | | | | | | |
| Wrist | | 3.1 | <3.5 | 19.9 | >18 | Wrist | 5th Digit | 3.1 | 14.0 | 45 | |
| **Right Ulnar Anti Sensory (5th Digit)** | | | | | | | | | | | |
| Wrist | | 3.2 | <3.5 | 19.4 | >18 | Wrist | 5th Digit | 3.2 | 14.0 | 44 | |

### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Axillary Motor (Deltoid)** | | | | | | | | | | | |
| Clavicle | | 5.0 | <5 | 3.4 | | | | | | | |
| **Right Axillary Motor (Deltoid)** | | | | | | | | | | | |
| Clavicle | | 5.7 | <5 | 1.6 | | | | | | | |
| **Left Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 4.8 | <4.2 | 8.0 | >3.5 | BElbow | Wrist | 4.8 | 23.0 | 48 | >48 |
| BElbow | | 9.6 | | 7.8 | >3.5 | | | | | | |
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 4.8 | <4.2 | 1.3 | >3.5 | BElbow | Wrist | 4.5 | 23.0 | 51 | >48 |
| BElbow | | 9.3 | | 1.0 | >3.5 | | | | | | |
| **Left Musculocut Motor (Biceps)** | | | | | | | | | | | |
| Axilla | | 5.2 | <5.7 | 3.1 | | | | | | | |
| **Right Musculocut Motor (Biceps)** | | | | | | | | | | | |
| Axilla | | 4.5 | <5.7 | 5.2 | | | | | | | |
| **Left Supra Scap Motor (Supraspinatus & Infraspinatus)** | | | | | | | | | | | |
| Clavicle | | 3.5 | <3.7 | 2.4 | >5 | | | | | | |
| Clavicle | | 3.0 | | 3.7 | | | | | | | |
| **Right Supra Scap Motor (Supraspinatus & Infraspinatus)** | | | | | | | | | | | |
| Clavicle | | 3.2 | <3.7 | 1.5 | >5 | | | | | | |
| Clavicle | | 3.7 | | 0.9 | | | | | | | |
| **Left Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 3.0 | <3.4 | 11.4 | >5.0 | B Elbow | Wrist | 3.8 | 22.0 | 58 | >49 |
| B Elbow | | 6.8 | | 11.0 | >5.0 | A Elbow | B Elbow | 1.6 | 10.0 | 62 | >50 |
| A Elbow | | 8.4 | | 11.1 | >5.0 | | | | | | |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.8 | <3.4 | 8.0 | >5.0 | B Elbow | Wrist | 4.0 | 22.0 | 55 | >49 |
| B Elbow | | 6.8 | | 8.7 | >5.0 | A Elbow | B Elbow | 1.9 | 10.0 | 53 | >50 |
| A Elbow | | 8.7 | | 8.3 | >5.0 | | | | | | |

Sent to OC
11/22/2023
by PM LLC

**Mark Robinson** DOB: [redacted] 57 year old, male
16043 W STATE AVE
LITCHFIELD PARK, AZ 85340
No home phone on file

Visit Date: 02/01/2023

**Comparison Summary Table**

| Site | NR | Peak (ms) | P-T Amp (µV) | Site1 | Site2 | Delta-P (ms) | Norm Delta (ms) |
|---|---|---|---|---|---|---|---|
| **Left Median/Ulnar(Mixed) Comparison (Wrist)** | | | | | | | |
| MedPalm | | **2.8** | **6.6** | UlnarPalm | MedPalm | **1.1** | <0.5 |
| UlnarPalm | | 1.7 | 26.4 | | | | |
| **Right Median/Ulnar(Mixed) Comparison (Wrist)** | | | | | | | |
| MedPalm | | **2.6** | **31.5** | UlnarPalm | MedPalm | **1.1** | <0.5 |
| UlnarPalm | | **1.5** | **25.2** | | | | |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | Pronat Ter | Median | C6-7 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Bicep | Musculocut | C5-6 | **Incr** | **2+** | **2+** | **Incr** | **>12ms** | 0 | **Reduced** | | 1 MUP |
| Right | 1st DorInter | Ulnar | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Tricep | Radial | C6-8 | Nml | Nml | Nml | Nml | Nml | | | | Lack of effort |
| Right | Deltoid | Axillary | C5-6 | **Incr** | **2+** | **2+** | Nml | **>12ms** | 0 | **Reduced** | | 1 MUP |
| Right | Ext Dig Com | Radial | C7-8 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Brachioradialis | Radial | C5-6 | **Incr** | **2+** | **2+** | | | | | | 0 MUP |
| Left | Pronat Ter | Median | C6-7 | Nml | Nml | Nml | **Incr** | **>12ms** | 0 | **Reduced** | | |
| Left | Bicep | Musculocut | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | 1st DorInter | Ulnar | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

**Nerve Conduction Studies**
**Anti Sensory Left/Right Comparison**

| Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lat Ante Brach Cutan Anti Sensory (Lat Forearm)** | | | | | | | | | | | |
| Lat Biceps | | | | | | | Lat Biceps | Lat Forearm | | | |
| **Median Anti Sensory (2nd Digit)** | | | | | | | | | | | |
| Wrist | **4.5** | 3.6 | 0.9 | **13.4** | 24.2 | 44.6 | Wrist | 2nd Digit | **31** | 39 | 8 |
| **Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | |
| Wrist | 1.7 | 1.8 | 0.1 | 23.0 | 22.1 | 3.9 | Wrist | Base 1st Digit | 59 | 56 | 3 |
| **Ulnar Anti Sensory (5th Digit)** | | | | | | | | | | | |
| Wrist | 3.1 | 3.2 | 0.1 | 19.9 | 19.4 | 2.5 | Wrist | 5th Digit | 45 | 44 | 1 |

Sent to OC
11/22/2023
by PM LLC

Mark Robinson DOB: [redacted] 57 year old, male
16043 W STATE AVE
LITCHFIELD PARK, AZ 85340
No home phone on file

Visit Date: 02/01/2023

**Motor Left/Right Comparison**

| Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Axillary Motor (Deltoid)** | | | | | | | | | | | |
| Clavicle | 5.0 | **5.7** | 0.7 | 3.4 | 1.6 | 52.9 | | | | | |
| **Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | **4.8** | **4.8** | 0.0 | 8.0 | **1.3** | 83.8 | BElbow | Wrist | 48 | 51 | 3 |
| BElbow | 9.6 | 9.3 | 0.3 | 7.8 | **1.0** | 87.2 | | | | | |
| **Musculocut Motor (Biceps)** | | | | | | | | | | | |
| Axilla | 5.2 | 4.5 | 0.7 | 3.1 | 5.2 | 40.4 | | | | | |
| **Supra Scap Motor (Supraspinatus & Infraspinatus)** | | | | | | | | | | | |
| Clavicle | 3.5 | 3.7 | 0.2 | **2.4** | **0.9** | 62.5 | | | | | |
| Clavicle | 3.0 | | | 3.7 | | | | | | | |
| **Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | 3.0 | 2.8 | 0.2 | 11.4 | 8.0 | 29.8 | B Elbow | Wrist | 58 | 55 | 3 |
| B Elbow | 6.8 | 6.8 | 0.0 | 11.0 | 8.7 | 20.9 | A Elbow | B Elbow | 62 | 53 | 9 |
| A Elbow | 8.4 | 8.7 | 0.3 | 11.1 | 8.3 | 25.2 | | | | | |

**Comparison Left/Right Comparison**

| Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) |
|---|---|---|---|---|---|---|
| **Median/Ulnar(Mixed) Comparison (Wrist)** | | | | | | |
| MedPalm | **2.8** | **2.6** | 0.2 | **6.6** | **31.5** | 79.0 |
| UlnarPalm | 1.7 | 1.5 | 0.2 | 26.4 | 25.2 | 4.5 |

Sent to OC
11/22/2023
by PM LLC

# 5

Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

**Patient Name:** Mark Robison
**Date of Birth:** [redacted]
**Insurance:** Sedgwick
**Policy Number:** 7211448
**Date of Injury:** 1/7/2022
**Date of Service:** 08/15/2023

## PHYSICAL MEDICINE AND REHABILITATION CONSULTATION

Mr. Robinson is a 57 year old male. He presents with right shoulder pain and neck pain. He injured his neck while working for Dollar General on 1/7/22. He was lifting cases of water when his neck popped and his arms went numb with right arm weakness. He was seen at Concentra and then Banner Estrella. After bilateral shoulder MRI he was referred to Dr. Mark Greenfield who opined he did not have an intra-articular shoulder surgical problem.

Cervical MRI Diffuse cervical spondylosis, detailed abore, with right facet edema at C4-5. C5-6, moderato canal stenosis with mild cord compression, na cord edema is seen at khis time. Severe bilateral foramina! stenosis. C6-7, malerate spinal canal with moderate bilateral foramina! stenosis. Moderate right foramina! stenosis CA-5.

He then saw Dr. Kevin Ladin who recommended EMG. 1/11/23 right brachial plexus MRI was negative. EMG done 2/1/23 revealed right C5-6 radiculopathy versus severe right upper trunk plexopathy and mild left C7 radiculopathy. On 2/21/23 Dr. Anthony Theiler authored an IME addendum recommending neurology and orthopedic spine evaluation.

**PAIN COMPLAINTS**: Mr. Robinson complains of right shoulder pain. The patient complains of a deep shoulder pain. It does not radiate. He describes it as shooting and stabbing. Nothing seems to alleviate the pain. Discomfort increases with using arms. On a 10 point VAS scale the pain ranges from 8 -10.
Mr. Robinson complains primarily of pain in the bilateral lower cervical region. The pain radiates to the right neck, right shoulder and right arm. He characterizes it as shooting and stabbing. On a 10 point VAS scale the pain ranges from 8 -10. He has not found anything that helps relieve the pain. The pain worsens with using arms.

In addition to pain, the patient complains of numbness and tingling in the neck and numbness and tingling in the right arm

**PAST MEDICAL HISTORY**: Hypertension
Positive for
[redacted] positive;
Depression

Sent to OC
11/22/2023
by PM LLC

Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

**CURRENT MEDICATIONS:** Last Reviewed on 8/15/2023 11:29 AM by Gastelum, Perla
[redacted]

**ALLERGIES:** No Known Drug Allergies

**SOCIAL HISTORY:** Marital Status: Single.
Children: None
Smoking/Alcohol: Alcohol: Non-drinker Tobacco: Currently smokes 1-5 cigarettes per day.
Recreational Drug History: Negative

**ROS:**
CONSTITUTIONAL: Negative for chills, fever and night sweats.
EYES: Negative for blurred vision and double vision.
E/N/T: Negative for diminished hearing and tinnitus.
CARDIOVASCULAR: Negative for chest pain and palpitations.
RESPIRATORY: Negative for recent cough and dyspnea.
GASTROINTESTINAL: Negative for constipation, diarrhea, heartburn, nausea and vomiting.
GENITOURINARY: Negative for urinary incontinence.
MUSCULOSKELETAL: See HPI
INTEGUMENTARY: Negative for pruritis.
NEUROLOGICAL: Positive for headaches. Negative for dizziness.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising.
PSYCHIATRIC: Positive for depression and sleep disturbance. Negative for difficulty concentrating.

**PHYSICAL EXAMINATION:**
Ht: 5 ft, 11 in; Wt: 211 lbs; BMI: 29.4T: 98.1 F; BP: 147/111 mm Hg; P: 90 bpmO2 Sat: 94 %
Upper Spine Examination:

Inspection: proximal UE muscle wasting

ROM: Cervical ROM to 30 degrees flexion, 15 degrees extension, 15 degrees left lateral rotation, 15 degrees right lateral rotation He has nearly full PROM of the shoulders

Strength: 3/5 left and 2/5 right deltoid 3/5 left and 2/5 right biceps 4/5 left and 4/5 right wrist extensors 4/5 left and 4/5 right interossei

Sent to OC
11/22/2023
by PM LLC

# Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone: 602.368.3600**
**Fax: 602.368.3235**

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

Neuro: Pt is AOx3. Coordination is grossly intact. Light touch and pain sensation deficit noted in seonsry deficit C6-7 bilatearlly distribution. Left biceps tendon DTR 3/4. Right biceps tendon DTR 2/4. Left brachioradialis tendon DTR 3/4. Right brachioradialis tendon DTR 2/4. Left triceps tendon DTR 3/4. Right triceps tendon DTR 1/4. LE reflexes intact. Hoffman's negative, Babinski negative. No clonus

**IMPRESSION:**

M48.02 Spinal stenosis, cervical region with myeloradiculopathy
M50.020 Cervical disc disorder with myelopathy
M54.2 Cervicalgia

**RECOMMENDATIONS:**

This claimant has symptomatic cervical myeloradiculopathy and it is very likely needs a decompression and fusion. He is hyper-reflexic in the left arm and globally weak around both shoulders. No lower extremity tract signs but he has had some episodes of incontinence. Regardless he needs a surgical consultation and I agree with Dr. Eifler that he needs to see Dr. Sharma for spine surgery consultation.

His "shoulders" have been the source of his issues because of his myeloradiculopathy that was confirmed with recent EMG testing and is present in the February 2022 MRI. He presented to Banner Estrella ER on the DOI with acute bilateral shoulder weakness, right more than left and this is because he is suffering from myeloradiculopathy that has not been evaluated by spine surgery. The Concentra records indicate an ortho spine eval was denied and it is presumably due to the injury declared "bilateral shoulders" The EMG, his shoulder girdle weakness, and his exam proves otherwise. This is a cervical spine injury and he needs a spine surgeon.

I also recommend that his cervical MRI be repeated/updated in preparation for the consult.

He needs to be off of work. Due to shoulder girdle weakness he is not capable of working.

Follow up four weeks.

Sent to OC
11/22/2023
by PM LLC

# Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

**Patient Name:** Mark Robison
**Date of Birth:** [redacted]
**Insurance:** Sedgwick
**Policy Number:** 7211448
**Date of Injury:** 1/7/2022
**Date of Service:** 09/12/2023

## PROGRESS REPORT

**Subjective:**
Mr. Robison is a 57 year old male. He presents with right shoulder pain and neck pain. He injured his neck while working for Dollar General on 1/7/22. He was lifting cases of water when his neck popped and his arms went numb with right arm weakness. He was seen at Concentra and then Banner Estrella. After bilateral shoulder MRI he was referred to Dr. Mark Greenfield who opined he did not have an intra-articular shoulder surgical problem.

Cervical MRI Diffuse cervical spondylosis, detailed abore, with right facet edema at C4-5. C5-6, moderato canal stenosis with mild cord compression, na cord edema is seen at khis time. Severe bilateral foramina! stenosis. C6-7, malerate spinal canal with moderate bilateral foramina! stenosis. Moderate right foramina! stenosis CA-5.

He then saw Dr. Kevin Ladin who recommended EMG. 1/11/23 right brachial plexus MRI was negative. EMG done 2/1/23 revealed right C5-6 radiculopathy versus severe right upper trunk plexopathy and mild left C7 radiculopathy. On 2/21/23 Dr. Anthony Theiler authored an IME addendum recommending neurology and orthopedic spine evaluation.

MRI of the cervical spine was completed on 08/24/23 revealing spondylosis at C5-6 resulting in severe spinal canal stenosis with severe bilateral neural foramen stenosis, unchanged. There is encroachment on the exiting bilateral C6 nerve roots and mild spinal cord flattening. Moderate to severe bilateral neural foramen stenosis with moderate spinal canal and bilateral lateral recess stenosis at C6/7, unchanged. Moderate bilateral neural foramen stenosis at C4-5, stable. Moderate to severe right and mild-to-moderate left-sided neural foramen stenosis with mild spinal canal stenosis, unchanged at C3-4.

Mr Robinson is here for follow up. Pain is rated at 10/10. He reports pain in the neck and shoulders with spasms in the arms which causes cramping in the fingers. He is also reporting numbness in the perianal area and has urinated twice without knowing.

**Medications:**
Last Reviewed on 9/11/2023 03:17 PM by Gonzalez, Yuliana

Sent to OC
11/22/2023
by PM LLC

Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

[redacted]

**Allergies:**
No Known Drug Allergies

**ROS:**
CONSTITUTIONAL: Negative for chills, fever and night sweats.
EYES: Negative for blurred vision and double vision.
E/N/T: Negative for diminished hearing and tinnitus.
CARDIOVASCULAR: Negative for chest pain and palpitations.
RESPIRATORY: Negative for recent cough and dyspnea.
GASTROINTESTINAL: Negative for constipation, diarrhea, heartburn, nausea and vomiting.
GENITOURINARY: Negative for urinary incontinence.
MUSCULOSKELETAL: See HPI
INTEGUMENTARY: Negative for pruritis.
NEUROLOGICAL: Positive for headaches. Negative for dizziness.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising.
PSYCHIATRIC: Positive for depression and sleep disturbance. Negative for difficulty concentrating.

**Objective:**
Ht: 5 ft, 11 in; Wt: 215 lbs; BMI: 30.0T: 98.6 F; BP: 134/84 mm Hg; P: 97 bpmO2 Sat: 114 %
Upper Spine Examination:

Inspection: proximal UE muscle wasting

Strength: 3/5 left and 2/5 right deltoid 3/5 left and 2/5 right biceps 4/5 left and 4/5 right wrist extensors 4/5 left and 4/5 right interossei

Neuro: Pt is AOx3. Coordination is grossly intact. Light touch and pain sensation deficit noted in seonsry deficit C6-7 bilatearlly distribution. Left biceps tendon DTR 3/4. Right biceps tendon DTR 2/4. Left brachioradialis tendon DTR 3/4. Right brachioradialis tendon DTR 2/4. Left triceps tendon DTR 3/4. Right triceps tendon DTR 1/4. Babinski negative. No clonus

**Assessment:**

M48.02 Spinal stenosis, cervical region with myeloradiculopathy
M50.020 Cervical disc disorder with myelopathy
M54.2 Cervicalgia

**Plan:**

Sent to OC
11/22/2023
by PM LLC

# Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone: 602.368.3600**
**Fax: 602.368.3235**

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

I saw hi for take over care last time, Today he is reporting episodic urinary incontinence and peri-genital numbness. Knowing his cervical MRI results. I am recommending he go directly to the ER do to numbness in the perianal area and episodic incontinence. He may need emergent cervical decompression. He told me he would go to the ER at SJH

As I have documented previously, I still recommend a spine surgeon Dr Sharma if he does get emergent surgery now.

Again, he is hyper-reflexic in the left arm and globally weak around both shoulders. No lower extremity tract signs perianal numbness and episodes of incontinence. Regardless he needs a surgical consultation and I agree with Dr. Eifler that he needs to see Dr. Sharma for spine surgery consultation.

Continue off of work. Due to shoulder girdle weakness he is not capable of working.

Follow up four weeks or based on ER visit.

**Jeffrey D. Scott, M.D.**
**Board Certified Physical Medicine and Rehabilitation**

Sent to OC
11/22/2023
by PM LLC

Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

**Patient Name:** Mark Robison
**Date of Birth:** [redacted]
**Insurance:** Sedgwick
**Policy Number:** 7211448
**Date of Injury:** 1/7/2022
**Date of Service:** 10/12/2023

## PROGRESS REPORT

**Subjective:**
Mr. Robison is a 57 year old male. He presents with right shoulder pain and neck pain. He injured his neck while working for Dollar General on 1/7/22. He was lifting cases of water when his neck popped and his arms went numb with right arm weakness. He was seen at Concentra and then Banner Estrella. After bilateral shoulder MRI he was referred to Dr. Mark Greenfield who opined he did not have an intra-articular shoulder surgical problem.

Cervical MRI Diffuse cervical spondylosis, detailed abore, with right facet edema at C4-5. C5-6, moderato canal stenosis with mild cord compression, na cord edema is seen at khis time. Severe bilateral foramina! stenosis. C6-7, malerate spinal canal with moderate bilateral foramina! stenosis. Moderate right foramina! stenosis CA-5.

He then saw Dr. Kevin Ladin who recommended EMG. 1/11/23 right brachial plexus MRI was negative. EMG done 2/1/23 revealed right C5-6 radiculopathy versus severe right upper trunk plexopathy and mild left C7 radiculopathy. On 2/21/23 Dr. Anthony Theiler authored an IME addendum recommending neurology and orthopedic spine evaluation.

MRI of the cervical spine was completed on 08/24/23 revealing spondylosis at C5-6 resulting in severe spinal canal stenosis with severe bilateral neural foramen stenosis, unchanged. There is encroachment on the exiting bilateral C6 nerve roots and mild spinal cord flattening. Moderate to severe bilateral neural foramen stenosis with moderate spinal canal and bilateral lateral recess stenosis at C6/7, unchanged. Moderate bilateral neural foramen stenosis at C4-5, stable. Moderate to severe right and mild-to-moderate left-sided neural foramen stenosis with mild spinal canal stenosis, unchanged at C3-4.

I am seeing him for follow up. Since last visit he did go to the ER and he a repeat MRI. It was determined that it was not a surgical emergency. He reports bilateral arm numbness and hand tingling. He has intermittent incontinence. as well but it is not consistent.

**Medications:**
Last Reviewed on 10/11/2023 04:17 PM by Gonzalez, Yuliana

Sent to OC
11/22/2023
by PM LLC

# Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone:** 602.368.3600
**Fax:** 602.368.3235

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

[redacted]

Zoloft
amLODIPine
Testone

**Allergies:**
No Known Drug Allergies

**ROS:**
CONSTITUTIONAL: Negative for chills, fever and night sweats.
EYES: Negative for blurred vision and double vision.
E/N/T: Negative for diminished hearing and tinnitus.
CARDIOVASCULAR: Negative for chest pain and palpitations.
RESPIRATORY: Negative for recent cough and dyspnea.
GASTROINTESTINAL: Negative for constipation, diarrhea, heartburn, nausea and vomiting.
GENITOURINARY: Negative for urinary incontinence.
MUSCULOSKELETAL: See HPI
INTEGUMENTARY: Negative for pruritis.
NEUROLOGICAL: Positive for headaches. Negative for dizziness.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising.
PSYCHIATRIC: Positive for depression and sleep disturbance. Negative for difficulty concentrating.

**Objective:**
Ht: 5 ft, 11 in; Wt: 206.8 lbs; BMI: 28.8T: 98.6 F; BP: 158/120 mm Hg; P: 92 bpmO2 Sat: 97 %
Upper Spine Examination:

Inspection: proximal UE muscle wasting

Neuro: Pt is AOx3. Coordination is grossly intact. Light touch and pain sensation deficit noted in seonsry deficit C6-7 bilatearlly Left biceps tendon DTR 3/4. Right biceps tendon DTR 2/4. Left brachioradialis tendon DTR 3/4. Right brachioradialis tendon DTR 2/4. Left triceps tendon DTR 3/4. Babinski negative. No clonus

**Assessment:**

M48.02 Spinal stenosis, cervical region with myeloradiculopathy
M50.020 Cervical disc disorder with myelopathy
M54.2 Cervicalgia

Sent to OC
11/22/2023
by PM LLC

# Palo Brea Pain & Rehabilitation

**Jeffrey D. Scott, M.D.**
Board Certified, Physical Medicine and Rehabilitation

**Melissa Hands, FNP-C**
Nurse Practitioner

**PaloBreaPain.com**

**Phone: 602.368.3600**
**Fax: 602.368.3235**

**Phoenix – Main Office**
3417 N. 32nd Street
Phoenix, AZ 85018

**Mesa/Gilbert**
2835 E. Brown Rd
Suite 101
Mesa, AZ 85213

**Tucson**
5425 N. Oracle Rd
Suite 175
Tucson, AZ 85704

**Plan:**

As I have documented previously, I still recommend a spine surgeon Dr Sharma

Obtain Banner ER records.

Continue off of work. Due to shoulder girdle weakness he is not capable of working.

Follow up six weeks. Off work

Celebrex does not help. Discontinue

**Jeffrey D. Scott, M.D.**
**Board Certified Physical Medicine and Rehabilitation**

Sent to OC
11/22/2023
by PM LLC

# 6

**Concentra** **Transcription**

14155 N 83rd Ave PEORIA, AZ 85381 (623) 487-8598

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L | **Service Date:** | 01/28/2022 |
| **Soc. Sec. #** | [redacted] | **Injury Date:** | 12/03/2021 |
| **Date of Birth:** | [redacted] **Age:** 56 | **Employer:** | Dollar General-All RETAIL Stores-IN |
| **Service Location:** | CMC - Pho Peoria | | 100 Mission Rdg |
| **Service ID #:** | [redacted] | | |
| **Claim #:** | | | Goodlettsville, TN 37072 |
| **Dictator:** | Sandra Wolf, PA-C | | |
| **Diagnosis:** | S46.911A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, RIGHT ARM, INIT-S46.911A | | |

**Notes:** Reason For Visit
Chief Complaint: The patient presents today with "While at work, working the roll off the truck, injured both shoulders.". Self reported.
Workers Compensation - Patients Occupation: key holder register customer service.

Chaperone was offered: Patient declined the presence of a chaperone

Vitals
Vital Signs
Recorded: 28Jan2022 10:59AM
Temperature: 98.2 F
Systolic: 180
Diastolic: 128
BP Cuff Size: Regular - Adult
Heart Rate: 82
Respiration: 16
Height: 5 ft 8 in
Weight: 195 lb
BMI Calculated: 29.65 kg/m2
BSA Calculated: 2.02
O2 Saturation: 98
Medical History
No significant past medical history

FAMILY HISTORY:
The patients family history has been obtained and carefully reviewed. It has been determined that the patients family history is noncontributory to the current injury

Surgical History
History of No pertinent past surgical history (Z78.9)
Allergies
No Known Drug Allergies
Occupational History
Occupational History
Occupational history was provided by the patient.
Type of job / Job title: customer service
Major job functions: stock shelves, sweep, mop, breakdown boxes, put product on shelves

Length of time at this job: 3 year(s). Average weekly work hours: 30.
Expected shift hours today: caries
Recent overtime: No

History of Present Illness

DOI- 12/3/2021 at 7:30 pm
The patient injured his shoulders at work. He was unloading a truck and moving heavy water bottles when he heard his left shoulder pop, then his right shoulder. He went to the ER on 1/14/2022 at Banner Estrella Hospital. BP extremely elevated in ER per patient. He denies any h/o hypertension. He denies any vomiting, diplopia, dizziness

Dictated By: Sandra Wolf, PA-C

Dictated On: Jan 28 2022 12:17PM

Sent to OC 11/22/2023 by PM LLC

**Printed Date:** 01/30/2022 **Page:** 1

**Concentra** **Transcription**

14155 N 83rd Ave PEORIA, AZ 85381 (623) 487-8598

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L | **Service Date:** | 01/28/2022 |
| **Soc. Sec. #** | [redacted] | **Injury Date:** | 12/03/2021 |
| **Date of Birth:** | [redacted] **Age:** 56 | **Employer:** | Dollar General-All RETAIL Stores-IN |
| **Service Location:** | CMC - Pho Peoria | | 100 Mission Rdg |
| **Service ID #:** | [redacted] | | |
| **Claim #:** | | | Goodlettsville, TN 37072 |
| **Dictator:** | Sandra Wolf, PA-C | | |
| **Diagnosis:** | S46.911A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, RIGHT ARM, INIT-S46.911A | | |

**Notes:** or headaches. He is right handed. He has been using ice/heat packs prn and taking Advil prn. He has cramping of his hands and numbness at times of right arm. HIs shoulder are symptomatic-at this time his left shoulder hurts worse than the right shoulder. He was given a steroid pack and Ibuprofen prn by the ER. He finished the steroid pack given by the ER, but does not think it did anything-he finished it one week ago.

Xray studies reviewed:
Right shoulder x ray normal, CT scan of right shoulder normal.
Left shoulder x ray normal,irregularity of left clavicle with chronic left clavicle finding(h/o prior trauma?)
CXR- NAPD
Head CT scan-with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease
MRI done of brain with no contrast- with no acute intracranial abnormalities
CT scan of c spine with +straightening of c spine present, moderate DJD present, mild to moderate C5-C6 spinal canal and foraminal stenoses
MR cord compression total spine done for arm weakness-no gross cord compression present

PMH: on Bikardy once a day, sees ID regularly
PSH: hernia repair, tonsillectomy, appy, cholecsytectomy, gastric bypass, reversal of gastric bypass
Allergies: NKDA
Meds: Bikardy once a day
Social history: smokes 7 cigs a day, denies any COPD

Amended By: Wolf, Sandra M.; Jan 28 2022 1:53 PM UMSTReview of Systems
Constitutional: Reviewed and found to be negative.
Head and Face: Reviewed and found to be negative.
Eyes: Reviewed and found to be negative.
ENT: Reviewed and found to be negative.
Cardiovascular: Reviewed and found to be negative.
Respiratory: Reviewed and found to be negative.
Gastrointestinal: no abdominal pain.
Genitourinary: no dysuria and no urinary frequency.
Musculoskeletal: muscle pain, muscle weakness and night pain.
Integumentary: no rashes and no skin lesions.
Neurological: no headache and no dizziness.
Psychiatric: no anxiety and no depression.
Endocrine: no intolerance to hot and cold, no excessive thirst and no excessive urination.

Hematologic and Lymphatic: doesn t bleed easily and doesn t bruise easily.

Physical Exam
Constitutional: well appearing and well nourished.
Head/Face: Normocephalic and atraumatic.
Pulmonary: no increased work of breathing or signs of respiratory distress.
Bilateral Shoulder: Appearance is normal. Tenderness in the AC joint, in the trapezius muscle and in the posterior shoulder, but not in the superior shoulder. Palpates normal.
Limited range of motion in all planes. Motor tone is normal.
Neurologic: Bilateral deep tendon reflexes are 2/4. Sensation is intact to light touch

Dictated By: Sandra Wolf, PA-C

Dictated On: Jan 28 2022 12:17PM

Sent to OC 11/22/2023 by PM LLC

Concentra

Transcription

14155 N 83rd Ave PEORIA, AZ 85381 (623) 487-8598

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L | **Service Date:** | 01/28/2022 |
| **Soc. Sec. #** | [redacted] | **Injury Date:** | 12/03/2021 |
| **Date of Birth:** | [redacted] **Age:** 56 | **Employer:** | Dollar General-All RETAIL Stores-IN |
| **Service Location:** | CMC - Pho Peoria | | 100 Mission Rdg |
| **Service ID #:** | [redacted] | | |
| **Claim #:** | | | Goodlettsville, TN 37072 |
| **Dictator:** | Sandra Wolf, PA-C | | |
| **Diagnosis:** | S46.911A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, RIGHT ARM, INIT-S46.911A | | |

**Notes:** in all dermatomes. The muscles display no weakness. Vascular: The pulses are 2+/2+ bilaterally and capillary refill time is normal bilaterally.
Cervical Spine: normal sensation with normal lordosis, no tenderness and full range of motion.
Psychiatric: . Judgment and insight are normal. oriented to person, place, and time.

ASSESSMENT
1. Right shoulder strain, initial encounter (S46.911A)
2. Left shoulder strain, initial encounter (S46.912A)
Plan
1. Start: Cyclobenzaprine HCl 10 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME
Rx By: Wolf, Sandra M; Dispense: 7 Days ; #:7 Tablet; Refill: 0;
For: Left shoulder strain, initial encounter, Right shoulder strain, initial encounter;
DAW =
N; Print Rx
2. Start: Diclofenac Sodium 1 % External Gel; Apply 2-4 grams to skin over affected area 4
times daily, up to 7 days, as needed for pain
Rx By: Wolf, Sandra M; Dispense: 7 Days ; #:1 X 100 GM Tube; Refill: 0;
For: Left shoulder strain, initial encounter, Right shoulder strain, initial encounter;
DAW =
N; Print Rx
3. Start: Diclofenac Sodium 75 MG Oral Tablet Delayed Release; one po bid with food prn
Rx By: Wolf, Sandra M; Dispense: 7 Days ; #:14 Tablet; Refill: 0;
For: Left shoulder strain, initial encounter, Right shoulder strain, initial encounter;
DAW =
N; Print Rx
4. Physiatrist Referral Physician Referral See Referral Comment! Done: 28Jan2022;

Ordered;
For: Left shoulder strain, initial encounter, Right shoulder strain, initial encounter;

Ordered By: Wolf, Sandra M Performed: Due: 11Feb2022
Laterality 1 : Bilateral
Body Part 1 : Shoulder(s)
Reason for referral : Evaluate and Treat
5. Physical Therapy Referral Physical Therapy See Referral Comment! Done: 28Jan2022
Ordered;
For: Left shoulder strain, initial encounter, Right shoulder strain, initial encounter;

Ordered By: Wolf, Sandra M Performed: Due: 11Feb2022
Laterality 1 : Bilateral
Body Part 1 : Shoulder(s)
PT Necessary : PT is medically necessary to address objective impairment/functional loss and to expedite return to full activity
Frequency : 3 x week
Duration : 2 weeks
Therapy Order : Evaluate and Treat
6. Administer: Ketorolac Tromethamine 60 MG/2ML Intramuscular Solution; inject 2 ml(60

Dictated By: Sandra Wolf, PA-C

Sent to OC 11/22/2023 by PM LLC

Dictated On: Jan 28 2022 12:17PM

**Printed Date:** 01/30/2022 **Page:** 3

YK224475265_7211446_6020220216010724.pdf 02/17/2022

**Concentra** **Transcription**

14155 N 83rd Ave PEORIA, AZ 85381 (623) 487-8598

**Patient:** Robison, Mark L
**Soc. Sec. #** [redacted]
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Service ID #:** [redacted]
**Claim #:**
**Dictator:** Sandra Wolf, PA-C
**Diagnosis:** S46.911A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, RIGHT ARM, INIT-S46.911A

**Service Date:** 01/28/2022
**Injury Date:** 12/03/2021
**Employer:** Dollar General-All RETAIL Stores-IN
100 Mission Rdg

Goodlettsville, TN 37072

**Notes:** mg total) IM; To Be Done: 28Jan2022
Rx By: Wolf, Sandra M;
For: Left shoulder strain, initial encounter, Right shoulder strain, initial encounter;
DAW =
N; Request Administration
Toradol injection ordered
Diclofenac started, Cyclobenzaprine started
Physical therapy consult ordered
ER for any concerns, worsening symptoms advised
advise f/up with PCP for bp
NONE OF THE PATIENT S MEDICATIONS FOR THIS ENCOUNTER WERE DISPENSED IN THE CENTER.

Amended By: Wolf, Sandra M.; Jan 28 2022 1:54 PM UMST Amended By: Wolf, Sandra M.; Jan 28 2022 1:55 PM UMSTDiscussion/Summary

Chaperone was declined

This encounter was coded utilizing the current Evaluation and Management Guidelines as adopted by the current year state fee schedule.
The work value contained in this report meets the Medical Decision Making (MDM) criteria for complexity of the selected E/M code. The reported injury necessitates the assessment of the threat to bodily function or exacerbation of the injury, particularly for return to work (full duty or limited), and/or due to the consideration of multiple treatment options.
A comprehensive discussion was held with the patient to review the diagnosis and overall treatment plan and objectives.The patient verbally acknowledged their understanding of all items discussed, and was afforded an opportunity to get clarification and/or ask additional questions regarding the proposed treatment(s). Patient was instructed to keep their scheduled appointments for follow-up and/or return to Concentra.

Activity Status and Restrictions
Treatment Status:
Returning for follow-up: 2-3 days
Activity Status
Return to modified work/activity today.
Work Duration
Patient may work their entire shift.
Restrictions: KEY - Occasionally = up to 3 hrs/day, Frequently = up to 6 hrs/day,

Dictated By: Sandra Wolf, PA-C

Sent to OC
11/22/2023
by PM LLC

Dictated On: Jan 28 2022 12:17PM
**Printed Date:** 01/30/2022 **Page:** 4

**Concentra** **Transcription**

14155 N 83rd Ave PEORIA, AZ 85381 (623) 487-8598

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L | **Service Date:** | 01/28/2022 |
| **Soc. Sec. #** | [redacted] | **Injury Date:** | 12/03/2021 |
| **Date of Birth:** | [redacted] **Age:** 56 | **Employer:** | Dollar General-All RETAIL Stores-IN |
| **Service Location:** | CMC - Pho Peoria | | 100 Mission Rdg |
| **Service ID #:** | [redacted] | | |
| **Claim #:** | | | Goodlettsville, TN 37072 |
| **Dictator:** | Sandra Wolf, PA-C | | |
| **Diagnosis:** | S46.911A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, RIGHT ARM, INIT-S46.911A | | |

**Notes:** Constantly = up to 8 hours or greater per day
May lift up to 5 lbs constantly
May push/pull up to 10 lbs constantly
No reaching above shoulders with affected extremity(s).

Signatures
Electronically signed by : Sandra Wolf, PA-C; Jan 28 2022 12:16PM UMST - Author
Electronically signed by : Sandra Wolf, PA-C; Jan 28 2022 1:55PM UMST - Author

Dictated By: Sandra Wolf, PA-C

Sent to OC
11/22/2023
by PM LLC

Dictated On: Jan 28 2022 12:17PM

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 2/1/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONLY
**Dictated By:** Karin OClair, DO
**Diagnosis:** S46.912A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, LEFT ARM, INIT-S46.912A

**Notes:**

Reason For Visit
Chief Complaint:
Workers Compensation - Patient s Occupation: .
Work Status History: patient has been working modified duty.

Chaperone was offered: Patient declined the presence of a chaperone

Chief Complaint: The patient presents today with "While at work, working the roll off the truck, injured both shoulders.". Self reported.
Workers Compensation - Patients Occupation: key holder register customer service.

Vitals
Vital Signs
Recorded: 01Feb2022 10:48AM
Systolic: 192
Diastolic: 135
Recorded: 01Feb2022 09:48AM
Systolic: 197
Diastolic: 149
Heart Rate: 89
Medical History
No significant past medical history
FAMILY HISTORY:
The patients family history has been obtained and carefully reviewed. It has been determined that the patients family history is noncontributory to the current injury

Surgical History
History of No pertinent past surgical history (Z78.9)
Allergies
No Known Drug Allergies
History of Present Illness

The patient returns for follow up for b/l shoulder pain that started 12/3/21 when he was unloading heavy water bottles. He felt a "pop" with sudden onset of pain in his right shoulder, continued working, then he felt a "pop" in his left shoulder with sudden onset of pain. (He is unsure, it may have been the left side first). He continued working and had an event when he passed out working the cash register. He was taken to West Valley Hospital and his BP was very low - 70/40 then 60/40. He was discharged home from the ED. ON 1/14/22 He went to the ED at Banner Estrella because

**Documented By:** Karin OClair, DO
**Documented On:** 2/1/2022 10:51 AM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved

Concentra Medical Centers (AZ)
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8847

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 2/1/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |

**Diagnosis:** S46.912A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, LEFT ARM, INIT-S46.912A

**Notes:**

his shoulder pain continued to be severe and he had very little movement of his arms. His BP was noted to be "very high" and an extensive workup was performed over a two day time period before he was discharged to home with a steroid pack and ibuprofen PRN. The medications did not help. He was not placed on blood pressure medication. The elevated BP is new for Mark. He denies any chest pain, palpitations, SOB, headache, vision changes and LE numbness or weakness. He is a smoker and there is a family h/o HTN. He is taking Biktary and has regular follow up with his ID specialist. His viral load has been undetectable.

MRs reviewed and noted below:
Radiology studies reviewed:
Right shoulder x ray normal, CT scan of right shoulder normal.
Left shoulder x ray normal,irregularity of left clavicle with chronic left clavicle finding(h/o prior trauma?)
CXR- NAPD
Head CT scan-with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease
MRI done of brain with no contrast- with no acute intracranial abnormalities
CT scan of c spine with +straightening of c spine present, moderate DJD present, mild to moderate C5-C6 spinal canal and foraminal stenoses
MR cord compression total spine without contrast done for arm weakness-no gross cord compression present

He has had ongoing severe pain in both shoulders. His right shoulder pain is more severe than the left. He cannot move his RUE without picking it up with his L hand. His right hand cramps and contracts intermittently, He cannot move his right elbow. He can bend his L elbow a little but he cannot raise his L hand above waist level. He denies numbness to the UEs. He denies neck pain.

Amended By: O clair, Karin; Feb 01 2022 3:16 PM UMST Amended By: O clair, Karin; Feb 01 2022 4:37 PM UMSTReview of Systems
Musculoskeletal: as noted in HPI.
Integumentary: Reviewed and found to be negative.
Neurological: as noted in HPI.

Physical Exam
Constitutional: Well appearing and well nourished . In no acute distress .
Head/Face: Normocephalic and atraumatic. .
Eyes: Conjunctiva and lids with no swelling, erythema or discharge . Pupils are equal, round, and reactive to light and cornea clear . Extraocular movements intact .

Documented By: Karin OClair, DO
Documented On: 2/1/2022 10:51 AM

Sent to OC
11/22/2023
by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 146 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax. (623) 487-8847

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 2/1/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |

**Diagnosis:** S46.912A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, LEFT ARM, INIT-S46.912A

**Notes:**

Pulmonary: No increased work of breathing or signs of respiratory distress . All lung fields clear to auscultation bilaterally .
Cardiovascular: Normal rate and rhythm, normal S1 and S2, without gallops or rubs .
Right Shoulder: (Right upper arm and posterior shoulder/scapula musculature atrophy. R thumb is disfigured from a horse bite as a child) Tenderness in the scapula , in the anterior shoulder , in the lateral shoulder and in the posterior shoulder . Forward Flexion: AROM 5 degrees . Abduction: AROM 5 degrees . Motor tone with generalized hypotonicity. . Poor muscle performance . DTR biceps 1/4, brachioradialis 2/4 .
Left Shoulder: Appearance is normal Tenderness in the anterior shoulder , in the lateral shoulder and in the posterior shoulder . Forward Flexion: AROM 20 degrees with pain . Abduction: AROM 20 degrees with pain . Poor muscle performance . DTR biceps 1/4, brachioradialis 2/4 .
Cervical Spine: Cervical Spine: Appearance is normal. Tenderness in the not the cervical spine , not the left paraspinal and not the right paraspinal . Right Rotation: AROM of 50 degrees . Left Rotation: AROM of 50 degrees .
Neurologic: -Romberg Cranial nerves grossly intact . Normal mental status . Upper and lower extremity reflexes symmetric bilaterally . Sensation intact to light touch .
Psychiatric: . Oriented to person, place, and time .

Amended By: O clair, Karin; Feb 01 2022 4:54 PM UMSTFunctional Restoration and Status of Healing

Healing is in the beginning stages.

ASSESSMENT
1. Left shoulder strain, initial encounter (S46.912A)
2. Right shoulder strain, initial encounter (S46.911A)
3. Bilateral arm weakness (R29.898)

Plan
1. Start: traMADol HCl - 50 MG Oral Tablet; 1-2 tabs po q 8 hours prn severe pain
Rx By: O clair, Karin; Dispense: 0 Days ; #:30 Tablet; Refill: 0;
For: Bilateral arm weakness, Left shoulder strain, initial encounter, Right shoulder strain,
initial encounter; DAW = N; Print Rx
2. Start: Tylenol 325 MG Oral Tablet; TAKE 1 TO 2 TABLETS EVERY 6 HOURS AS NEEDED
Rx By: O clair, Karin; Dispense: 7 Days ; #:50 Tablet; Refill: 0;
For: Bilateral arm weakness, Left shoulder strain, initial encounter, Right shoulder strain,

**Documented By: Karin OClair, DO**
**Documented On:2/1/2022 10:51 AM**

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L. **Service ID #:** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:**
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 2/1/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** S46.912A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, LEFT ARM, INIT-S46.912A

**Notes:**

initial encounter; DAW = N; Print Rx
3. Physiatrist Referral Physician Referral See Referral Comment! Done: 01Feb2022;
Ordered;
For: Bilateral arm weakness, Left shoulder strain, initial encounter, Right shoulder strain,
initial encounter; Ordered By: O clair, Karin Performed; Due: 15Feb2022
Laterality 1 : Bilateral
Body Part 1 : Shoulder(s)
Reason for referral : Evaluate and Treat
4. Stop: Advil TABS
Dispense: 0 Days ; #: Sufficient; Refill: 0; DAW = N; Record; Last Updated By: O clair,
Karin; 2/1/2022 [redacted] AM
5. Stop: Cyclobenzaprine HCl 10 MG Oral Tablet
Rx By: Wolf, Sandra M; Dispense: 7 Days ; #:7 Tablet; Refill: 0;
For: Left shoulder strain, initial encounter, Right shoulder strain, initial encounter; DAW =
N; Print Rx; Last Updated By: O clair, Karin; 2/1/2022 10:44:43 AM
6. Stop: Diclofenac Sodium 1 % External Gel
Rx By: Wolf, Sandra M; Dispense: 7 Days ; #:1 X 100 GM Tube; Refill: 0;
For: Left shoulder strain, initial encounter, Right shoulder strain, initial encounter; DAW =
N; Print Rx; Last Updated By: O clair, Karin; 2/1/2022 10:44:43 AM
7. Stop: Diclofenac Sodium 75 MG Oral Tablet Delayed Release
Rx By: Wolf, Sandra M; Dispense: 7 Days ; #:14 Tablet; Refill: 0;
For: Left shoulder strain, initial encounter, Right shoulder strain, initial encounter; DAW =
N; Print Rx; Last Updated By: O clair, Karin; 2/1/2022 10:44:43 AM

NO MEDICATIONS WERE PRESCRIBED OR DISPENSED FOR THIS ENCOUNTER.

Amended By: O clair, Karin; Feb 01 2022 5:00 PM UMST Amended By: O clair, Karin; Feb 01 2022 5:00 PM UMSTDiscussion/Summary
Complex presentation with unclear etiology. I advised patient to return to the ED as he is high risk for morbidity and mortality given his blood pressure. Pt refused. He will see his PCP to address his BP. Cardiology referral advised. Urgent physiatry consult is appropriate. MRI with contrast head and Cspine may be considered. Patient

**Documented By: Karin OClair, DO**
**Documented On:** 2/1/2022 10:51 AM

Sent to OC
11/22/2023
by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID #:** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 2/1/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Karin OClair, DO
**Diagnosis:** S46.912A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, LEFT ARM, INIT-S46.912A

**Notes:**

also advised to follow up with ID specialist. Hold PT for now.
Chaperone was declined

ED Records were reviewed Radiology studies reviewed:
Right shoulder x ray normal, CT scan of right shoulder normal.
Left shoulder x ray normal,irregularity of left clavicle with chronic left clavicle finding(h/o prior trauma?)
CXR- NAPD
Head CT scan-with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease
MRI done of brain with no contrast- with no acute intracranial abnormalities
CT scan of c spine with +straightening of c spine present, moderate DJD present, mild to moderate C5-C6 spinal canal and foraminal stenoses
MR cord compression total spine without contrast done for arm weakness-no gross cord compression present
case complexity, testing and treatment options
Treatment plan .
The Risk and capacity of the patient s current work status, as well as the functional activities related to their job, and final work status.
Medication side effects, adverse reactions, and contraindications. .

This encounter was coded utilizing the current Evaluation and Management Guidelines as adopted by the current year state fee schedule.
The work value contained in this report meets the Medical Decision Making (MDM) criteria for complexity of the selected E/M code. The reported injury necessitates the assessment of the threat to bodily function or exacerbation of the injury, particularly for return to work (full duty or limited), and/or due to the consideration of multiple treatment options.
A comprehensive discussion was held with the patient to review the diagnosis and overall treatment plan and objectives.The patient verbally acknowledged their understanding of all items discussed, and was afforded an opportunity to get clarification and/or ask additional questions regarding the proposed treatment(s).
Patient was instructed to keep their scheduled appointments for follow-up and/or return to Concentra.

Amended By: O clair, Karin; Feb 01 2022 4:59 PM UMST Amended By: O clair, Karin;

**Documented By: Karin OClair, DO**
**Documented On:** 2/1/2022 10:51 AM

Sent to QC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 2/1/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Karin OClair, DO
**Diagnosis:** S46.912A STRAIN UNSP MUSC/FASC/TEND AT SHLDR/UP ARM, LEFT ARM, INIT-S46.912A

**Notes:**

Feb 01 2022 5:04 PM UMSTActivity Status and Restrictions
Treatment Status:
Returning for follow-up: 1 week
Specialist Referral - Treatment but returning .
Activity Status
No work.

Amended By: O clair, Karin; Feb 01 2022 5:03 PM UMSTSignatures
Electronically signed by : Karin O clair, D.O.; Feb 1 2022 10:51AM UMST - Author
Electronically signed by : Karin O clair, D.O.; Feb 1 2022 5:04PM UMST - Author

**Documented By:** Karin OClair, DO
**Documented On:** 2/1/2022 10:51 AM

Sent to OC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 146 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 2/8/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |

**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

Reason For Visit
Chief Complaint:
Workers Compensation - Patient s Occupation: .
Work Status History: patient has been working modified duty.

Chaperone was offered; Patient declined the presence of a chaperone

Chief Complaint: The patient presents today with "While at work, working the roll off the truck, injured both shoulders.". Self reported.
Workers Compensation - Patients Occupation: key holder register customer service.

Vitals
Vital Signs
Recorded: 08Feb2022 01:50PM
Systolic: 200
Diastolic: 130
Recorded: 08Feb2022 10:45AM
Systolic: 205
Diastolic: 145
Heart Rate: 92
Medical History
No significant past medical history
FAMILY HISTORY:
The patients family history has been obtained and carefully reviewed. It has been determined that the patients family history is noncontributory to the current injury

Surgical History
History of No pertinent past surgical history (Z78.9)
Allergies
No Known Drug Allergies
History of Present Illness

The patient returns for follow up for b/l shoulder pain that started 12/3/21 when he was unloading heavy water bottles. H 1/14/22 He went to the ED at Banner Estrella because his shoulder pain continued to be severe and he had very little movement of his arms. His BP was noted to be "very high" and an extensive workup was performed over a two day time period before he was discharged to home with a steroid pack and ibuprofen PRN. The medications did not help.
Since last OV his L shoulder hurts more than the right shoulder with 10/10 pain. He

**Documented By: Karin OClair, DO**
**Documented On:2/8/2022 1:59 PM**

Sent to OC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 149 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8847

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 2/8/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |

**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

has an appointment with his PCP in two days to address his BP and UE pain and weakness. He refuses to go back to the ED for his BP. The elevated BP is new for Mark. He denies any chest pain, palpitations, SOB,vision changes and LE numbness or weakness. He did have a headache since he was last seen but it has since resolved. He is a smoker and there is a family h/o HTN. He is taking [redacted] has regular follow up with his ID specialist and his viral load has been undetectable per patient report.

The patient reports 10/10 L
gt;R shoulder pain. He can move his hands but he cannot move his RUE without picking it up with his L hand. His right hand cramps and contracts intermittently. He cannot move his right elbow. He can bend his L elbow a little but he cannot raise his L hand above waist level. He denies numbness to the UEs. He denies neck pain. He was unable to fill Tramadol and Tylenol at the pharmacy as there was a problem with the billing.

Review of Systems
Musculoskeletal: as noted in HPI.
Integumentary: Reviewed and found to be negative.
Neurological: as noted in HPI.

Physical Exam
Constitutional: well appearing and well nourished. in no acute distress.
Head/Face: Normocephalic and atraumatic.
Eyes: conjunctiva and lids with no swelling, erythema or discharge. Pupils are equal, round, and reactive to light and cornea clear. Extraocular movements intact.
Pulmonary: no increased work of breathing or signs of respiratory distress. all lung fields clear to auscultation bilaterally.
Cardiovascular: normal rate and rhythm, normal S1 and S2, without gallops or rubs.
Right Shoulder: (Right upper arm and posterior shoulder/scapula musculature atrophy. R thumb is disfigured from a horse bite as a child) Tenderness in the scapula, in the anterior shoulder, in the lateral shoulder and in the posterior shoulder. Forward Flexion: AROM 5 degrees. Abduction: AROM 5 degrees. Motor tone with generalized hypotonicity. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Left Shoulder: Appearance is normal. Tenderness in the anterior shoulder, in the lateral shoulder and in the posterior shoulder. Forward Flexion: AROM 20 degrees with pain. Abduction: AROM 20 degrees with pain. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Cervical Spine: Cervical Spine: Appearance is normal. Tenderness in the not the

**Documented By: Karin OClair, DO**
**Documented On:** 2/8/2022 1:59 PM

Sent to OC
11/22/2023
by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

Concentra Medical Centers (AZ)
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L. **Service ID #:** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:**
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 2/8/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

cervical spine, not the left paraspinal and not the right paraspinal. Right Rotation: AROM of 50 degrees. Left Rotation: AROM of 50 degrees.
Neurologic: -Romberg cranial nerves grossly intact. normal mental status. upper and lower extremity reflexes symmetric bilaterally. sensation intact to light touch.
Psychiatric: . oriented to person, place, and time.

Functional Restoration and Status of Healing

Healing is in the beginning stages.

ASSESSMENT
1. Bilateral arm weakness (R29.898)
2. Left shoulder strain, initial encounter (S46.912A)
3. Right shoulder strain, initial encounter (S46.911A)
Plan

NO MEDICATIONS WERE PRESCRIBED OR DISPENSED FOR THIS ENCOUNTER.

Discussion/Summary
Patient is aware that his blood pressure is extremely high and he is high risk for morbidity and mortality. Emergent treatment in ED recommended but he refuses. He has an appt with PCP to address in two days. Urgent physiatry consult is appropriate but pending.
Complex presentation with unclear etiology. I have asked him to share his symptoms and ED evaluation with his PCP to r/o etiology outside of a work related injury. At this time a nerve conduction study would provide more information as to the source of his UE weakness. He will see if he can get this done through his PCP as we are waiting on physiatry authorization. I would also like to get MRIs of both shoulders but his BP is too high. I have asked my front office to contact the patient s pharmacy to assist with getting the Tramadol and Tylenol filled.
Hold PT
Chaperone was declined

ED Records were reviewed    Radiology studies reviewed:
Right shoulder x ray normal, CT scan of right shoulder normal.
Left shoulder x ray normal,irregularity of left clavicle with chronic left clavicle finding(h/o prior trauma?)

**Documented By:** Karin OClair, DO
**Documented On:** 2/8/2022 1:59 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 2/8/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |

**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

CXR- NAPD
Head CT scan-with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease
MRI done of brain with no contrast- with no acute intracranial abnormalities
CT scan of c spine with +straightening of c spine present, moderate DJD present, mild to moderate C5-C6 spinal canal and foraminal stenoses
MR cord compression total spine without contrast done for arm weakness-no gross cord compression present
Since last OV complete medical records are available from ED visit 1/14/22. Of note, MR C-Spine w/o contrast was performed in addition to MR total spine cord compression protocol. MR C-spine without contrast was a limited examination due to motion artifact and axial images not obtained as patient could not complete due to claustrophobia. At least mild to moderate stenosis at C5-C6 and C6-C7. Repeat MR Cspine suggested. At he time of discharge from the ED he had some improvement in the RUE with better ability to flex right arm and 3-4/5 strength with flexion and extension. Cspine stenosis and rotator cuff injury were within the differential as etiology for patients symptoms. Upon discharge it was recommended he follow up with orthopedic surgeon and return to ED for any worsening of his condition or no improvement after two days.
case complexity, testing and treatment options
treatment plan.
The Risk and capacity of the patient s current work status, as well as the functional activities related to their job, and final work status.
Medication side effects, adverse reactions, and contraindications.

This encounter was coded utilizing the current Evaluation and Management Guidelines as adopted by the current year state fee schedule.
The work value contained in this report meets the Medical Decision Making (MDM) criteria for complexity of the selected E/M code. The reported injury necessitates the assessment of the threat to bodily function or exacerbation of the injury, particularly for return to work (full duty or limited), and/or due to the consideration of multiple treatment options.
A comprehensive discussion was held with the patient to review the diagnosis and overall treatment plan and objectives.The patient verbally acknowledged their understanding of all items discussed, and was afforded an opportunity to get clarification and/or ask additional questions regarding the proposed treatment(s). Patient was instructed to keep their scheduled appointments for follow-up and/or return to Concentra.

**Documented By:** Karin OClair, DO
**Documented On:** 2/8/2022 1:59 PM

Sent to OC
11/22/2023
by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

Concentra Medical Centers (AZ)
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone (623) 487-8598 Fax (623) 487-8847

# Transcription

**Patient:** Robison, Mark L. **Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:**
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 2/8/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

**Activity Status and Restrictions**
**Treatment Status:**
**Returning for follow-up:** 1 week
**Activity Status**
No work.

**Signatures**
Electronically signed by : Karin O clair, D.O.; Feb 8 2022 1:59PM UMST - Author

**Documented By:** Karin OClair, DO
**Documented On:** 2/8/2022 1:59 PM

Sent to OC
11/22/2023
by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:** 360492941, [redacted]
**Injury Date:** 1/7/2022 **Service Date:** 2/15/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONLY
**Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

Reason For Visit
Chief Complaint:
Workers Compensation - Patient s Occupation: key holder register customer service.
Work Status History: patient has been working modified duty.

Chaperone was offered: Patient declined the presence of a chaperone

Chief Complaint: The patient presents today with "While at work, working the roll off the truck, injured both shoulders.". Self reported.
Workers Compensation - Patients Occupation: key holder register customer service.

Vitals
Vital Signs
Recorded: 15Feb2022 09:49AM
Temperature: 97.6 F
Systolic: 158
Diastolic: 108
BP Cuff Size: Regular - Adult
Heart Rate: 90
Respiration: 15
Medical History
No significant past medical history
FAMILY HISTORY:
The patients family history has been obtained and carefully reviewed. It has been determined that the patients family history is noncontributory to the current injury

Surgical History
History of No pertinent past surgical history (Z78.9)
Allergies
No Known Drug Allergies
History of Present Illness

The patient returns for follow up for b/l shoulder pain that started around 12/3/21 (date is uncertain) when he was unloading heavy water bottles. On 1/14/22 He went to the ED at Banner Estrella because his shoulder pain continued to be severe and he had very little movement of his arms. His BP was noted to be "very high" and an extensive workup was performed over a two day time period before he was discharged to home with a steroid pack and ibuprofen PRN. The medications did not help. Since last OV his R shoulder hurts more than his L shoulder with 10/10 pain. He has

**Documented By: Karin OClair, DO**
**Documented On:** 2/15/2022 5:25 PM

Sent to QC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID #:** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | 360492941, [redacted] |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 2/15/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |

**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

a little more movement in his L shoulder since last OV. He saw his PCP since last OV and was started on a BP medication. Since his injury, he denies any chest pain, palpitations, SOB,vision changes and LE numbness or weakness.
He denies headache and neck pain.
He notes that his RUE atrophy has worsened. He can move his hands but he cannot move his RUE without picking it up with his L hand. His right hand cramps and contracts intermittently. He cannot move his right elbow. He can bend his L elbow a little but he cannot raise his L hand above waist level. He denies numbness to the UEs.

Review of Systems
Musculoskeletal: as noted in HPI.
Integumentary: As noted in HPI.
Neurological: as noted in HPI.

Physical Exam
Constitutional: well appearing and well nourished. in no acute distress.
Head/Face: Normocephalic and atraumatic.
Eyes: conjunctiva and lids with no swelling, erythema or discharge. Pupils are equal, round, and reactive to light and cornea clear. Extraocular movements intact.
Pulmonary: no increased work of breathing or signs of respiratory distress. all lung fields clear to auscultation bilaterally.
Cardiovascular: normal rate and rhythm, normal S1 and S2, without gallops or rubs.
Musculoskeletal: Upper arm circumference at insertion of deltoid is 35 cm on the right and 37 cm on the left.
Right Shoulder: (Right upper arm and posterior shoulder/scapula musculature atrophy. R thumb is disfigured from a horse bite as a child) Tenderness in the scapula, in the anterior shoulder, in the lateral shoulder and in the posterior shoulder. Forward Flexion: AROM 10 degrees. Extension: AROM 50 degrees. Abduction: AROM 10 degrees. Motor tone with generalized hypotonicity. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Left Shoulder: Appearance is normal. Tenderness in the anterior shoulder, in the lateral shoulder and in the posterior shoulder. Forward Flexion: AROM 45 degrees with pain. Extension: AROM 50 degrees. Abduction: AROM 40 degrees with pain. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Cervical Spine: Cervical Spine: Appearance is normal. Tenderness in the not the cervical spine, not the left paraspinal and not the right paraspinal. Right Rotation: AROM of 50 degrees. Left Rotation: AROM of 50 degrees.normal sensation and normal grip
Neurologic: -Romberg cranial nerves grossly intact. normal mental status. upper and

**Documented By:** Karin OClair, DO
**Documented On:** 2/15/2022 5:25 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8596 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L. **Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:** 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, [redacted]
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 2/15/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

lower extremity reflexes symmetric bilaterally. sensation intact to light touch.
Psychiatric: , oriented to person, place, and time.

Functional Restoration and Status of Healing

Healing is in the beginning stages.

ASSESSMENT
1. Bilateral arm weakness (R29.898)
2. Left shoulder strain, initial encounter (S46.912A)
3. Right shoulder strain, initial encounter (S46.911A)

Plan
1. MRI, Left Shoulder; without contrast material(s); Requested for:15Feb2022; Perform:Outside Facility/Radiology - OCCM; Due:16Feb2022;Ordered; Stat; For:Left shoulder strain, initial encounter; Ordered By:O clair, Karin;
2. MRI, Right Shoulder; without contrast material(s); Requested for:15Feb2022; Perform:Outside Facility/Radiology - OCCM; Due:16Feb2022;Ordered; Stat; For:Right shoulder strain, initial encounter; Ordered By:O clair, Karin;

NO MEDICATIONS WERE PRESCRIBED OR DISPENSED FOR THIS ENCOUNTER.

Discussion/Summary
Patient is aware that his blood pressure is extremely high and he is high risk for morbidity and mortality. Emergent treatment in ED recommended but he refuses. He has an appt with PCP to address in two days. Urgent physiatry consult is appropriate but pending.
Complex presentation with unclear etiology. I have asked him to share his symptoms and ED evaluation with his PCP to r/o etiology outside of a work related injury. At this time a nerve conduction study would provide more information as to the source of his UE weakness. He will see if he can get this done through his PCP as we are waiting on physiatry authorization. I would also like to get MRIs of both shoulders but his BP is too high. I have asked my front office to contact the patient s pharmacy to assist with getting the Tramadol and Tylenol filled.
Hold PT
Chaperone was declined

ED Records were reviewed Radiology studies reviewed:

**Documented By:** Karin OClair, DO
**Documented On:** 2/15/2022 5:25 PM

Sent to QC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-6596 Fax: (623) 487-6847

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:** 360492941, [redacted]
**Injury Date:** 1/7/2022 **Service Date:** 2/15/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

Right shoulder x ray normal, CT scan of right shoulder normal.
Left shoulder x ray normal,irregularity of left clavicle with chronic left clavicle finding(h/o prior trauma?)
CXR- NAPD
Head CT scan-with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease
MRI done of brain with no contrast- with no acute intracranial abnormalities
CT scan of c spine with +straightening of c spine present, moderate DJD present, mild to moderate C5-C6 spinal canal and foraminal stenoses
MR cord compression total spine without contrast done for arm weakness-no gross cord compression present

Since last OV complete medical records are available from ED visit 1/14/22. Of note, MR C-Spine w/o contrast was performed in addition to MR total spine cord compression protocol. MR C-spine without contrast was a limited examination due to motion artifact and axial images not obtained as patient could not complete due to claustrophobia. At least mild to moderate stenosis at C5-C6 and C6-C7. Repeat MR Cspine suggested. At he time of discharge from the ED he had some improvement in the RUE with better ability to flex right arm and 3-4/5 strength with flexion and extension. Cspine stenosis and rotator cuff injury were within the differential as etiology for patients symptoms. Upon discharge it was recommended he follow up with orthopedic surgeon and return to ED for any worsening of his condition or no improvement after two days.

case complexity, testing and treatment options
treatment plan.
The Risk and capacity of the patient s current work status, as well as the functional activities related to their job, and final work status.
Medication side effects, adverse reactions, and contraindications.

Discussion with Supervisor or claims adjuster to discuss work status, prognosis, and diagnosis. Spoke with Linda, ins adj. Discussed my concern for patient s wellness and need for expedited physiatry consult to help determine etiology and treatment plan.

This encounter was coded utilizing the current Evaluation and Management Guidelines as adopted by the current year state fee schedule.
The work value contained in this report meets the Medical Decision Making (MDM) criteria for complexity of the selected E/M code. The reported injury necessitates the assessment of the threat to bodily function or exacerbation of the injury, particularly for return to work (full duty or limited), and/or due to the consideration of multiple treatment options.

**Documented By:** Karin OClair, DO
**Documented On:** 2/15/2022 5:25 PM

Sent to OC
11/22/2023
by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 146 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:** 360492941, [redacted]
**Injury Date:** 1/7/2022 **Service Date:** 2/15/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

A comprehensive discussion was held with the patient to review the diagnosis and overall treatment plan and objectives.The patient verbally acknowledged their understanding of all items discussed, and was afforded an opportunity to get clarification and/or ask additional questions regarding the proposed treatment(s). Patient was instructed to keep their scheduled appointments for follow-up and/or return to Concentra.

Activity Status and Restrictions
Treatment Status:
Returning for follow-up: 1 week
Diagnostic test referral.
Activity Status
No work.

Signatures
Electronically signed by : Karin O clair, D.O.; Feb 15 2022 5:25PM UMST - Author

**Documented By: Karin OClair, DO**
**Documented On:** 2/15/2022 5:25 PM

Sent to OC
11/22/2023
by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8847

# Transcription

**Patient:** Robison, Mark L. **Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:** [redacted]
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 2/22/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

Reason For Visit
Chief Complaint:
Workers Compensation - Patient s Occupation: .
Work Status History: patient has been working modified duty.
Chaperone was offered: Patient accepted the presence of a chaperone

Vitals
Vital Signs
Recorded: 22Feb2022 11:09AM
Systolic: 156
Diastolic: 103
Heart Rate: 95
Medical History
No significant past medical history
FAMILY HISTORY:
The patients family history has been obtained and carefully reviewed. It has been determined that the patients family history is noncontributory to the current injury

Surgical History
History of No pertinent past surgical history (Z78.9)
Allergies
No Known Drug Allergies
History of Present Illness

1/14/22 He went to the ED at Banner Estrella
Since last OV his R shoulder hurts more than the left shoulder with 10/10 pain. He has b/1 UE very limited ROM R
gt;L with pain that worsens with attempted movement. No neck pain and no UE numbness. He is taking Advil PRN. Pt had b/1 shoulder MRIs since last OV. He can move his hands but he cannot move his RUE without picking it up with his L hand. His right hand cramps and contracts intermittently. He has very limited movement of his right elbow. He can bend his L elbow a little but he cannot raise his L hand above waist level.

Review of Systems
Musculoskeletal: as noted in HPI.
Integumentary: Reviewed and found to be negative.
Neurological: as noted in HPI.

**Documented By: Karin OClair, DO**
**Documented On:** 2/22/2022 11:10 AM

Sent to OC
11/22/2023
by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.