**Robison v. DG Retail, LLC, No. CV-25-03618-PHX-DGC**

**EXHIBITS TO DECLARATION OF SEAN A. WOODS (EXHIBIT 2)**

**Part 5 of 8: Index**

Exhibit M (pages 67-102 of 102): Defendants' ICA Records Submission, November 27, 2023

# EXHIBIT M

Defendants' ICA Records Submission, November 27, 2023
Pages 67-102 of 102

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax (623) 487-8647

# Transcription

**Patient:** Robison, Mark L. **Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:** [redacted]
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 2/22/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

Physical Exam
Constitutional: well appearing and well nourished. in no acute distress.
Head/Face: Normocephalic and atraumatic.
Eyes: conjunctiva and lids with no swelling, erythema or discharge. Pupils are equal, round, and reactive to light and cornea clear. Extraocular movements intact.
Pulmonary: no increased work of breathing or signs of respiratory distress. all lung fields clear to auscultation bilaterally.
Cardiovascular: normal rate and rhythm, normal S1 and S2, without gallops or rubs.
Right Shoulder: (Right upper arm and posterior shoulder/scapula musculature atrophy. R thumb is disfigured from a horse bite as a child) There is no tenderness. Forward Flexion: AROM 15 degrees. Abduction: AROM 15 degrees. Motor tone with generalized hypotonicity. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Left Shoulder: Appearance is normal. There is no tenderness. Forward Flexion: AROM 50 degrees with pain. Abduction: AROM 45 degrees with pain. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Right Elbow: Appearance is normal. There is no tenderness. Flexion: AROM 5 degrees. Extension: AROM 0 degrees.
Left Elbow: Appearance is normal. There is no tenderness. Flexion: AROM 45 degrees. Extension: AROM 0 degrees.
Cervical Spine: (Normal grip strength b/l. Sensation intact to light touch UEs b/l. Right upper arm atrophy) Cervical Spine: Appearance is normal. Tenderness in the not the cervical spine, not the left paraspinal and not the right paraspinal.Full range of motion. Right Rotation: AROM of 50 degrees. Left Rotation: AROM of 50 degrees.
Neurologic: -Romberg cranial nerves grossly intact. normal mental status. upper and lower extremity reflexes symmetric bilaterally. sensation intact to light touch.
Psychiatric: . oriented to person, place, and time.

Functional Restoration and Status of Healing

Healing is in the beginning stages.

ASSESSMENT
1. Bilateral arm weakness (R29.898)
2. Left rotator cuff tear (M75.102)
3. Labral tear of shoulder, left, initial encounter (S43.432A)
4. Labral tear of shoulder, right, initial encounter (S43.431A)

Plan
1. MRI, spinal canal and contents, cervical; without contrast material; Requested-for:22Feb2022;

**Documented By: Karin OClair, DO**
**Documented On:** 2/22/2022 11:10 AM

Sent to OC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 6 Ste 146 PEORIA, AZ 85381
Phone. (623) 487-8598 Fax: (623) 487-8847

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:** [redacted]
**Injury Date:** 1/7/2022 **Service Date:** 2/22/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

Perform:Outside Facility/Radiology - OCCM; Due:23Feb2022;Ordered; Stat;
For:Bilateral arm weakness; Ordered By:O clair, Karin;
2. Orthopedic Specialist Referral Physician Referral See Referral Comment! Done:
22Feb2022
Ordered;
For: Labral tear of shoulder, left, initial encounter, Labral tear of shoulder, right, initial
encounter, Left rotator cuff tear; Ordered By: O clair, Karin Performed: Due:
08Mar2022
Laterality 1 : Bilateral
Body Part 1 : Shoulder(s)
Reason for referral : Evaluate and Treat

NO MEDICATIONS WERE PRESCRIBED OR DISPENSED FOR THIS ENCOUNTER.

Discussion/Summary

Chaperone was declined

ED Records were reviewed Radiology studies reviewed:
Right shoulder x ray normal, CT scan of right shoulder normal.
Left shoulder x ray normal,irregularity of left clavicle with chronic left clavicle finding(h/o prior trauma?)
CXR- NAPD
Head CT scan-with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease
MRI done of brain with no contrast- with no acute intracranial abnormalities
CT scan of c spine with +straightening of c spine present, moderate DJD present, mild to moderate C5-C6 spinal canal and foraminal stenoses
MR cord compression total spine without contrast done for arm weakness-no gross cord compression present
Since last OV complete medical records are available from ED visit 1/14/22. Of note, MR C-Spine w/o contrast was performed in addition to MR total spine cord compression protocol. MR C-spine without contrast was a limited examination due to motion artifact and axial images not obtained as patient could not complete due to claustrophobia. At least mild to moderate stenosis at C5-C6 and C6-C7. Repeat MR

**Documented By: Karin OClair, DO**
**Documented On:**2/22/2022 11:10 AM

Sent to OC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511
**Referral Q ID:** [redacted]
**Date of Birth:** [redacted] **Age:** 56
**Injury Date:** 1/7/2022 **Service Date:** 2/22/2022
**Service Location:** CMC - Pho Peoria
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446
**Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

Cspine suggested. At he time of discharge from the ED he had some improvement in the RUE with better ability to flex right arm and 3-4/5 strength with flexion and extension. Cspine stenosis and rotator cuff injury were within the differential as etiology for patients symptoms. Upon discharge it was recommended he follow up with orthopedic surgeon and return to ED for any worsening of his condition or no improvement after two days. MRI L shoulder 2/18/22
Intracapsular long head of biceps split tear with tendinosis and tenosynovitis.
MRI R shoulder 2/18/22
Mild supraspinatus tendinosis with muscular atrophy
Posterior labral tear from 6 to 12:00 position
Moderate AC joint and mild glenohumeral degenerative change
Partial tear superior subscapularis with no muscular atrophy
Supraspinatus and infraspinatus mild tendinosis without muscular atrophy.
Posterior labral tear from 7 to 12 position
Moderate AC joint hypertrophy and subacromial space
Coracohumeral ligament thickening with rotator interval synovitis. In the appropriate clinical setting findings are compatible with capsulitis.
.case complexity, testing and treatment options
treatment plan.
The Risk and capacity of the patient s current work status, as well as the functional activities related to their job, and final work status.
Medication side effects, adverse reactions, and contraindications.

This encounter was coded utilizing the current Evaluation and Management Guidelines as adopted by the current year state fee schedule.
The work value contained in this report meets the Medical Decision Making (MDM) criteria for complexity of the selected E/M code. The reported injury necessitates the assessment of the threat to bodily function or exacerbation of the injury, particularly for return to work (full duty or limited), and/or due to the consideration of multiple treatment options.
A comprehensive discussion was held with the patient to review the diagnosis and overall treatment plan and objectives.The patient verbally acknowledged their understanding of all items discussed, and was afforded an opportunity to get clarification and/or ask additional questions regarding the proposed treatment(s). Patient was instructed to keep their scheduled appointments for follow-up and/or return to Concentra.

**Documented By: Karin OClair, DO**
**Documented On:** [redacted] 11:10 AM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | [redacted] |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 2/22/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |

**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

Amended By: O clair, Karin; Feb 22 2022 11:11 AM UMSTActivity Status and Restrictions
Treatment Status:
Returning for follow-up: 1 week
Specialist Referral - Treatment but returning.
Diagnostic test referral.
Activity Status
No work.

Signatures
Electronically signed by : Karin O clair, D.O.; Feb 22 2022 11:10AM UMST - Author
Electronically signed by : Karin O clair, D.O.; Feb 22 2022 11:18AM UMST - Author

**Documented By: Karin OClair, DO**
**Documented On:** 2/22/2022 11:10 AM

Sent to OC
11/22/2023
by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

US MedGroup
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 2/25/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Mark Greenfield,DO |

**Diagnosis:** M75.102 UNSP ROTATR-CUFF TEAR/RUPTR OF LEFT SHOULDER, NOT TRAUMA-M75.102

**Notes:**

INITIAL ORTHOPAEDIC SURGEON CONSULTATION

ATTENDING/REFERRING/REQUESTING: Karin J OClair, DO

DATE OF INJURY: 01/07/2022

DATE OF INJURY:
1/7/2022

EMPLOYER:
Dollar General Store

To: Dr. Karin O'Clair:

Thank you for sending Mark Robinson to see me.

The patient is a 56-year-old Caucasian male, who presents for evaluation of bilateral shoulder injuries. This was an industrial that occurred on January 7, 2022, sent by Concentra Medical Center, Dr. Karin O'Clair for consultation. The patient works as an assistant manager at dollar General. He was working there about a year, when the injury occurred, although off and on for about 3-1/2 years. He was unloading the truck. He was carrying cases of water, stocking shelves. He was bringing a case of 35 bottles to a shelf and reports he heard a pop, which was possibly to the neck. He had pain initially to the left shoulder, but then to the right shoulder a couple of days later. He reported the incident the same day, was seen at Concentra Medical Centers. He was only able to complete 1 therapy visit. Apparently, his blood pressure was elevated and he has not had any additional therapy. He is being seen today on an orthopedic basis. He is also pending physiatry evaluation. He complains of pain to both shoulders, left somewhat more so than the right. With regard to both shoulders, he describes pain posterior periscapular. He has some popping to the right. He is not sure if it pops to the left. He denies any instability. He denies any numbness or tingling in his upper extremities. He denies any neck pain. He is right-handed.

ALLERGIES:
NO KNOWN ALLERGIES.

**Documented By: Mark Greenfield,DO**
**Documented On:** 2/25/2022 10:41 AM

**US MedGroup**
14155 N 83rd Ave Bldg 8 Ste 148 PEORIA, AZ 85381
Phone. (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 2/25/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Mark Greenfield,DO
**Diagnosis:** M75.102 UNSP ROTATR-CUFF TEAR/RUPTR OF LEFT SHOULDER, NOT TRAUMA-M75.102

**Notes:**

**MEDICATIONS:**
Blood pressure medication ___________

**PAST MEDICAL HISTORY:**
Hypertension, [redacted] bilateral herniorrhaphy, fractured left clavicle.

**SOCIAL HISTORY:**
Smoker.

**FAMILY HISTORY:**
Noncontributory.

**OCCUPATION:**
Assistant manager, Dollar General.

**REVIEW OF SYSTEMS:**
As per HPI, all other systems are negative. Comprehensive review of systems is negative.

**PHYSICAL EXAMINATION:**
56-year-old male, 6 feet tall, 196 pounds, BMI 26.58. Alert, oriented. Normal respiratory effort.

Examination of the right shoulder reveals some atrophy posteriorly. There is no erythema, no warmth, no ecchymosis, no masses. He exhibits essentially no active range of motion to the right shoulder. There is no active forward elevation. Abduction is 10 degrees. Passive external rotation is within normal limits. Internal rotation to level of the pant's pocket. No strength to resistive testing could be performed on the right shoulder. There is no gross instability.

Examination of left shoulder reveals a healed scar over the clavicle, consistent with a history of previous fractured clavicle. Minimal atrophy noted. There is no erythema, no warmth, no ecchymosis, no masses. Also very limited active range of motion to the left shoulder. Active forward elevation is 10 degrees. Abduction is 20 degrees. External rotation passively is within normal limits. Internal rotation to level of the pant's pocket. Strength and resistive testing could not be assessed. There is no gross instability.

**X-RAY EXAMINATION:**
A report of an MRI of the cervical spine, SimonMed, 02/24/2022. The impressions are:

**Documented By:** Mark Greenfield,DO
**Documented On:** 2/25/2022 10:41 AM

Sent to OC
11/22/2023
by PM LLC

**US MedGroup**
14155 N 83rd AveBldg 6 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8847

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 2/25/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Mark Greenfield,DO |

**Diagnosis:** M75.102 UNSP ROTATR-CUFF TEAR/RUPTR OF LEFT SHOULDER, NOT TRAUMA-M75.102

**Notes:**

1. Diffuse cervical spondylosis with right facet edema, C4-5.
2. C5-6, moderate central canal stenosis with mild cord compression, no cord edema seen at this time. Severe bilateral foraminal stenosis.
3. C6-C7, moderate spinal canal with moderate bilateral foraminal stenosis.
4. Moderate right foraminal stenosis at C4-5.

Report of a noncontrast MRI of the right shoulder, SimonMed, 02/18/2022. The impressions are:

1. Mild supraspinatus tendinosis with muscular atrophy.
2. Posterior labral tear 6 and 12 o'clock position.
3. Moderate AC joint and mild glenohumeral degenerative changes.

Report of a noncontrast MRI of the left shoulder, SimonMed, 02/18/2022. The impressions are:

1. Intracapsular long head biceps split tear with tendinosis and tenosynovitis.
2. Partial tear superior subscapularis with no muscular atrophy.
3. Supraspinatus, infraspinatus, mild tendinosis without muscular atrophy.
4. Posterior labral tear 7 to 12 o'clock position.
5. Moderate AC joint hypertrophy and subacromial space.
6. Cortical humeral ligament thickening with rotator interval synovitis. In the appropriate clinical settings compatible with capsulitis.

IMPRESSION:
Reported work-related injury to bilateral shoulders.

RECOMMENDATIONS:
All treatment options were discussed with the patient in detail, and all questions were answered. The patient works at Dollar Tree. He reports a work-related injury occurring about a month and a half ago. He was stacking shelves and he was lifting a case of water, when he states he heard a pop, which he thought was to the area of the neck. Initially had pain to the left shoulder, a couple of days later to the right shoulder. He is referred today on an orthopedic basis. The reported findings of his MRI studies have been reviewed. With regard to the bilateral reported labral tears, it was explained to the patient that these findings would not necessarily be the etiology of his clinical presentation. The patient denies having any previous injuries or problems to either of his shoulders, however, he did state that for years he had roped cattle. It was explained to the patient from an orthopedic standpoint, I do not see any surgical indications. His clinical presentation would be inconsistent with the labral pathology. A referral has been made for Physiatry. He is recommend he follow up with Physiatry. We can see him back as needed from an orthopedic standpoint. He is currently on off work status.

**Documented By: Mark Greenfield,DO**
**Documented On:** 2/25/2022 10:41 AM

Sent to OC 11/22/2023 by PM LLC

**US MedGroup**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone. (623) 487-8598 Fax: (623) 487-8847

# Transcription

**Patient:** Robison, Mark L.
**Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511
**Referral Q ID:**
**Date of Birth:** [redacted] **Age:** 56
**Injury Date:** 1/7/2022 **Service Date:** 2/25/2022
**Service Location:** CMC - Pho Peoria
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL\`
**Claim Number:** 7211446
**Dictated By:** Mark Greenfield,DO
**Diagnosis:** M75.102 UNSP ROTATR-CUFF TEAR/RUPTR OF LEFT SHOULDER, NOT TRAUMA-M75.102

**Notes:**

If you concur with my findings, I will agree to participate in the treatment of this patient.

Sincerely,

Mark A. Greenfield, DO
Orthopaedic Surgeon

MAG/AQuity
DD: 02/25/2022 10:41:47
DT: 02/25/2022 12:08:19
Job #: 402680/948112613

cc: Karin J OClair, DO

This encounter was coded utilizing the Evaluation and Management E/M) Guidelines as adopted by the current year state fee schedule.

The work value of the encounter in this report meets the Medical Decision Making (MDM) Service criteria for complexity of the selective E/M code. The reported injury necessitates the thorough assessment and determination of the threat to ongoing harm to bodily function or exacerbation of the injury, particularly when a decision is made to return the patient to work full or limited duty, and/or due to the consideration of multiple treatment options. The work value was credited considering AMA's definition that the final diagnosis for a condition does not, in and of itself, determine the complexity or risk, as an extensive evaluation maybe required to reach the conclusion that the signs or symptoms do not represent a highly morbid condition. Therefore, presenting symptoms that could potentially represent a high morbidity condition may drive overall MDM, even when the ultimate diagnosis is not highly morbid. The evaluation and or treatment should be consistent with the likely nature of the condition, the circumstances of the incident, and the unique features of the individual patient. Multiple problems of a lowest severity may, in the aggregate, create a higher clinical risk or impact return to work due to their cumulative effects.

**Documented By: Mark Greenfield,DO**
**Documented On:** 2/25/2022 10:41 AM

Sent to OC 11/22/2023 by PM LLC

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 146 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-6647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 3/1/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Karin OClair, DO
**Diagnosis:** M75.102 UNSP ROTATR-CUFF TEAR/RUPTR OF LEFT SHOULDER, NOT TRAUMA-M75.102

**Notes:**

Reason For Visit
Chief Complaint:
Workers Compensation - Patient s Occupation: .
Work Status History: patient has been working modified duty.
Chaperone was offered: Patient accepted the presence of a chaperone

Vitals
Vital Signs
Recorded: 01Mar2022 10:46AM
Systolic: 159
Diastolic: 110
Heart Rate: 100
Medical History
No significant past medical history
FAMILY HISTORY:
The patients family history has been obtained and carefully reviewed. It has been determined that the patients family history is noncontributory to the current injury

Surgical History
History of No pertinent past surgical history (Z78.9)
Allergies
No Known Drug Allergies
History of Present Illness

The patient states his symptoms are unchanged. He has up to 10/10 b/l shoulder pain and no neck pain. He has b/l UE very limited ROM R
gt;L with pain that worsens with attempted movement. No neck pain and no UE numbness. He can move his hands but he cannot move his RUE without picking it up with his L hand. His right hand cramps and contracts intermittently. He has very limited movement of his right elbow. He can bend his L elbow a little but he cannot raise his L hand above waist level. He is taking Advil PRN. Pt had ortho consult for he labral tears and they were determined to be chronic. Physiatry consult was recommended. We were able to get a verbal auth from insurance adjustor Linda for physiatry consult.

Review of Systems
Musculoskeletal: as noted in HPI.
Integumentary: Reviewed and found to be negative.

**Documented By:** Karin OClair, DO
**Documented On:** 3/1/2022 6:27 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 6 Ste 146 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L. **Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:**
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 3/1/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** M75.102 UNSP ROTATR-CUFF TEAR/RUPTR OF LEFT SHOULDER, NOT TRAUMA-M75.102

**Notes:**

Neurological: as noted in HPI.

Physical Exam

Constitutional: well appearing and well nourished. in no acute distress.
Head/Face: Normocephalic and atraumatic.
Eyes: conjunctiva and lids with no swelling, erythema or discharge. Pupils are equal, round, and reactive to light and cornea clear. Extraocular movements intact.
Pulmonary: no increased work of breathing or signs of respiratory distress. all lung fields clear to auscultation bilaterally.
Cardiovascular: normal rate and rhythm, normal S1 and S2, without gallops or rubs.
Right Shoulder: (Right upper arm and posterior shoulder/scapula musculature atrophy. R thumb is disfigured from a horse bite as a child) There is no tenderness. Forward Flexion: AROM 15 degrees. Abduction: AROM 15 degrees. Motor tone with generalized hypotonicity. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Left Shoulder: Appearance is normal. There is no tenderness. Forward Flexion: AROM 50 degrees with pain. Abduction: AROM 45 degrees with pain. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Bilateral Upper Arm: (R upper arm atrophy - circumference 30 cm on the right and 32 cm on the left)
Right Elbow: Appearance is normal. There is no tenderness. Flexion: AROM 5 degrees. Extension: AROM 0 degrees.
Left Elbow: Appearance is normal. There is no tenderness. Flexion: AROM 45 degrees. Extension: AROM 0 degrees.
Cervical Spine: (Normal grip strength b/l. Sensation intact to light touch UEs b/l. Right upper arm atrophy) Cervical Spine: Appearance is normal. Tenderness in the not the cervical spine, not the left paraspinal and not the right paraspinal.Full range of motion. Right Rotation: AROM of 50 degrees. Left Rotation: AROM of 50 degrees.
Neurologic: -Romberg cranial nerves grossly intact. normal mental status. upper and lower extremity reflexes symmetric bilaterally. sensation intact to light touch.
Psychiatric: . oriented to person, place, and time.

Functional Restoration and Status of Healing

Healing is in the beginning stages.

ASSESSMENT

1. Bilateral arm weakness (R29.898)
2. Cervical myelopathy with cervical radiculopathy (G95.9,M54.12)
3. Left shoulder strain, initial encounter (S46.912A)
4. Right shoulder strain, initial encounter (S46.911A)

**Documented By: Karin OClair, DO**
**Documented On:** 3/1/2022 6:27 PM

Sent to OC
11/22/2023
by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8847

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 3/1/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |

**Diagnosis:** M75.102 UNSP ROTATR-CUFF TEAR/RUPTR OF LEFT SHOULDER, NOT TRAUMA-M75.102

**Notes:**

Plan

NO MEDICATIONS WERE PRESCRIBED OR DISPENSED FOR THIS ENCOUNTER.

Discussion/Summary

Based on recent MRI Cspine findings, ortho spine referral indicated but insurance adjustor already gave verbal auth for physiatry referral and we were able to get patient in to be seen at the CORE Institute 3/10/22 (Originally scheduled to see physiatry 4/7/22 - too long to wait). Await physiatry recommendations regarding treatment vs. ortho spine referral.
Chaperone was declined

ED Records were reviewed Radiology studies reviewed:
Right shoulder x ray normal, CT scan of right shoulder normal.
Left shoulder x ray normal,irregularity of left clavicle with chronic left clavicle finding(h/o prior trauma?)
CXR- NAPD
Head CT scan-with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease
MRI done of brain with no contrast- with no acute intracranial abnormalities
CT scan of c spine with +straightening of c spine present, moderate DJD present, mild to moderate C5-C6 spinal canal and foraminal stenoses
MR cord compression total spine without contrast done for arm weakness-no gross cord compression present
Since last OV complete medical records are available from ED visit 1/14/22. Of note, MR C-Spine w/o contrast was performed in addition to MR total spine cord compression protocol. MR C-spine without contrast was a limited examination due to motion artifact and axial images not obtained as patient could not complete due to claustrophobia. At least mild to moderate stenosis at C5-C6 and C6-C7. Repeat MR Cspine suggested. At he time of discharge from the ED he had some improvement in the RUE with better ability to flex right arm and 3-4/5 strength with flexion and extension. Cspine stenosis and rotator cuff injury were within the differential as etiology for patients symptoms. Upon discharge it was recommended he follow up with orthopedic surgeon and return to ED for any worsening of his condition or no improvement after two days. MRI L shoulder 2/18/22
Intracapsular long head of biceps split tear with tendinosis and tenosynovitis.
MRI R shoulder 2/18/22

**Documented By: Karin OClair, DO**
**Documented On:** 3/1/2022 6:27 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

Concentra Medical Centers (AZ)
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 3/1/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Karin OClair, DO
**Diagnosis:** M75.102 UNSP ROTATR-CUFF TEAR/RUPTR OF LEFT SHOULDER, NOT TRAUMA-M75.102

**Notes:**

Mild supraspinatus tendinosis with muscular atrophy
Posterior labral tear from 6 to 12:00 position
Moderate AC joint and mild glenohumeral degenerative change
Partial tear superior subscapularis with no muscular atrophy
Supraspinatus and infraspinatus mild tendinosis without muscular atrophy.
Posterior labral tear from 7 to 12 position
Moderate AC joint hypertrophy and subacromial space
Coracohumeral ligament thickening with rotator interval synovitis. In the appropriate clinical setting findings are compatible with capsulitis.
MRI Cspine Simon Med 2/24/22
Diffuse cervical spondylosis with right facet edema at C4C5
C5C6 moderate canal stenosis with mild cord compression , no cord edema is seen at this time. Severe bilateral foraminal stenosis
C6C7 moderate spinal canal stenosis with moderate b/l foraminal stenosis
case complexity, testing and treatment options
treatment plan.
The Risk and capacity of the patient s current work status, as well as the functional activities related to their job, and final work status.
Medication side effects, adverse reactions, and contraindications.

This encounter was coded utilizing the current Evaluation and Management Guidelines as adopted by the current year state fee schedule.
The work value contained in this report meets the Medical Decision Making (MDM) criteria for complexity of the selected E/M code. The reported injury necessitates the assessment of the threat to bodily function or exacerbation of the injury, particularly for return to work (full duty or limited), and/or due to the consideration of multiple treatment options.
A comprehensive discussion was held with the patient to review the diagnosis and overall treatment plan and objectives.The patient verbally acknowledged their understanding of all items discussed, and was afforded an opportunity to get clarification and/or ask additional questions regarding the proposed treatment(s).
Patient was instructed to keep their scheduled appointments for follow-up and/or return to Concentra.

Activity Status and Restrictions
Treatment Status:
Returning for follow-up: 1 week

**Documented By: Karin OClair, DO**
**Documented On:3/1/2022 6:27 PM**

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone (623) 487-8598 Fax (623) 487-8647

# Transcription

**Patient:** Robison, Mark L. **Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:**
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 3/1/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** M75.102 UNSP ROTATR-CUFF TEAR/RUPTR OF LEFT SHOULDER, NOT TRAUMA-M75.102

**Notes:**

Diagnostic test referral.
Activity Status
No work.

Signatures
Electronically signed by : Karin O clair, D.O.; Mar 1 2022 6:27PM UMST - Author

**Documented By: Karin OClair, DO**
**Documented On:** 3/1/2022 6:27 PM

Sent to OC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8698 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 3/8/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Donna Laulo, PA-C
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

Reason For Visit
Chief Complaint: The patient presents today with shoulder.
Workers Compensation - Patient s Occupation: .
Work Status History: patient has not been working.
Chaperone was offered: Patient declined the presence of a chaperone

Vitals
Vital Signs
Recorded: 08Mar2022 10:10AM
Systolic: 152
Diastolic: 100
Heart Rate: 98
Recorded: 08Mar2022 09:59AM
Temperature: 99.2 F
Systolic: 166
Diastolic: 114
BP Cuff Size: Small - Adult
Heart Rate: 86
Respiration: 16
Medical History
No significant past medical history
FAMILY HISTORY:
The patients family history has been obtained and carefully reviewed. It has been determined that the patients family history is noncontributory to the current injury

Surgical History
History of No pertinent past surgical history (Z78.9)
Allergies
No Known Drug Allergies
History of Present Illness

HAD A BAD WEEKEND. UNABLE TO LIFT ARM/HAND TO FACE SO BENDS HEAD FORWARD TO PUT ON GLASSES AND MASK. OVER THE WEEKEND HAD SPASM IN RIGHT HAND AND HAND CRAMPED UP AND BENT ALL SORTS OF ODD POSITIONS. ALSO HAVING A SLIGHT HEADACHE. HAS SEEN PCP SINCE INJURY AND WAS PUT ON BLOOD PRESSURE MEDICATION. HAS APPOINTMENT WITH CORE INSTITUTE TOMORROW 3/9. NO SOB, NO ABDOMINAL PAIN, NO LOSS OF BOWEL OR BLADDER. IS DOING PASSIVE ROM WITH BOTH ARM/SHOULDERS. INTERMITTENT NUMBNESS DOWN RIGHT ARM. STILL HAS WEAKNESS/ATROPHY OF BOTH ARMS/SHOULDER. DENIES ANY NECK PAIN.

**Documented By: Donna Laulo, PA-C**
**Documented On:** 3/8/2022 10:39 AM

Sent to OC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 6 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L. **Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:**
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 3/8/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446 **Dictated By:** Donna Laulo, PA-C
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

**Review of Systems**
**Musculoskeletal:** bilateral shoulder pain and muscle pain.
**Integumentary:** As noted in HPI.
**Neurological:** as noted in HPI.

**Physical Exam**
**Constitutional:** well appearing and well nourished, in no acute distress.
**Head/Face:** Normocephalic and atraumatic.
**Eyes:** Extraocular movements intact.
**Pulmonary:** no increased work of breathing or signs of respiratory distress.
**Right Shoulder:** (Right upper arm and posterior shoulder/scapula musculature atrophy. R thumb is disfigured from a horse bite as a child) There is no tenderness. Forward Flexion: AROM 15 degrees. Abduction: AROM 15 degrees. Motor tone with generalized hypotonicity. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
**Left Shoulder:** Appearance is normal. There is no tenderness. Forward Flexion: AROM 50 degrees with pain. Abduction: AROM 45 degrees with pain. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
**Bilateral Upper Arm:** (R upper arm atrophy - circumference 30 cm on the right and 32 cm on the left)
**Right Elbow:** Appearance is normal. There is no tenderness. Flexion: AROM 5 degrees. Extension: AROM 0 degrees.
**Left Elbow:** Appearance is normal. There is no tenderness. Flexion: AROM 45 degrees. Extension: AROM 0 degrees.
**Cervical Spine:** (Normal grip strength b/l. Sensation intact to light touch UEs b/l. Right upper arm atrophy) Cervical Spine: Appearance is normal. Tenderness in the left paraspinal and left trapezius muscle, but not the cervical spine and not the right paraspinal. Palpation reveals left-sided muscle spasms.Full range of motion. Right Rotation: AROM of 50 degrees. Left Rotation: AROM of 50 degrees.Normal motor strength.
**Neurologic:** -Romberg cranial nerves grossly intact. normal mental status. Deep tendon reflexes: 2+ left brachioradialis. 0 right brachioradialis. sensation intact to light touch. Gait evaluation demonstrated a normal gait, full weight bearing, no ataxia, no shuffling.
**Psychiatric:** . oriented to person, place, and time. speech is appropriate in content and delivery. mood and affect are appropriate.

**Functional Restoration and Status of Healing**

Mark Robison has significant difficulties with the physical requirements of his job.

**Documented By:** Donna Laulo, PA-C
**Documented On:** 3/8/2022 10:39 AM

Sent to QC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved

**Concentra Medical Centers (AZ)**
14156 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone. (623) 487-8586 Fax (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 3/8/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL |
| **Claim Number:** | 7211446 | **Dictated By:** | Donna Laulo, PA-C |

**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

ASSESSMENT
1. Bilateral arm weakness (R29.898)
2. Cervical myelopathy with cervical radiculopathy (G95.9,M54.12)
3. Labral tear of shoulder, left, initial encounter (S43.432A)
4. Labral tear of shoulder, right, initial encounter (S43.431A)

Plan
CORE APPOINTMENT TOMORROW
CALL TO FIND OUT IF NEED IMAGES ON CD
F/U 1 WEEK
NO WORK
STABLE
NO MEDICATIONS WERE PRESCRIBED OR DISPENSED FOR THIS ENCOUNTER.

Discussion/Summary

Chaperone was declined

This encounter was coded utilizing the current Evaluation and Management Guidelines as adopted by the current year state fee schedule.
The work value contained in this report meets the Medical Decision Making (MDM) criteria for complexity of the selected E/M code. The reported injury necessitates the assessment of the threat to bodily function or exacerbation of the injury, particularly for return to work (full duty or limited), and/or due to the consideration of multiple treatment options.
A comprehensive discussion was held with the patient to review the diagnosis and overall treatment plan and objectives.The patient verbally acknowledged their understanding of all items discussed, and was afforded an opportunity to get clarification and/or ask additional questions regarding the proposed treatment(s).
Patient was instructed to keep their scheduled appointments for follow-up and/or return to Concentra.

**Documented By: Donna Laulo, PA-C**
**Documented On:** 3/8/2022 10:39 AM

Sent to OC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] | | |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | | | |
| **Date of Birth:** | [redacted] Age: 56 | **Injury Date:** | 1/7/2022 | **Service Date:** | 3/8/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' | | |
| **Claim Number:** | 7211446 | **Dictated By:** | Donna Laulo, PA-C | | |

**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

**Activity Status and Restrictions**
**Treatment Status:**
**Returning for follow-up: 7-10 DAYS**
**Activity Status**
**No work.**
**Work Duration**
**Patient may work their entire shift.**

**Signatures**
**Electronically signed by : Donna Laulo, PA-C; Mar 8 2022 10:39AM UMST - Author**

**Documented By:** Donna Laulo, PA-C
**Documented On:** 3/8/2022 10:39 AM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 3/15/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |
| **Diagnosis:** | G95.9 DISEASE OF SPINAL CORD, UNSPECIFIED-G95.9 | | |

**Notes:**

Reason For Visit
Chief Complaint:
Workers Compensation - Patient s Occupation: .
Work Status History: patient has not been working.
Chaperone was offered: Patient declined the presence of a chaperone

Vitals
Vital Signs
Recorded: 15Mar2022 09:52AM
Temperature: 99.7 F
Systolic: 150
Diastolic: 104
BP Cuff Size: Regular - Adult
Heart Rate: 86
Respiration: 16
Medical History
No significant past medical history
FAMILY HISTORY:
The patients family history has been obtained and carefully reviewed. It has been determined that the patients family history is noncontributory to the current injury

Surgical History
History of No pertinent past surgical history (Z78.9)
Allergies
No Known Drug Allergies
History of Present Illness

The patient states his upper extremity symptoms are unchanged except that his hands are cramping more, especially during the night. His neck is sore bilaterally. He very limited ROM in his upper extremities R
gt;L with pain that worsens with attempted movement. He denies UE numbness. He cannot perform any activities above waist level. For example he cannot do dishes. He has FAROM in his hands and wrists. He has very limited movement of his right elbow. He can bend his L elbow a little. Advil and Tylenol do not help. Pt had ortho consult for he labral tears and they were determined to be chronic.
Prior to his repeat CSpine MRI, physiatry consult was recommended. We were able to get a verbal auth from insurance adjustor Linda for physiatry consult and he was scheduled at the CORE Institute last week. He waited for two hours to be seen before he was told the doctor he was scheduled with does not take work comp insurance. He

**Documented By:** Karin OClair, DO
**Documented On:** 3/15/2022 4:56 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

Concentra Medical Centers (AZ)
14155 N 83rd AveBldg 8 Ste 146 PEORIA, AZ 85381
Phone: (623) 487-8568 Fax. (623) 487-8647

# Transcription

**Patient:** Robison, Mark L. **Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:**
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 3/15/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** G95.9 DISEASE OF SPINAL CORD, UNSPECIFIED-G95.9

**Notes:**

is scheduled with physiatry at Concentra 4/7/22. He has been doing ROM exercises with his hands walking up the wall at home. He would like to defer coming into PT until he gets recommendations from the specialist. Pt was cancelled in the past secondary to very high blood pressure readings.

Review of Systems
Musculoskeletal: bilateral arm pain with numbness.
Integumentary: As noted in HPI.
Neurological: as noted in HPI.

Physical Exam
Constitutional: well appearing and well nourished. in no acute distress.
Head/Face: Normocephalic and atraumatic.
Eyes: conjunctiva and lids with no swelling, erythema or discharge. Pupils are equal, round, and reactive to light and cornea clear. Extraocular movements intact.
Pulmonary: no increased work of breathing or signs of respiratory distress. all lung fields clear to auscultation bilaterally.
Cardiovascular: normal rate and rhythm, normal S1 and S2, without gallops or rubs.
Right Shoulder: (Right upper arm and posterior shoulder/scapula musculature atrophy. R thumb is disfigured from a horse bite as a child) There is no tenderness. Forward Flexion: AROM 15 degrees. Abduction: AROM 15 degrees. Motor tone with generalized hypotonicity. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Left Shoulder: Appearance is normal. There is no tenderness. Forward Flexion: AROM 50 degrees with pain. Abduction: AROM 45 degrees with pain. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Bilateral Upper Arm: (R upper arm atrophy - circumference 30 cm on the right and 32 cm on the left)
Right Elbow: Appearance is normal. There is no tenderness. Flexion: AROM 5 degrees. Extension: AROM 0 degrees.
Left Elbow: Appearance is normal. There is no tenderness. Flexion: AROM 45 degrees. Extension: AROM 0 degrees.
Cervical Spine: (Normal grip strength b/l. Sensation intact to light touch UEs b/l. Right upper arm atrophy) Cervical Spine: Appearance is normal. Tenderness in the not the cervical spine, not the left paraspinal and not the right paraspinal.Full range of motion. Right Rotation: AROM of 50 degrees. Left Rotation: AROM of 50 degrees.
Neurologic: cranial nerves grossly intact. normal mental status. upper and lower extremity reflexes symmetric bilaterally. sensation intact to light touch.
Psychiatric: . oriented to person, place, and time.

**Documented By:** Karin OClair, DO
**Documented On:** 3/15/2022 4:56 PM

Sent to OC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14156 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone (623) 487-8598 Fax (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 3/15/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |
| **Diagnosis:** | G95.9 DISEASE OF SPINAL CORD, UNSPECIFIED-G95.9 | | |

**Notes:**

Functional Restoration and Status of Healing

Healing is in the beginning stages.

ASSESSMENT
1. Cervical myelopathy with cervical radiculopathy (G95.9,M54.12)
2. Bilateral arm weakness (R29.898)
3. Left shoulder strain, initial encounter (S46.912A)
4. Right shoulder strain, initial encounter (S46.911A)

Plan
1. Start: PredniSONE 10 MG Oral Tablet; 40 mg daily for 3 days then 30 mg daily for 3 days,
then 20 mg daily for 3 days, then 10 mg daily for 3 days, then stop
Rx By: O clair, Karin; Dispense: 0 Days ; #:30 Tablet; Refill: 0;For: Cervical myelopathy with cervical radiculopathy; DAW = N; Print Rx
2. Start: TiZANidine HCl 4 MG Oral Tablet; 1 po @ HS PRN muscle spasm
Rx By: O clair, Karin; Dispense: 0 Days ; #:15 Tablet; Refill: 0;For: Cervical myelopathy with cervical radiculopathy; DAW = N; Print Rx
3. Orthopedic Spine Referral Physician Referral See Referral Comment! Done: 15Mar2022
Ordered ASAP;For: Bilateral arm weakness, Cervical myelopathy with cervical radiculopathy; Ordered By: O clair, Karin Performed: Due: 22Mar2022
Laterality 1 : Bilateral
Body Part 1 : Neck - Disc
Reason for referral : Evaluate and Treat

NO MEDICATIONS WERE PRESCRIBED OR DISPENSED FOR THIS ENCOUNTER.

Discussion/Summary
. Unfortunately, the physiatrist that he was scheduled with at CORE Institute 3/10/22 did not take his work comp insurance. Ortho Spine referral made today. We will keep his physiatry consult 4/7/22 at Concentra for now, but based on repeat MRI Cspine results ortho spine is more appropriate. Hopefully we can get ortho spine consult relatively soon and we may cancel the physiatry consult.
Chaperone was declined

ED Records were reviewed Radiology studies reviewed:

**Documented By: Karin OClair, DO**
**Documented On:** 3/15/2022 4:56 PM

Sent to OC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

Concentra Medical Centers (AZ)
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

Patient: Robison, Mark L. Service ID # : [redacted]
Soc. Sec. #: XXX-XX-5511 Referral Q ID:
Date of Birth: [redacted] Age: 56 Injury Date: 1/7/2022 Service Date: 3/15/2022
Service Location: CMC - Pho Peoria Employer: Dollar General-All RETAIL Stores-INJURY ONLY
Claim Number: 7211446 Dictated By: Karin OClair, DO
Diagnosis: G95.9 DISEASE OF SPINAL CORD, UNSPECIFIED-G95.9

Notes:

Right shoulder x ray normal, CT scan of right shoulder normal.
Left shoulder x ray normal,irregularity of left clavicle with chronic left clavicle finding(h/o prior trauma?)
CXR- NAPD
Head CT scan-with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease
MRI done of brain with no contrast- with no acute intracranial abnormalities
CT scan of c spine with +straightening of c spine present, moderate DJD present, mild to moderate C5-C6 spinal canal and foraminal stenoses
MR cord compression total spine without contrast done for arm weakness-no gross cord compression present

Since last OV complete medical records are available from ED visit 1/14/22. Of note, MR C-Spine w/o contrast was performed in addition to MR total spine cord compression protocol. MR C-spine without contrast was a limited examination due to motion artifact and axial images not obtained as patient could not complete due to claustrophobia. At least mild to moderate stenosis at C5-C6 and C6-C7. Repeat MR Cspine suggested. At he time of discharge from the ED he had some improvement in the RUE with better ability to flex right arm and 3-4/5 strength with flexion and extension. Cspine stenosis and rotator cuff injury were within the differential as etiology for patients symptoms. Upon discharge it was recommended he follow up with orthopedic surgeon and return to ED for any worsening of his condition or no improvement after two days. MRI L shoulder 2/18/22
Intracapsular long head of biceps split tear with tendinosis and tenosynovitis.
MRI R shoulder 2/18/22
Mild supraspinatus tendinosis with muscular atrophy
Posterior labral tear from 6 to 12:00 position
Moderate AC joint and mild glenohumeral degenerative change
Partial tear superior subscapularis with no muscular atrophy
Supraspinatus and infraspinatus mild tendinosis without muscular atrophy.
Posterior labral tear from 7 to 12 position
Moderate AC joint hypertrophy and subacromial space
Coracohumeral ligament thickening with rotator interval synovitis. In the appropriate clinical setting findings are compatible with capsulitis.
MRI Cspine Simon Med 2/24/22
Diffuse cervical spondylosis with right facet edema at C4C5
C5C6 moderate canal stenosis with mild cord compression , no cord edema is seen at this time. Severe bilateral foraminal stenosis
C6C7 moderate spinal canal stenosis with moderate b/l foraminal stenosis
case complexity, testing and treatment options
treatment plan.

Documented By: Karin OClair, DO
Documented On:3/15/2022 4:56 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 3/15/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |
| **Diagnosis:** | G95.9 DISEASE OF SPINAL CORD, UNSPECIFIED-G95.9 | | |

**Notes:**

The Risk and capacity of the patient s current work status, as well as the functional activities related to their job, and final work status.
Medication side effects, adverse reactions, and contraindications.

This encounter was coded utilizing the current Evaluation and Management Guidelines as adopted by the current year state fee schedule.
The work value contained in this report meets the Medical Decision Making (MDM) criteria for complexity of the selected E/M code. The reported injury necessitates the assessment of the threat to bodily function or exacerbation of the injury, particularly for return to work (full duty or limited), and/or due to the consideration of multiple treatment options.
A comprehensive discussion was held with the patient to review the diagnosis and overall treatment plan and objectives.The patient verbally acknowledged their understanding of all items discussed, and was afforded an opportunity to get clarification and/or ask additional questions regarding the proposed treatment(s).
Patient was instructed to keep their scheduled appointments for follow-up and/or return to Concentra.

Activity Status and Restrictions
Treatment Status:
Returning for follow-up: 1 week
Specialist Referral - Treatment but returning.
Activity Status
No work.

Signatures
Electronically signed by : Karin O clair, D.O.; Mar 15 2022 4:55PM UMST - Author

**Documented By: Karin OClair, DO**
**Documented On:** 3/15/2022 4:56 PM

Sent to OC 11/22/2023 by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

09/28/2022 11:19 (FAX) P.055/064

**Concentra Medical Centers (AZ)**
14156 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 3/29/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |
| **Diagnosis:** | G95.9 Disease of spinal cord, unspecified | | |

**Notes:**

Reason For Visit
Chief Complaint: Self reported.
Workers Compensation - Patient s Occupation: key holder register customer service.
Work Status History: patient has been working regular duty.

Chaperone was offered: Patient declined the presence of a chaperone

Chief Complaint: The patient presents today with "While at work, working the roll off the truck, injured both shoulders.". Self reported.
Workers Compensation - Patients Occupation: key holder register customer service.

Vitals
Vital Signs
Recorded: 29Mar2022 11:43AM
Temperature: 98 F
Systolic: 125
Diastolic: 92
Heart Rate: 68
Respiration: 15
Medical History
No significant past medical history
FAMILY HISTORY:
The patients family history has been obtained and carefully reviewed. It has been determined that the patients family history is noncontributory to the current injury

Surgical History
History of No pertinent past surgical history (Z78.9)
Allergies
No Known Drug Allergies
History of Present Illness

The patient states his upper extremity symptoms are unchanged. His neck pain is worse with up to 10/10 pain with very limited ROM in his upper extremities R gt;L with UE pain that worsens with attempted movement. He cannot perform any activities above waist level due to limited UE mobility. He has FAROM in his hands and wrists and very limited movement of his elbows. Pt had ortho consult for he labral tears and they were determined to be chronic. Pt has appt with physiatry 4/7/22. Ortho spine consult authorization is pending.
He has been doing ROM exercises with his hands walking up the wall at home. He

**Documented By:** Karin OClair, DO
**Documented On:** 3/30/2022 2:02 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved

**Concentra Medical Centers (AZ)**
14156 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 3/29/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Karin OClair, DO
**Diagnosis:** G95.9 Disease of spinal cord, unspecified

**Notes:**

would like to defer coming into PT until he gets recommendations from the specialist. PT was cancelled in the past secondary to very high blood pressure readings.

Review of Systems
Musculoskeletal: as noted in HPI.
Integumentary: As noted in HPI.
Neurological: as noted in HPI.

Physical Exam
Constitutional: well appearing and well nourished. in no acute distress.
Head/Face: Normocephalic and atraumatic.
Eyes: conjunctiva and lids with no swelling, erythema or discharge. Pupils are equal, round, and reactive to light and cornea clear. Extraocular movements intact.
Pulmonary: no increased work of breathing or signs of respiratory distress. all lung fields clear to auscultation bilaterally.
Cardiovascular: normal rate and rhythm, normal S1 and S2, without gallops or rubs.
Right Shoulder: (Right upper arm and posterior shoulder/scapula musculature atrophy. R thumb is disfigured from a horse bite as a child) There is no tenderness. Forward Flexion: AROM 15 degrees. Abduction: AROM 15 degrees. Motor tone with generalized hypotonicity. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Left Shoulder: Appearance is normal. There is no tenderness. Forward Flexion: AROM 50 degrees with pain. Abduction: AROM 45 degrees with pain. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Bilateral Upper Arm: (R upper arm atrophy - circumference 30 cm on the right and 32 cm on the left)
Right Elbow: Appearance is normal. There is no tenderness. Flexion: AROM 5 degrees. Extension: AROM 0 degrees.
Left Elbow: Appearance is normal. There is no tenderness. Flexion: AROM 45 degrees. Extension: AROM 0 degrees.
Cervical Spine: (Normal grip strength b/1. Sensation intact to light touch UEs b/1. Right upper arm and posterior shoulder atrophy) Cervical Spine: Appearance is normal. Tenderness in the not the cervical spine, not the left paraspinal and not the right paraspinal. Right Rotation: AROM of 50 degrees and painful. Left Rotation: AROM of 50 degrees and painful. DTR UE: Biceps 0/4 R, 2/4 L: Brachioradialis 2/4 b/1.
Neurologic: cranial nerves grossly intact. normal mental status. upper and lower extremity reflexes symmetric bilaterally. sensation intact to light touch.
Psychiatric: . oriented to person, place, and time.

Functional Restoration and Status of Healing

**Documented By:** Karin OClair, DO
**Documented On:** 3/30/2022 2:02 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 3/29/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |
| **Diagnosis:** | G95.9 Disease of spinal cord, unspecified | | |

**Notes:**

Healing is in the beginning stages.

ASSESSMENT
1. Bilateral arm weakness (R29.898)
2. Cervical myelopathy with cervical radiculopathy (G95.9,M54.12)
3. Left shoulder strain, initial encounter (S46.912A)
4. Right shoulder strain, initial encounter (S46.911A)

Plan

NO MEDICATIONS WERE PRESCRIBED OR DISPENSED FOR THIS ENCOUNTER.

Discussion/Summary
Pt has physiatry consult 4/7/22 at Concentra. Consult placed for ortho spine after MRI Cspine was repeated. Based on MRI Cspine results, ortho spine is thought to be more appropriate but will see what physiatry recommendations are.
Chaperone was declined

ED Records were reviewed Radiology studies reviewed:
Right shoulder x ray normal, CT scan of right shoulder normal.
Left shoulder x ray normal,irregularity of left clavicle with chronic left clavicle finding(h/o prior trauma?)
CXR- NAPD
Head CT scan-with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease
MRI done of brain with no contrast- with no acute intracranial abnormalities
CT scan of c spine with +straightening of c spine present, moderate DJD present, mild to moderate C5-C6 spinal canal and foraminal stenoses
MR cord compression total spine without contrast done for arm weakness-no gross cord compression present
Since last OV complete medical records are available from ED visit 1/14/22. Of note, MR C-Spine w/o contrast was performed in addition to MR total spine cord compression protocol. MR C-spine without contrast was a limited examination due to motion artifact and axial images not obtained as patient could not complete due to claustrophobia. At least mild to moderate stenosis at C5-C6 and C6-C7. Repeat MR Cspine suggested. At he time of discharge from the ED he had some improvement in the RUE with better ability to flex right arm and 3-4/5 strength with flexion and

**Documented By:** Karin OClair, DO
**Documented On:** 3/30/2022 2:02 PM

Sent to QC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8847

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 3/29/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONLY |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |
| **Diagnosis:** | G95.9 Disease of spinal cord, unspecified | | |

**Notes:**

extension. Cspine stenosis and rotator cuff injury were within the differential as etiology for patients symptoms. Upon discharge it was recommended he follow up with orthopedic surgeon and return to ED for any worsening of his condition or no improvement after two days. MRI L shoulder 2/18/22
Intracapsular long head of biceps split tear with tendinosis and tenosynovitis.
MRI R shoulder 2/18/22
Mild supraspinatus tendinosis with muscular atrophy
Posterior labral tear from 6 to 12:00 position
Moderate AC joint and mild glenohumeral degenerative change
Partial tear superior subscapularis with no muscular atrophy
Supraspinatus and infraspinatus mild tendinosis without muscular atrophy.
Posterior labral tear from 7 to 12 position
Moderate AC joint hypertrophy and subacromial space
Coracohumeral ligament thickening with rotator interval synovitis. In the appropriate clinical setting findings are compatible with capsulitis.
MRI Cspine Simon Med 2/24/22
Diffuse cervical spondylosis with right facet edema at C4C5
C5C6 moderate canal stenosis with mild cord compression , no cord edema is seen at this time. Severe bilateral foraminal stenosis
C6C7 moderate spinal canal stenosis with moderate b/l foraminal stenosis
case complexity, testing and treatment options
treatment plan.
The Risk and capacity of the patient s current work status, as well as the functional activities related to their job, and final work status.
Medication side effects, adverse reactions, and contraindications.

This encounter was coded utilizing the current Evaluation and Management Guidelines as adopted by the current year state fee schedule.
The work value contained in this report meets the Medical Decision Making (MDM) criteria for complexity of the selected E/M code. The reported injury necessitates the assessment of the threat to bodily function or exacerbation of the injury, particularly for return to work (full duty or limited), and/or due to the consideration of multiple treatment options.
A comprehensive discussion was held with the patient to review the diagnosis and overall treatment plan and objectives.The patient verbally acknowledged their understanding of all items discussed, and was afforded an opportunity to get clarification and/or ask additional questions regarding the proposed treatment(s).
Patient was instructed to keep their scheduled appointments for follow-up and/or return to Concentra.

**Documented By: Karin OClair, DO**
**Documented On:** 3/30/2022 2:02 PM

Sent to QC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

Concentra Medical Centers (AZ)
14155 N 83rd AveBldg 8 Ste 146 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax. (623) 487-8647

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Robison, Mark L. | **Service ID # :** | [redacted] |
| **Soc. Sec. #:** | XXX-XX-5511 | **Referral Q ID:** | |
| **Date of Birth:** | [redacted] **Age:** 56 | **Injury Date:** | 1/7/2022 **Service Date:** 3/29/2022 |
| **Service Location:** | CMC - Pho Peoria | **Employer:** | Dollar General-All RETAIL Stores-INJURY ONL' |
| **Claim Number:** | 7211446 | **Dictated By:** | Karin OClair, DO |
| **Diagnosis:** | G95.9 Disease of spinal cord, unspecified | | |

**Notes:**

**Activity Status and Restrictions**
**Treatment Status:**
**Returning for follow-up: 2 weeks**
**Activity Status**
**No work.**

**Signatures**
**Electronically signed by : Karin O clair, D.O.; Mar 30 2022 2:02PM UMST - Author**

**Documented By: Karin OClair, DO**
**Documented On:** 3/30/2022 2:02 PM

Sent to OC
11/22/2023
by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L. **Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:**
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 4/20/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

Reason For Visit
Chief Complaint: The patient presents today with "While at work, working the roll off the truck, injured both shoulders.". Self reported.
Workers Compensation - Patient s Occupation: Key Holder.
Work Status History: patient has not been working.

Chaperone was offered: Patient declined the presence of a chaperone

Chief Complaint: The patient presents today with "While at work, working the roll off the truck, injured both shoulders.". Self reported.
Workers Compensation - Patients Occupation: key holder register customer service.

Vitals
Vital Signs
Recorded: 20Apr2022 09:54AM
Systolic: 169
Diastolic: 99
BP Cuff Size: Regular - Adult
Heart Rate: 83
Respiration: 16
Medical History
No significant past medical history
FAMILY HISTORY:
The patients family history has been obtained and carefully reviewed. It has been determined that the patients family history is noncontributory to the current injury

Surgical History
History of No pertinent past surgical history (Z78.9)
Allergies
No Known Drug Allergies
History of Present Illness

The patient states he has some improved mobility to his left upper extremity since last OV. His right upper extremity symptoms are unchanged. He still has very limited ROM in his upper extremities R
gt;L with UE pain that worsens with attempted movement. His neck pain waxes and wanes with mild to moderate pain. He cannot perform any activities above waist level due to limited UE mobility. He has FAROM in his hands and wrists and very limited movement of his elbows. Pt had ortho consult for he labral tears and they were

**Documented By: Karin OClair, DO**
**Documented On:** 4/20/2022 5:00 PM

Sent to OC
11/22/2023
by PM LLC


© 1998 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 4/20/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL
**Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

determined to be chronic. Pt had and appt with physiatry on 4/7/22 but he was contacted and told that this was not authorized so he was not seen. Ortho spine consult authorization was denied.

He has continued doing ROM exercises with his hands walking up the wall at home and he feeds his animals at home including his horses. This takes a prolonged period of time due to his limited mobility. He would like to defer coming into PT until he gets recommendations from the specialist. PT was cancelled in the past secondary to very high blood pressure readings.

Review of Systems
Musculoskeletal: muscle pain.
Integumentary: Reviewed and found to be negative.
Neurological: arm weakness.

Physical Exam
Constitutional: well appearing and well nourished. in no acute distress.
Head/Face: Normocephalic and atraumatic.
Eyes: conjunctiva and lids with no swelling, erythema or discharge. Pupils are equal, round, and reactive to light and cornea clear. Extraocular movements intact.
Pulmonary: no increased work of breathing or signs of respiratory distress. all lung fields clear to auscultation bilaterally.
Cardiovascular: normal rate and rhythm, normal S1 and S2, without gallops or rubs.
Right Shoulder: (Right upper arm and posterior shoulder/scapula musculature atrophy. R thumb is disfigured from a horse bite as a child) There is no tenderness. Forward Flexion: AROM 15 degrees. Abduction: AROM 15 degrees. Motor tone with generalized hypotonicity. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Left Shoulder: Appearance is normal. There is no tenderness. Forward Flexion: AROM 70 degrees with pain. Abduction: AROM 70 degrees with pain. Poor muscle performance. DTR biceps 1/4, brachioradialis 2/4.
Bilateral Upper Arm: (R upper arm atrophy - circumference 3 cm less on the right than the left at the deltoid insertion)
Right Elbow: Appearance is normal. There is no tenderness. Flexion: AROM 5 degrees. Extension: AROM 0 degrees.
Left Elbow: Appearance is normal. There is no tenderness. Flexion: AROM 45 degrees. Extension: AROM 0 degrees.
Cervical Spine: (Normal grip strength b/l. Sensation intact to light touch UEs b/l. Right upper arm and posterior shoulder atrophy) Cervical Spine: Appearance is normal. Tenderness in the not the cervical spine, not the left paraspinal and not the right paraspinal. Right Rotation: AROM of 50 degrees and painful. Left Rotation: AROM of

**Documented By: Karin OClair, DO**
**Documented On:** 4/20/2022 5:00 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14156 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8596 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L. **Service ID # :** [redacted]
**Soc. Sec. #:** XXX-XX-5511 **Referral Q ID:**
**Date of Birth:** [redacted] **Age:** 56 **Injury Date:** 1/7/2022 **Service Date:** 4/20/2022
**Service Location:** CMC - Pho Peoria **Employer:** Dollar General-All RETAIL Stores-INJURY ONLY
**Claim Number:** 7211446 **Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

50 degrees and painful. DTR UE: Biceps 0/4 R, 2/4 L: Brachioradialis 2/4 b/l.
Neurologic: cranial nerves grossly intact. normal mental status. upper and lower extremity reflexes symmetric bilaterally. sensation intact to light touch.
Psychiatric: . oriented to person, place, and time.

Functional Restoration and Status of Healing

Roughly 25% of anticipated healing has taken place.

ASSESSMENT
1. Bilateral arm weakness (R29.898)
2. Cervical myelopathy with cervical radiculopathy (G95.9,M54.12)
3. Left shoulder strain, initial encounter (S46.912A)
4. Right shoulder strain, initial encounter (S46.911A)

Plan

NO MEDICATIONS WERE PRESCRIBED OR DISPENSED FOR THIS ENCOUNTER.

Discussion/Summary
Will reschedule physiatry consult. Consult placed for ortho spine after MRI Cspine was repeated. Based on MRI Cspine results, ortho spine is thought to be more appropriate but referral denied by insurance adjustor. Clearly this case warrants a higher level of care and there has been significant delay to diagnosis and treatment which is concerning as it can affect outcome. Patient needs formal physiatry and ortho spine evaluations so that a clear etiology can be established and a treatment plan offered. Patient to go to the ED if symptoms worsen or new symptoms develop.
Chaperone was declined

ED Records were reviewed Radiology studies reviewed:
Right shoulder x ray normal, CT scan of right shoulder normal.
Left shoulder x ray normal,irregularity of left clavicle with chronic left clavicle finding(h/o prior trauma?)
CXR- NAPD
Head CT scan-with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease
MRI done of brain with no contrast- with no acute intracranial abnormalities
CT scan of c spine with +straightening of c spine present, moderate DJD present,

**Documented By: Karin OClair, DO**
**Documented On:**4/20/2022 5:00 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

**Concentra Medical Centers (AZ)**
14155 N 83rd AveBldg 8 Ste 148 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax: (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID #:** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 4/20/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

mild to moderate C5-C6 spinal canal and foraminal stenoses
MR cord compression total spine without contrast done for arm weakness-no gross cord compression present
Of note, MR C-Spine w/o contrast was performed in addition to MR total spine cord compression protocol. MR C-spine without contrast was a limited examination due to motion artifact and axial images not obtained as patient could not complete due to claustrophobia. At least mild to moderate stenosis at C5-C6 and C6-C7. Repeat MR Cspine suggested. At he time of discharge from the ED he had some improvement in the RUE with better ability to flex right arm and 3-4/5 strength with flexion and extension. Cspine stenosis and rotator cuff injury were within the differential as etiology for patients symptoms. Upon discharge it was recommended he follow up with orthopedic surgeon and return to ED for any worsening of his condition or no improvement after two days. MRI L shoulder 2/18/22
Intracapsular long head of biceps split tear with tendinosis and tenosynovitis.
MRI R shoulder 2/18/22
Mild supraspinatus tendinosis with muscular atrophy
Posterior labral tear from 6 to 12:00 position
Moderate AC joint and mild glenohumeral degenerative change
Partial tear superior subscapularis with no muscular atrophy
Supraspinatus and infraspinatus mild tendinosis without muscular atrophy.
Posterior labral tear from 7 to 12 position
Moderate AC joint hypertrophy and subacromial space
Coracohumeral ligament thickening with rotator interval synovitis. In the appropriate clinical setting findings are compatible with capsulitis.
MRI Cspine Simon Med 2/24/22
Diffuse cervical spondylosis with right facet edema at C4C5
C5C6 moderate canal stenosis with mild cord compression , no cord edema is seen at this time. Severe bilateral foraminal stenosis
C6C7 moderate spinal canal stenosis with moderate b/l foraminal stenosis
case complexity, testing and treatment options
treatment plan.
The Risk and capacity of the patient s current work status, as well as the functional activities related to their job, and final work status.
Medication side effects, adverse reactions, and contraindications.

This encounter was coded utilizing the current Evaluation and Management Guidelines as adopted by the current year state fee schedule.
The work value contained in this report meets the Medical Decision Making (MDM) criteria for complexity of the selected E/M code. The reported injury necessitates

**Documented By: Karin OClair, DO**
**Documented On:4/20/2022 5:00 PM**

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

Concentra Medical Centers (AZ)
14155 N 83rd AveBldg 6 Ste 146 PEORIA, AZ 85381
Phone: (623) 487-8598 Fax (623) 487-8647

# Transcription

**Patient:** Robison, Mark L.
**Soc. Sec. #:** XXX-XX-5511
**Date of Birth:** [redacted] **Age:** 56
**Service Location:** CMC - Pho Peoria
**Claim Number:** 7211446
**Service ID # :** [redacted]
**Referral Q ID:**
**Injury Date:** 1/7/2022 **Service Date:** 4/20/2022
**Employer:** Dollar General-All RETAIL Stores-INJURY ONL'
**Dictated By:** Karin OClair, DO
**Diagnosis:** R29.898 OTH SYMPTOMS AND SIGNS INVOLVING THE MUSCULOSKELETAL SYSTEM-R29.898

**Notes:**

the assessment of the threat to bodily function or exacerbation of the injury, particularly for return to work (full duty or limited), and/or due to the consideration of multiple treatment options.
A comprehensive discussion was held with the patient to review the diagnosis and overall treatment plan and objectives.The patient verbally acknowledged their understanding of all items discussed, and was afforded an opportunity to get clarification and/or ask additional questions regarding the proposed treatment(s). Patient was instructed to keep their scheduled appointments for follow-up and/or return to Concentra.

Activity Status and Restrictions
Treatment Status:
Returning for follow-up: 1 month if not yet seen by physiatry
Activity Status
No work.

Signatures
Electronically signed by : Karin O clair, D.O.; Apr 20 2022 5:00PM UMST - Author

**Documented By:** Karin OClair, DO
**Documented On:** 4/20/2022 5:00 PM

Sent to OC 11/22/2023 by PM LLC


© 1996 -2022 Concentra Operating Corporation All Rights Reserved.

# 7

ROBINSON, MARK DOB: [redacted] (56 yo M) Acc No. 44671 DOS: 05/04/2022

COMPREHENSIVE PAIN SPECIALISTS

ROBINSON, MARK
56 Y old Male, DOB: [redacted]
Account Number: 44671
16043 W STATE AVE, LITCHFIELD PARK, AZ-85340-4326
Home: 623-205-5662
Guarantor: ROBINSON, MARK Insurance: YORK RISK SERVICES Payer ID: PAPER
Appointment Facility: CENTER FOR PHYS MED AND REHAB, PC

05/04/2022 Progress Notes: Kevin S Ladin, MD

**Current Medications**

Taking
- Biktarvy

Medication List reviewed and reconciled with the patient

**Past Medical History**

HTN.
[redacted]
High Cholesterol.

**Surgical History**

Collar bone

**Family History**

No Family History documented.

**Allergies**

N.K.D.A.

**Review of Systems**

Head:
Denies Trauma.
Denies Headaches.
Denies Tenderness.
Denies Dizziness.
Hearing:
Denies Changes (Loss).
Denies Ringing in ears.
Denies Discharge.
Vision:
Denies Changes (Loss).
Denies Blurred vision.
Denies Discharge. Denies Glasses.
Denies Blindness. Denies Rings around lights. Denies Double vision.
Denies Light sensitivity.
Pulmonary:
Denies Wheezing.
Denies Shortness of breath.
Denies Chronic cough.
Denies Coughing up blood.
General/Constitutional:
Denies Weakness. Denies Chills.

**Reason for Appointment**

1. Patient presents today with c/o pain in BUE, Neck and shoulders

**History of Present Illness**

Physical Medicine - Pain Management:

Patient is a 56-year-old right-hand dominant male referred to me by Mark Greenfield, D.O. and Karen O'Clair, D.O. at Concentra for physiatry consultation. He sustained an injury at work on 1/7/22. He was working for Dollar General as a shift manager. He was unloading cases of water from a truck and was stocking them in the store. He experienced a "pop" in his neck/shoulder region. He had pain in his left shoulder initially, followed by his right, along with pain in his neck. This prompted him to seek medical attention.

He was seen initially at Concentra on the date of injury. He was diagnosed with bilateral shoulder strain. His treatment has included physical therapy. He tells me this was ineffective, increasing his symptoms, and was therefore discontinued after just three therapy treatment sessions. He was then referred to Dr. Greenfield after undergoing imaging studies of the shoulders and cervical spine that revealed primarily degenerative type pathology. Dr. Greenfield deemed him not a surgical candidate and recommended physiatry consultation, hence his visit with me today for this purpose.

Currently, the patient indicates he continues to experience pain diffusely in his neck and in both shoulders. In addition, for the past several weeks he describes progressive "atrophy" and weakness in both upper limbs but with an inability to raise his right arm. He also describes "cramping" in his right arm. He tells me Dr. Greenfield discussed with him the possibility of undergoing a nerve test to try to determine the etiology for his symptoms. This has not yet been performed.

The patient did undergo MRI studies of the brain, cervical spine, and both shoulders. By report, the shoulder studies demonstrated degenerative changes with degenerative labral tears of both shoulders, along with partial thickness subscapularis tear of the left shoulder and mild rotator cuff tendinosis of the bilateral shoulders along with moderate acromioclavicular joint degenerative changes of both shoulders. Cervical spine MRI reported moderate central stenosis at C5-6 and C6-7 with diffuse spondylosis and severe

Sent to OC 11/22/2023 by PM LLC

ROBINSON, MARK DOB: [redacted] (56 yo M) Acc No. 44671 DOS: 05/04/2022

20220510073199

Denies Fatigue. Denies Fever. Denies Night sweats. Denies Weight gain. Denies Weight loss.
Cardiovascular:
Denies Chest pain. Denies Chest pain with exertion. Denies Use >2-3 pillows at night. Denies Shortness of breath with exertion. Denies Leg swelling.
Gastrointestinal:
Denies Abdominal pain. Denies Blood in stool. Denies Change in color of stool. Denies Constipation. Denies Diarrhea. Denies Difficulty controlling bowels. Denies Heartburn. Denies Nausea. Denies Vomiting.
Genitourinary:
Denies Urgency with urination. Denies Incontinence. Denies Urination at night. Denies Sterility/ Impotence. Denies Blood in urine. Denies Sexual problems. Denies Frequent of urination. Denies Discharge. Denies Venereal disease.
Musculoskeletal:
Denies Arthritis. Denies Trauma. Denies Swollen joints.
Dermatologic:
Denies Easy bruising. Denies Jaundice. Denies Itching. Denies Rash. Denies Skin lesion(s).

bilateral foraminal stenosis at C5-6 along with moderate bilateral foraminal stenosis at C6-7 and moderate right foraminal stenosis at C4-5. It was right facet edema noted at C4-5 as well. These findings appear to be primarily degenerative in nature.

Opioid Risk Tool:
Family history of substance abuse?
Alcohol F 1 / M 3 *0*
Illegal Drugs, F 2 / M 3 *3*
Prescription Drugs, F 4 / M 4 *0*
Personal history of substance abuse?
Alcohol F 3 / M 3 *0*
Illegal Drugs F 4 / M 4 *0*
Prescription Drugs F 5 / M 5 *0*
Age (Mark if between 16-45 yrs old)
if between the ages of 16-45 F and M 1 *0*
History of preadolescent sexual abuse?
Answer Yes or No, F 3 / M 0 *No*
Psychological Disease F or M 2 if YES
Attention Deficit Disorder *No*
Obsessive Compulsive Disorder *No*
Bipolar *No*
Schizophrenia *No*
Depression *No*
Risk Assessment Low Risk 0-3, Moderate 4-7, High Risk > 8
Score Total *3*

**Vital Signs**

Ht **72 in**, Wt **201 lbs**, Pain scale **8 1-10**, Temp **98.2 F**, BMI **27.26 Index**, Ht-cm **182.88 cm**, Wt-kg **91.17 kg**.

**Examination**

General Examination:
GENERAL APPEARANCE: patient is well-developed, well-nourished, appearing comfortable and in no acute distress.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
SKIN: no suspicious lesions, warm and dry.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
RECTAL: deferred.
MUSCULOSKELETAL: decreased range of motion cervical spine, decreased range of motion in shoulders.
EXTREMITIES: no clubbing, cyanosis, or edema, no dystrophic or sudomotor changes.
NEUROLOGIC: alert and oriented, Babinski absent, cognitive exam grossly normal, cranial nerves 2-12 grossly intact, deep tendon

Sent to OC 11/22/2023 by PM LLC

ROBINSON, MARK DOB: [redacted] (56 yo M) Acc No. 44671 DOS: 05/04/2022

reflexes 2+ symmetrical, motor strength decreased in both upper extremities, right greater than left, lower extremities demonstrate 5/5 strength throughout, sensory exam intact.

**Assessments**

1. Sprain of ligaments of cervical spine, sequela - S13.4XXS (Primary)
2. Other sprain of left shoulder joint, sequela - S43.492S
3. Other sprain of right shoulder joint, sequela - S43.491S
4. Weakness - R53.1

**Treatment**

**1. Sprain of ligaments of cervical spine, sequela**

Notes: The patient does appear to have advanced degenerative spondylosis of the cervical spine that may have been aggravated by the industrial injury. We will need to move forward with further workup specifically electrodiagnostic evaluation to determine whether there is objective evidence of cervical radiculopathy as an etiology for his weakness.

**2. Weakness**

PROCEDURE: EMG/NCV BUE

Notes: Electrodiagnostic evaluation of the bilateral upper limbs will be arranged to determine whether there is any objective evidence of neurological acknowledging given the patient's profound weakness affecting the right greater than left upper limb.

**3. Others**

Notes: Maintain off duty work status. Work status form completed and provided to the patient.

**Procedure Codes**

AZ005 AZ005 COMPLETE OF INSURANCE FORMS

**Follow Up**

EMG/NCS BUEs

**Electronically signed by KEVIN LADIN , MD on 05/05/2022 at 11:19 AM MDT**

**Sign off status: Pending**

CENTER FOR PHYS MED AND REHAB, PC
7600 N 15TH ST
STE 102
PHOENIX, AZ 85020-4330

Sent to OC
11/22/2023
by PM LLC