**Robison v. DG Retail, LLC, No. CV-25-03618-PHX-DGC**

**EXHIBITS TO DECLARATION OF SEAN A. WOODS (EXHIBIT 2)**

**Part 6 of 8: Index**

Exhibit N: ICA Filings, 2025-2026

Exhibit O: Records of Eric A. Eifler, M.D., June 6, 2023 to February 10, 2026

Exhibit P: Banner Emergency Medical Center Records, September 19-20, 2023

# EXHIBIT N

ICA Filings, 2025-2026

# BEFORE THE INDUSTRIAL COMMISSION OF ARIZONA

| | |
|---|---|
| MARK ROBISON,<br>Applicant,<br>vs.<br>DOLLAR GENERAL,<br>Defendant Employer,<br>DG RETAIL, L.L.C.,<br>Defendant Insurance Carrier. | ICA Claim No. 20220280286<br>Ins. Claim No. 7211446<br>Date of Injury: 1/7/2022<br>ALJ Case No. ALJ0038038<br><br>**NOTICE OF CANCELLATION AND AWARD** |

## NOTICE

**YOU ARE NOTIFIED** that the hearing set for **02:30 PM** on **04/13/2026**, has been **CANCELLED**. In addition, any unheld prehearing conferences are also **CANCELLED**.

## AWARD

On March 5, 2025, Applicant filed a request for hearing that protested the December 11, 2024, Notice that denied the bad faith claim. On March 24, 2025, Applicant filed a request for investigation\hearing pursuant to A.R.S. § 23-1061(J) asserting the necessity of medical treatment. On April 7, 2026, Applicant filed correspondence that indicated all requests for hearing and requests for investigation\hearing are withdrawn. The applicant has withdrawn all REQUESTS FOR HEARING which were to be considered at the hearing.

**IT IS ORDERED** that no further action be taken regarding the 03-05-2025 Request for Hearing;

**IT IS FURTHER ORDERED** that the 03-24-2025 A.R.S. § 1061(J) Request for Investigation/Hearing is **DISMISSED**.

\- - - - - - -

**NOTICE:** Any party dissatisfied with this award may file a written request for review of the same with the Administrative Law Judge Division of the Industrial Commission within THIRTY (30) DAYS after the mailing of this award as provided by Arizona Revised Statutes sections 23-942(D) and 23-943(A) and (B). Unless such written request is made within the time provided, this award is final.

The Industrial Commission of Arizona

Jo-Ann Handy
Administrative Law Judge
(602) 542-1249
Date Signed: April 7, 2026

The Industrial Commission complies with the Americans with Disabilities Act of 1990.
If you need this document in an alternative format, call (602) 542-5241.

# THE INDUSTRIAL COMMISSION OF ARIZONA

## NOTICE OF SERVICE

The attached NOTICE OF CANCELLATION AND AWARD was placed in, and is now a part of, the Commission file, and a copy thereof was served upon all parties hereinafter named on 04/08/2026 (1) by depositing copies in the United States Mail in postage-prepaid, sealed envelopes addressed to such parties at the addresses shown below; or (2) if parties have waived service by United States Mail and specifically authorized alternative forms of service, by serving copies in the manners specifically authorized (designated below):

CHRIS GULINSON, ESQ.
4001 N. 3RD STREET, SUITE 230
PHOENIX, AZ 85012
VIA U.S. Mail
Counsel for Applicant

BRAD J. MILLER, ESQ.
2415 E. CAMELBACK ROAD, STE. 700
PHOENIX, AZ 85016
VIA U.S. Mail
Counsel for Defendants

Received by ICA on 04/07/2026 09:17:07 AM

TAYLOR & ASSOCIATES
SINCE 1975

RICHARD E. TAYLOR
(1943—2018)

THOMAS C. WHITLEY*
ROD SALMI
MARY KAY FOWLER
CHRIS GULINSON
NICHOLAS C. WHITLEY**

*Certified Specialist, Workers' Compensation State Bar of Arizona

**Also Licensed in California

WRITER'S DIRECT LINE:
602-889-7346

WRITER'S DIRECT FAX:
602-889-5760

MAIN OFFICE:
4001 NORTH THIRD STEET
SUITE 230
PHOENIX, ARIZONA 85012

EMAIL
chris@injuredworker.com
patty@injuredworker.com

WEBSITE
www.injuredworker.com

April 7, 2026

The Hon. Jo-Ann Handy
Industrial Commission of Arizona
Administrative Law Judge Division
800 West Washington Street
Phoenix, Arizona 85007

| | | |
|---|---|---|
| Re: | *Robison, Mark v. Dollar General Corp.* | |
| | ICA Claim No. | 20220280286 |
| | ALJ No. | 0038038 |
| | Date of Injury | 01/07/2022 |

Dear Judge Handy:

The Applicant hereby withdraws **ALL** pending requests for Hearing. The Hearing presently scheduled for Monday, April 13, 2026, at 2:30 p.m., is no longer needed and may be canceled.

Thank you.

Sincerely,

Chris Gulinson

CG:peb

cc: Mark Robison
Brad J. Miller, Esq.

Submitted on 04/07/2026 09:17:09 AM

Brad J. Miller, Esq. #035935
POLLART MILLER LLC
Attorneys for Dollar General Corporation
and DG Retail, LLC
2415 E. Camelback Rd., Suite. 700
Phoenix, AZ 85016
PH: (720) 488-9586 / FX: (720) 488-9587
E-mail: mjackson@pollartmiller.com

--BEFORE THE INDUSTRIAL COMMISSION OF ARIZONA--

| | |
|---|---|
| MARK ROBISON,<br><br>Applicant,<br><br>vs.<br><br>DOLLAR GENERAL CORPORATION,<br><br>Defendant Employer, and<br><br>DG RETAIL, LLC,<br><br>Defendant Carrier. | **NOTICE OF DEPOSITION OF APPLICANT**<br><br>ICA Claim No.: 20220280286<br><br>Carrier No.: 7211446<br><br>Date of Injury: January 7, 2022<br><br>ALJ Case No.: ALJ0038038<br><br>Honorable Jo Ann Handy |

TO ALL PARTIES AND THEIR COUNSEL:

Please take notice that the undersigned will take the deposition of MARK ROBISON before a certified court reporter on **April 7, 2026**, at the hour of **9:30 a.m. Arizona Time/10:30 a.m. Mountain Daylight Time**. All parties will appear via Zoom Conference. Participation details will be sent via e-mail prior to the deposition. Please connect to the Zoom waiting room five minutes before the start time.

You are invited to attend and examine.

Dated this 27th day of Marach, 2026.

POLLART MILLER LLC

Digitally signed

By:______________________________
Brad J. Miller, Esq. (#035935)
5700 S. Quebec Street, Suite 200
Greenwood Village, CO 80111

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing **NOTICE OF DEPOSITION OF APPLICANT** by email or by placing a true and correct copy of same in the U.S. Mail, first class postage prepaid on 27th day of Marach, 2026, addressed to the following:

Nathan Zollinger, Esq.
Matt Fendon Law Group
P.O. Box 1750
Phoenix, Arizona 85001
E-mail: nzollinger@fendonlaw.net

Veritext
700 17th Street, Suite 1750
Denver, Colorado 80202
calendar@veritext.com

Digitally signed

POLLART|MILLER

Brad Miller, Esq.*
bmiller@pollartmiller.com

*Licensed in Arizona, Colorado, Utah

March 24, 2026

Honorable Jo-Ann Handy
Administrative Law Judge
Industrial Commission of Arizona
P.O. Box 19070
Phoenix, AZ 85007-2922

Re: Mark Robison v. Dollar General Corporation
W.C. No. 20220280286
Carrier No. 7211446
ALJ Case No: ALJ0038038

Dear Judge Jo-Ann Handy:

Pursuant to A.A.C. R20-5-141, please issue subpoena(s) duces tecum for the following person(s) to appear at the hearing which will be scheduled later in this matter in order to take expert testimony:

Name: Anthony Theiler, MD
Address: 3030 N Central Ave., Suite 920
Phoenix, AZ 85012
Phone: 866.800.4637

If you have any questions, please do not hesitate to contact me.

Sincerely,

POLLART MILLER LLC

Digitally signed

Brad Miller, Esq.
Victoria Bettendorf, Esq.

cc: Chris Gulinson, Esq.

POLLART|MILLER

Brad Miller, Esq.
bmiller@pollartmiller.com

*Licensed in Arizona, Colorado, Utah

March 11, 2026

Honorable Jo-Ann Handy
Administrative Law Judge
Industrial Commission of Arizona
P.O. Box 19070
Phoenix, AZ 85007-2922

Re: Mark Robison v. Dollar General Corporation
W.C. No. 20220280286
Carrier No. 7211446
ALJ Case No: ALJ0038038

Dear Judge Jo-Ann Handy:

Pursuant to A.A.C. R20-5-155, please enter the enclosed documents as evidence into Commission file:

1. Medical Report authored by Dr. Theiler
2. Medical Report authored by Concentra Medical Centers
3. Medical Report authored by Banner Emergency Medical Center
4. Medical Report authored by Palo Brea Pain Specialists
5. Medical Report authored by Atlas Neurosurgery & Spine
6. Medical Report authored by AZ Orthopedic
7. Medical Report authored by Comprehensive Pain Specialists
8. Medical Report authored by Apollo Surgery Centers
9. Medical Report authored by Spectrum Medical Group
10. Medical Report authored by NeuroDiagnostic Labs
11. Radiology Report authored by SimonMed
12. Radiology Report authored by Banner Emergency Medical Center

If you have any questions, please do not hesitate to contact me.

Sincerely,

POLLART MILLER LLC

Digitally signed

Brad Miller, Esq.

cc: Chris Gulinson, Esq.

Received by ICA on 03/05/2025 03:36:31 PM

Submitted on 03/05/2025 03:14:24 PM

# INDUSTRIAL COMMISSION OF ARIZONA
800 W WASHINGTON STREET
PHOENIX, ARIZONA 85007
(602) 542-4661

## REQUEST FOR HEARING

ROBISON MARK
Last Name First Name MI

vs.

Dollar General
Defendant Employer

DG Retail LLC
Defendant Insurance Carrier

Social Security No. * ---------

ICA Claim No. 20220280286

Ins. Carrier Claim No. 7211446

Date of Injury 1/7/2022

**Person Requesting Hearing:** APPLICANT

A hearing is requested on: *(Check appropriate box)*

☐ **Notice of Claim Status dated:** DD / MM / YYYY
or
☑ **Notice, Award, Order or Decision by The Industrial Commission of Arizona dated: or** 12/11/2024 DD / MM / YYYY
☐ **A.R.S. §23-1061(J)** or ☐ **Other:**

State reason for the request:
DEFENDANT CARRIER COMMITTED BAD FAITH.

Hearing requested at city or town of: Phoenix  Estimated length of hearing: 1 hour

I request that subpoenas be issued for the following witnesses to appear and testify at hearing:

(a) (Name) / (Address)
(b) (Name) / (Address)
(c) (Name) / (Address)

☐ **Interpreter requested** **Specify Language:**

Copies of the Arizona Workers' Compensation Laws and Arizona Workers' Compensation Practice and Procedure and information about the Industrial Commission of Arizona claims and hearing process are available at the Industrial Commission offices and through the ICA web-site located at: www.azica.gov

*Nathan C. Zollinger for Applicant*
Nathan C. Zollinger for Applicant (Mar 5, 2025 15:36 MST)
**Signature of person or the person's authorized representative requesting hearing is REQUIRED.**

3/5/2025
**Date:**

P.O. BOX 1750
**Address**

6025629111
**Telephone No.**

PHOENIX ARIZONA 85001
**City State Zip**

nzollinger@fendonlaw.net
**Email Address**

**IMPORTANT:** **You will be notified of hearing date in writing by mail. You must keep the Administrative Law Judge advised of any address change.**

**Phoenix:**
**Mailing address:** **Industrial Commission of Arizona, P.O. Box 19070, Phoenix, Arizona 85005-9070**
**Website** azica.gov
**Street address:** **800 W. Washington Street, Phoenix, Arizona 85007-2922**

**Tucson Office:** **Industrial Commission of Arizona, 2675 E. Broadway, Tucson, Arizona 85716-5342**

The mandatory requirement that the social security number be included in forms filed with the Claims Division or Special Fund Division of the Industrial Commission of Arizona is permitted by Section 7(a)(2)(B) of the Federal Privacy Act of 1974, because the Commission's forms, prescribed under the Commission's Rules in existence prior to January 1, 1975, required disclosure of the social security number. The number is used as a means of identifying all the various records in the Claims Division or Special Fund pertaining to an individual. The use of social security numbers is made necessary because of the large number of persons who have similar names and birth dates, and whose identities can only be distinguished by the social security number.

THE INDUSTRIAL COMMISSION COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT OF 1990. IF YOU NEED THIS DOCUMENT IN ALTERNATIVE FORMAT, CONTACT CLAIMS AT (602) 542-4661.

Received by ICA on 05/08/2025 12:39:07 PM

Submitted on 05/08/2025 12:39:09 PM

POLLART MILLER LLC
Attorneys for Dollar General Corporation
and DG Retail, LLC
2415 E. Camelback Rd., Suite. 700
Phoenix, AZ 85016
PH: (623) 226-6857 / FX: (720) 488-9587

--BEFORE THE INDUSTRIAL COMMISSION OF ARIZONA--

| | |
|---|---|
| MARK ROBISON,<br><br>Applicant,<br><br>vs.<br><br>DOLLAR GENERAL CORPORATION and DG RETAIL, LLC,<br><br>Defendants. | **NOTICE OF REPRESENTATION**<br><br>ICA Claim no.: 20220280286<br><br>Date of Injury: January 7, 2022<br><br>Carrier No. 7211446<br><br>ALJ No: ALJ0038038 |

Brad J. Miller, Esq. and Megan N. Bornmann, Esq. of the law firm of Pollart Miller LLC, hereby notify the Industrial Commission of Arizona of their entry of appearance as counsel of record for Dollar General Corporation and DG Retail, LLC. Please send copies of all pleadings, correspondence and other case-related documents to the above address.

Dated this 8th day of May, 2025.

POLLART MILLER LLC

Megan Bornmann
Digitally signed for

Brad J. Miller, Esq. (#035935)
Megan N. Bornmann, Esq. (#033552)
Attorney for Defendants,
Dollar General Corporation and
DG Retail, LLC

Received by ICA on 05/08/2025 12:39:07 PM

Submitted on 05/08/2025 12:39:09 PM

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **NOTICE OF REPRESENTATION** by facsimile or email on this 8th day of May, 2025, addressed to the following:

Nathan Zollinger, Esq.
Matt Fendon Law Group
P.O. Box 1750
Phoenix, Arizona 85001
E-mail: nzollinger@fendonlaw.com

Industrial Commission of Arizona
P.O. Box 19070
Phoenix, AZ 85007-2922
FAX: 602-542-3373

Sharyn Ezigg

Digitally signed

____________________________

# EXHIBIT O

Records of Eric A. Eifler, M.D., June 6, 2023 to February 10, 2026

# Eric Eifler, M.D.
# Medical Report
# 06/06/2023-02/10/2026

**2**

**AZ ORTHOPEDIC**
**Eric Eifler, MD**
**2900 W Ray Rd Suite 5 Chandler, AZ 85224-7342**
**Phone: (480) 659-7147 | Fax: (877) 785-4849**

**Patient Name: Mark Robison**
DOB: [redacted] 60 year old, male **Date of Visit:** 02/10/2026

**Current Allergies**
- NKDA

**Current Medications**
Patient has no known medications

**Personal Medical History**
Coronary Artery Disease | Depression |

**Surgical History**

**Social History**
Marital Status: Married

**Smoking Status**
Patient is a tobacco user.
Tobacco User: Light cigarette smoker (1-9 cigs/day)
Cessation Intervention: Counseling About Tobacco Use

**Chief Complaint**
Bilateral Bilateral shoulder

**Date of Onset / Injury:** 01/07/2022

**History of Present Illness**
Unable to use my arm on the right- spasms and arm jerks
WE last saw him for bilateral shoulder pain back in June 2023 for a work injury that occurred on 01/07/2022. At that time he had severe cervical radiculoapthy.
He had cervical spine surgery (2.5 years ago) with Dr. Sharma.

CHIEF COMPLAINT:
Bilateral shoulder dysfunction and pain, right worse than left, status post work-related injury in 2022.

HPI:
Mark is a 60 y/o male who presents for evaluation of bilateral shoulder dysfunction. He sustained a work-related injury in 2022 while lifting cases of water. He reports severe functional impairment bilaterally, describing the right shoulder as having no range of motion and hanging "like it's had a stroke." The left shoulder also demonstrates limited range of motion but is less affected than the right. He is unable to lift either arm away from his body and can only drag items such as 40 lb bags of dog food. He reports frequent dropping of dishes and inability to use the microwave due to shoulder weakness. He describes severe atrophy in both shoulders. Workers' compensation physicians initially recommended deferring shoulder surgery until cervical spine surgery was completed. He underwent cervical spine surgery approximately 2.5 years ago with Dr. Sharma. Following neck surgery, he was evaluated by three workers' compensation physicians who reportedly indicated no shoulder pathology warranting surgical intervention. He continues to follow with Dr. Sharma monthly for cervical spine issues. Recent nerve conduction studies and EMG demonstrated seven areas of nerve blockage. Discussion of possible posterior cervical spine surgery has been initiated, described as a 6-hour procedure with 4-5 day hospital stay followed by inpatient rehabilitation. His workers' compensation case remains open. He reports that Matt Fendon Law Group, which had initiated legal proceedings 18 months ago, withdrew from representation. He is currently paying cash for this visit.

PREVIOUS TREATMENTS:
- Cervical spine surgery by Dr. Sharma approximately 2.5 years ago
- Monthly follow-up with Dr. Sharma for ongoing cervical spine management
- Recent nerve conduction study and EMG

IMAGING:
- Right shoulder MRI 2022: Intact rotator cuff at that time
- No left shoulder MRI on file

SURGICAL HISTORY:
- Cervical spine surgery by Dr. Sharma approximately 2.5 years ago
Pain Level (worst): 10 out of 10
Pain Level (best): 0 out of 10
Pain Level (most of the time): 10 out of 10
Quality: Usually dull constant
Severity: Jan 7 2022, Severe
Duration: 5years+
Timing: Constant, cant lift arm ever
Aggravating Factors: everything- constant pain
Alleviating Factors: tylenol and advil

**ROS**
Pertinent positives included in HP

## Physical Examination

Weight: 195 lbs. | Height: 72 in. | BMI: 26.4 kg/m²
RIGHT Shoulder:
No active range of motion with significant shoulder girdle atrophy
Full passive ROM

LEFT Shoulder:
No active range of motion with significant shoulder girdle atrophy
Full passive ROM

Bilateral Upper Extremities: Severe bilateral shoulder atrophy, right greater than left. Unable to actively elevate either arm against gravity. Right shoulder demonstrates essentially no active range of motion. Left shoulder demonstrates limited active range of motion but better than right. Unable to maintain arm elevation when positioned passively.

**Radiology Studies**
Date: 02/03/2026
Imaging: BILATERAL Shoulder 3v, SimonMed
Impression: I have independently viewed the images with my interpretation as follows:

RIGHT: GH space maintained.

LEFT: GH space maintained.

**Additional Radiology**
Date: 02/18/2022
Imaging: Right Shoulder MRI @ SimonMed
Impression: 1. Mild supraspinatus tendinosis with muscular atrophy
2. Posterior labral tear from 6 to 12:00 position
3. Moderate AC joint and mild glenohumeral degenerative change

## Diagnosis

R53.1 Weakness
M62.50 MUSCLE WASTING AND ATROPHY, NEC, UNSP SITE
M25.512 Pain in left shoulder
M25.511 Pain in right shoulder

## Plan/Summary

Mr. Mark Robison is a 60-year-old male with bilateral shoulder dysfunction following work-related injury in 2022, status post cervical spine surgery 2.5 years ago, presenting with severe functional impairment and ongoing cervical spine pathology.

- Patient's bilateral shoulder dysfunction with inability to elevate arms is most consistent with neurogenic etiology rather than primary rotator cuff pathology, given intact rotator cuff on right shoulder MRI 4 years ago and current severe functional limitations. It is not consistent with parsonage-turner syndrome.
- Right shoulder MRI from 2022 demonstrated intact rotator cuff, yet patient now has no functional range of motion, suggesting nerve-mediated weakness rather than structural shoulder pathology.
- Recent EMG and nerve conduction studies demonstrate seven areas of nerve blockage, correlating with clinical presentation of bilateral upper extremity weakness and atrophy.
- Surgical intervention on shoulders unlikely to provide functional benefit if nerve supply to rotator cuff and shoulder girdle musculature is compromised.
- Chronic denervation for 5 years significantly limits potential for recovery even with surgical intervention.
- Ongoing cervical spine pathology requires coordination between shoulder and spine management.
- Consider updated bilateral shoulder MRIs pending discussion with Dr. Eifler

MEDICAL DECISION MAKING

- Bilateral shoulder dysfunction appears primarily neurogenic in etiology given intact rotator cuff 4 years ago with current severe functional impairment and EMG findings showing seven areas of nerve blockage
- Rotator cuff repair unlikely to restore function if neurological compromise is primary etiology
- Chronic denervation over 5-year period significantly limits potential for functional recovery
- Coordination with cervical spine surgeon necessary to determine if pending posterior cervical spine surgery may impact shoulder function. Shoulder surgery is not indicated and no shoulder joint pathology is present to account for his findings.

F/u prn.

**Eric A. Eifler, MD**
Diplomate, American Board of Orthopedic Surgery
CAQ, Orthopedic Sports Medicine
AZOrthopedic.com
**Electronically Signed: ERIC EIFLER MD on/at 02/10/2026 16:54:42**

Received by ICA on 08/01/2023 04:07:43 PM

Submitted on 08/01/2023 04:07:44 PM

5/7

2900 W Ray Rd Suite 8 Chandler, AZ 85224-7342
Phone: (480) 659-7147 Fax: (877) 785-4849

**Mark Robison** DOB: [redacted] 57 year old, male — Visit Date: 06/06/2023

**Current Allergies:**
NKDA

**Current Medications:**
Celebrex, 200 mg, QD

**Past Medical Hx:**
Coronary Artery Disease | Depression |

**Past Surgery Hx:**

**Smoking Status:**
Tobacco User: Light cigarette smoker (1-9 cigs/day)
Cessation Intervention: Counseling About Tobacco Use

**Occupation:**
none

**ROS:**
Constitutional: Negative
Cardiovascular: RRR
Respiratory: Lungs clear to auscultation bilaterally

**Chief Complaint:**
Bilateral Pain can't use my arms

Date of Onset / Injury: 01/07/2022

**Description of Symptoms:**
"unable to use my shoulders, arms cramp and fingers roll back - unloading cases of water at dollar general "

Patient is a 57-year-old male who presents with bilateral shoulder pain s/p injury at work that occurred on 1/7/2022. He was unloading cases of water when he picked up a case of water, felt a pop from neck/chest, and both arms went numb. He went to Concentra and she released him back to work. His pain worsened. He had difficulty raising right arm. He returned to Concentra next week and sent to PT. Went to PT but was unable to continue due to high blood pressure. He was seen by Dr. Greenfield on 2/25/22 and was told he had no surgical indication.

CT of right shoulder on 1/14/22 indicated no fracture. MRI right shoulder on 2/18/22 indicated posterior labral tear. IME on 11/2/22 indicated he shoulder undergo EMG and neurologic testing. EMG on 2/1/23 indicates severe chronic active right C5-C6 radiculopathy vs severe right upper trunk brachial plexopathy & mild chronic left C7 radiculopathy with CTS.

He is unable to dry his back. He was right handed but his left arm is stronger than his right. He cannot use either arm. No strength. Atrophy. R > L. Employed on/off Dollar General for 5 years. No problems at all with arms prior the accident.
Pain Level (worst): 10
Pain Level (best): 10
Pain Level (most of the time): 10
Quality: Usually dull constant
Severity: Jan 7 2022
Duration: 1 year+
Timing: constant
Aggravating Factors: all
Alleviating Factors: advil doenst work anymore

**Exam:** Height: 72 in. | Weight: 195 lbs. | BMI: 26.4
Right Shoulder
Inspection: Visible atrophy to the deltoid, bicep, tricep
Tenderness: none
Flexion: a - 10
p - 140, painful | Internal Rotation: 50 p | ERa: 90 p | ABD: a - 10
p - 140 painful
Muscle Strength -
Other: 1/5 ER, IR, biceps, triceps
Positive Functional Tests: Neer | Jobe's Full Can | Jobe's Empty Can |
Additional positive test: significantly decreased strength Jobe's
Contralateral Limb: Abnormal
LEFT Shoulder:
FLEX a: 90 / p: 150
ABD a: 100 / p: 140
IRa p 50
ERa p 90
3/5 ER & IR

**Xrays:**
Right Shoulder 3v @ SimonMed on 6/1/23 & Right Shoulder MRI @ SimonMed on 2/18/22
Impression: I have independently viewed the images with my interpretation as follows:
GH space appears maintained. Type 1 acromion. AC joint arthrosis.
--------
1. Mild supraspinatus tendinosis with muscular atrophy
2. Posterior labral tear from 6 to 12:00 position
3. Moderate AC joint and mild glenohumeral degenerative change

Received by ICA on 08/01/2023 04:07:43 PM

Submitted on 08/01/2023 04:07:44 PM

6/7

EMG on 2/1/23
Impression: Severe chronic active right C5-C6 radiculopathy vs severe right upper trunk brachial plexopathy & mild chronic left C7 radiculopathy with CTS.

**Diagnosis:**
M25.511 Pain in right shoulder
S43.431A Superior glenoid labrum lesion of right shoulder, initial encounter
M62.50 Muscle wasting and atrophy, not elsewhere classified, unspecified site
R53.1 Weakness

**Plan:**
I have spent 25 minutes reviewing medical records including past history, IME,, and recent physician notes and 45 minutes with the patient reviewing the nature of their current symptoms, the injury, treatment & interventions, responses to treatment, my examination findings and proposed treatment plan. The patient is a very reasonable and pleasant patient who exhibits no signs of malingering, no symptom magnification, or has no drug seeking behavior. After reviewing all of the above, it is with reasonable medical probability that the industrial accident resulted in the neck/shoulder injury that is currently limiting his ADLs.

In regards to his shoulder, he does have a labral tear. It is not symptomatic at this point and surgery is not indicated. Considering the neurologic disease present, this needs to be addressed first. This needs to be assessed by a neurologist.

COD to Dr. Scott to ultimately be seen by Dr. Schwarma for possible surgery.

Celebrex rx. Further discussed the use of NSAIDs for pain relief with the patient. Advised them to talk with their primary care doctor in case of any harmful reactions with current medications. Warned against the potential side effects, including GI bleeding and ulcers, liver and kidney toxicity and the risk for allergic reaction. Patient understands.

WORK STATUS: Temporary restrictions bilateral arms: DWO, no use of arms

Patient understands and agrees to the following plan of care.
All questions answered
Follow-up Dr. Scott/Schwarma

**Temporary Work restrictions**
Right:
Left: arm

Special instructions:
Desk work only
No use of the arm

**Eric A. Eifler, MD**
Diplomate, American Board of Orthopedic Surgery
CAQ, Orthopedic Sports Medicine
AZOrthpedic.com
Electronically Signed: ERIC EIFLER MD on/at 06/06/2023 18:31:11

2900 W Ray Rd Suite 8 Chandler, AZ 85224-7342
Phone: (480) 659-7147 Fax: (877) 785-4849

Received by ICA on 08/01/2023 04:07:43 PM

Mark Robison
DOB: [redacted] 57 year old, male

Visit Date: 06/06/2023

## Work Restrictions

**Temporary Work restrictions**
Right:
Left: arm

**Special instructions:**
Desk work only
No use of the arm

Eric A. Eifler, MD

Submitted on 08/01/2023 04:07:44 PM

Received by ICA on 08/01/2023 04:07:43 PM

Submitted on 08/01/2023 04:07:44 PM

*Instructions for using this form are available at https://www.azica.gov/forms/mro7701.

**:CTION I – PROVIDER REQUEST FOR PREAUTHORIZATION (PROVIDER TO COMPLETE/SUBMIT TO PAYER)**

**PATIENT/EMPLOYEE INFORMATION**

ıme (Last, First, Middle): ROBINSON, MARK

| | |
|---|---|
| ıte of Injury (MM/DD/YYYY): 01/07/2022 | Date of Birth (MM/DD/YYYY): [redacted] |
| ıyer Claim No. 7211446 | Social Security Number:[1] |

**PROVIDER INFORMATION**

| | |
|---|---|
| ıme: Dr. Eric Eifler | Contact Name: JENNA |
| ıone: 480-659-7147 | Specialty: Orthopedic Surgeon |
| eferred Method of Contact: ☑ E-mail ☐ Fax | E-mail **or** Fax: jenna@azorthopedic.com |

**PAYER INFORMATION**
(Self-Insured Employer, Insurance Carrier, Third-Party Administrator, or Special Fund)

| | |
|---|---|
| ıme:Linda Scott | Contact Name:linda.scott@sedgwick.com |

| Diagnosis/ICD Code | Treatment/Services Requested ☐ Urgent ☐ Routine | CPT/NDC Code |
|---|---|---|
| 53.1<br>52.50 | COD to Dr. Scott | |

I have attached documentation to support the medical necessity and appropriateness of the treatment/services requested.

iginal sent to **Payer** via: ☐ U.S. Mail ■ E-mail ■ Fax | Requested Treatment/Services Supported by ODG? ■ Yes ☐ No ☐ Unknown

ıyer Mailing Address, Fax, **or** Email:

ovider Signature: | Date Sent: 6/7/2023

**:CTION II – PAYER DECISION ON REQUEST FOR PREAUTHORIZATION** (Payer Decision supported by IME? ☐ Yes ☐ No)

eferred Method of Contact: ☐ E-mail ☐ Fax | E-mail **or** Fax:

ıte Req. for Preauthorization Received: | ICA Claim No.:

ıyer Response: ☐ Approved ☐ Partially Denied ☐ Denied ☐ Request for Preauthorization Incomplete ☐ IME Requested

I have attached a statement of the approved treatment/services or, if not approved, the reasons supporting a denial/partial denial.

Original sent to **Provider** via Provider's Preferred Method of Contact (*see* above). | Copy to: ☐ Employee ☐ Employee's Attorney

ıyer Signature: | Date Sent:

**:CTION III – PROVIDER OR EMPLOYEE REQUEST FOR RECONSIDERATION OF PAYER DECISION**

I have attached a statement of the reasons and justifications supporting the Request for Reconsideration.

I have attached documentation to support the medical necessity and appropriateness of the treatment/services requested.

Original sent to **Payer** via Payer's Preferred Method of Contact (*see* Section II above).

ovider or Employee Signature: | Date Sent:

**:CTION IV – PAYER DECISION ON REQUEST FOR RECONSIDERATION** (Payer Decision supported by IME? ☐ Yes ☐ No)

ıyer Response: ☐ Approved ☐ Partially Denied ☐ Denied ☐ IME Requested | Date Req. for Reconsideration Received:

I have attached a statement of the approved treatment/services or, if not approved, the reasons supporting a denial/partial denial.

Original sent to **Provider** via Provider's Preferred Method of Contact (*see* above). | Copy to: ☐ Employee ☐ Employee's Attorney

ıyer Signature: | Date Sent:

**:CTION V – PROVIDER OR EMPLOYEE REQUEST FOR ADMINISTRATIVE PEER REVIEW (SUBMIT TO ICA)**

ːason for Request for Administrative Review: ☐ Payer Non-Response ☐ Denial/Partial Denial of Requested Treatment/Services

I have attached copies of all relevant medical records and (if applicable) documentation related to Payer's non-response.

I have attached copies of all documentation and statements previously attached to Sections I-IV (above).

iginal sent to **ICA MRO** via: ☐ U.S. Mail (800 W. Washington St., Phoenix, AZ 85007) ☐ E-mail (MRO@azica.gov) ☐ Fax (602-542-4797)

ovider or Employee Signature: | Date Sent:

ːclosure of a Social Security Number is voluntary. This information may be used to establish positive identification of the patient's workers' compensation claim.

# EXHIBIT P

Banner Emergency Medical Center Records, September 19-20, 2023

| | |
|---|---|
| Result type: | .Emergency Room Report |
| Date/Time of Service: | September 20, 2023 8:20 MST |
| Result status: | Auth (Verified) |
| Result title: | Addendum MD hand-off |
| Contributed By: | SMITH MD, ANDREW MICHAEL on September 20, 2023 8:20 MST |
| Verified by: | SMITH MD, ANDREW MICHAEL on September 20, 2023 8:34 MST |
| Encounter info: | 44927168, BEMC, Emergency, 09/19/2023 - 09/20/2023 |

# * Final Report *

## Addendum MD hand-off

Patient: **ROBISON, MARK LEE** **MRN: 455461** **FIN: 44927168**
Age: **57 years** Sex: **Male** DOB: [redacted]
Associated Diagnoses: **None**
Author: **SMITH MD, ANDREW MICHAEL**

**Basic Information**
Addendum to previous ED physician note (M.D. NAME here)
.Inherited care from Dr. Parker.
**History of Present Illness**
The patient presents with Addendum to previous ED visit note.

This patient was signed out to me at shift change. Briefly this is a 57-year-old male with a past medical history of hypertension, [redacted] bilateral upper extremity weakness secondary to cervical spinal stenosis who to the emergency department overnight with urinary incontinence as well as bowel incontinence and saddle anesthesia. States this was progressive over 4 weeks but has had no lower extremity weakness. Upper extremity weakness unchanged. He had an outpatient MRI 3 weeks ago which showed worsening canal stenosis that was not immediately surgical, but was told if his symptoms worsen to come to the ED. At the time my signout, patient was pending MRI read. MRI interpreted by myself and radiology shows no evidence of cord compression with known cervical canal stenosis unchanged. Shared these findings with the patient. Patient is resting comfortably, denies any back pain. Believe he is stable for discharge home. Providing him with neurosurgical follow-up in his depart paperwork and encouraging close follow-up as well as strict return precautions for any concerning or worsening symptoms related to his weakness, incontinence or pain. Able to ambulate appropriately. Patient is agreeable and understanding with this plan of action and patient is hemodynamically stable for discharge from the emergency department.

ADMISSION LAB WORK
09/20/23 03:27 Immature Granulocytes #: 0.06 K/uL
09/20/23 03:27 Lymphocytes #: 1.78 K/uL
09/20/23 03:27 Monocytes #: 0.86 K/uL
09/20/23 03:27 Eosinophils #: 0.09 K/uL
09/20/23 03:27 Basophils #: 0.06 K/uL
09/20/23 03:27 Differential Method: Automated
09/20/23 03:27 RDW-SD: 43.5 fL
09/20/23 03:27 C Reactive Protein: <3.0 mg/L
09/20/23 03:27 RBC: 5.35 M/uL
09/20/23 03:27 HGB: 15.6 g/dL
09/20/23 03:27 HCT: 46.8 %
09/20/23 03:27 MCV: 88 fL
09/20/23 03:27 MCH: 29.2 pg



RECEIVED
07/03/2024

| | |
|---|---|
| Result type: | .Emergency Room Report |
| Date/Time of Service: | September 20, 2023 8:20 MST |
| Result status: | Auth (Verified) |
| Result title: | Addendum MD hand-off |
| Contributed By: | SMITH MD, ANDREW MICHAEL on September 20, 2023 8:20 MST |
| Verified by: | SMITH MD, ANDREW MICHAEL on September 20, 2023 8:34 MST |
| Encounter info: | 44927168, BEMC, Emergency, 09/19/2023 - 09/20/2023 |

09/20/23 03:27 MCHC: 33 g/dL
09/20/23 03:27 RDW-CV: 13.7 %
09/20/23 03:27 Platelet: 330 K/uL
09/20/23 03:27 MPV: 10.0 fL
09/20/23 03:27 Nucleated RBCs, Automated: 0 /100 w bc's
09/20/23 03:27 Neutrophils %: 61.9 %
09/20/23 03:27 Immature Granulocytes %: 0.8 %
09/20/23 03:27 Lymphocytes %: 23.8 %
09/20/23 03:27 Monocytes %: 11.5 %
09/20/23 03:27 Eosinophils %: 1.2 %
09/20/23 03:27 Basophils %: 0.8 %
09/20/23 03:27 Neutrophils #: 4.63 K/uL
09/20/23 03:27 WBC: 7.5 K/uL
09/20/23 03:27 Anion Gap: 12
09/20/23 03:27 eGFRcr CKD-EPI: 45 mL/min/1.73 m2
09/20/23 03:27 Sodium: 138 mmol/L
09/20/23 03:27 Potassium: 3.2 mmol/L
09/20/23 03:27 Chloride: 100 mmol/L
09/20/23 03:27 CO2: 26 mmol/L
09/20/23 03:27 Glucose Level: 107 mg/dL
09/20/23 03:27 BUN: 17 mg/dL
09/20/23 03:27 Creatinine: 1.74 mg/dL
09/20/23 03:27 BUN/Creat Ratio: 10
09/20/23 03:27 Albumin: 4.5 g/dL
09/20/23 03:27 Protein, Total: 7.6 g/dL
09/20/23 03:27 Alb/Glob Ratio: 1.5
09/20/23 03:27 Calcium: 10.1 mg/dL
09/20/23 03:27 Bilirubin Total: 0.7 mg/dL
09/20/23 03:27 Alkaline Phos: 96 IU/L
09/20/23 03:27 ALT: 24 U/L
09/20/23 03:27 AST: 26 U/L

**Radiology Results:**

**MRI**

**_MR Cord Compression Limited Total Spine - Entered by: Martinez RT, Humberto - 09/20/2023 06:30**

INDICATION: Urinary and bow el incontinence; history of significant spinalstenosisCOMPARISON: MR cervical spine and brain dated 3/23/2022. MR cord compression andcervical spine dated 1/14/2022.TECHNIQUE: Noncontrast MRI assessment of cervical, thoracic and lumbar spine forevaluation of cord compression.FINDINGS:No lesions are seen causing cord compression.Examination is not adequate to evaluate cord signal abnormalities, degrees ofcentral stenosis or foraminal narrow ing. With the above caveat moderate/severe canal stenosis is seen at C5-C6 and C6-C7,mild degenerative changes are seen in thoracolumbar spine.IMPRESSION:1. No imaging finding for cord compression. The w orkstation used in generating this report w as CRI1CMJ0KH5ZN.



RECEIVED
07/03/2024

| | |
|---|---|
| Result type: | .Emergency Room Report |
| Date/Time of Service: | September 20, 2023 2:56 MST |
| Result status: | Auth (Verified) |
| Result title: | Bowel and Bladder Incontinence |
| Contributed By: | PARKER MD, BYRON SCOTT on September 20, 2023 3:10 MST |
| Verified by: | PARKER MD, BYRON SCOTT on September 22, 2023 21:01 MST |
| Encounter info: | 44927168, BEMC, Emergency, 09/19/2023 - 09/20/2023 |

# * Final Report *

## Bowel and Bladder Incontinence

**Patient: ROBISON, MARK LEE MRN: 455461 FIN: 44927168**
**Age: 57 years Sex: Male DOB:** [redacted]
**Associated Diagnoses: None**
**Author: PARKER MD, BYRON SCOTT**

**Basic Information**
History source: Patient, family, friend.
Arrival mode: Private vehicle.
History limitation: None.

Provider patient care initiated: 09/20/23 02:40 .

**History of Present Illness**
See MDM..

**Review of Systems**
Additional review of systems information: relevant ROS in MDM.

**Health Status**
Allergies:
Allergic Reactions (All)
No known allergies.
Medications: (Selected)
Documented Medications
*Documented*
[redacted] 1 tab, Oral, Daily, 0 Refill(s), Signed: 03/25/22 9:36:00 MST, Maintenance
Flexeril: 10 mg 1 tab, Oral, TID, PRN Spasms, 0 Refill(s), Signed: 03/25/22 9:36:00 MST, Maintenance
amLODIPine 5 mg oral tablet: 10 mg 2 tab, Oral, Daily, 0 Refill(s), Signed: 03/25/22 9:36:00 MST, Maintenance.
Immunizations: Immunizations (ST)
Immunization Info .

**Past Medical/ Family/ Social History**
Medical history:
Active
[redacted]
DO NOT DISCUSS HX IF PT HAS VISITORS (124502016)



RECEIVED
07/03/2024

| | |
|---|---|
| Result type: | .Emergency Room Report |
| Date/Time of Service: | September 20, 2023 2:56 MST |
| Result status: | Auth (Verified) |
| Result title: | Bowel and Bladder Incontinence |
| Contributed By: | PARKER MD, BYRON SCOTT on September 20, 2023 3:10 MST |
| Verified by: | PARKER MD, BYRON SCOTT on September 22, 2023 21:01 MST |
| Encounter info: | 44927168, BEMC, Emergency, 09/19/2023 - 09/20/2023 |

**Resolved**

**H/O: TIA (251692018): Resolved.**
**History of gastric bypass (V45.86): Resolved.**
**Stomach ulcer (1785985013): Resolved.**
**History of influenza vaccination (2955980010): Resolved on 03/24/2022 at 56 years.**
**Comments:**
**03/24/2022 MST 8:19 MST - SYSTEM**
**Influenza vaccine previously administered prior to admission for this flu season as stated by patient/proxy on March 24, 2022 08:19:47 MST..**

**Surgical history:**
**Gastric bypass (2819423013)..**
**Family history: Not significant.**
**Social history: Occupation: Employed, Family/social situation: not homeless.**

**Physical Examination**

**Vital Signs**

**VITALS**
Systolic Blood Pressure - 127 mmHg 09/20/23 02:44
Diastolic Blood Pressure - 112 mmHg 09/20/23 02:44
Respiratory Rate - 11 br/min 09/20/23 02:44
SpO2 - 95 % 09/20/23 02:44
Oxygen Therapy - Room air 09/20/23 02:44
Weight - 94.3 kg 09/19/23 23:26
-
Temperature Oral - 36.7 DegC 09/20/23 00:42
Temp F - 98.1 Deg F 09/20/23 00:42
Heart Rate Monitored - 89 bpm 09/20/23 02:44

**MAX TEMP 24HRS**
Temperature Oral - 36.8 DegC .
**General: Alert, no acute distress.**
**Skin: Warm, dry.**
**Head: Normocephalic, atraumatic.**
**Neck: Trachea midline, no JVD.**
**Eye: Normal conjunctiva, sclera anicteric.**
**Cardiovascular: Regular rate and rhythm, No murmur.**
**Respiratory: Lungs are clear to auscultation, respirations are non-labored.**
**Gastrointestinal: Soft, Nontender, Non distended.**
**Musculoskeletal: Normal ROM, no deformity, No midline spinal tenderness.**
**Neurological: Neuro exam below.**
**Psychiatric: Cooperative, appropriate mood & affect.**



RECEIVED
07/03/2024

| | |
|---|---|
| Result type: | .Emergency Room Report |
| Date/Time of Service: | September 20, 2023 2:56 MST |
| Result status: | Auth (Verified) |
| Result title: | Bowel and Bladder Incontinence |
| Contributed By: | PARKER MD, BYRON SCOTT on September 20, 2023 3:10 MST |
| Verified by: | PARKER MD, BYRON SCOTT on September 22, 2023 21:01 MST |
| Encounter info: | 44927168, BEMC, Emergency, 09/19/2023 - 09/20/2023 |

**Medical Decision Making**

Rationale: 57-year-old male with a history of hypertension, [redacted] bilateral upper extremity weakness secondary to cervical spinal stenosis who presents with urinary incontinence as well as bowel incontinence with saddle anesthesia. He has had progression of his symptoms over 4 weeks. He denies lower extremity weakness. His upper extremity weakness is unchanged. He has had progression of the neck pain during this timeframe. He denies IV drug abuse. Denies fevers, chills, trauma, falls. He had an outpatient MRI 3 weeks ago that showed worsening canal stenosis that was not immediately surgical. However, he was told if his symptoms worsen to return to the ED which is what he is doing now.

On exam, he has 4-5 strength in bilateral upper extremities with 3+ out of 5 of the distal right upper extremity. He has decreased reflexes in bilateral lower extremities patellar and Achilles 1+. He has 5 out of 5 strength. He does have numbness in the groin area.

Given the new findings, concern for worsening spinal canal stenosis or cord compression/cauda equina. Plan for MRI, basic labs with CRP. Less concerned about epidural abscess. Disposition per MRI result..

Results review: Lab results : LABORATORY

| | | |
|---|---|---|
| 09/20/2023 3:27 MST | WBC | 7.5 K/uL |
| | RBC | 5.35 M/uL |
| | HGB | 15.6 g/dL |
| | HCT | 46.8 % |
| | MCV | 88 fL |
| | MCH | 29.2 pg |
| | MCHC | 33 g/dL |
| | RDW-CV | 13.7 % |
| | RDW-SD | 43.5 fL |
| | Nucleated RBCs, Automated | 0 /100 wbc's |
| | Platelet | 330 K/uL |
| | MPV | 10.0 fL |
| | Differential Method | Automated |
| | Neutrophils # | 4.63 K/uL |
| | Lymphocytes # | 1.78 K/uL |
| | Monocytes # | 0.86 K/uL |
| | Eosinophils # | 0.09 K/uL |
| | Basophils # | 0.06 K/uL |
| | Immature Granulocytes # | 0.06 K/uL |
| | Neutrophils % | 61.9 % NA |
| | Lymphocytes % | 23.8 % NA |
| | Monocytes % | 11.5 % NA |
| | Eosinophils % | 1.2 % NA |
| | Basophils % | 0.8 % NA |
| | Immature Granulocytes % | 0.8 % NA |
| | Glucose Level | 107 mg/dL H |



RECEIVED
07/03/2024

| | |
|---|---|
| Result type: | .Emergency Room Report |
| Date/Time of Service: | September 20, 2023 2:56 MST |
| Result status: | Auth (Verified) |
| Result title: | Bowel and Bladder Incontinence |
| Contributed By: | PARKER MD, BYRON SCOTT on September 20, 2023 3:10 MST |
| Verified by: | PARKER MD, BYRON SCOTT on September 22, 2023 21:01 MST |
| Encounter info: | 44927168, BEMC, Emergency, 09/19/2023 - 09/20/2023 |

| | |
|---|---|
| BUN | 17 mg/dL |
| **Creatinine** | **1.74 mg/dL H** |
| **eGFRcr CKD-EPI** | **45 mL/min/1.73 m2 L** |
| BUN/Creat Ratio | 10 |
| Sodium | 138 mmol/L |
| **Potassium** | **3.2 mmol/L L** |
| Chloride | 100 mmol/L |
| CO2 | 26 mmol/L |
| Anion Gap | 12 |
| Calcium | 10.1 mg/dL |
| Protein, Total | 7.6 g/dL |
| Albumin | 4.5 g/dL |
| Alb/Glob Ratio | 1.5 |
| Bilirubin Total | 0.7 mg/dL |
| AST | 26 U/L |
| ALT | 24 U/L |
| Alkaline Phos | 96 IU/L |
| C Reactive Protein | <3.0 mg/L |

, **Medical Imaging (ST)**
**No Radiology Results In 36hr Time Frame**

.

**Diagnostics:**
During my evaluation, I independently read and interpreted the patient's
**Evaluation/Management:**

History obtained from: patient, family, ER nurse.
Social determinants affecting care: Lack of access to Primary Care, Lack of access to timely care from a specialty service.
During my evaluation, I reviewed prior external (non-ED) records describing the patient's care: Previous office visit, discharge, admission notes, medication fill history. Confirms past medical history. Patient requires Intraveneous. During my evaluation and work-up I have determined that patient will be.
Shared decision-making regarding disposition: Spoke with the: patient, family. Concluded that the patient will be.

**Reexamination/ Reevaluation**
Course: improving.
Notes: I reassessed patient after MRI, but prior to MRI results. He is feeling better. He remains neurologically intact and stable with his baseline. At the time of signout, plan is to follow-up on MRI result. There is nothing surgically organ to set the patient up with information for obtaining outpatient neurosurgical/spine surgical follow-up..

**Impression and Plan**
Urinary incontinence
Bowel incontinence
Neck pain
Plan



RECEIVED
07/03/2024