**Robison v. DG Retail, LLC, No. CV-25-03618-PHX-DGC**

**EXHIBITS TO DECLARATION OF SEAN A. WOODS (EXHIBIT 2)**

**Part 7 of 8: Index**

Exhibit Q: Theiler IME (January 10, 2025) and Kahn IME (February 27, 2025)

# EXHIBIT Q

Theiler IME (January 10, 2025) and Kahn IME (February 27, 2025)

ExamWorks

January 10, 2025

Pollart Miller LLC
5700 S. Quebec St., Suite 200
Greenwood Village, CO 80111

| | | | |
|---|---|---|---|
| RE: | EXAMINEE | : | Mark Robison |
| | CLAIM NUMBER | : | 7211446 |
| | EMPLOYER | : | Dollar General |
| | DATE OF INJURY | : | January 7, 2022 |
| | DATE OF EXAMINATION | : | January 10, 2025 |
| | EXAMINING PHYSICIAN | : | Anthony Theiler, MD, Orthopedic Surgeon |

To Whom This May Concern,

Mark Robison was seen for an Independent Medical Evaluation on January 10, 2025 in Phoenix, AZ.

The claimant was informed that this is an independent medical evaluation. This is regarding an industrial injury and is an opinion only. No treatment will be discussed or rendered. The claimant was also informed that if at any time during the exam he felt uncomfortable or had significant pain during the procedure, he is to immediately alert me and that part of the examination will be terminated.

Location: Downtown Phoenix.

Date of previous IME November 2, 2022.

<u>CHIEF COMPLAINT:</u>

"Same."

<u>EXAMINEE'S HISTORY OF ILLNESS/ACCIDENT:</u>

This is a second independent medical performed on Mr. Mark Robison, who was seen previously November 2, 2022, in the capacity of an independent medical evaluation related to January 7, 2022, date of injury. When seen previously, he was complaining of neck pain, arm pain, and severe weakness. At the time of his initial evaluation, there was no evidence of any injury to the shoulders as it relates to the incident in question. However, Mr. Robison required EMG/nerve conduction studies as well as a brachial plexus MRI scan and independent evaluations by neurologist and a spine surgeon. Addendums were provided after reviewing EMG/nerve conduction studies and brachial plexus MRI scan. However,

despite recommendations for independent evaluations, Mr. Robison was never seen by a neurologist but was instead seen by Jeffrey Scott, M.D, for unknown reasons. Dr. Scott then recommended Mr. Robison be seen by Dr. Sharma who performed surgery.

Regarding treatment since he was last seen, Mr. Robison reports that he saw Dr. Jeffrey Scott who really did not provide much treatment. He gave medications that were ineffective and said there was nothing further to do and referred him to Dr. Sharma. Dr. Sharma recommended anterior cervical decompression and fusion which was performed in April 2024, two-level fusion. Mr. Robison reports essentially he has had no change in his symptoms with the two-level anterior cervical decompression and fusion. However, he then states that maybe he has had a slight increase in range of motion of his cervical spine and maybe he can lift a little bit more with his arms although he states the improvement in lifting involves being able to lift 2 pounds of his right arm whereas previously he could only with 1 pound and now could lift 3 pounds with his left arm where previously he could only the 2 pounds. Therefore, essentially, Mr. Robison reports minimal improvement since he was seen over two years ago and had a two-level anterior cervical decompression and fusion. He states Dr. Sharma is recommending he return to Dr. Eifler for shoulder evaluation, however, Mr. Robison has absolutely no movement of his shoulders and it would be ludicrous for him to see a shoulder specialist as it would be below standard of care for anybody to operate on the shoulder since his problem is not coming from his shoulders.

Nonetheless, Mr. Robison reports minimal improvement of symptoms since he was last seen.

## EXAMINEE'S PRESENT COMPLAINTS:

Upper extremities: Regarding persistent symptoms, Mr. Robison describes chronic pain always 10+/10. He has cramping and spasm of his arms and neck area. He states he has no use of his arms and even has problems with activities of daily living. He has a difficult time getting dressed. He can barely get his hands to his face and his mouth and has to bring his arms close to his body in order to flex his elbows. Right side is worse than left. However, he has no motion of either shoulder.

## MEDICATIONS:

Mr. Robison reports taking Advil which provides no benefit. He states he does use ice in a Jacuzzi intermittently for temporary symptomatic relief.

## WORK HISTORY:

Regarding work, Mr. Robison was employed at Dollar General at the time of his injury. He has not returned to work since his injury three years ago.

He is not working in any capacity and has not since the date of injury.

Since he was last seen, there has been no acute recurrent injury or trauma.

## PAST MEDICAL HISTORY:

Mr. Robison has a prior history of [redacted] positive for 28 years, but he states he his levels are not detectable. He has had a previous gastric bypass with subsequent reversal. He reports that he was 260 pounds but had an aortic bleed and when the aortic bleed was repaired the gastric bypass was reversed.

In addition, he has had the anterior cervical decompression and fusion C5 through C7 by Dr. Sharma on April 25, 2024.

Allergies: No known drug allergies.

## SOCIAL HISTORY:

Mr. Robison is a 59-year-old male, former employee of Dollar General. He has not worked for last three years since the date of injury. He is right-handed. He is single has no children. He reportedly still smokes a couple of cigarettes per day and drinks a beer per week since he reports his information essentially has not changed since his previous evaluation.

He is on social security disability. He does not utilize medical marijuana.

## PHYSICAL EXAMINATION:

A 59-year-old male, who is 5 feet 11 inches tall, weighs 197 pounds.

He is very disheveled and in poor physical condition. However, he has significant atrophy of his right shoulder girdle. This includes his right biceps, his right deltoid, the triceps area, supraspinatus, infraspinatus and all three heads of his deltoid. He essentially has no motion of his right shoulder. He has maybe 10 degrees of flexion, 10 degrees of extension, no rotation. He has no abduction. He has weakness of his right elbow with flexion and extension. He has to bring his arm against his body in order really flex his elbow. He has similar findings on the left side but no significant atrophy of his left side, but he has weakness of his left shoulder and has extremely limited range of motion of his left shoulder. Much less atrophy on the left side as well. However, a standard exam could not be performed due to his lack of active range of motion. He has much better passive range of motion but passive range of motion of right shoulder is painful, but there is no crepitation. He has an easily palpated humeral head due to his deltoid atrophy on the right side but has much improved passive range of motion but reports pain and any further examination of the right shoulder is not clinically significant given that he has diffuse right shoulder girdle atrophy and essentially no significant active range of motion of the right shoulder but improved passive range of motion. Provocative maneuvers could not be performed. He has generalized weakness of flexion and extension of his right elbow as well. However, he has much less atrophy distally, all his atrophy is proximal.

From an orthopedic extremity perspective, there is absolutely no intrinsic right nor left shoulder pathology and certainly nothing that requires any evaluation/treatment. Therefore, there is absolutely no indication to refer back to Dr. Eifler. There is absolutely no surgical indications for his diffuse weakness that is a neurologic problem most likely consistent with Parsonage-Turner type syndrome of his right upper extremity. However, then there is no good explanation for his left shoulder complete lack of active range of motion since his atrophy is much less on his left side, but examination of the left side is very similar to the right side with the absence of much less atrophy of the musculature left shoulder girdle versus right shoulder girdle.

<u>SUMMARY:</u>

Mr. Mark Robison is a 59-year-old male, former employee of Dollar General, who sustained an injury on January 7, 2022, while lifting a case of water feeling a pop and pain in both shoulders with numbness bilaterally and inability to use right arm immediately thereafter. He was previously seen in the capacity of an independent medical evaluation on November 2, 2022. The diagnosis at that time from an orthopedic extremity perspective was one of no objective evidence of any intrinsic shoulder pathology contributing to his current complaints. It was noted that he had possible bilateral posterior labral tears, however, these are incidental findings and not clinically significant and would not need to be treated on a pain management nor orthopedic perspective. The MRI scans were mirror images of each other and his mechanism of injury would not have caused any posterior labral pathology nor was that posterior labral pathology clinically significant. Therefore, there is no evidence of any intrinsic shoulder pathology related to the incident in question. However, he had radicular-type symptoms and had some atrophy of his right shoulder girdle and further diagnostic studies were warranted as well as independent medical evaluation to be performed by a neurologist and this orthopedic spine surgeon.

EMG/nerve conduction studies were then performed on February 1, 2023, and reportedly showed severe chronic active right C5-6 radiculopathy versus a severe right upper trunk brachial plexopathy and mild chronic left C7 radiculopathy with moderate bilateral median neuropathy at the wrist. The brachial plexus MRI scan performed at SimonMed was unremarkable. However, given the EMG/nerve conduction studies, again, an independent medical evaluation was recommended by an orthopedic spine surgeon as well as a neurologist.

For some reason, Mr. Robison was then treated by Jeffrey Scott, M.D., at Palo Brea Pain and Rehab. He was also seen by Dr. Eric Eifler (M.D.), despite no recommendations being made for an evaluation by an orthopedic shoulder specialist given his clinical presentation.

He was seen by Dr. Eifler on June 6, 2023. His injury was noted. Per Dr. Eifler regarding his shoulder, he did have a labral tear but that was not symptomatic and surgery was not indicated. It was also recommended he be seen by a neurologist but for some reason also recommended he follow up with Dr. Scott or Dr. Sharma. He was then seen by Dr. Scott for initial evaluation August 15, 2023, who recommended a cervical decompression and fusion, as recommend he see Dr. Sharma and an updated MRI scan was performed of the cervical

Sent To OC
01/17/2025
By PM LLC

spine on August 24, 2023. He then presented to the emergency department at Banner on September 20, 2023, reporting urinary incontinence as well as bowel incontinence and saddle anesthesia. However, workup was negative. Therefore, there appears to be other non-orthopedic entities contributing to his perceived symptoms and disability since he presented to the emergency department reporting bowel and bladder incontinence and a workup was completely negative. Nonetheless, Mr. Robison does have significant atrophy of his right shoulder girdle and continued to treat with Dr. Jeffrey Scott and was kept on a no work status and further treatment deferred to Dr. Sharma. He was then seen by Dr. Sharma (M.D.), at Atlas Neurosurgery and Spine Center February 7, 2024, who recommended surgery. Surgery was then performed April 25, 2024, involving anterior cervical decompression and fusion C5-6 and C6-7. Mr. Robison followed up at regular intervals postoperatively. On July 19, 2024, "he still does not feel great." He was told to continue physical therapy. He was then seen by Dr. Jeffrey Scott October 31,. 2024. He continued to have pain, twitching and constant migraines. He then apparently was referred to Dr. Shayya for treatment of the migraines but nobody ever fully evaluated his atrophy of his shoulder girdle. It was recommended he follow up with Dr. Eifler for bilateral shoulder problems which is ludicrous given his clinical presentation and no use of his upper extremities, yet he has not been provided with a definitive neurologic diagnosis.

Dr. Scott even recommended a spinal cord stimulator trial which defies logic given Mr. Robison's clinical presentation. Additional pain management is not indicated even remotely as there was still no definitive diagnosis yet aggressive pain management is being recommended by Dr. Scott for reasons unknown to this evaluator and certainly not even remotely indicated.

He returned to Dr. Sharma on November 15, 2024, regarding answering certain questions related to a cervical spinal cord stimulator. He was referred back to Dr. Eifler for evaluation of his shoulders. He would be referred to Dr. Eifler for his right shoulder. However, Mr. Robison continues to have diffuse right shoulder girdle atrophy and he has no motion of his right shoulder and there is absolutely no indication for evaluation for his right shoulder as he does not have intrinsic shoulder pathology that is even remotely clinically significant. He has still not been given a definitive diagnosis for his right shoulder girdle atrophy. It appears he has Parsonage-Turner type syndrome which would not be a work-related entity, but again there has been no definitive diagnosis by his spine surgeon nor by his pain management physician to justify any further treatments.

There is no indication for any additional spine surgery. There is no indication for any orthopedic treatment of any shoulder condition as he has no motion of his shoulders and he did not injure his shoulders with his initial lifting event as previously noted when seen over two years ago in the capacity of his previous independent medical evaluation .

Any further pain management or orthopedic interventions would be below standard of care without a definitive diagnosis.

In short, Mr. Robison reports no change in his symptoms compared to when he was seen over two years ago despite having a two-level anterior cervical decompression and fusion. If

any, these symptoms are worsening. From an orthopedic extremity perspective, there is no evidence of any injury to the shoulders as it relates to the incident in question. He has undergone an accepted two-level cervical fusion without any improvement in symptoms. Yet, he is yet to be provided with a definitive diagnosis. At this point, the tentative diagnosis is Parsonage-Turner syndrome. However, this is being stated from an orthopedic perspective and Mr. Robison needs to be seen by a neurologist for an independent medical evaluation to assess whether or not he has any neurologic condition that could even remotely be related to the initial lifting injury at work. No further treatment is warranted until a definitive diagnosis is provided. From an orthopedic perspective, he requires no further treatment. There is no impairment as it relates to his shoulder since there was no injury to his shoulders as it relates to the incident in question.

He would have a standard impairment for two-level anterior cervical decompression and fusion since that injury was accepted and the surgery was performed.

<u>CONCLUSION/QUESTION/OPINIONS:</u>

As noted in summary above, Mr. Robison did not sustain any acute injury to his shoulders. He requires no further orthopedic treatment of his shoulders. As noted, any orthopedic intervention regarding his shoulders would be below standard of care since he has no intrinsic shoulder pathology responsible for his clinical presentation. Likewise, pain management interventions are not indicated in anyway whatsoever. A cervical spinal cord stimulator is ludicrous to suggest that this point given his clinical presentation since he has never been diagnosed officially with any plausible condition that could explain his clinical presentation today. He has diffuse right shoulder girdle atrophy. He has never been provided with any definitive diagnosis. Dr. Sharma has not provided any definitive diagnosis other than performing anterior cervical decompression and fusion at two levels which was not clinically beneficial in anyway whatsoever. Therefore, there is absolutely no indication for a spinal cord stimulator. There is no indication for any continued treatment by Dr. Jeffrey Scott.

Mr. Robison can continue to follow up with Dr. Sharma under supportive care since Dr. Sharma did the surgery and could certainly provide any necessary medications for his spinal cord fusion. However, from an orthopedic extremity perspective, he requires no further treatment and not need to be evaluated by Dr. Eifler.

He should be seen in the capacity of an independent medical evaluation by a board-certified neurologist for a definitive diagnosis regarding his atrophy and limited use of both upper extremities.

From an orthopedic extremity perspective, there is no reason for restrictions nor any impairment. He obviously has work restrictions related to his neurologic condition, but there are no work restrictions from an orthopedic extremity perspective and no impairment and no need for active care nor supportive care. He requires no further pain management.

Assuming that his anterior cervical decompression and fusion is stable, an 11% whole person impairment is applicable utilizing the Sixth Edition AMA Guides. It is impossible to provide a definitive diagnosis since he does not appear to have a true radiculopathy and he has more of a generalized neurologic problem, possibly Parsonage-Turner syndrome of his right upper extremity. However, this diagnosis needs to be provided by a neurologist and cannot be provided from an orthopedic extremity specialist.

Generally, regarding anterior cervical decompression and fusion, two levels, without complication, no work restrictions would be indicated. However, given his clinical presentation, from a perspective of his work-related injury, generally 75 pounds pushing and pulling, 50 pounds occasional lifting and carrying, 25 pounds frequent lifting and carrying would be reasonable. However, it is obvious that Mr. Robison is incapable of performing the job duties, however, this would appear to be related to his neurologic condition and not related to a cervical spine nor his extremities.

Therefore, in short, Mr. Robison needs a definitive diagnosis to be provided by a neurologist in the capacity of an independent medical evaluation to assess causality.

It should be noted no treatment was rendered, discussed, or implied as it pertains to the examinee's complaints and/or the industrial injury in question. After the exam was performed, he left the office in no acute distress.

Thank you for the opportunity to evaluate Mr. Robison. Please contact me through ExamWorks if I can be of further assistance.

Sincerely,

Anthony Theiler, MD
Orthopedic Surgeon
***Dictated not Read***

AT:modl

**RECORDS REVIEW:**

June 1, 2023, SimonMed Imaging, x-ray of the right shoulder. Impression: Mild AC joint osteoarthrosis, otherwise unremarkable.

June 6, 2023, Eric Eifler, MD. This is a 57-year-old male who presents with bilateral shoulder pain status post-injury at work that occurred on January 7, 2022. He was

unloading cases of water when he felt a pop from his neck/chest and both of his arms went numb. CT of the right shoulder on January 14, 2022 indicated no fracture. MRI of February 18, 2022 indicated a posterior labral tear. EMG on February 1, 2023 indicated severe chronic active right C5-C6 radiculopathy versus severe right upper trunk brachial plexopathy, and mild chronic left C7 radiculopathy with carpal tunnel syndrome. Pain is 10/10. On physical examination of the right shoulder, he had visible atrophy of the deltoid, biceps, and triceps, flexion actively 10 degrees, passively 140 degrees, abduction actively 10 degrees and passively 140 degrees. Strength 1/5 in external rotation, internal rotation and testing of the biceps and triceps strength. Positive Neer's, Jobe's full can and Jobe's empty can, he had significantly decreased strength with Jobe's testing. Regarding the left shoulder, he had active flexion 90 degrees, abduction 100 degrees, and 3/5 strength in external and internal rotation. Imaging reviewed. Regarding his shoulder, he does have a labral tear, it is not symptomatic at this point, and surgery is not indicated. Considering the neurologic disease present, this needs to be assessed first by a neurologist. He was given a prescription for Celebrex. No use of the arms. He was to follow up with Dr. Scott or Dr. Sharma. Desk work only.

August 15, 2023, Palo Brea Pain and Rehabilitation, Jeffrey Scott, MD. Initial consultation. History of injury and subsequent treatment noted. He complains of shoulder pain rated 8 to 10/10 on the right. He also complains of pain in the bilateral lower cervical region rated 8 to 10/10. He complains of numbness and tingling in the neck, and numbness and tingling in the right arm. He is positive for [redacted] and depression. Cervical flexion 30 degrees, extension 15 degrees, right and left rotation 50 degrees. He had nearly full passive range of motion of his shoulders. He had decreased strength in the bilateral upper extremities. He has symptomatic cervical myeloid radiculopathy and very likely needs a decompression and fusion. He is hyperreflexic in the left arm and globally weak in both shoulders. It was agreed with Dr. Eifler that he needs to see Dr. Sharma for spine surgery consultation. It was also recommended that his cervical MRI be updated in preparation for the consultation.

August 24, 2023, SimonMed Imaging, MRI of the cervical spine without contrast. Impression:

- Stable exam. Spondylosis at C5-6 resulting in severe spinal canal stenosis with severe bilateral neural foramen stenosis, unchanged. There is encroachment on the exiting bilateral C6 nerve root and mild spinal cord flattening.
- Moderate to severe bilateral neural foraminal stenosis with moderate spinal canal and bilateral lateral recess stenosis at C6-7, unchanged.
- Moderate bilateral neural foraminal stenosis at C4-5, stable.
- Moderate to severe right and mild to moderate left-sided neural foraminal stenosis with mild spinal canal stenosis, unchanged at C3-4.
- These findings are age indeterminate.

September 12, 2023, Palo Brea Pain and Rehabilitation, Jeffrey Scott, MD. MRI scan reviewed. His pain is 10/10. He reports pain in the neck and shoulders with spasms in the arms, which causes cramping in the fingers. He is also reporting numbness in the perianal

area and has urinated twice without knowing. Today he is reporting episodic urinary incontinence and perigenital numbness. It was recommended he go directly to the ER due to the numbness and episodic incontinence. He may need emergent cervical decompression. He continued to be hyperreflexive in the left arm and globally weak around both shoulders. No lower extremity tract signs. Non-work status.

September 20, 2023, Banner Radiology, MRI cord compression, limited total spine. Impression: No imaging finding for cord compression.

September 20, 2023, Banner Emergency Department, Andrew Smith, MD. This is a 57-year-old male with a past medical history of hypertension, [redacted] bilateral upper extremity weakness secondary to cervical spinal stenosis, who presented to the Emergency Department with urinary incontinence as well as bowel incontinence and saddle anesthesia. He states this was progressive over four weeks, but he has not had lower extremity weakness. His upper extremity weakness is unchanged. He had an outpatient MRI three weeks prior. The MRI done at the time of this visit showed no evidence of cord compression with non-cervical canal stenosis unchanged. It was felt he was stable for discharge home. He was encouraged to follow up with neurosurgery.

January 7, 2022, Palo Brea Pain and Rehabilitation, Jeffrey Scott, MD. He did go to the ER after the last visit, it was determined he was not a surgical emergency. Light touch and pain sensation deficit noted at C6-7 bilaterally. Continued recommendation that he see Dr. Sharma. Continue on a non-work status with follow-up in six weeks.

January 30, 2024, Palo Brea Pain and Rehabilitation, Jeffrey Scott, MD. His appointment with Dr. Sharma has been authorized. He is still having nerve pain in both arms. Non-work status. Future care deferred to Dr. Sharma.

February 7, 2024, Atlas Neurosurgery and Spine Center, Abhishiek Sharma, MD. This is a 58-year-old who represents for evaluation of neck and bilateral upper extremity weakness. History of injury, and subsequent treatment noted. Currently, he is significant for neck pain and bilateral upper extremity weakness. He also reports headaches and cramping to his upper extremities, and he has noted atrophy to his right arm. He states he has difficulty buttoning his shirts and lifting his arms above shoulder level. He states he quit smoking in November of 2023. On physical examination, he had decreased range of motion of the cervical spine. Strength of the right biceps 4/5, right triceps 4-/5, right deltoid 2/5, left arm 4+/5 and left deltoid 4/5. Positive Hoffman's, two beats of clonus bilaterally. Imaging reviewed. Imaging shows a large disc extrusion at C5-6 and C6-7 with severe canal stenosis. His symptoms are debilitating, given the longstanding nature of the symptoms, it is likely these will improve without surgical intervention. Discussed was an anterior surgical decompression and fusion at C5-7 with direct visualization.

February 8, 2024, SimonMed Imaging, x-ray of cervical spine. Impression: Moderate degenerative changes without evidence of acute fracture.

April 9, 2024, Atlas Neurosurgery and Spine Center, Katherine Brown, NP. Preoperative visit.

April 25, 2024, Apollo Surgery Center. Surgeon: Abhishiek Sharma, MD. Pre- and postoperative diagnoses:

- Cervical myelopathy/radiculopathy C5-C7
- Neck pain
- Arm pain and numbness

Procedures performed:

- Anterior cervical discectomy C5-6 and C6-7.
- Anterior arthrodesis C5-6-7
- Anterior instrumentation C5-6-7, globus
- Preparation of structural allograft for spinal fusion
- Use and interpretation of interoperative fluoroscopy
- Use of interoperative monitoring

May 29, 2024, SimonMed Imaging, x-ray of cervical spine. C5-6 and C6-7 disc prosthesis, the disc spaces are otherwise normal. No significant arthritic change.

May 30, 2024, Atlas Neurosurgery and Spine Center, Abhishiek Sharma, MD. He is four weeks postop. He states he experienced significant post-surgical pain and difficulty swallowing for approximately 10 days after surgery. However, these symptoms gradually improved. He states his symptoms remain generally unchanged in comparison to his preoperative symptoms. He does report increased muscle spasms through his right upper extremity as well as numbness to his left hand. He admits he cannot discern which symptoms have been longstanding and which symptoms are new as he has experienced such diffuse symptoms over the last two years. It was recommended that he begin a dedicated cervical physical therapy regimen. He was given an additional prescription for pain medication and a muscle relaxant for symptom relief. Discussed trialing gabapentin, which was declined by the patient given his poor past experience with the medication. He will follow up in four weeks.

June 14, 2024, Atlas Neurosurgery and Spine Center, Abhishiek Sharma, MD. He is reporting left-sided neck spasms, continued left arm pain, swelling, nausea, and generalized pain. He states he is miserable. He takes Percocet at night sparingly. He did not pick up his muscle relaxant from the pharmacy. He continues to feed his horses and take care of things around the house. He would like to try acupuncture if he finds the right person. He had decreased range of motion of the cervical spine. Positive Hoffman's. His improvement has been slow. He was to continue exercise therapy postoperatively. He was to follow up in four weeks.

Sent To OC
01/17/2025
By PM LLC

July 19, 2024, Atlas Neurosurgery and Spine Center, Lori Stanley, NP. He still does not feel great. He continues to have some hoarseness, and he feels like he has dull neck pain. His arm strength and range of motion has not changed. He has not thus far attended physical therapy. He states the muscle relaxants and Medrol Dosepak make him nauseous, and he takes the hydrocodone sparingly for pain at night. He was to attend postoperative physical therapy, he was to follow up in four weeks. Non-work status.

October 31, 2024, Palo Brea Pain and Rehabilitation, Jeffrey Scott, MD. Postoperatively, he has continued to have pain, twitching and constant migraine. He had an MRI done and it was recommended he attend physical therapy. Due to his migraines, he was referred to Dr. Shayya, and he is now getting treatment for migraines with injections and medications. He is scheduled to see Dr. Eifler for his bilateral shoulders. He is very depressed about his situation. He is currently off work. He continues to have pain rated 10/10. Will defer future care to Dr. Sharma from this point. Plan to get their input on a spinal cord stimulator trial.

November 15, 2024, Atlas Neurosurgery and Spine Center, Abhishiek Sharma, MD. His migraines have improved since his last visit and he feels 50% better since his migraines have stopped. Dr. Scott has recommended a cervical stimulator trial. He had several questions regarding the stimulator. He would like a referral to Dr. Eifler to evaluate his shoulders. He has started physical therapy, he feels like his neck is stronger. He was to be referred to Dr. Eifler for his right shoulder. He was to follow up in four weeks.

Received by ICA on 06/06/2025 04:41:54 PM

Submitted on 06/06/2025 04:41:56 PM

**LEO KAHN, M.D., P.C.**
*Diplomate American Board of Psychiatry and Neurology*
**1110 East Missouri Ave, Suite 110** **Phone: 602-271-0950**
**Phoenix, Arizona 85014** **Fax: 602-258-1386**

February 27, 2025

Ms. Megan Bornmann
ExamWorks LLC
3030 North Central Avenue, Suite #920
Phoenix, AZ 85012

**RE:** Mark Robison
**Claim #:** 7211446
**Employer:** Dollar General
**DOI:** January 7, 2022

Dear Ms. Bornmann:

Mark Robison is a 59-year-old right-handed man who is seen today at your request for a Neurological Independent Medical Examination with respect to a January 7, 2022 industrial injury. Mr. Robison signed two consent forms acknowledging he was informed of the nature and purpose of today's examination. He was further informed verbally that no treating physician/patient relationship will be established and he was not to engage in physical maneuvers beyond his level of tolerance.

Mr. Robison tells me on the date of injury, he was at work as a manager for a Dollar General Store. He reports he was unloading a cart which contained individual cases of 24 bottles of water. He says he was transferring one case at a time from the cart to a shelf. He says the work was essentially below waist level. He tells me during one of the transfers he heard a "loud pop" and he describes the acute onset of severe, sharp burning, radiating pain involving his neck into both arms. He reports the pain extended globally throughout both arms to the fingers. He said he also developed head pain.

He says both arms immediately developed weakness and, he stopped transferring the water bottles. He says he then attempted to work the cash register; however, needed the left arm to stabilize the right arm as he was punching the buttons on the register. He tells me he was then sent to a doctor.

Mr. Robison tells me he developed progressive weakness in both arms. He says the weakness was more pronounced in the right arm. He reports the pain in the neck and throughout both arms continued. He had difficulty describing when he plateaued in terms of the development of both the pain and weakness. He reports he underwent a C5-6, C6-7 anterior cervical discectomy and fusion and believes his condition stabilized at that time. However, he does not report any functional improvement when comparing his presurgical versus postsurgical timeframe.

He reports at the present time his pain level is diminished as compared to what it was initially at the time of the industrial injury. He tells me prescription analgesic agents have not been beneficial. He says he is not interested in the use of any opioid analgesic agents. He reports he

Received by ICA on 06/06/2025 04:41:54 PM

Submitted on 06/06/2025 04:41:56 PM



uses Advil up to 1600 mg per day and Tylenol anywhere from 0-4 tablets per day in an attempt to help minimize his pain. He says these medications are slightly beneficial.

Mr. Robison tells me prior to the industrial incident, he did not have any viral illnesses. He says he does not vaccinate.

He does not report any symptoms involving his legs.

At the present time, he reports his chronic pain involves his neck, upper torso and both arms.

The neck pain is reported to be constant. He says he has intermittent muscle spasms involving both arms. He reports the pain in his arms is sometimes sharp. He says he has intermittent however daily cramping involving his fingers.

Mr. Robison tells me following the industrial incident; he developed "migraine" headaches. He describes these as a pounding sharp sensation beginning over the posterior head region and then radiating in a global fashion. He says the headaches are associated with light sensitivity as well as nausea and vomiting. He tells me he is currently under the care of Dr. Shayya and has been treated with Ajovy. He reports following two Ajovy injections his headaches have resolved and he does not currently have any headaches. He is planning to follow up with Dr. Shayya for his headaches.

He denies any prior history of neck or arm symptoms predating the 01/07/2022 industrial incident.

**PAST MEDICAL HISTORY:**

1. [redacted] positive
2. No reported history of hypertension, diabetes or thyroid disease
3. C5-C7 ACDF

**MEDICATIONS:** [redacted] Advil maximum 1600 mg per day, Tylenol 0-4 tablets per day and Ajovy.

**ALLERGIES:** No known drug allergies.

**SOCIAL HISTORY:** Tobacco, alcohol and marijuana usage are denied. He is currently not working.

**FAMILY HISTORY:** Noncontributory.

**REVIEW OF SYSTEMS:** He does not report any bowel or bladder dysfunction.

**PHYSICAL EXAMINATION:** General Appearance: Well-developed man. He required help both removing and putting on his T-shirt. Vital Signs: He lists his height as 6 feet and weight as 175 pounds. Blood pressure is 124/84, pulse 78 and regular. Head demonstrates good superficial temporal artery pulses. There is slight temporalis muscle wasting. Eyes: His pupils

Received by ICA on 06/06/2025 04:41:54 PM

Submitted on 06/06/2025 04:41:56 PM



are 3 mm. The fundi are not visualized. There is no afferent pupillary defect. There is no ptosis. Neck demonstrates a severely restricted range of motion in all planes of direction. There is a healed horizontal anterior surgical scar. There is marked atrophy of the right greater than left trapezius region. He has essentially no active range of motion of the right shoulder with marked limitation of range of motion of the left shoulder. There is severe right shoulder region atrophy with a much lesser degree of atrophy of the left shoulder region. The right supraspinatus region has atrophy greater than the infraspinatus region. There is less atrophy of the left supraspinatus and infraspinatus regions. He also has atrophy of the pectoralis regions bilaterally. There are no carotid or supraclavicular region bruits. Heart rate is regular.

Neurologic: He presents as an alert and pleasant individual. He has no difficulty maintaining conversation. Cranial nerves: Visual fields are grossly full to confrontation. Extraocular motion is full bilaterally including saccadic and pursuit movements. No nystagmus is observed. Facial sensation is reported to be intact throughout all three divisions of the trigeminal nerve bilaterally. Face is symmetric without evidence of weakness. Hearing is grossly intact bilaterally. Palate elevates well and his tongue protrudes in the midline. Speech is clear.

Motor exam demonstrates essentially no motor function of the right deltoid biceps and triceps. He has about 3+/5 strength involving the right brachioradialis. Wrist extension is slightly stronger as is intrinsic hand muscle function. On the left, he had some degree of active contraction of the deltoid. Left triceps and biceps muscles are about 3/5. Left brachioradialis is 3+-4/5 and left wrist extension is about 4/5. Left intrinsic hand muscle strength is 4-4+/5.

There is profound right upper arm atrophy as compared to the left upper arm. There is slight atrophy distally over the forearms bilaterally. No significant atrophy is observed in the hands.

He has normal power in both legs.

The left biceps and left triceps reflexes are 1+. The left brachioradialis reflex is trace. The right biceps, triceps and brachioradialis reflexes are absent. The right knee jerk is 2, the left is 1. Both ankle jerks are trace. Plantar responses are flexor bilaterally. No ankle clonus could be elicited.

He maintains position sense as well as vibratory sensation at the great toes bilaterally. Position as well as vibratory sensation are absent at the long fingers bilaterally.

He reports a significant muting of sensation diffusely throughout both arms extending over the pectorals and upper posterior torso bilaterally. He reports that he appreciates sensation distally in both legs.

Heel-to-shin maneuver is performed well bilaterally. He is unable to perform finger to nose maneuver with his arms.

He ambulates with a slightly wide-based stiff gait reporting he has trouble with his balance (related to decreased arm swing). Romberg sign is negative. He did not wish to walk on his heels or toes. He also did not wish to perform tandem gait. He briefly stood on either leg independently with some assistance from the examination table.

Received by ICA on 06/06/2025 04:41:54 PM

Submitted on 06/06/2025 04:41:56 PM



**REVIEW OF MEDICAL RECORDS:**

Approximately 230 pages of medical records were provided for review. While all the records have been reviewed, following is a summary of those records.

01/28/2022, Concentra, patient injured his shoulders at work. He was unloading a truck and moving heavy water bottles when he heard his left shoulder pop, then his right shoulder. He went to ER on 01/14/2022 at Banner Estrella Hospital. Blood pressure extremely elevated in ER per patient. Denies history of hypertension. Denies any vomiting, diplopia, dizziness or headache. He is right-handed. He has cramping of his hands and numbers at times of his right arm. His shoulders are symptomatic at this time, left shoulder hurts worse than right. X-ray studies were reviewed, head CT with no acute bleed, mild cerebral white matter disease most likely chronic small vessel disease. MRI done of brain with no contrast with no acute intracranial abnormalities. CT scan of cervical spine with straightening of cervical spine present, moderate degenerative joint disease present, mild to moderate C5-C6 spinal canal and foraminal stenosis. MR cord compression total spine done for arm weakness, no gross cord compression present. On examination, blood pressure 180/128, pulse 82. Neurologic exam was unremarkable. The assessment is right and left shoulder strain. He was placed on cyclobenzaprine. He was to start diclofenac. He is referred to a physiatrist.

02/01/2022, Concentra, it was reported he return to follow-up for bilateral shoulder pain, is started on 12/03/2021 when he was unloading heavy water bottles. Felt a pop, sudden onset of pain in his right shoulder, continued working, then he felt a pop in his left shoulder with sudden onset of pain. Is unsure it may have been left side first. He continued working and had an event when he passed out working the cash register. He was taken to West Valley Hospital. His BP was 70/40 and then 60/40. He was discharged home. He went to the ED at Banner Estrella because his shoulder pain continued to be severe. Elevated blood pressure is new. He has ongoing severe pain in both shoulders. On examination, blood pressure 192/135, repeat 197/149. Neurologic exam was unremarkable. He was to start tramadol and Tylenol. He was referred to a physiatrist.

He maintained follow-up visits at Concentra. Reported ongoing bilateral shoulder pain.

02/24/2022, MRI cervical spine. Impression was diffuse cervical spondylosis with right facet edema at C4-5. C5-6 moderate canal stenosis with mild cord compression. No cord edema is seen at this time. Severe bilateral foraminal stenosis. C6-7 moderate spinal canal stenosis with moderate bilateral foraminal stenosis. Moderate right foraminal stenosis C4-5.

02/24/2022, MRI bilateral shoulders 02/18/2022. Impression: Negative right brachial plexus for brachial plexus mass or significant non-contrast evidence of brachioplexopathy. No discrete muscle atrophy or myositis. Presumed spondylitic Modic type I endplate marrow edema C5-6. Not present on February 24, 2022. Lobulated tubular T2 hyperintensity ventral to the odontoid is unchanged from prior nonspecific. It could reflect a vessel lymphocele or be related to C1-C2 degenerative change. Congenitally small cervical thecal sac due to foreshortened lamina. Large disc extrusions at C5-6 and C6-7 caused a moderate to severe canal stenosis and grossly similar

Received by ICA on 06/06/2025 04:41:54 PM

Submitted on 06/06/2025 04:41:56 PM



given the difference in technique better visualized on the prior MRI cervical spine. Remote left clavicular fracture and moderate bilateral AC degenerative change. 1.3 cm right thyroid nodule.

03/29/2022, Concentra, states his upper extremity symptoms are unchanged. Neck pain is worse with up to 10/10 pain with very limited range of motion of his upper extremities. Neurologic exam related to the cervical spine normal grip bilaterally. Sensation intact to light touch. Right upper arm and posterior shoulder atrophy. Cervical spine appearance is normal. Right rotation 50 degrees and painful, left rotation 50 degrees and painful. Biceps reflexes 0/4 right, 2/4 left, brachioradialis 2/4 bilateral. Cranial nerve exam unremarkable. Diagnosis was bilateral arm weakness, cervical myelopathy with cervical radiculopathy left and right shoulder strain.

04/28/2022, MRI right brachial plexus. Impression: Severe degenerative disc disease and cervical stenosis. MR imaging of the cervical spine recommended. Normal MRI of brachial plexus. No mass or cyst. There is mucosal thickening in the partially visualized paranasal sinuses likely congestive or inflammatory.

05/04/2022, Kevin Ladin, M.D. A 56-year-old right-hand dominant man. Was unloading case of water from a truck and stocking them in the store. He experienced a pop in his neck and shoulder region. He has pain in his left shoulder initially followed by his right along with pain in his neck. Seen at Concentra. Treatment, physical therapy was ineffective and increased his symptoms. Currently indicates he continues to experience pain diffusely in his neck and in both shoulders. In addition for the past several weeks, he describes progressive "atrophy" and weakness in both upper limbs but with an inability to raise his right arm. Also describes cramping in his right arm. Examination notable for decreased range of motion of cervical spine and shoulders. Neurologic exam demonstrated reflexes 2+ symmetric, motor strength decreased in both upper extremities right greater than left. Lower extremities demonstrate 5/5 strength throughout. Sensory exam intact. Assessment was sprain of the ligaments of cervical spine, sprain of left and right shoulder joint weakness. Plan was to proceed with electrodiagnostic studies of the upper extremities.

11/02/2022, Anthony Theiler, M.D., Independent Medical Examination. Diagnosis from an orthopedic perspective would be no objective evidence of intrinsic shoulder pathology. There may be cervical spine sprain/strain with some radicular type symptoms although his clinical picture is not consistent with a cervical radiculopathy. Has right shoulder girdle atrophy. EMG and nerve conduction study as well as neurological evaluation was recommended.

01/11/2023, MRI right brachial plexus shoulder. Comparison MRI cervical spine.

02/01/2023, electrodiagnostic studies. Impression: Severe chronic active right C5-6 radiculopathy versus a severe right upper trunk brachial plexopathy. Findings most likely reflect a mild chronic left C7 radiculopathy and mild to moderate bilateral median neuropathies at the wrist.

02/21/2023, Anthony Theiler, M.D. Addendum report recommending Independent Medical Evaluation by orthopedic spine surgeon as well as neurologist.

Received by ICA on 06/06/2025 04:41:54 PM

Submitted on 06/06/2025 04:41:56 PM



08/15/2023, Jeffrey Scott, M.D. It was concluded there was a cervical spine injury and recommendation for a spine surgeon.

08/24/2023, MRI cervical spine with comparison 02/24/2022 study. Impression: Stable exams. Spondylosis at C5-6 resulting in severe spinal canal stenosis and severe bilateral neuroforaminal stenosis unchanged. Encroachment on the exiting bilateral C6 nerve roots and mild spinal cord flattening. Moderate to severe bilateral neuroforaminal stenosis with moderate spinal canal and bilateral lateral recess stenosis at C6-7 unchanged. Moderate bilateral neuroforaminal stenosis at C4-5 stable. Moderate to severe right, mild to moderate left-sided neuroforaminal stenosis with mild spinal canal stenosis unchanged at C3-4.

09/12/2023, Jeffrey Scott, M.D. He reports pain in neck and shoulders with spasm in the arms which causes cramping in the fingers. He is also reporting numbness in the perianal area and is urinated twice without knowing. On examination, strength 3/5 left, 2/5 right deltoid, 3/5 left and 2/5 right biceps. 4/5 left and 4/5 wrist extensors, 4/5 left and 4/5 right interossei. Babinski negative. No clonus. Spinal surgeon again recommended.

09/20/2023, Banner Estrella Medical Center Emergency Department, a 57-year-old male with a history of hypertension, [redacted] bilateral upper extremity weakness secondary to cervical spinal stenosis presents with urinary and bowel incontinence with saddle anesthesia. Has had progression of his symptoms over four weeks. Denies lower extremity weakness. Upper extremity weakness is unchanged. On exam, 4/5 strength bilateral upper extremities with 3+/5 of the right distal upper extremity. He has decreased reflexes bilateral lower extremities, patella and Achilles 1+. He has 5/5 strength. He does have numbness in the groin area. He reported MRI of the cervical spine was interpreted to show no evidence of cord compression with known cervical canal stenosis unchanged. He was deemed stable for discharge.

09/20/2023, MR cord compression limited total spine. Impression: No imaging findings for cord compression.

10/12/2023, Jeffrey Scott, M.D. Spine surgeon again recommended.

01/30/2024, Jeffrey Scott, M.D. Still having nerve pain in both arms.

02/07/2024, Abhishiek Sharma, M.D. Obtained the history. It was documented at that time Mr. Robison denied any bowel or bladder issues. No fecal incontinence is reported. Examination notable for right interosseous 4/5, right biceps 4/5, right triceps 4-/5, right deltoid 2/5, left arm 4+/5, left deltoid 4/5. Positive Hoffmann's with two beats of clonus bilaterally. Recommendations were to move for anterior surgical decompression and fusion at C5-7.

04/09/2024, Abhishiek Sharma, M.D. Examination stable. Preoperative evaluation for scheduled C5-C7 ACDF.

04/25/2024, neurosurgery operative note, anterior cervical discectomy C5–6, C6–7, anterior arthrodesis C5–6–7. Anterior instrumentation C5-6–C7. Preoperative diagnosis: Cervical myelopathy/radiculopathy C5-7, neck pain, arm pain and numbness.

Received by ICA on 06/06/2025 04:41:54 PM

Submitted on 06/06/2025 04:41:56 PM



05/29/2024, plain film cervical spine. No evidence of fracture. C5-6 and C6-C7 disc prosthesis.

05/30/2024, Abhishiek Sharma, M.D. Now four weeks status post C5-7 ACDF. States his postsurgical neck pain is slowly improving. Reports he is experiencing increased spasm through his right upper extremity and numbness through his left hand. A dedicated cervical physical therapy regimen was recommended. He was given an additional prescription for pain medication and muscle relaxant.

06/14/2024, Abhishiek Sharma, M.D. Now four weeks postop; however, his improvement has been slow. Would like to proceed with continued exercise therapy postoperatively. Follow-up was to be in four weeks.

07/19/2024, Abhishiek Sharma, M.D. Still does not feel great. Continues to have some hoarseness and feels like he has a dull neck. States his arm strength and range of motion is not changed. He is not attending physical therapy thus far. States muscle relaxants and Medrol Dosepak made him nauseous and vomit. He states he has taken hydrocodone sparingly for pain at night. He is otherwise stable.

10/31/2024, Jeffrey Scott, M.D. Postop, he continued to have pain, twitching and constant migraines. MRI done and was recommended physical therapy. Due to migraines, he was referred to Dr. Shayya, is now getting treatment for migraines with injections and medication. He is scheduled to see Dr. Eifler for bilateral shoulders. Very depressed about his situation. He was off work. Continues to have 10/10 pain. He is a candidate for spinal cord stimulator trial.

01/10/2025, Anthony Theiler, M.D., Independent Medical Examination. He recommended neurological evaluation for a definitive diagnosis regarding his atrophy and limited use of both upper extremities.

There are physical therapy notes which have been reviewed.

**SUMMARY:** Mr. Robison reports the acute onset of neck and bilateral shoulder pain while transferring individual cases of water at approximately waist height from a cart to a shelf while he was at work on 01/07/2022. He sought evaluation through an emergency room and eventually presented to Concentra. He underwent an orthopedic evaluation of his shoulder and it was initially determined that his symptomatology was not shoulder related. He was seen by Anthony Theiler, M.D. for an Independent Medical Examination on 11/02/2022. It was concluded there was no objective evidence of intrinsic shoulder pathology. Dr. Theiler thought there may have been a cervical spine sprain/strain with some radicular symptoms although the clinical picture was not consistent with a cervical radiculopathy. Dr. Theiler documented there was right shoulder girdle atrophy. He recommended neurological consultation as well as electrodiagnostic studies.

Mr. Robison came under the care of Jeffrey Scott, M.D. He was concerned that there was a cervical spine injury and recommended spine surgery evaluation. Mr. Robison was then seen by Abhishiek Sharma, M.D. who on 04/25/2024 proceeded with a C5-6, C6-7 anterior cervical discectomy and fusion. Mr. Robison does not report any functional improvement in his bilateral

Received by ICA on 06/06/2025 04:41:54 PM

Submitted on 06/06/2025 04:41:56 PM



upper extremity weakness subsequent to the surgical procedure. He reports his pain levels had plateaued.

Mr. Robison's neurological examination carried out today demonstrates findings consistent with a chronic right greater than left brachial plexopathy. He has some preservation of reflexes in the left upper extremity; however, I suspect that is secondary to a combination of the brachial plexopathy being not as severe on the left as compared to the right and the underlying cervical degenerative spondylosis. He does not have a cervical myelopathy at this time.

Mr. Robison's clinical examination is not consistent with isolated bilateral C5 and C6 radiculopathies. He has diffuse weakness throughout both upper extremities right greater than left and proximal much greater than distal. This pattern of weakness extends beyond the C5 and C6 distributions. The history and reported mechanism of injury is not consistent with that of a central cord syndrome.

From a neurological perspective, I conclude that Mr. Robison had the acute onset of a bilateral right greater than left Parsonage-Turner syndrome. This is an acute brachial plexitis which is inflammatory in origin. This occurs idiopathically and may also be related to prior viral illnesses or vaccinations. The mechanism of injury as described by Mr. Robison is not consistent with that which would have caused acute brachial plexus injuries. His overall clinical course and pattern of weakness is not consistent with that of a primary cervical spine based pathology.

Mr. Robison tells me he is currently being treated with Ajovy for the treatment of migraine headaches through the office of Dr. Shayya. There is no reported mechanism of an injury occurring on 01/07/2022 that would be associated with the development of migraine headaches.

From a neurological perspective, Mr. Robison did not sustain any work-related mechanism of injury on 01/07/2022. The diagnosis of an acute onset bilateral brachial plexitis is not related to his work on 01/07/2022. It is acknowledged that he has been treated with a two-level anterior cervical discectomy and fusion. Any additional comments with respect to his cervical spine are deferred to the surgeon.

Leo Kahn

Leo Kahn, M.D.
LK/pi

Received by ICA on 06/06/2025 04:41:54 PM

Submitted on 06/06/2025 04:41:56 PM

ExamWorks

**ExamWorks, LLC.**
3030 North Central Ave, Suite 920
Phoenix, AZ 85012
**Phone: (602) 749-8100**
**Fax: (602) 749-8101**

Dr. Leo Kahn

# IME

## Report and Findings

| | | |
|---|---|---|
| **RE:** | Claimant: | Mark Robison |
| | DOB: | [redacted] |
| | DOI: | 1/7/2022 |
| | Claim #: | 7211446 |
| | Appointment: | Thursday, February 27, 2025<br>1:00 PM<br>AZ-Office of Dr. Leo Kahn |

The opinions expressed in the attached report reflect the findings and opinions of the undersigned. I certify that there is no conflict of interest in performing this examination. The examinee was informed that a written report would be provided to the agency requesting the examination. The examinee was further informed that this examination was conducted for evaluative purposes only, and it was indicated that the traditional doctor/patient relationship would not apply to this examination/medical record review. The examinee was also informed not to attempt any physical activity beyond his/her individual tolerance, so as to avoid any physical injury during the examination.

I attest to the examinee's attendance by my signature. I further attest that I or a member of my staff has verified the examinee's identification.

Leo Kahn, M.D.
Neurology