**Robison v. DG Retail, LLC, No. CV-25-03618-PHX-DGC**

**EXHIBITS TO DECLARATION OF SEAN A. WOODS (EXHIBIT 2)**

**Part 8 of 8: Index**

Exhibit R: Surveillance Report, October 21, 2022

Exhibit S: Social Security Administration Actuarial Life Table

# EXHIBIT R

Surveillance Report, October 21, 2022

Received by ICA on 11/18/2025 10:29:33 AM

# Surveillance Report

Submitted on 11/18/2025 10:29:35 AM

Received by ICA on 11/18/2025 10:29:33 AM

DELTA GROUP

## Case Information

| Date Closed: November 9, 2022 | |
|---|---|
| Requestor | Linda Scott |
| Client | Sedgwick Claims Management Services, Inc. |
| Insured | Dollar General |
| Claim Number | 7211446 |
| Objective | Surveillance, 3 Days |
| Dates of Investigation | Friday, October 21, 2022 |
| Total Hours Worked | 4.25 |
| Total Hours Billed | 4.25 |

## Claimant Information

| Claimant: Mark Robison | |
|---|---|
| Date of Birth | [redacted] |
| Reported Injury | Shoulders, Cervical Spine, Hands, and Paralysis of Upper Extremities |
| Restrictions | Inability to move arms above the head and no work status. |
| Date of Loss | 01/07/2022 |
| Phone Number | (623) 205-5662 |
| Address | 13639 West Glendale Avenue, Glendale, Arizona 85307 |

Submitted on 11/18/2025 10:29:35 AM

Received by ICA on 11/18/2025 10:29:33 AM

Submitted on 11/18/2025 10:29:35 AM

## Residential Assessment

The claimant is believed to reside at **6750 North 85th Drive, Glendale, Arizona 85305**. The residence is a single-story, single-family, tan dwelling with tan trim, an attached two-vehicle garage, a driveway located to the right of the property, and a gated rear yard. It is situated within the vicinity of a cul-de-sac.







## Case Summary

Day 1: Friday, October 21, 2022: 6:10 a.m. - 10:23 a.m.

Total Video Obtained: 11 minutes, 14 seconds

The claimant alleges injuries to his shoulders, cervical spine, hands, and paralysis of upper extremities with a date of loss on 01/07/2022. The claimant is believed to reside at the most recent address listed, located at 6750 North 85th Drive, Glendale, Arizona 85305. On day one, it was learned the provided address of 13639 West Glendale Avenue, Glendale, Arizona 85307, is the location of a Dollar General store. A spot check was then conducted at 16043 West State Avenue, Litchfield Park, Arizona 85340. Upon arrival, it was learned this was a farm, and then surveillance continued at the claimant's most recently listed address. The possible claimant was observed as he pushed a fuel-powered scooter to the front of the residence, transported a heavy tool backpack with his right hand, and lifted and then placed the backpack on the tabletop of a table in the front yard. The claimant has restrictions of Inability to move arms above the head and no work status. While in view, the possible claimant was not observed to utilize any visible medical or orthopedic devices and displayed no visible indication of injury or impairment. Internet and social media searches revealed no new pertinent information.

## Vehicles

1. A scooter, license plate number not observed.
2. A blue 2016 Buick Encore, bearing Arizona license plate number **1MA0BAA**, registered to Rafaela Villegas and Maria Machuca at 6750 North 85th Drive, Glendale, Arizona 85305.
3. A white Chevrolet Equinox, bearing license plate number **VWG676B**, registration not available.
4. A silver Dodge Caravan, bearing Arizona license plate number **56286MP**, registration not available.
5. A white GMC SUV, license plate number not observed.

## Video

Streaming: https://video.deltagroup.net/?vt=3b849844-3a0d-4086-91dc-903ada7d974c
Downloadable: https://ct.deltagroup.net/ftp/file/3b849844-3a0d-4086-91dc-903ada7d974c

*Please Note: These links will expire in 180 days.*

Received by ICA on 11/18/2025 10:29:33 AM

## Claimant ID Photo

Possible Claimant:




## Details of Investigation

**SURVEILLANCE**
**Mark Robison**
**13639 West Glendale Avenue**
**Glendale, Arizona 85307**
**Investigator: Ryan L.**
**Friday, October 21, 2022**
**6:10 a.m. - 10:23 a.m.**
**Sunny, 89°**

**6:10 a.m. - 6:13 a.m. (VT)**
Surveillance was initiated within the vicinity of the claimant's provided address, located at **13639 West Glendale Avenue, Glendale, Arizona 85307**. Upon arrival, it was learned the address was a Dollar General store. In an effort to locate the claimant, surveillance continued at another provided address, located at 16043 West State Avenue, Litchfield Park, Arizona 85340. Upon arrival and while conducting a spot check of the area, it was learned this address was a farm. In another effort to locate the claimant, surveillance continued at the claimant's most recently listed address, located at 6750 North 85th Drive, Glendale, Arizona 85305.

**6:38 a.m. - 6:42 a.m. (VT)**
Upon arrival, a silver Dodge Caravan and a white GMC SUV were parked in the driveway of the residence. No claimant activity was noted. A secure surveillance position was established.

**7:06 a.m. (VT)**
Surveillance was maintained.

**8:08 a.m. (VT)**
Surveillance was maintained.

**8:32 a.m. - 8:33 a.m. (VT)**
The possible claimant who vaguely matched the description of the claimant was observed as he pushed a fuel-powered scooter toward the front shaded area of the residence. He then walked around the scooter, bent at the waist as he examined the scooter, and walked, out of view, toward the side of the residence. The possible claimant was attired in a black sleeveless shirt, blue jeans, and black shoes. Surveillance was maintained.

Submitted on 11/18/2025 10:29:35 AM

Received by ICA on 11/18/2025 10:29:33 AM






**9:06 a.m. (VT)**
Surveillance was maintained.

**9:12 a.m. - 9:14 a.m. (VT)**
The garage door was open, and a white Chevrolet Equinox was observed parked inside. No claimant activity was noted. Surveillance was maintained.

**9:15 a.m. - 9:20 a.m. (VT)**
The possible claimant was observed as he transported what appeared to be a heavy tool backpack with his right hand. He lifted it, placed it on top of the picnic table located in the front yard, and then entered the garage, out of view. Surveillance was maintained.









Submitted on 11/18/2025 10:29:35 AM

**9:21 a.m. - 9:35 a.m. (VT)**
An unidentified individual arrived in the area as the operator of a blue Buick Encore and parked the vehicle inside of the garage. Shortly thereafter, the possible claimant exited the garage and continued to work on the aforementioned scooter. He then mounted the scooter, operated the vehicle onto the street for a couple of minutes, operated it in front of the residence, dismounted the scooter, and pushed it toward the garage, out of view. Surveillance was maintained.

Received by ICA on 11/18/2025 10:29:33 AM









**9:37 a.m. (VT)**
An unidentified individual was observed as they sat at the table located in front of the residence. Surveillance was maintained.

**9:54 a.m. (VT)**
Another secure surveillance position was established with a clear view of the possible claimant's residence.

**10:10 a.m. - 10:11 a.m. (VT)**
An unidentified male was observed within the vicinity of the front of the residence. He then walked along the street, out of view. Surveillance was maintained.

**10:16 a.m. (VT)**
Surveillance was maintained.

**10:23 a.m.**
Due to being unable to verify the possible claimant, surveillance was discontinued.

Submitted on 11/18/2025 10:29:35 AM

Received by ICA on 11/18/2025 10:29:33 AM

Submitted on 11/18/2025 10:29:35 AM

## Preliminary Investigation

**Date Conducted: 10/13/2022**

| | |
|---|---|
| **Provided Address** | 13639 West Glendale Avenue, Glendale, Arizona 85307 |
| **Most Recent Address (Database)** | 6750 North 85th Drive, Glendale, Arizona 85305 |
| **Property Ownership** | None Reported |
| **DL Address** | 1684 Tod Avenue Northwest, Warren, Ohio 44485 |
| **Registered Vehicle(s)** | None Reported |
| **Possible Businesses** | None Reported |
| **Professional License(s)** | None Reported |
| **Email Addresses** | None Reported |

**Social Media Searches**

| | |
|---|---|
| **Facebook** | None Located |
| **Twitter** | None Located |
| **LinkedIn** | None Located |
| **Instagram** | None Located |
| **TikTok** | None Located |
| **Other** | None Located |
| **Possible Family** | None Located |

# EXHIBIT S

Social Security Administration Actuarial Life Table

# Actuarial Life Table

A period life table is based on the mortality experience of a population during a relatively short period of time. Here we present the 2023 period life table for the Social Security area population, as used in the 2026 Trustees Report (TR). For this table, the period life expectancy at a given age is the average remaining number of years expected prior to death for a person at that exact age, born on January 1, using the mortality rates for 2023 over the course of their remaining life.

This life table is available for certain other years.

Select a year for period life table: 2023 (2026 TR) Go

**Period Life Table, 2023, as used in the 2026 Trustees Report**

| Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 0 | 0.006015 | 100,000 | 75.79 | 0.005125 | 100,000 | 81.06 |
| 1 | 0.000479 | 99,399 | 75.25 | 0.000392 | 99,487 | 80.48 |
| 2 | 0.000320 | 99,351 | 74.28 | 0.000229 | 99,448 | 79.51 |
| 3 | 0.000249 | 99,319 | 73.31 | 0.000188 | 99,426 | 78.53 |
| 4 | 0.000194 | 99,294 | 72.33 | 0.000155 | 99,407 | 77.54 |
| 5 | 0.000159 | 99,275 | 71.34 | 0.000133 | 99,392 | 76.55 |
| 6 | 0.000137 | 99,259 | 70.35 | 0.000115 | 99,378 | 75.56 |
| 7 | 0.000125 | 99,246 | 69.36 | 0.000105 | 99,367 | 74.57 |
| 8 | 0.000120 | 99,233 | 68.37 | 0.000100 | 99,357 | 73.58 |
| 9 | 0.000120 | 99,221 | 67.38 | 0.000098 | 99,347 | 72.59 |
| 10 | 0.000125 | 99,210 | 66.39 | 0.000101 | 99,337 | 71.59 |
| 11 | 0.000140 | 99,197 | 65.39 | 0.000111 | 99,327 | 70.60 |
| 12 | 0.000173 | 99,183 | 64.40 | 0.000126 | 99,316 | 69.61 |
| 13 | 0.000233 | 99,166 | 63.41 | 0.000152 | 99,303 | 68.62 |
| 14 | 0.000327 | 99,143 | 62.43 | 0.000188 | 99,288 | 67.63 |
| 15 | 0.000463 | 99,111 | 61.45 | 0.000229 | 99,270 | 66.64 |
| 16 | 0.000634 | 99,065 | 60.48 | 0.000273 | 99,247 | 65.66 |
| 17 | 0.000819 | 99,002 | 59.51 | 0.000323 | 99,220 | 64.67 |
| 18 | 0.000999 | 98,921 | 58.56 | 0.000372 | 99,188 | 63.69 |
| 19 | 0.001138 | 98,822 | 57.62 | 0.000410 | 99,151 | 62.72 |
| 20 | 0.001235 | 98,709 | 56.69 | 0.000441 | 99,110 | 61.74 |
| 21 | 0.001315 | 98,588 | 55.76 | 0.000476 | 99,066 | 60.77 |
| 22 | 0.001378 | 98,458 | 54.83 | 0.000513 | 99,019 | 59.80 |
| 23 | 0.001439 | 98,322 | 53.90 | 0.000546 | 98,968 | 58.83 |
| 24 | 0.001509 | 98,181 | 52.98 | 0.000582 | 98,914 | 57.86 |
| 25 | 0.001595 | 98,033 | 52.06 | 0.000609 | 98,857 | 56.90 |
| 26 | 0.001685 | 97,876 | 51.14 | 0.000641 | 98,797 | 55.93 |
| 27 | 0.001783 | 97,711 | 50.23 | 0.000683 | 98,733 | 54.97 |
| 28 | 0.001876 | 97,537 | 49.32 | 0.000740 | 98,666 | 54.00 |

| Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 29 | 0.001970 | 97,354 | 48.41 | 0.000808 | 98,593 | 53.04 |
| 30 | 0.002085 | 97,162 | 47.50 | 0.000878 | 98,513 | 52.08 |
| 31 | 0.002202 | 96,960 | 46.60 | 0.000947 | 98,427 | 51.13 |
| 32 | 0.002308 | 96,746 | 45.70 | 0.001018 | 98,333 | 50.18 |
| 33 | 0.002407 | 96,523 | 44.81 | 0.001089 | 98,233 | 49.23 |
| 34 | 0.002490 | 96,291 | 43.91 | 0.001154 | 98,126 | 48.28 |
| 35 | 0.002577 | 96,051 | 43.02 | 0.001209 | 98,013 | 47.34 |
| 36 | 0.002665 | 95,803 | 42.13 | 0.001263 | 97,895 | 46.39 |
| 37 | 0.002764 | 95,548 | 41.24 | 0.001347 | 97,771 | 45.45 |
| 38 | 0.002864 | 95,284 | 40.36 | 0.001438 | 97,639 | 44.51 |
| 39 | 0.002987 | 95,011 | 39.47 | 0.001533 | 97,499 | 43.58 |
| 40 | 0.003115 | 94,727 | 38.59 | 0.001643 | 97,350 | 42.64 |
| 41 | 0.003253 | 94,432 | 37.71 | 0.001742 | 97,190 | 41.71 |
| 42 | 0.003419 | 94,125 | 36.83 | 0.001845 | 97,020 | 40.78 |
| 43 | 0.003600 | 93,803 | 35.95 | 0.001954 | 96,841 | 39.86 |
| 44 | 0.003777 | 93,465 | 35.08 | 0.002075 | 96,652 | 38.93 |
| 45 | 0.003931 | 93,112 | 34.21 | 0.002187 | 96,452 | 38.01 |
| 46 | 0.004073 | 92,746 | 33.34 | 0.002306 | 96,241 | 37.10 |
| 47 | 0.004245 | 92,369 | 32.48 | 0.002438 | 96,019 | 36.18 |
| 48 | 0.004477 | 91,977 | 31.62 | 0.002595 | 95,785 | 35.27 |
| 49 | 0.004795 | 91,565 | 30.76 | 0.002791 | 95,536 | 34.36 |
| 50 | 0.005126 | 91,126 | 29.90 | 0.003030 | 95,269 | 33.45 |
| 51 | 0.005496 | 90,659 | 29.05 | 0.003288 | 94,981 | 32.55 |
| 52 | 0.005917 | 90,160 | 28.21 | 0.003554 | 94,668 | 31.66 |
| 53 | 0.006404 | 89,627 | 27.38 | 0.003847 | 94,332 | 30.77 |
| 54 | 0.006923 | 89,053 | 26.55 | 0.004172 | 93,969 | 29.89 |
| 55 | 0.007491 | 88,436 | 25.73 | 0.004532 | 93,577 | 29.01 |
| 56 | 0.008173 | 87,774 | 24.92 | 0.004923 | 93,153 | 28.14 |
| 57 | 0.008938 | 87,056 | 24.12 | 0.005365 | 92,694 | 27.28 |
| 58 | 0.009714 | 86,278 | 23.34 | 0.005815 | 92,197 | 26.42 |
| 59 | 0.010494 | 85,440 | 22.56 | 0.006333 | 91,661 | 25.57 |
| 60 | 0.011337 | 84,544 | 21.79 | 0.006923 | 91,080 | 24.73 |
| 61 | 0.012232 | 83,585 | 21.04 | 0.007555 | 90,450 | 23.90 |
| 62 | 0.013196 | 82,563 | 20.29 | 0.008220 | 89,767 | 23.08 |
| 63 | 0.014229 | 81,473 | 19.56 | 0.008881 | 89,029 | 22.27 |
| 64 | 0.015316 | 80,314 | 18.83 | 0.009514 | 88,238 | 21.46 |
| 65 | 0.016455 | 79,084 | 18.12 | 0.010188 | 87,399 | 20.66 |
| 66 | 0.017574 | 77,783 | 17.41 | 0.010880 | 86,508 | 19.87 |
| 67 | 0.018735 | 76,416 | 16.71 | 0.011659 | 85,567 | 19.08 |
| 68 | 0.019981 | 74,984 | 16.02 | 0.012543 | 84,569 | 18.30 |
| 69 | 0.021366 | 73,486 | 15.34 | 0.013581 | 83,509 | 17.53 |
| 70 | 0.022903 | 71,916 | 14.66 | 0.014769 | 82,374 | 16.76 |
| 71 | 0.024615 | 70,269 | 14.00 | 0.016153 | 81,158 | 16.01 |
| 72 | 0.026504 | 68,539 | 13.34 | 0.017705 | 79,847 | 15.26 |

| Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 73 | 0.028648 | 66,722 | 12.69 | 0.019495 | 78,433 | 14.53 |
| 74 | 0.031071 | 64,811 | 12.05 | 0.021533 | 76,904 | 13.81 |
| 75 | 0.033802 | 62,797 | 11.42 | 0.023846 | 75,248 | 13.10 |
| 76 | 0.037010 | 60,675 | 10.80 | 0.026458 | 73,454 | 12.41 |
| 77 | 0.041158 | 58,429 | 10.19 | 0.029700 | 71,510 | 11.73 |
| 78 | 0.045461 | 56,024 | 9.61 | 0.033135 | 69,387 | 11.08 |
| 79 | 0.050346 | 53,477 | 9.04 | 0.036982 | 67,087 | 10.44 |
| 80 | 0.055633 | 50,785 | 8.50 | 0.041183 | 64,606 | 9.82 |
| 81 | 0.061757 | 47,960 | 7.97 | 0.045959 | 61,946 | 9.22 |
| 82 | 0.068358 | 44,998 | 7.46 | 0.051282 | 59,099 | 8.64 |
| 83 | 0.075420 | 41,922 | 6.97 | 0.057262 | 56,068 | 8.08 |
| 84 | 0.083364 | 38,760 | 6.50 | 0.064107 | 52,857 | 7.54 |
| 85 | 0.092680 | 35,529 | 6.04 | 0.071752 | 49,469 | 7.02 |
| 86 | 0.103459 | 32,236 | 5.61 | 0.080490 | 45,919 | 6.53 |
| 87 | 0.115502 | 28,901 | 5.20 | 0.090566 | 42,223 | 6.05 |
| 88 | 0.129018 | 25,563 | 4.81 | 0.102204 | 38,399 | 5.61 |
| 89 | 0.143810 | 22,265 | 4.45 | 0.115178 | 34,475 | 5.19 |
| 90 | 0.159458 | 19,063 | 4.11 | 0.129176 | 30,504 | 4.80 |
| 91 | 0.176551 | 16,023 | 3.80 | 0.144229 | 26,564 | 4.44 |
| 92 | 0.195360 | 13,194 | 3.50 | 0.160353 | 22,732 | 4.10 |
| 93 | 0.216286 | 10,617 | 3.23 | 0.177635 | 19,087 | 3.79 |
| 94 | 0.238799 | 8,320 | 2.99 | 0.196502 | 15,697 | 3.50 |
| 95 | 0.262268 | 6,333 | 2.77 | 0.216846 | 12,612 | 3.23 |
| 96 | 0.286291 | 4,672 | 2.58 | 0.238750 | 9,877 | 2.99 |
| 97 | 0.310944 | 3,335 | 2.41 | 0.261359 | 7,519 | 2.77 |
| 98 | 0.332325 | 2,298 | 2.27 | 0.283899 | 5,554 | 2.57 |
| 99 | 0.349036 | 1,534 | 2.15 | 0.306491 | 3,977 | 2.39 |
| 100 | 0.366568 | 999 | 2.04 | 0.329680 | 2,758 | 2.23 |
| 101 | 0.384960 | 633 | 1.93 | 0.353333 | 1,849 | 2.08 |
| 102 | 0.404252 | 389 | 1.83 | 0.377300 | 1,196 | 1.94 |
| 103 | 0.424488 | 232 | 1.72 | 0.401416 | 745 | 1.82 |
| 104 | 0.445712 | 133 | 1.63 | 0.425501 | 446 | 1.70 |
| 105 | 0.467998 | 74 | 1.54 | 0.451031 | 256 | 1.59 |
| 106 | 0.491398 | 39 | 1.45 | 0.478092 | 141 | 1.48 |
| 107 | 0.515968 | 20 | 1.36 | 0.506778 | 73 | 1.38 |
| 108 | 0.541766 | 10 | 1.28 | 0.537185 | 36 | 1.29 |
| 109 | 0.568854 | 4 | 1.20 | 0.568854 | 17 | 1.20 |
| 110 | 0.597297 | 2 | 1.13 | 0.597297 | 7 | 1.13 |
| 111 | 0.627162 | 1 | 1.05 | 0.627162 | 3 | 1.05 |
| 112 | 0.658520 | 0 | 0.98 | 0.658520 | 1 | 0.98 |
| 113 | 0.691446 | 0 | 0.92 | 0.691446 | 0 | 0.92 |
| 114 | 0.726018 | 0 | 0.85 | 0.726018 | 0 | 0.85 |
| 115 | 0.762319 | 0 | 0.79 | 0.762319 | 0 | 0.79 |
| 116 | 0.800435 | 0 | 0.74 | 0.800435 | 0 | 0.74 |

| Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 117 | 0.840457 | 0 | 0.68 | 0.840457 | 0 | 0.68 |
| 118 | 0.882480 | 0 | 0.63 | 0.882480 | 0 | 0.63 |
| 119 | 0.926604 | 0 | 0.58 | 0.926604 | 0 | 0.58 |

[a] Probability of dying within one year.

[b] Number of survivors out of 100,000 born alive.

Note: The period life expectancy at a given age for 2023 is the average remaining number of years expected prior to death for a person at that exact age, born on January 1, using the mortality rates for 2023 over the course of their remaining life.

The Social Security area population is composed of: (1) residents of the 50 States and the District of Columbia (adjusted for net census undercount); (2) civilian residents of Puerto Rico, the Virgin Islands, Guam, American Samoa, and the Northern Mariana Islands; (3) Federal civilian employees and persons in the U.S. Armed Forces abroad and their dependents; (4) non-citizens living abroad who are insured for Social Security benefits; and (5) all other U.S. citizens abroad.